MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:  (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C 07-04012 EMC<br><br>**DECLARATION OF MARK SODERHOLM IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>COMPLAINT FILED:  July 6, 2007<br>CASE REMOVED:  August 6, 2007<br>TRIAL DATE:  No date set. |

I, Mark Soderholm, do hereby declare:

1.  I am employed as a District Manager for Dollar Tree Stores, Inc. My work location is Fresno, California. I oversee eleven retail stores located in Fresno and surrounding areas. The Store Managers of those retail locations report to me.

2.  I submit this declaration to identify Exhibits A and B. I have personal knowledge of the facts contained in this declaration.

3.  Exhibit A is a true and correct copy of a letter recently given to me by one of the Store Managers in my District. That Store Manager, Steve Mason, told me that he had received the letter attached as Exhibit A in the mail at the Dollar Tree store where he works in Visalia, California. Mr. Mason also provided me with the envelope in

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MARK SODERHOLM IN SUPPORT OF
DEFENDANT'S EX PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER

CASE NO.

1  which Exhibit A was mailed. A true and correct copy of the front of that envelope is
2  attached as Exhibit B. 2333 S. Mooney Blvd. is the address of the Dollar Tree store in
3  Visalia, CA.
4      4.    I first had knowledge of Exhibit A during the week of July 30, 2007.
5  I declare under penalty of perjury under the laws of the State of California
6  and the United States of America that the above statement is true and correct. Executed
7  on August 3, 2007 in Fresno, California.

_____
Mark Soderholm

120417.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

DECLARATION OF MARK SODERHOLM IN SUPPORT OF
DEFENDANT'S EX PARTE MOTION FOR TEMPORARY    CASE NO.
RESTRAINING ORDER

SCOTT EDWARD COLE, ESQ
MATTHEW R. BAINER, ESQ

MATTHEW R. BAINER, ESQ
Writer's E-Mail: mrbainer@scalaw.com

SCA Web Site: www.scalaw.com

**SCOTT COLE & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
THE WORLD SAVINGS TOWER
1970 BROADWAY NINTH FLOOR
OAKLAND CALIFORNIA 94612

Oakland, California Office
Telephone (510) 891-9800
Facsimile (510) 891-7030

Patterson, California Office
23 North El Circulo Avenue
Patterson, California 95363
Telephone (209) 892-2508
Facsimile (209) 892-1621

July 27, 2007

NEWSLETTER

    re    **DOLLAR TREE STORES, INC STORE MANAGERS**
            **Overtime Pay Class Action Update**

Dear Store Manager

As you may have heard, on July 6, 2007, our law firm filed a class action lawsuit in Alameda County Superior Court on behalf of **all California Store Managers** working for Dollar Tree Stores at any time after July 6, 2003. The lawsuit alleges that Dollar Tree denied overtime pay, meal and rest breaks to Store Managers across the state. Although Dollar Tree may claim that Store Managers spend most of their time performing 'management' type tasks (i.e., not cashiering, stocking or merchandising), our investigation convinces us that this is untrue.

We have scrutinized Dollar Tree's practices for years and, based upon our extensive investigation believe that its Store Managers are actually spending most of their work time on activities such as clerking, stocking, and filling out routine paperwork tasks that are commonly performed by hourly workers and, if true, should entitle Store Managers to overtime pay, going back as many as *four years*. In fact the named plaintiff is so convinced of this that he filed this case on behalf of *all* California Store Managers (since July 6, 2003) so that they each may hopefully receive whatever back pay they're owed

As a law firm dedicated to prosecuting wage violations such as those alleged here we are committed to fighting for the rights of Store Managers and, hopefully, putting an end to what we think to be an illegal practice. Although we have not yet asked the Court overseeing this lawsuit to join all Store Managers into the case, we would like your support in doing so

Finally, we just learned that Dollar Tree may wish you to sign a statement indicating that your work does not entitle you to overtime pay and/or that you worked little or no overtime hours. Be careful. You should know that you are **not** required to sign any statement, whether prepared by Dollar Tree, by our law firm, *or anyone* unless you really believe that what you're signing is true. If you have any questions regarding your rights in this case, **please do not hesitate to contact our office.**

**That's what we're here for**

**EXHIBIT A**

As this case progresses, we will be providing you with additional information, either by letter or by telephone These contacts do not obligate you to do anything We also urge you to contact us today to discuss this case and the role you may play in it Our job is to keep you informed and make sure you understand your rights In staying abreast of these developments, you should also know that **you have the right to communicate with our office on a confidential basis** If you wish to have a consultation about your legal rights and you wish us to treat the conversation as a privileged attorney-client communication, we will gladly do so

Thank you for taking the time to review this Newsletter We look forward to hearing from you

Very truly yours,

MATTHEW R BAINER

MRB rdr

T COLE & ASSOCIATES APC
ATTORNEYS AND COUNSELORS
The World Savings Tower
1970 Broadway Ninth Floor
Oakland CA 94612



NEWSLETTER
Attn Store Manager
Dollar Tree Store Inc
2333 S Mooney Blvd
Visalia CA 93277-6228

93277E6228 002

**EXHIBIT B**