1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
8
                      UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C 07-04012 EMC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>**JUDGE:** Hon. Edward M. Chen<br><br>**COMPLAINT FILED:** July 6, 2007<br>**TRIAL DATE:** No date set. |
|---|---|

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ on

_____, 2007, or as soon thereafter as counsel may be heard in the courtroom of

the Honorable _____, located at _____, why Scott Cole &

Associates should not be (1) disqualified from acting as counsel in the above captioned

action; or, in the alternative, (2) be required to:

    A.    mitigate any harm caused by the Letter; and

    B.    cease Communicating in any fashion with any unnamed putative

        class members of the above-captioned action; or, in the alternative,

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

CASE NO. C 07-04012 EMC

      B.    be subject to Court supervision with respect to any communications with any unnamed putative class members of the above-captioned action.

PENDING HEARING on the above Order to Show Cause, Scott Cole & Associates, as well as those in active concert or participation with them, ARE HEREBY RESTRAINED AND ENJOINED from communicating in any fashion with any unnamed putative class members of the above-captioned action.

In addition, the firm of Scott Cole & Associates shall designate a person most knowledgeable regarding the Letter, who shall be made available for deposition on or before _____ 2007.

[The above Temporary Restraining Order is effective on Defendant's filing an undertaking in the sum of $_____.] This Order to Show Cause and supporting papers must be served on Plaintiff no later than _____ days before the date set for hearing, and proof of service shall be filed no later than _____ court days before the hearing. Any response or opposition to this Order to Show Cause must be filed and personally served on Defendant's counsel no later than _____ court days before the date set for hearing, and proof of service shall be filed no later than _____ court days before the hearing.

Dated: _____

                                        UNITED STATES DISTRICT JUDGE

120467.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

[PROPOSED] TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

CASE NO. C 07-04012 EMC