MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>             Defendants. | CASE NO. C 07-04012 EMC<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF ACTION**<br><br>**JUDGE:** Hon. Edward M. Chen<br><br>**COMPLAINT FILED:** July 6, 2007<br>**TRIAL DATE:** No date set. |

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION                    CASE NO. C 07-04012 EMC

1  TO PLAINTIFF ROBERT RUNNINGS AND HIS ATTORNEYS OF
2  RECORD:
3        PLEASE TAKE NOTICE that a Notice of Removal of Action (the "Removal
4  Notice") was filed in the United States District Court for the Northern District of California
5  on August 6, 2007, by Defendant Dollar Tree Stores, Inc. ("Dollar Tree"). A copy of the
6  Removal Notice is attached hereto as **Exhibit 1**. A copy of Defendant's Notice to State
7  Court of Removal of Action is attached as **Exhibit 2**. Copies of the documents provided
8  by the Clerk of the United States District Court for the Northern District of California at
9  the time of filing the Removal Notice are attached hereto as **Exhibit 3**.

DATED: August 7, 2007

Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
      ALEX HERNAEZ

Attorneys for Defendant
DOLLAR TREE STORES, INC.

120493.v1

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-
NOTICE TO PLAINTIFF OF REMOVAL OF ACTION      CASE NO. C 07-04012 EMC