UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 8, 2007                 **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4012 PJH

**Case Name:** Robert Runnings v. Dollar Tree Stores, Inc.

**Attorney(s) for Plaintiff:**     Scott Edward Cole
**Attorney(s) for Defendant:**    Maureen E. McClain

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Sahar McVickar

### PROCEEDINGS

Defendant Dollar Tree Stores, Inc's Motion for Temporary Restraining Order and Preliminary Injunction-Denied as stated on the record. Mr. Cole to submit to defense counsel in writing who the letter was sent to as stated on the record with a copy to the court.

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** chambers file