SCOTT EDWARD COLE, ESQ.
MATTHEW R. BAINER, ESQ.
KEVIN R. ALLEN, ESQ.

Ramon D. Ramirez
Litigation Support Manager
Writer's E-Mail: rramirez@scalaw.com

**SCOTT COLE & ASSOCIATES**
**A PROFESSIONAL CORPORATION**
ATTORNEYS & COUNSELORS
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CALIFORNIA 94612

Oakland, California Office
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

SCA Web Site: www.scalaw.com

August 8, 2007

VIA FACSIMILE
& U.S. MAIL
(415) 421-0938

Maureen E. McClain, Esq.
Kauff McClain & McGuire LLP
One Post Street, Suite 2600
San Francisco, CA 94104

        re:    **Runnings, et al. v. Dollar Tree Store, Inc.**

Dear Ms. McClain:

Pursuant to the discussion before the Court earlier today, this letter will serve as confirmation that the informational correspondence at issue at today's hearing was mailed to each California Dollar Tree store (according to public records), had the word "Newsletter" printed on each envelope and was addressed to the attention of the "Store Manager" for each location.

If you have any further questions in this regard, please let me know. Thank you.

Very truly yours,

RAMON D. RAMIREZ
Litigation Support Manager

RDR:drb