1

2

3                       UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5

6

7   ROBERT RUNNINGS, individually, and
    on behalf of others similarly situated,
8
                   Plaintiff(s),                    No. C 07-4012 PJH
9
            v.                                      **ORDER**
10
    DOLLAR TREE STORES INC.,
11
                   Defendant(s).
12   _____/

13
           The court held a hearing on the day following defendant's filing of a motion for
14
    temporary restraining order, in which it sought an order prohibiting plaintiff's counsel from
15
    communicating in any fashion with members of the putative class.  Although plaintiff had
16
    not had an opportunity to oppose the motion in writing, he was permitted to do so orally at
17
    the hearing.  Maureen McClain appeared for defendant; Scott Edward Cole appeared for
18
    plaintiff.
19
           Because the motion for a temporary restraining order does not go to the merits of
20
    the complaint or even the class certification process, it does not appear to the court to be
21
    the appropriate vehicle with which to seek the relief requested, and for that reason it is
22
    denied.  However, the issue raised therein is one that concerns the court and counsel were
23
    accordingly advised that in the future, issues regarding abusive contacts with the putative
24
    class by counsel for either party, should be brought to the attention of the court by motion
25
    for a protective order or by requesting a case management conference.
26
           With respect to the merits, the court finds that while the letter borders on a
27
    questionable solicitation, it does not reflect a violation of the California Rules of
28

**United States District Court**
For the Northern District of California

1  Professional Conduct identified by defendant.  However, the parties are advised that until a

2  formal attorney client relationship is established or a class is certified, both sides may

3  communicate with putative class members as long as the communication is not coercive or

4  abusive and as long as the class members are told that their participation is entirely

5  voluntary.  Any abuses must be supported by evidence and may be brought to the court's

6  attention as set forth above.  Additionally, plaintiff's counsel shall within one week, provide

7  to defendant's counsel in writing, a list of all putative class members to whom the letter was

8  sent, identifying them by name (if known) and store, or other address if not sent to a store.

9      **IT IS SO ORDERED.**

10  Dated: August 8, 2007

11                                                                              _____
                                                                                 PHYLLIS J. HAMILTON
                                                                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2