| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

BETH HIRSCH BERMAN (VA Bar No. 28091)
bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700, 999 Waterside Drive
Norfolk, VA 23510  Telephone:•(757) 629-0604

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUNNINGS individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC., and DOES 1 through 25, inclusive,

Defendant(s).

CASE NO. C 07-04012 PJH

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, BETH HIRSCH BERMAN, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Dollar Tree Stores, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Alex Hernaez, Kauff, McClain & McGuire LLP
One Post Street, Ste. 2600
San Francisco, CA 94104, Tel: 415-421-3111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/13/07

*[signature]*
BETH HIRSCH BERMAN