MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. C 07-04012 PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>**JUDGE:**  Hon. Phyllis J. Hamilton<br><br>**COMPLAINT FILED:**  July 6, 2007<br>**TRIAL DATE:**　　　　No date set. |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATE OF SERVICE                                                    CASE NO. C 07-04012 PJH

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **August 13, 2007** I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

in a sealed envelope, postage fully paid, addressed as follows:

Scott Edward Cole, Esq.
Scott Cole & Associates, APC
The World Savings Tower
1970 Broadway, Ninth Floor
Oakland, CA 94612

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 13, 2007** at San Francisco, California.

*/s/ Jennifer A. Llewelyn*
Jennifer A. Llewelyn

120642.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

CERTIFICATE OF SERVICE                                CASE NO. C 07-04012 PJH