

RECEIVED
07 AUG 13 PM 12: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

ROBERT RUNNINGS individually, and on behalf of all others similarly situated,

    Plaintiff(s),

v.

DOLLAR TREE STORES, INC., and DOES 1 through 25, inclusive,

    Defendant(s).

CASE NO. C 07-04012 PJH

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

BETH HIRSCH BERMAN, an active member in good standing of the bar of Virginia whose business address and telephone number (particular court to which applicant is admitted) is WILLIAMS MULLEN
Dominion Tower, Suite 1700, 999 Waterside Drive
Norfolk, VA 23510 Telephone: (757) 629-0604

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DOLLAR TREE STORES, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/14/07

HON. PHYLLIS J. HAMILTON
United States District Court Judge