UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUNNINGS individually, and
on behalf of all others similarly situated,
         Plaintiff(s),

Case No. 3:07-cv-04012

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

DOLLAR TREE STORES, INC, and
DOEAS 1 through 25, inclusive,
         Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/09/07                           [Party]

Dated: 8/13/07                           [Counsel]