1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Kevin R. Allen, Esq. (S.B. # 237994)
   Carrie S. Lin, Esq. ( S.B. #241849)
3  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
4  Oakland, California 94612
   Telephone:  (510) 891-9800
5  Facsimile:  (510) 891-7030
   web:  www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ROBERT RUNNINGS individually, and ) **Case No.:C 07-04012 PJH**
    on behalf of all others similarly situated, )
12                                               ) **CLASS ACTION**
                                                 )
                      Plaintiffs,                ) **NOTICE OF APPEARANCE**
13  vs.                                          )
                                                 )
14  DOLLAR TREE STORES, INC, and                 )
    DOES 1 through 25, inclusive,                )
15                                               )
                      Defendants.                )
16  ─────────────────────────────────────────────

17

18  **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

19      **NOTICE IS HEREBY GIVEN** that Plaintiff's attorney, Kevin R. Allen, has been added

20  to the ECF electronic mailing list in the above-captioned matter.

21

22  Dated: August 23, 2007

23
                                        **SCOTT COLE & ASSOCIATES, APC**
24

25
                               By:    /s/ Kevin R. Allen
26                                    Kevin R. Allen, Esq.
                                      Attorneys for the Representative Plaintiff
27                                    and the Plaintiff Class

28

- 1 -
Notice of Appearance