Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Kevin R. Allen, Esq. (S.B. # 237994)
Carrie S. Lin, Esq. ( S.B. #241849)
Susan L. Jordan, Esq. (S.B. #249992)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>         Defendants. | **Case No.: C 07-04012 PJH**<br><br>**<u>CLASS</u> ACTION**<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **NOTICE IS HEREBY GIVEN** that Clyde H. Charlton is no longer an attorney with the firm of Scott Cole & Associates, attorneys for Plaintiff and the Plaintiff Class in the above-referenced action, and should be removed from the court's electronic mailing list.


Dated: August 30, 2007

                              **SCOTT COLE & ASSOCIATES, APC**

                         By:  /s/ Scott Edward Cole
                              Scott Edward Cole, Esq.
                              Attorneys for the Representative Plaintiff
                              and the Plaintiff Class

- 1 -
Notice of Change of Counsel