UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUNNINGS individually, and on
behalf of all others similarly situated,

                Plaintiff(s),

      v.

DOLLAR TREE STORES, INC. and
DOES 1 through 25, inclusive,

                Defendant(s).
_____/

Case No.   C 07-04012 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                                                                     James. A. Gorry, III
                                                                                                    for Dollar Tree Stores, Inc.

Dated: _____

                                                                                                    Maureen E. McClain
                                                                                                    Attorneys for Defendant
                                                                                                    Dollar Tree Stores, Inc.