UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUNNINGS individually, and on
behalf of all others similarly situated,

                                        Case No. C 07-04012 SC

            Plaintiff(s),

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL
           v.

DOLLAR TREE STORES, INC. and
DOES 1 through 25, inclusive,

           Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug 29, 2007

                                                      James. A. Gorry, III
                                                      for Dollar Tree Stores, Inc.

Dated: 8/31/07

                                                      Maureen E. McClain
                                                      Attorneys for Defendant
                                                      Dollar Tree Stores, Inc.