1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone:  (510) 891-9800
   Facsimile:   (510) 891-7030
5  web:  www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:C 07-04012 PJH<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorney, Carrie S. Lin, has been added to the ECF electronic mailing list in the above-captioned matter.

Dated: October 3, 2007

                                          **SCOTT COLE & ASSOCIATES, APC**

                              By:   /s/ Carrie S. Lin
                                    Carrie S. Lin, Esq.
                                    Attorneys for the Representative Plaintiff
                                    and the Plaintiff Class