UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUNNINGS, individually, and on behalf of all other similarly situated,

    Plaintiff(s),

v.

DOLLAR TREE STORES, INC., AND does 1 through 25, inclusive,

    Defendant(s).
_____/

CASE NO. C 07-04012 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 15, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Alex Hernaez | Defendant Dollar Tree Stores, Inc. | (415) 421-3111 | hernaez@kmm.com |
| Scott Edward Cole | Plaintiff Robert Runnings | (510) 891-9800 | scole@scalaw.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                _____
                Attorney for Plaintiff

Dated: 10/24/07

                /s/ Alex Hernaez
                Attorney for Defendant

Rev 12.05