1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  web: www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated, | Case No.: C 07-04012 PJH |
| Plaintiffs, | **CLASS** **ACTION** |
| vs. | **NOTICE OF UNAVAILABILITY** |
| DOLLAR TREE STORES, INC, and DOES 1 through 25, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorneys of record in the above-referenced action will be unavailable from December 21, 2007 through January 1, 2008, inclusive, and will be unavailable for any purpose whatsoever, including, but not limited to receiving notice of any kind, responding to ex parte applications, appearing in court or appearing at depositions.

Dated: November 15, 2007

                                    **SCOTT COLE & ASSOCIATES, APC**

                                    By:   /s/ Carrie S. Lin
                                          Carrie S. Lin, Esq.
                                          Attorneys for the Representative Plaintiff
                                          and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800