UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASES            CIVIL MINUTES
C-07-2050
C-07-4012          Samuel Conti              DATE 11/16/07
Case Number        Judge

Title: MIGUEL CRUZ, et al.          vs DOLLAR TREE STORES, INC.

Attorneys: JEREMY FIETZ, SCOTT COLE   MAUREEN McCLAIN

Deputy Clerk: T. De Martini    Court Reporter: Belle Ball

Court   Pltf's   Deft's
(XXX)   ( )     ( )     1. Status Conference  - Held

( )     ( )     ( )     2.

( )     ( )     ( )     3.

( )     ( )     ( )     4.

( )     ( )     ( )     5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____  Answer_____  Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Defendants to File a Motion for Summary

 Judgment by January 20, 2008. Once the motion is fully briefed

 The Court will set a hearing date.

 The parties requested that the two cases be consolidated.