1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
3  San Francisco, California 94104
   Tel:   (415) 421-3111   Fax:   (415) 421-0938
4  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
5

6  SCOTT EDWARD COLE (State Bar No. 160744)
   Email: www.scalaw.com
7  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
8  Oakland, California 94612
   Tel:   (510) 891-9800   Fax:   (510) 891-7030
   Attorneys for Plaintiff
9  ROBERT RUNNINGS

10 JEREMY R. FIETZ, ESQ. (State Bar No. 139324)
   Email: jeremy@classattorneys.com
11 EDGAR LAW FIRM
   408 College Avenue
12 Santa Rosa, California 95401
   Tel:   (707) 545-3200   Fax:   (707) 578-3040
13 Attorneys for Plaintiffs
   MIGUEL A. CRUZ and JOHN D. HANSEN

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>19                     Plaintiffs,<br><br>20  v.<br><br>21  DOLLAR TREE STORES, INC.,<br><br>22                     Defendant. | CASE NO. C 07 2050 SC |
| 23  ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>24                     Plaintiff,<br><br>25  v.<br><br>26  DOLLAR TREE STORES, INC.,<br><br>27                     Defendant. | CASE NO. C 07 04012 SC<br><br>**JOINT STIPULATION AND ~~(PROPOSED ORDER)~~ FOR CONSOLIDATION OF ACTIONS**<br>FRCivP 42 (a)<br><br>**JUDGE:**   Hon. Samuel Conti<br>**COMPLAINTS FILED:**   April 11, 2007<br>                                       July 6, 2007<br>**TRIAL DATES:**   No dates set. |

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT STIPULATION AND (PROPOSED ORDER) FOR
CONSOLIDATION

CASE NO. C 07 2050 SC
CASE NO. C 07 04012 SC

1     Counsel for all Parties to the above cases hereby enter into a Stipulation (and Proposed Order) consolidating the above cases (*Hansen and Cruz v. Dollar Tree Stores, Inc.* (Case No. C 07 2050 SC) and *Runnings v. Dollar Tree Stores, Inc.* (Case No. C 07 04012 SC) pursuant to FRCivP 42 (a). Such actions were previously deemed related by Court Order August 30, 2007.

    While raising separate claims, both cases have as a core allegation the contention that Dollar Tree Store Managers in California are not exempt from overtime payment under state and/or federal law, a contention disputed by Defendant. Both cases are pled on a class basis. Both cases are at a preliminary stage in the litigation with the first case management conference set for November 16, 2007. The Parties therefore believe that consolidation will serve interests of efficiencies and the avoidance of inconsistent rulings.

    In entering into this Stipulation, Defendant Dollar Tree expressly reserves its right and ability throughout the litigation of these matters to argue that each case presents unique facts concerning, inter alia, the individualized circumstances of each Plaintiff's employment with Dollar Tree. All Parties agree that this Stipulation and Proposed Order cannot be used, at either class certification motion stage or at any other proceeding in the litigation, to argue against Dollar Tree's position that common questions of law and fact do not predominate relative to either case.

    The Parties further reserve the right to move for a severance of the cases or to otherwise separate the cases for trial or for any other purpose under applicable law.

/ / /
/ / /
/ / /
/ / /

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

JOINT STIPULATION (AND PROPOSED ORDER) FOR CONSOLIDATION

CASE NO. C 07 2050 SC
CASE NO. C 07 4012 SC

| | | | |
|---|---|---|---|
| 1 | DATED: | November 16, 2007 | KAUFF MCCLAIN & MCGUIRE LLP |
| 2 | | | |
| 3 | | | By: _____ |
| 4 | | | MAUREEN E. MCCLAIN |
| 5 | | | Attorneys for Defendant<br>DOLLAR TREE STORES, INC. |
| 6 | DATED: | November 16, 2007 | SCOTT COLE & ASSOCIATES, APC |
| 7 | | | |
| 8 | | | By: _____ |
| 9 | | | SCOTT EDWARD COLE |
| 10 | | | Attorneys for Plaintiff<br>ROBERT RUNNINGS |
| 11 | DATED: | November 14, 2007 | EDGAR LAW FIRM |
| 12 | | | |
| 13 | | | By: _____ |
| 14 | | | JEREMY R. FIETZ, ESQ. |
| 15 | | | Attorneys for Plaintiffs<br>MIGUEL A. CRUZ and JOHN D HANSEN |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 20, 2007

_____
Samuel _____ _____ States District
Court Judge

IT IS SO ORDERED
Judge Samuel Conti

4839-5996-5698.1

- 3 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111