1   MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
3   San Francisco, California  94104
    Tel:    (415) 421-3111
4   Fax:   (415) 421-0938
    Attorneys for Defendant
5   DOLLAR TREE STORES, INC.

6   SCOTT EDWARD COLE (State Bar No. 160744)
    Email: www.scalaw.com
7   SCOTT COLE & ASSOCIATES, APC
    1970 Broadway, Ninth Floor
8   Oakland, California  94612
    Tel:    (510) 891-9800
9   Fax:   (510) 891-7030
    Attorneys for Plaintiff
10  ROBERT RUNNINGS

11  JEREMY R. FIETZ (State Bar No. 139324)
    Email: jeremy@classattorneys.com
12  EDGAR LAW FIRM
    408 College Avenue
13  Santa Rosa, California   95401
    Tel:    (707) 545-3200
14  Fax:   (707) 578-3040
    Attorneys for Plaintiffs
15  MIGUEL A. CRUZ and JOHN D. HANSEN

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

| 18 MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others 19 similarly situated, | CASE NO. C 07 2050 SC (ENE) and CASE NO. C 07 04012 SC |
|---|---|
| 20              Plaintiffs, 21 v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE** |
| 22 DOLLAR TREE STORES, INC., Defendant. | |
| 23 | |
| 24 ROBERT RUNNINGS individually, and on behalf of all others similarly situated, | **JUDGE:**        Hon. Samuel Conti **COMPLAINTS FILED:** April 11, 2007 |
| 25              Plaintiff, | July 6, 2007 **TRIAL DATES:**   No dates set. |
| 26 v. | |
| 27 DOLLAR TREE STORES, INC., Defendant. | |
| 28 | |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD
AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 04012 SC

1    The parties hereby request an extension of the deadline to hold the ENE

2  session and a corresponding continuation of the pre-session telephone conference on

3  the following grounds:

4    1.    On July 26, 2007, counsel for Plaintiffs Cruz/Hansen and Defendant

5  Dollar Tree Stores, Inc. filed a stipulation to conduct an ENE session, requesting that the

6  session be set within 120 days. (Cruz Docket #22). The Court so ordered. (Cruz

7  Docket #24). On September 12, 2007, the ADR administrator appointed Sandra R.

8  McCandless as the Evaluator. (Cruz Docket #37).

9    2.    The Evaluator first contacted the parties for scheduling purposes on

10  November 19, 2007 when she sent a letter by facsimile scheduling a pre-session

11  telephone conference for November 26, 2007. That letter states that the final deadline

12  for holding the session is November 30, 2007, a deadline that does not afford time for

13  counsel to arrange for attendance at the session by clients. Nor does the deadline allow

14  for the filing of meaningful ENE statements.

15    3.    In the interim between the appointment of the Evaluator and the

16  November 19, 2007 letter setting the pre-session telephone conference, the parties have

17  filed a Stipulation and Proposed Order seeking consolidation of the Cruz/Hansen and

18  Runnings cases. (Cruz Docket #43). The Court has so ordered. (Cruz Docket #45.)

19  The cases were previously deemed related by the Court on August 31, 2007. (Cruz

20  Docket #34 and Runnings Docket #21). The parties in Runnings have not agreed upon

21  an ENE session as the appropriate ADR vehicle. An ADR conference was held on

22  November 15, 2007, with a continued session set for March 10, 2008.

23    4.    Also in the interim, the Court has set January 20, 2008 as a

24  deadline for Defendant to file any motion for summary judgment addressed to the

25  individual claims of the three Plaintiffs.

26    5.    Because of the delayed scheduling notice from the Evaluator, it is

27  not possible for the parties to comply with the requirement of ADR L.R. 5-5(a) to make

28  this request no later than 15 days before the session is to be held.

- 2 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

1    6.    Given the delayed notice for scheduling the ENE session, the

2    inability of one or more counsel to arrange for their clients' attendance, the non-

3    agreement on ENE for one case in the now consolidated matters, and the pending filing

4    of the motion for summary judgment, the parties do not believe a session at this time will

5    be productive.

6    The parties therefore jointly request that the deadline to hold the ENE

7    session be extended to April 30, 2008, and that the pre-session telephone conference

8    set for November 26, 2007 be correspondingly postponed.

9    **It is so stipulated.**

10

11    DATED:    November ___, 2007    KAUFF McCLAIN & McGUIRE LLP

12

13    By:_____
                                          MAUREEN E. McCLAIN

14    Attorneys for Defendant
15    DOLLAR TREE STORES, INC.

16    DATED:    November ___, 2007    SCOTT COLE & ASSOCIATES, APC

17

18    By:_____
                                          CARRIE S. LIN

19    Attorneys for Plaintiff
20    ROBERT RUNNINGS

21    DATED:    November ___, 2007    EDGAR LAW FIRM

22

23    By:_____
                                          JEREMY R. FIETZ

24    Attorneys for Plaintiffs
25    MIGUEL A. CRUZ and JOHN D HANSEN

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN        CASE NO. C 07 2050 SC (ENE)
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE                    CASE NO. C 07 4012 SC

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for

2    holding an ENE session be continued to April 30, 2008, and that the pre-session

3    telephone conference be likewise continued.

4

5    DATED: _____, 2007    _____

6    Samuel Conti, United States District
     Court Judge

7    4825-4530-8162.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

**PROOF OF SERVICE**

1

2    I, Rita I. Chavez, declare:

3    I am a citizen of the United States and employed in San Francisco County,

4  California. I am over the age of eighteen years and not a party to the within-entitled

5  action. My business address is One Post Street, Suite 2600, San Francisco, California

6  94104. On November 21, 2007, I served a copy of the within document(s):

7        STIPULATION AND [PROPOSED] ORDER EXTENDING
         DEADLINE TO HOLD AN ENE SESSION AND A PRE-
8        SESSION TELEPHONE CONFERENCE

9    ☒    by transmitting via facsimile the document(s) listed above to the fax
         number(s) set forth below on this date before 5:00 p.m.
10

11   ☒    by placing the document(s) listed above in a sealed envelope with postage
         thereon fully prepaid, in the United States mail at San Francisco, California
12       addressed as set forth below.

13

14   Sandra R. McCandless, Esq.         ADR Program
     Sonnenschein, Nath & Rosenthal     USDC-Northern District
15   525 Market Street, 26th Floor       450 Golden Gate Avenue,
     San Francisco, CA  94105-2708       16th Floor
16   Phone: (415) 882-2412               San Francisco, CA  94102
     Facsimile: (415) 882-0300           Phone: (415) 522-2199
17                                        Facsimile: (415) 522-4112

18    I am readily familiar with the firm's practice of collection and processing

19  correspondence for mailing. Under that practice it would be deposited with the U.S.

20  Postal Service on that same day with postage thereon fully prepaid in the ordinary

21  course of business. I am aware that on motion of the party served, service is presumed

22  invalid if postal cancellation date or postage meter date is more than one day after date

23  of deposit for mailing in affidavit.

24    I declare that I am employed in the office of a member of the bar of this court at

25  whose direction the service was made.

26    Executed on November 21, 2007, at San Francisco, California.

27

28                                        _____
                                           Rita I. Chavez

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 5 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN        CASE NO. C 07 2050 SC (ENE)
ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE                    CASE NO. C 07 4012 SC