MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Tel: (415) 421-3111
Fax: (415) 421-0938
Attorneys for Defendant
DOLLAR TREE STORES, INC.

SCOTT EDWARD COLE (State Bar No. 160744)
Email: www.scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Tel: (510) 891-9800
Fax: (510) 891-7030
Attorneys for Plaintiff
ROBERT RUNNINGS

JEREMY R. FIETZ (State Bar No. 139324)
Email: jeremy@classattorneys.com
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401
Tel: (707) 545-3200
Fax: (707) 578-3040
Attorneys for Plaintiffs
MIGUEL A. CRUZ and JOHN D. HANSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

Defendant.

ROBERT RUNNINGS individually, and on behalf of all others similarly situated,

Plaintiff,

v.

DOLLAR TREE STORES, INC.,

Defendant.

CASE NO. C 07 2050 SC (ENE) and
CASE NO. C 07 04012 SC

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE**

**JUDGE:** Hon. Samuel Conti
**COMPLAINTS FILED:** April 11, 2007
July 6, 2007
**TRIAL DATES:** No dates set.

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 04012 SC

The parties hereby request an extension of the deadline to hold the ENE session and a corresponding continuation of the pre-session telephone conference on the following grounds:

1.  On July 26, 2007, counsel for Plaintiffs Cruz/Hansen and Defendant Dollar Tree Stores, Inc. filed a stipulation to conduct an ENE session, requesting that the session be set within 120 days. (Cruz Docket #22). The Court so ordered. (Cruz Docket #24). On September 12, 2007, the ADR administrator appointed Sandra R. McCandless as the Evaluator. (Cruz Docket #37).

2.  The Evaluator first contacted the parties for scheduling purposes on November 19, 2007 when she sent a letter by facsimile scheduling a pre-session telephone conference for November 26, 2007. That letter states that the final deadline for holding the session is November 30, 2007, a deadline that does not afford time for counsel to arrange for attendance at the session by clients. Nor does the deadline allow for the filing of meaningful ENE statements.

3.  In the interim between the appointment of the Evaluator and the November 19, 2007 letter setting the pre-session telephone conference, the parties have filed a Stipulation and Proposed Order seeking consolidation of the Cruz/Hansen and Runnings cases. (Cruz Docket #43). The Court has so ordered. (Cruz Docket #45.) The cases were previously deemed related by the Court on August 31, 2007. (Cruz Docket #34 and Runnings Docket #21). The parties in Runnings have not agreed upon an ENE session as the appropriate ADR vehicle. An ADR conference was held on November 15, 2007, with a continued session set for March 10, 2008.

4.  Also in the interim, the Court has set January 20, 2008 as a deadline for Defendant to file any motion for summary judgment addressed to the individual claims of the three Plaintiffs.

5.  Because of the delayed scheduling notice from the Evaluator, it is not possible for the parties to comply with the requirement of ADR L.R. 5-5(a) to make this request no later than 15 days before the session is to be held.

- 2 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

6. Given the delayed notice for scheduling the ENE session, the inability of one or more counsel to arrange for their clients' attendance, the non-agreement on ENE for one case in the now consolidated matters, and the pending filing of the motion for summary judgment, the parties do not believe a session at this time will be productive.

The parties therefore jointly request that the deadline to hold the ENE session be extended to April 30, 2008, and that the pre-session telephone conference set for November 26, 2007 be correspondingly postponed.

**It is so stipulated.**

DATED: November 20, 2007

KAUFF MCCLAIN & MCGUIRE LLP

By: ______________________
MAUREEN E. MCCLAIN

Attorneys for Defendant
DOLLAR TREE STORES, INC.

DATED: November 20, 2007

SCOTT COLE & ASSOCIATES, APC

By: ______________________
CARRIE S. LIN

Attorneys for Plaintiff
ROBERT RUNNINGS

DATED: November 20, 2007

EDGAR LAW FIRM

By: ______________________
JEREMY R. FIETZ

Attorneys for Plaintiffs
MIGUEL A. CRUZ and JOHN D HANSEN

- 3 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for holding an ENE session be continued to April 30, 2008, and that the pre-session telephone conference be likewise continued.

DATED: 11/26, 2007

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

Samuel Conti, United States District Court

4825-4530-8162.1

- 4 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC

**PROOF OF SERVICE**

I, Rita I. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On November 21, 2007, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Sandra R. McCandless, Esq.
Sonnenschein, Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Phone: (415) 882-2412
Facsimile: (415) 882-0300

ADR Program
USDC-Northern District
450 Golden Gate Avenue,
16th Floor
San Francisco, CA 94102
Phone: (415) 522-2199
Facsimile: (415) 522-4112

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 21, 2007, at San Francisco, California.

Rita I. Chavez

- 5 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO HOLD AN ENE SESSION AND A PRE-SESSION TELEPHONE CONFERENCE

CASE NO. C 07 2050 SC (ENE)
CASE NO. C 07 4012 SC