MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Tel: (415) 421-3111
Fax: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700
999 Waterside Drive
Norfolk, Virginia 23510
Telephone: (757) 629-0604
Facsimile: (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>Defendant. | CASE NO. C 07 2050 SC |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>Defendant. | CASE NO. C 07 04012 SC<br><br>**DECLARATION OF BETH HIRSCH BERMAN IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT [RUNNINGS]**<br><br>**JUDGE:** Hon. Samuel Conti<br>**COMPLAINTS FILED:** April 11, 2007<br>July 6, 2007<br>**TRIAL DATES:** No dates set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF BETH HIRSCH BERMAN IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT [RUNNINGS]

CASE NOS. C 07-2050 SC & C 07-04012 SC

I, Beth Hirsch Berman declare that:

1.  I am a shareholder in the law firm of Williams Mullen, P.C., pro hac vice counsel for Defendant Dollar Tree Stores, Inc. in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, would be competent to testify.

2.  On December 12, 2007, I attended the deposition of Plaintiff Robert Runnings. Attached hereto as Exhibit A is a true and correct copy of the relevant portions of the transcript of that deposition and a true and correct copy of Exhibit 42 to the deposition.

3.  On November 13, 2007, I attended the deposition of Richard Tellstrom. Attached hereto as Exhibit B is a true and correct copy of the relevant portions of the transcript of that deposition.

I have read the attached declaration and do hereby declare, under penalty of perjury under the law of the United States, that it is true and correct.

Executed on January 18, 2008 at Norfolk, Virginia.

_____
Beth Hirsch Berman

1242950v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-
DECLARATION OF BETH HIRSCH BERMAN    CASE NOS: C 07 2050 SC AND C 07 04012 SC