**Exhibit A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. CRUZ, and JOHN D. )
HANSEN, individually, and on )
behalf of all others similarly )
situated, )
                )

         Plaintiffs, )

                )

vs.            ) Case No: C07 02050 SC

                )

DOLLAR TREE STORES, INC., )

         Defendant. )

                )
_____

ROBERT RUNNINGS, individually, )
and on behalf of all others )
similarly situated, )

                )

         Plaintiff, )

vs.          ) Case No: C 07 04012 SC

                )

DOLLAR TREE STORES, INC., )

         Defendant. )

                )
_____

COPY

DEPOSITION OF ROBERT LEWIS RUNNINGS

VOLUME I, pages 1 to 383

PREFERRED REPORTERS
1-866-372-3376

00023

1 me, would you like me to tell you?                    09:

2   Q   Please.                         09:

3   A   Okay.                           09:

4   Q   Do you know whether he's working there?        09:

5   A   Yes. He works for Bed, Bath & Beyond.        09:

6   Q   Somewhere in Idaho?                 09:

7   A   Yes. Southern Idaho.              09:

8   Q   So Mr. Avelar told you that he was        09:

9 applying and suggested you might do the same?        09:

10   A   Correct.                        09:

11   Q   Where did you apply?              09:

12   A   I believe I filled out an application        09:

13 and turned it in to the Healdsburg store, but I        09:

14 actually interviewed as such over the phone with        09:

15 the district manager at the time.              09:

16   Q   Who was that?                    09:

17   A   Jim Mullet.                      09:

18   **Q   What was your first position with Dollar        09:**

19 **Tree?**                            **09:**

20   **A   I was brought on as an MIT.              09:**

21   **Q   For how long did you work as an MIT?        09:**

22   **A   I started in April of '04 and was an MIT        09:**

23 **until November of '04.**                    **09:**

24   Q   Where did you work as an MIT?          09:

25   A   I worked in Healdsburg and Roseland.        09:

00025

1   A   Correct.                          09:

2   **Q   And that store number is 2939?          09:**

3   **A   Yes.                              09:**

4   **Q   Is it correct that you have been store      09:**

5   **manager of the Willits store since,          09:**

6   **approximately, November 2004?             09:**

7   A   Yes.                              09:

8   Q   Is it correct that aside from a couple      09:

9   of days here and there when you might be at a     09:

10  different store, that your working experience has    09:

11  been at three Dollar Tree stores?           09:

12  A   Yes.                              09:

13  Q   Those stores are Healdsburg, Roseland      09:

14  and Willits; is that right?               09:

15  A   Yes.                              09:

16  Q   From time to time have you been at other    09:

17  stores, either in inventory situation or for some   09:

18  other reason?                         09:

19  A   Yes.                              09:

20  Q   What other stores have you been in?       09:

21  A   I believe every store in the district      09:

22  except Crescent City.                   09:

23  Q   Every store in what district?            09:

24  A   It's now 460.                       09:

25  Q   460 used to be in 181; is that right?       09:

---

00030

1   Q   You don't check age, for example, for      09:

2   candy sales?                          09:

3   A   No.  We do check for sales of knives.      09:

4   **Q   Does Willits have frozen food?**         **09:**

5   **A   Yes.**                          **09:**

6   **Q   Is that different from Roseland and**     **09:**

7   **Healdsburg?**                       **09:**

8   **A   At the time, yes.**                **09:**

9   **Q   Does that impact the job of a store**     **09:**

10  **manager?**                         **09:**

11  **A   Yes.**                          **09:**

12  **Q   How?**                         **09:**

13  **A   It's another order that has to be wrote**  **09:**

14  **and another department that needs to be stocked.**   **09:**

15  Q   Is some of the frozen food delivered      09:

16  locally by local vendors?                 09:

17  A   I don't believe so, no.              09:

18  Q   Not at Willits?                     09:

19  A   No.                             09:

20  Q   Is that right?                      09:

21  A   Yes.                            09:

22  Q   Do you have any local vendor deliveries    09:

23  at Willits?                           09:

24  A   Yes.                            09:

25  Q   For what goods?                    09:

00034

1   A   Yes.                    09:

2   Q   How did the addition of frozen food        09:

3 affect the need to reconfigure your stockroom?        09:

4   A   They placed the stockroom coolers for        09:

5 all the back stock right in the dead center of        09:

6 the stockroom, eliminating quite a bit of space.        09:

7 So we had to reconfigure our storage for all the        09:

8 different departments.                    09:

9   Q   Did you actually do a schematic for        09:

10 that?                    09:

11   A   I believe so.  On the back of a piece of        09:

12 cardboard, yes.                    09:

13   Q   You wouldn't frame it?            09:

14   A   No.                    09:

15   Q   Can you tell me how you figured out        09:

16 where everything should go in that new            09:

17 configuration?  How did you do that?            09:

18   A   Dollar Tree has some guidelines as to        09:

19 what they would like closest to the doors.  The        09:

20 first is the floor items, such as food, and then        09:

21 we just ran with what space was available and        09:

22 which departments we had the most merchandise        09:

23 that we had to store.                09:

24   Q   So you put the food closest to the door;        09:

25 is that right?                09:

00035

1    A   Correct.                          09:

2    Q   Then you determined the rest of the        09:

3    staging by virtue of what you sold the most?      09:

4    A   No.  It was based on, basically, what we      09:

5    had in the back room.  Back stock wise.           09:

6    Q   So you based it on the inventory you          09:

7    actually had; is that right?                   09:

8    A   Yes.                             09:

9    Q   Have you changed that over time?          09:

10   A   There's been some small adjustments to     09:

11   it, yes.                             09:

12   Q   Are these adjustments that you made?     09:

13   A   Some by me; some by my freight manager.   09:

14   Q   Have you had the same freight manager     09:

15   during the time that you've been at Willits?     09:

16   A   No.                              09:

17   Q   Who is your current freight manager?      09:

18   A   His name is Andrew Wright, W-R-I-G-H-T.   09:

19   Q   How many previous freight managers have    09:

20   you had?                            09:

21   A   At least three.                     09:

22   Q   Do you agree that the more skilled your    09:

23   assistant store managers, the easier it is for    09:

24   you to manage?                        09:

25   A   Yes.                             09:

00039

1  recovery that's necessary?                    09:

2   A   Yes.                    09:

3    (Discussion was held off the record.)       09:

4    (Exhibit 1 was marked for identification.)    09:

5  BY MS. MCCLAIN:                    09:

6   Q   Mr. Runnings, Exhibit 1 is a document    09:

7  that was produced by your counsel.  Do you     09:

8  recognize this document?              09:

9   A   Yes.                    09:

10   Q   What is a cashier comparison report?     09:

11   A   This is the cashier statistics, that's    09:

12  usually what we call it, and it shows each      09:

13  individual cashier, how much time -- excuse me,   09:

14  how many customers they have, their average    09:

15  sales.  Basically, all their basic statistics.     09:

16   Q   This is a Dollar Tree form; is that     09:

17  right?                    09:

18   A   Yes.                09:

19   Q   And this is something you've worked with   09:

20  as a store manager at Dollar Tree; is that right?    09:

21   A   Yes.              09:

22   Q   How do you work with it as a store     09:

23  manager?  What do you look at this form for?     09:

24   A   We -- it automatically prints out, and    09:

25  so we see it each morning when we walk in.  We    09:

00040

1  glance over it real quick and look for any          09:

2  oddities.                          09:

3    Q    What would you consider an oddity?          09:

4    A    A cashier variance.  We look at post          09:

5  voids and we look for item voids.  Those are the      09:

6  basics.                          09:

7    Q    Are you essentially looking to see          09:

8  whether any cashier is taking money?              09:

9    A    Yes.                        09:

10   Q    Are you looking for anything else?          09:

11   A    To see how busy it was.  To see how many      09:

12  customers the assistant managers checked through.      09:

13   Q    As a store manager, you do that every      09:

14  morning?                          09:

15   A    Yes.                        09:

16   Q    Do you ever look at the statistics on a      09:

17  week basis?                        09:

18   A    Yes.                        09:

19   Q    Why did you do that?                09:

20   A    It gives you just a more general          09:

21  overview of the entire week.  Somebody may have      09:

22  one day that's not kosher and when it's broke      09:

23  down to the entire week, they fall in line with      09:

24  what they are supposed to be.                09:

25   Q    Do you have a particular day when you      09:

00048

1    Q   Who has told you you're not supposed to        09:

2 throw freight a lot?                    10:

3    A   Dollar Tree.                    10:

4    Q   Are there Dollar Tree people who have        10:

5 told you that? Have you received written          10:

6 communications?                    10:

7    A   We have been told that in various          10:

8 meetings. It's on our compliance sheet. I've        10:

9 been told that by Rick.                  10:

10   Q   Mr. Tellstrom?                  10:

11   A   Yes.                    10:

12   Q   Mr. Tellstrom is currently your district      10:

13 manager; is that right?                  10:

14   A   Yes.                    10:

15   **Q   You would agree, then, that the Dollar**        **10:**

16 **Tree policy that has been expressed to you is**        **10:**

17 **that you are not supposed to do physical work**        **10:**

18 **more than 50 percent of the time?**            **10:**

19   **A   I believe it's less than that.**          **10:**

20   **Q   You're not supposed to do physical work**        **10:**

21 **more than 35 percent of the time?**            **10:**

22   **A   That sounds about right.**            **10:**

23   Q   Was there any other eliminate of          10:

24 unhappiness that was expressed at this meeting      10:

25 that you recall, other than throwing too much      10:

00060

1 Mr. Runnings, are the assistant managers with          10:

2 whom you have spoken about your unhappiness with          10:

3 Dollar Tree the assistant managers who are listed          10:

4 on this schedule?                          10:

5    A    Not Chris. Chris is brand new, so the          10:

6 13th was his first day.                     10:

7    Q    Aside from Chris, you have spoken to          10:

8 Ashley, Michael and Andrew; is that right?          10:

9    A    Yes.                          10:

10    Q    Essentially, what have you said to them?          10:

11    A    How unhappy I am.                     10:

12    Q    Is that all you've said?               10:

13    A    How unhappy I am with the situation.          10:

14 And, you know, when they come to me with their          10:

15 concerns about not having enough help, and I let          10:

16 them know there's nothing I can do about it.          10:

17 It's Rick and Rick's superiors. So...          10:

18    Q    So you've had conversations with them          10:

19 about the fact that you would like more hours in          10:

20 the store; is that right?                    10:

21    A    Yes.                          10:

22    **Q    Have you generally had four assistant          10:**

23 **managers throughout the time that you've been a          10:**

24 **store manager?                          10:**

25    **A    For 2005 and '6, yes. And then they          10:**

00061

1  eliminated the fourth spot and reduced us to          10:

2  three.                          10:

3     Q   You're back up to four?            10:

4     A   No.  No.  Michael is no longer employed.     10:

5     Q   So Chris replaced Michael; is that       10:

6  right?                       10:

7     A   Yes.                   10:

8     Q   In 2007, how did it come to be that they      10:

9  reduced you to three?  Who was "they"?          10:

10    A   Dollar Tree, as a whole.          10:

11    Q   How do you know that?          10:

12    A   They did it, I believe, company wide.     10:

13  Actually, I don't know if it's company wide.       10:

14  They did it in California.              10:

15    Q   How was that communicated to you?      10:

16    A   I believe I first heard it from Rick.      10:

17    Q   Have you ever seen anything in writing      10:

18  about this elimination?                10:

19    A   I don't think so.            10:

20    Q   What did Mr. Tellstrom tell you?       10:

21    A   At the time I lost an assistant manager      10:

22  and wanted to find a replacement, and he said     10:

23  that she would not be replaced.            10:

24    Q   Who was that?          10:

25    A   Elizabeth Segmiller.          10:

00062

1    Q   Do you agree that the individuals who          10:

2  are best able to comment upon your actual work at     10:

3  Dollar Tree are your assistant store managers?        10:

4      MR. COLE: Objection. Calls for speculation.       10:

5  BY MS. MCCLAIN:                                10:

6    Q   Are they in a position, as far as you         10:

7  can observe, to have observed what you were          10:

8  doing?                                      10:

9      MR. COLE: Objection. Calls for speculation.       10:

10      If you can answer, go ahead.                  10:

11     THE WITNESS: Yes.                         10:

12  BY MS. MCCLAIN:                            10:

13    Q   Aside from your assistant store             10:

14  managers, are there other people that you believe     10:

15  are in a position to observe what you do at work      10:

16  and when you work?                           10:

17     MR. COLE: Same objection and compound.         10:

18      Go ahead, if you can.                      10:

19     THE WITNESS: Customers. Customers come in       10:

20  all the time and comment, you know, Oh, you're        10:

21  sure busy today. So I guess customers. Yeah.         10:

22  BY MS. MCCLAIN:                            10:

23    Q   Anyone else?                          10:

24    A   Rick.                               10:

25    **Q   How often do you see Mr. Tellstrom in        10:**

00063

1  person?                              10:

2  A  It varies.  It varies week to week.        10:

3  Q  In 2007, can you give me an estimate of    10:

4  the highest amount of times he's been in your    10:

5  store per week and the lowest amount?         10:

6  A  The lowest would be not seeing him at     10:

7  all; the highest would probably be four times a    10:

8  week.                              10:

9  Q  There have been weeks, then, in 2007     10:

10  when you haven't personally seen Mr. Tellstrom?    10:

11  A  Yes.                           10:

12  Q  Is that a rarity?  Does it happen often?    10:

13  A  It happens fairly often.            10:

14  Q  If Mr. Tellstrom visits you four times     10:

15  per week, to your observation, is there a       10:

16  particular reason for that?               10:

17  A  No.  We are his home store, so he stops    10:

18  in to do paperwork.  Stuff like that.         10:

19  Q  Does he have an office at the Willits    10:

20  store?                           10:

21  A  He shares my office.              10:

22  Q  Are there times when he comes to the    10:

23  store and just does his work without interacting    10:

24  with you?                         10:

25  A  No.                          10:

00064

1   Q   He always talks to you?                    10:

2   A   Yes.                        10:

3   Q   Are those conversations occasionally         10:

4   quite brief?                     10:

5   A   Yes.                        10:

6   Q   Can you estimate for me, let's say last      10:

7   week, how many hours you spent talking to        10:

8   Mr. Tellstrom?                      10:

9   A   Like, maybe a couple of hours.           10:

10  Q   Would that include conversations by          10:

11  telephone as well as in-person conversations?       10:

12  A   Yes.                        10:

13  Q   Is that generally reflective of the          10:

14  amount of time you would communicate with          10:

15  Mr. Tellstrom per week?                   10:

16  A   No.                         10:

17  Q   Is it too high or too low?               10:

18  A   Last week was more than normal.            10:

19  Q   What would your estimate be with contact      10:

20  with the district manager in a normal week?         10:

21  A   I would say probably an hour. Most of        10:

22  it by phone.                     10:

23  **Q   Is it correct that you are the highest       10:**

24  **management person generally at 2939?          10:**

25  **A   Yes.                        10:**

---

00065

1   Q   Are you the highest management person          10:

2 there 90 percent of the time?                    10:

3   A   Aside from when Rick or his supervisors       10:

4 are there, yes.                          10:

5   Q   In those normal weeks when you are            10:

6 communicating with a district manager about an       10:

7 hour of the time during the week, what kinds of      10:

8 topics are you and the district manager           10:

9 communicating about; can you give me some          10:

10 examples?                          10:

11   A   It's usually just him telling me what he       10:

12 wants to see get done over the course of the         10:

13 week.                          10:

14   Q   Such as?                          10:

15   A   Whether or not the schedule has been           10:

16 wrote yet, whether or not certain displays have      10:

17 been built, how certain employees may be doing.        10:

18   Q   Do you hire for store 2939?                 10:

19   A   Yes.                          10:

20   **Q   How many employees do you think you've        10:**

21 **hired since November of 2004?          10:**

22   **A   I don't know.                 10:**

23   **Q   More than 30?                 10:**

24   **A   Yes.                 10:**

25   **Q   More than 50?                 10:**

00066

1   **A   Yes.**                              **10:**

2   **Q   More than 70?**                     **10:**

3   **A   Yes.  I would say over 100.  Beyond**        **10:**

4   **that, I'm not sure.**                    **10:**

5   Q   Are those hires in both assistant store        10:

6   manager positions and hourly associate positions?        10:

7   A   The hourly -- the cashiers and stockers,        10:

8   yes; assistant managers, up until Rick took over.        10:

9   Q   Do you have any particular way in which        10:

10  you obtain applications?                    10:

11  A   Just from people bringing them in.        10:

12  Q   Do you have a sign in the store saying        10:

13  "Please Apply"?                            10:

14  A   Yes.                                   10:

15  Q   Is it correct that until Mr. Tellstrom        10:

16  took over as a DM, you had sole authority in        10:

17  hiring assistant store managers?            10:

18      MR. COLE:  Objection.  Vague and ambiguous as        10:

19  to "sole authority."                        10:

20  BY MS. MCCLAIN:                            10:

21  Q   I thought that's what you told me, that        10:

22  before Rick started, you hired assistant store        10:

23  managers; is that right?                    10:

24      MR. COLE:  I'm sorry.  Is that the same        10:

25  question you asked him earlier or a different        10:

Runnings, Robert 12-17-07.dep

00071

1   Q   Was there any component in the manager-        10:

2 in-training program on hiring?                       10:

3   A   Not that I know of.  No.                        10:

4   Q   Is there any other aspect of your job          10:

5 that you think you are not so good at aside from      10:

6 interviewing?                                         10:

7   A   No.  I don't think so.                          10:

8   Q   If you look at Exhibit 3, was Ms. Massey        10:

9 someone you hired?                                    10:

10   A   I hired her as a cashier.                      10:

11   Q   Is Ms. Massey someone you promoted?            10:

12   A   Yes.                                           10:

13   Q   Do you recall when she became an              10:

14 assistant store manager?                             10:

15   A   I don't.                                       10:

16   **Q   Was that your decision to promote her?**      **10:**

17   **A   It was a co-decision with Mr. Tellstrom.**    **10:**

18   **Q   Did you recommend her promotion?**            **10:**

19   **A   Yes.**                                        **10:**

20   **Q   Did Mr. Tellstrom accept that**               **10:**

21 **recommendation?**                                   **10:**

22   **A   I had another store manager interview**       **10:**

23 **her and Rick discussed it with that manager, and**  **10:**

24 **then it was approved.**                             **10:**

25   Q   Who was that store manager?                    10:

00075

1    Q   You need to be there during the day?          10:

2    A   We need somebody there during the day.         10:

3       MR. COLE: Let's take a short break.          10:

4       MS. MCCLAIN: Sure.                  10:

5       THE VIDEOGRAPHER: The time is approximately     10:

6  10:30 a.m. We are now off the record.           10:

7    (Recess taken from 10:30 a.m. to 10:50 a.m.)      10:

8       THE VIDEOGRAPHER: The time is approximately     10:

9  10:50 a.m. We are back on the record.           10:

10  BY MS. MCCLAIN:                  10:

11    Q   Mr. Runnings, is it correct that your        10:

12  retail experience prior to Dollar Tree was as a      10:

13  department manager not a store manager?            10:

14    A   Yes.                  10:

15    **Q   Dollar Tree is the first time you've had     10:**

16  **responsibility for the entire location, correct?     10:**

17    **A   Yes.                  10:**

18       MR. COLE: Do you want some water or         10:

19  anything?                  10:

20       THE WITNESS: Yes, please.             10:

21  BY MS. MCCLAIN:                  10:

22    Q   Can you tell me how much time you spend       10:

23  per week on the average in hiring people?           10:

24    A   Not much time at all.              10:

25    Q   How long does it take you to do an           10:

00080

1  Q  Not enough help to do recovery at night?      10:

2  A  Correct.                    10:

3  Q  Is there any other reason?            10:

4  A  Staffing. That's --            10:

5  Q  Is there any other reason, other than      10:

6  what you believe to be inadequate help in      10:

7  recovery, that leaves your store messy?      10:

8  A  I don't think so.            10:

9  Q  You're currently working 45 hours a      10:

10  week, correct?                10:

11  A  Yes.                10:

12  Q  Have there been times when you have been      10:

13  a store manager when you have worked more hours      10:

14  than that?                10:

15  A  Yes.                10:

16  Q  But that has not been this year; is that      10:

17  right?                10:

18  A  There's been times this year, yes.      10:

19  Q  When did you absolutely decide not to      10:

20  work more than 45 hours a week?            10:

21  A  When the lawsuit was filed.      10:

22  Q  So from July 6 forward, you've worked 45      10:

23  hours only; is that right?            10:

24  A  No. That's what -- that's what my goal      10:

25  has been.                10:

00081

1    Q   Have you generally met that goal on a          10:

2   week-to-week basis?                        10:

3    A   I typically go over a little bit by my          10:

4   calculations, but I try to keep it at 45.          10:

5    Q   When you say "a little bit," are you          10:

6   talking minutes?                        10:

7    A   Minutes per day.  So...              10:

8    Q   So you might work an hour more during          10:

9   the week; is that right?                  10:

10   A   An hour or two.  Yeah.              10:

11   Q   So the range would be from 45 to 47; is          10:

12  that right?                        10:

13   A   Since July, I would say that's fair.          10:

14   Q   Do you have anywhere where you keep a          10:

15  record of the hours you actually work?              10:

16   A   Aside from Compass, no.              10:

17   Q   So if I asked you the hours you worked          10:

18  in the third week of April of 2006, you would          10:

19  look at Compass and you would think that's          10:

20  basically accurate, but not necessarily precisely          10:

21  so?                        10:

22   A   Yes.                        10:

23   Q   Are you getting what you need to get          10:

24  done as a store manager in 45 hours?          10:

25   A   No.                        10:

00092

1    A    I don't know.                    11:

2    Q    Has a regional director ever visited        11:

3  your store?                        11:

4    A    Yes.                        11:

5    Q    Has there been more than one regional        11:

6  director who visited your store?            11:

7    A    Yes.                        11:

8    Q    Has Ms. Hammond visited your store?        11:

9    A    Yes.                        11:

10    Q    Has anyone else?                11:

11    A    Matt Rodrigues.                11:

12    Q    Have you now told me all of the regional    11:

13  directors that have visited your store that you    11:

14  recall?                        11:

15    A    Yes.                        11:

16    Q    Do you decide what job tasks will be        11:

17  performed by your assistant store managers?        11:

18    A    Sometimes.                    11:

19    Q    And how do you divide up their        11:

20  responsibilities?                11:

21    A    I make a list of what needs to be done    11:

22  and then divide it amongst the persons working.    11:

23    Q    Can you give me an example of what would    11:

24  be on that list?                11:

25    A    Marking -- markdowns, certain displays    11:

---

Runnings, Robert 12-17-07.dep

00093

1  that need built.                          11:

2    Q   Does anyone your store, aside from the      11:

3  assistant managers or the store manager, build      11:

4  displays?                          11:

5    A   Yes.                          11:

6    Q   Who else?                      11:

7    A   The freight crew, cashiers.          11:

8    Q   Do they do so with direction from the      11:

9  management team?                      11:

10   A   Yes.                          11:

11   Q   Do you delegate any personnel functions      11:

12  to your assistant store managers?          11:

13   A   I don't think so.              11:

14   Q   So you do all the hiring, all of the      11:

15  counseling, all of the input of personnel      11:

16  information?                      11:

17   A   No.  No. I have had assistants in the      11:

18  past do hiring.                  11:

19   Q   Do you input all of the new hire      11:

20  information into the human resources system      11:

21  yourself or do you have someone else do that?      11:

22   A   For the regular employees, I do; for      11:

23  assistant managers, Rick or whichever DM is in      11:

24  charge.                      11:

25   Q   Is it correct, then, that you have not      11:

00094

1    A. Right. I try not to get too much above

2 because I don't like the stockroom being -- you've

3 got to balance it a little bit, but, yeah --

4    Q. Is the ordering more frequently when --

5 does it occur more frequently when you're dealing

6 with frozen foods?

7    A. It's all. Well, what do you mean "more

8 frequently"?

9    Q. I thought you told me you ordered twice a

10 week at 1868.

11    A. There's only designated times to order.

12 They have to be done on a certain day. Frozen

13 order I haven't mastered yet. It seems to

14 disappear so sometimes I forget what I ordered

15 because it's not always in front of you. So I try

16 to do all that in one day. Other orders -- maybe

17 five, ten minutes in each day I'll, you know, keep

18 ordering. I order all the time.

19    Q. You can order in advance of actually

20 sending the order; correct? You can fill in your

21 order, but not --

22    A. Right.

23    Q. -- release it?

24    A. Actually, you just put in the send order,

25 and then back at corporate, I guess, it just clicks

00095

1  in and it takes all that orders that you've put in

2  to that point and puts it in on your --

3     Q.  Any time you feel you have some time to do

4  some ordering, you can go to the computer and put

5  in your orders; correct?

6     A.  Right.  Uh-huh.  So if I feel like we need

7  something, I can go in and quickly order it and I

8  can be back to doing whatever.

9     Q.  And is it correct then that you are

10  ordering sporadically throughout the week?  You're

11  going back to your computer and placing orders?

12     A.  Here and there, yeah.  I mostly do it once

13  a day if I feel like it needs it.  Um, in store

14  2262 I'm at right now, it's very full, um, so

15  ordering isn't --

16     Q.  When you were doing ordering in 1868,

17  would you walk the store before you placed an order

18  just to see what had been selling?

19     A.  Well, I was always walking around, so I

20  always just checked to see.  Running the register,

21  you see what goes through all the time.  So that's

22  how I -- I would --

23     Q.  Did we not identify one other reason why

24  you might be on a register, and that is for

25  training?  Do you train people on registers?

00096

1 computer system when an evaluation is due?                11:

2    A   Yes.                              11:

3    Q   So the computer will tell you in some          11:

4 fashion that a 30-day evaluation is due; is that         11:

5 right?                                    11:

6    A   Yes.                              11:

7    Q   How does that appear to you?              11:

8    A   It just shows up on the screen.             11:

9    Q   You fill in enough blanks to clear the          11:

10 evaluation; is that right?                       11:

11    A   Correct.                            11:

12    Q   Do you ever print out the evaluation and       11:

13 discuss it with the hourly associate?              11:

14    A   No.                               11:

15    Q   Why not?                           11:

16    A   It's not something I was ever told I was       11:

17 supposed to do.                            11:

18    Q   Do you think it would be helpful if you        11:

19 provided such feedback to the hourly associates?     11:

20    MR. COLE:  Objection.  Calls for speculation.     11:

21 BY MS. MCCLAIN:                           11:

22    Q   Do you think it would be helpful to          11:

23 their job performance?                        11:

24    MR. COLE:  Same objection.  If you can answer     11:

25 it, go ahead.                             11:

---

Runnings, Robert 12-17-07.dep

00097

1    **THE WITNESS: I don't know.**                    11:

2    **BY MS. MCCLAIN:**                    11:

3    **Q   Has that thought ever occurred to you**        11:

4    **that doing these evaluations with the hourly**        11:

5    **associates would be helpful to improve their job**        11:

6    **performance?**                    **11:**

7    **A   Yes.**                    **11:**

8    Q   Still you haven't done it?            11:

9    A   Correct.                11:

10    Q   Why not?                11:

11    A   Because I'm not familiar with the            11:

12   computer program, how to do it correctly.            11:

13    Q   Have you ever asked anyone for help?        11:

14    A   Yes.                11:

15    Q   Who have you asked?                11:

16    A   Rick.                11:

17    Q   He's not given you help?                11:

18    A   No.                11:

19    Q   Do you provide feedback to the hourly        11:

20   associates based upon your observation of how        11:

21   they are doing the job?                11:

22    A   Yes.                11:

23    Q   How do you do that?                11:

24    A   Just by simply telling them, hey, you        11:

25   did a good job today or this isn't so good.        11:

00098

1    Q   Do you call them into the office for         11:

2  that purpose?                              11:

3    A   Sometimes; sometimes it's on the sales      11:

4  floor.                               11:

5    Q   You delegate markdown functions to your     11:

6  assistant store managers; is that right?          11:

7    A   Sometimes.                          11:

8    Q   Do you sometimes do the markdown          11:

9  functions yourself?                       11:

10    A   Yes.                              11:

11    Q   What does that consist of?  How do you     11:

12  do that?                              11:

13    A   Taking the damaged products and scanning   11:

14  them with the prism gun.                    11:

15    Q   You told me that sales have increased       11:

16  since you've been the store manager at 2939?      11:

17    A   Yes.                              11:

18    Q   Has that been due to anything that you      11:

19  believe you have done?                     11:

20    A   I just believe it's more word of mouth.      11:

21  Our customer count has increased, therefore our    11:

22  sales have increased.                     11:

23    Q   And have you done anything to, in your     11:

24  judgment, to increase the word of mouth?         11:

25    A   I'm not sure.                        11:

00099

1   Q   So you don't take responsibility or        11:

2   credit for the increase in customers?          11:

3   A   No, I don't.                        11:

4   Q   What is your annual sales volume at         11:

5   2939?                              11:

6   A   A little over two million.              11:

7   Q   What was it the year you started?          11:

8   A   I believe the first year was 1.9           11:

9   million.                           11:

10  Q   Is it correct that your bonus as a store     11:

11  manager is based exclusively on sales-related    11:

12  factors?                           11:

13  A   Yes.                            11:

14  Q   Have you gotten bonuses?              11:

15  A   Yes.                            11:

16  MS. MCCLAIN:  May I have this marked as next    11:

17  in order, please?                      11:

18  (Exhibit 6 was marked for identification.)       11:

19  BY MS. MCCLAIN:                         11:

20  Q   Do you recognize this document,           11:

21  Mr. Runnings, as the store manager bonus plan     11:

22  currently in effect?                     11:

23  A   Yes.                            11:

24  Q   Is it correct that recently there was a      11:

25  change in the bonus plan to add a margin         11:

00100

1 component?                              11:

2   A   Yes.                           11:

3   Q   Have you been paying attention to the        11:

4 margins of the items you sell in your store?        11:

5   A   I don't know the margins on the items.        11:

6   Q   You don't have that in your ordering      11:

7 scorecard information?                        11:

8   A   No.                             11:

9   MS. MCCLAIN: May I have this marked as next      11:

10 in order, please?                         11:

11   (Exhibit 7 was marked for identification.)       11:

12 BY MS. MCCLAIN:                         11:

13   **Q   Do you have a playbook at 2939?**        **11:**

14   **A   Yes.**                         **11:**

15   **Q   Do you keep your playbook up to date?**     **11:**

16   **A   I try to.**                       **11:**

17   **Q   Do you use your playbook?**           **11:**

18   **A   Not typically, no.**               **11:**

19   Q   Can you describe to me what you did last      11:

20 week? What did you do on Monday last week?        11:

21   A   I don't remember right now.            11:

22   Q   Do you have a typical Monday routine?       11:

23   A   I have a routine I try to follow.         11:

24   Q   What is that?                      11:

25   A   Monday is usually what Dollar Tree        11:

00101

1 considers the office day. That's where we fill        11:

2 our playbook.                              11:

3     **Q  Do you do your ordering on Monday?        11:**

4     **A  No.                          11:**

5     **Q  Do you do any planning for your ordering    11:**

6 **on Monday?                          11:**

7     **A  I take that back.  I do write the frozen    11:**

8 **order on Monday.                      11:**

9     Q  How many hours do you typically spend in      11:

10 the office on Monday, on your office day?          11:

11    A  I would say maybe two, three hours tops.      11:

12    Q  Do you spend time in the office            11:

13 throughout the rest of the week?              11:

14    A  Yeah.  Yes.  I'm sorry.              11:

15    Q  Can you quantify for me how many hours      11:

16 you would spend on the next day of the week that      11:

17 you worked, aside from Monday?                11:

18    A  I would say probably around two hours a      11:

19 day.                              11:

20    Q  So you think two hours a day is about        11:

21 right for all days except Monday, and that's two      11:

22 to three hours; is that right?              11:

23    A  No.  There's days that it's far less.      11:

24    Q  Are there days when it's more?            11:

25    A  Only if Rick is there.              11:

00102

1   Q   Why is that?                          11:

2   A   He may be going over paperwork with me.      11:

3   **Q   What do you do when you're in the         11:**

4   **office, what kinds of things do you work on?      11:**

5   **A   The order, scheduling, cashing out the      11:**

6   **cashiers, doing the deposits.  That's about it.      11:**

7   Q   Do you do any planning? Do you develop      11:

8   a master list for the week?                 11:

9   A   I usually do a to-do list.  But I do         11:

10  that daily.                          11:

11  Q   Do you do that in the beginning of the      11:

12  day usually?                         11:

13  A   Yes.                             11:

14  Q   Do you keep your to-do lists?            11:

15  A   Yes.                             11:

16  Q   Do you have them somewhere?             11:

17  A   Yes.  They are in my clipboard in the      11:

18  office.                              11:

19  Q   Is your playbook in the office as well?      11:

20  A   Yes.                             11:

21  Q   Could you make copies of those for me,      11:

22  please?                              11:

23  A   Of?                              11:

24  Q   The playbook and clipboard -- and your      11:

25  clipboard to-do list?                      11:

00106

1  Q  Do they give you suggested pictures for         11:

2  all 80 end caps?                          11:

3  A  No.                        11:

4  **Q  Approximately, how many do you have to         11:**

5  **develop yourself without any suggestions?         11:**

6  **A  I would approximate 75 percent.          11:**

7  **Q  Do you change your end caps regularly?        11:**

8  **A  Yes.                    11:**

9  Q  Can you give me an example of an end cap       11:

10  you've just done?                     11:

11  A  Me personally or in the store?              11:

12  Q  Yeah.  Or you developed and asked           11:

13  someone else to do, but one that you designed.       11:

14  A  No.                        11:

15  Q  You don't have a favorite end cap in         11:

16  mind?                          11:

17  A  No.                        11:

18  Q  Do you have front windows?              11:

19  A  Yes.                        11:

20  Q  Do you normally have a front window         11:

21  display?                         11:

22  A  No.                        11:

23  Q  Why not?                      11:

24  A  We have shopping carts in our front         11:

25  window.                         11:

00109

1   Q   So you use it as a guideline for the         11:

2   displays?                              11:

3   A   Yes.                               11:

4   **Q   And as I understood your testimony          11:**

5   **before, you don't always follow the guidelines,      11:**

6   **correct?                              11:**

7   **A   Correct.                          11:**

8   Q   Is there a reason for that?  Do you          11:

9   think another display is better or do you not         11:

10  have the product or --                      11:

11  A   It's usually lack of product.              11:

12  Q   So you have to substitute product?            11:

13  A   Yes.                               11:

14  Q   Do you keep a weekly business summary in        11:

15  your playbook?                          11:

16  A   Occasionally.                        11:

17  Q   And why do you only do so occasionally?        11:

18  A   I only have access to that through           11:

19  Rick.  And it's not something that I'm given each      11:

20  week.  So when I have it, it's in there.          11:

21  Q   Do you review it when you have it?            11:

22  A   Yes.                               11:

23  Q   And does it assist you in any way?           · 11:

24  A   No.                               11:

25  Q   It tells you what your sales have been.        11:

00117

1   Q  And shows those subdepartments by    11:

2 margin?               11:

3   A  I'm not sure.       11:

4   Q  Does it show them by the amount sold?    11:

5   A  It shows the dollars sold.     11:

6   Q  Do you look at that to see what has been    11:

7 selling in your store?        11:

8   A  No.         11:

9   Q  Why not?        11:

10   A  I don't order it, so it doesn't really    11:

11 affect me in my opinion.      11:

12   Q  You don't order anything yourself?    11:

13   A  I order very little.     11:

14   Q  One percent?      11:

15   A  I don't know the number.    11:

16   **Q  Do you use the topic 200 SKUs when    11:**

17 **planning your merchandising or ordering?    11:**

18   **A  I look at it, yes.    11:**

19   **Q  What do you do with it?    11:**

20   **A  It's usually just interesting to see    11:**

21 **what your best selling items are.    11:**

22   **Q  And if you have a best selling item, do    11:**

23 **you try to make sure that item is always stocked,    11:**

24 **always on the floor?    11:**

25   **A  No.  No.  If we have it, yes.    11:**

00118

1  Q  If you have a best selling item, do you          11:

2  try to incorporate it into a display?              11:

3  A  Not usually.  No.                               11:

4  Q  Why not?                                        11:

5  A  Most of it has a home place where it's          11:

6  supposed to be.                                    11:

7  Q  You can put anything you want on                11:

8  displays, can't you?                               11:

9  A  Yes.                                            11:

10  Q  Does your playbook have a top ten by           11:

11  department?                                       11:

12  A  Sometimes.                                     11:

13  Q  You don't always get that document?            11:

14  A  Correct.                                       11:

15  Q  That's the top ten items sold company          11:

16  wide, correct?                                    11:

17  A  I believe so.  Yes.                            11:

18  Q  And do you find that information of            11:

19  assistance to you when you get it?                11:

20  A  It's interesting to look at.  Yes.             11:

21  Q  Do you analyze whether your top ten            11:

22  selling items correspond with what the company's  11:

23  top ten selling items are?                        11:

24  A  Not usually.  No.                              11:

25  Q  Has anyone ever told you that that would       11:

00119

1  **be a useful exercise?**                    **11:**

2  **A  I don't think so.**                 **11:**

3  Q  Does your playbook have pull and holds?      11:

4  A  Yes.                11:

5  Q  And what are they?              11:

6  A  Items that have to be pulled off the      11:

7  sales floor.              11:

8  Q  For a variety of reasons; is that right?    11:

9  A  Yes.              11:

10  Q  Either because they are damaged or --      11:

11  A  We don't know the reasons.  We are not      11:

12  told.              11:

13  Q  You're just told pull and hold?        11:

14  A  Yes.            11:

15  Q  And the things that you pull off the      11:

16  sales floor have to be recorded as being out of      11:

17  inventory, correct?            11:

18  A  Sometimes.            11:

19  Q  What is the distinction?          11:

20  A  A pull and hold, we have to hold it      11:

21  until they tell us what to do with it.  If they      11:

22  tell us to destroy it, then it's removed from the      11:

23  inventory.            11:

24  Q  And do you supervise that process?        11:

25  A  Usually.            11:

00123
1   A   Separate form.                    11:

2   Q   What is shown on the register order        11:

3 form?                        11:

4   A   It's a register audit form. It's for      11:

5 auditing cashiers during their shift to check the      11:

6 accuracy of their till.                11:

7   Q   So that's essentially a counting of the      11:

8 till, is that right, compared to what's on the      11:

9 register in the transaction recording?        11:

10  A   That's --                11:

11  Q   How do you do a register audit?        11:

12  A   Okay. Well, we have a machine in the      11:

13 office that weighs money and we take that machine      11:

14 out to the register and we count the cashier's      11:

15 cash at the register, run a report and match the      11:

16 two together.                11:

17  Q   When you say "we," who does that?        11:

18  A   Myself and assistant managers.        11:

19  Q   Is that a function that's restricted to      11:

20 the management team?                11:

21  A   Yes.                11:

22     MS. MCCLAIN: May I have this marked as next    11:

23 in order, please?                11:

24     This is in your packet. It's 1283.        11:

25     (Exhibit 9 was marked for identification.)    11:

00124

1 BY MS. MCCLAIN:                                    11:

2    Q    Have you ever seen a printout of your        11:

3 ordering at store 2939?                          11:

4    A    I don't think so.  No.                    11:

5    Q    And let's turn to the page marked 1286.     11:

6 Actually, let's go to 2007.  So would you          11:

7 continue on to the last page?                   11:

8    A    (Witness complies.)                     11:

9    Q    How often do you normally order?          11:

10    A    Once a week.                           11:

11    Q    Is there a reason for that, that you       11:

12 don't order more often than that?               11:

13    A    No.                                   11:

14    Q    Is that your decision to order just once    11:

15 a week?                                       11:

16    A    Yes.                                   11:

17    Q    You could order twice a week?            11:

18    A    Yes.                                   11:

19    Q    Why do you think once a week is           11:

20 appropriate?                                   11:

21    A    That's all it takes in my opinion.          11:

22    Q    And do you do that on a particular day      11:

23 of the week?                                   11:

24    A    No.  It varies.                          11:

25    Q    What does it vary, depending upon?         11:

00128

1 those two weeks?                               11:

2   A  Yes.                          11:

3   Q  How does that happen?                   11:

4   A  I don't know.                   11:

5   Q  Do you know that there are times when        11:

6 you place a very big order and times when you       11:

7 place quite a small order?                11:

8   A  Yes.                          11:

9   Q  And why is that?                   11:

10   A  Sometimes the store may look a little       11:

11 low, and I'll actually go in and order        11:

12 something.  Rick may have ordered something for    11:

13 me.  I don't know.                   11:

14   Q  How do you decide that the store looks     11:

15 low?                          11:

16   A  Just by the presentation overall.       11:

17   Q  So you walk around and look at it and      11:

18 think you need more merchandise; is that right?     11:

19   A  Yes.                          11:

20   Q  Do you do that on a regular basis, walk     11:

21 your store?                          11:

22   A  I try to.                          11:

23   Q  For what purposes do you do that?       11:

24   A  To see what sections I need to stock.     11:

25   Q  And once you decide which sections you     11:

00129

1  need to stock, what do you do?  How do you get          11:

2  them stocked?                          11:

3     A   I either do it myself or I delegate it      11:

4  out to my freight crew.                  11:

5     Q   Is that your choice?              11:

6     A   What's that?                      11:

7     Q   Whether you do it yourself or delegate     11:

8  it to your freight crew?                 11:

9     A   Yes.                             11:

10     MS. MCCLAIN:  May I have this as next in       11:

11  order, please?                      11:

12       This is also in your packet, 1237.       11:

13  (Exhibit 10 was marked for identification.)      11:

14  BY MS. MCCLAIN:                     11:

15     Q   Have you ever seen a report such as       11:

16  this?                        11:

17     A   No.                      11:

18     Q   And this report shows orders placed by    11:

19  you as a percentage to the total order.  Some    11:

20  items are automatically ordered, correct?       11:

21     A   Most items, yes.              11:

22     Q   And what do you call that system?       11:

23     A   SLIK.                  11:

24     Q   And that's essentially a point of sale    11:

25  ordering system where the information of goods     11:

00132

1   A   I usually only order the food department      12:

2   and drinks.                          12:

3   Q   So when you place an order yourself, it      12:

4   is normally either for food or drinks; is that      12:

5   right?                          12:

6   A   That's usually right, yes.          12:

7   Q   Is there any exception to that          12:

8   currently?                       12:

9   A   Yes.                       12:

10   Q   What's the exception?              12:

11   A   Occasionally I'll pop into another          12:

12   department and order something.          12:

13   Q   Under what circumstances would you do      12:

14   that? Can you give me an example?          12:

15   A   Yeah. If Rick or somebody sends out an      12:

16   e-mail, you know, hey, this item is in the order      12:

17   book, order it. Then I can go into that          12:

18   department and order it. And then I also order      12:

19   store supplies.                  12:

20   Q   Do you ever look at the order book to      12:

21   see what items are available or do you wait for      12:

22   Mr. Tellstrom to tell you that?          12:

23   A   Not recently. No.              12:

24   Q   Why not?                  12:

25   A   Because so much of it is automatically      12:

Runnings, Robert 12-17-07.dep

00136

1  A  By writing an order.                    12:

2  Q  You went from department to department        12:

3  and saw what you were low on and wrote an order?    12:

4  A  I don't remember.  This is, like, three      12:

5  years ago.                          12:

6    MS. MCCLAIN:  May I have this marked as next      12:

7  in order, please?                    12:

8    (Exhibit 11 was marked for identification.)      12:

9  BY MS. MCCLAIN:                      12:

10  Q  Do you receive quick start instruction      12:

11  for store manager responsibilities?          12:

12  A  I don't know what that is.              12:

13  **Q  Is there training material on the**        **12:**

14  **computer that tells you how to order or gives you**    **12:**

15  **suggestions with respect to ordering?**        **12:**

16  **A  I'm not sure.**                **12:**

17  Q  Do you have an order book?            12:

18  A  Yes.                        12:

19  Q  Do you use the order book?            12:

20  A  It's automatically on the screen when        12:

21  you write your order.                  12:

22  Q  So we are talking about a computer order      12:

23  book, correct?                      12:

24  A  Correct.                      12:

25  Q  Do you use that function?              12:

---

00137

1    A   Yes.                          12:

2    Q   And does that order book have a notation      12:

3   of high margin items?                    12:

4    A   I believe so.                    12:

5    Q   And is that by department or by item?        12:

6    A   By item.                        12:

7    Q   So when you told me earlier that the       12:

8   margin information by item was not available to      12:

9   you, that's not accurate, correct?          12:

10   A   That is correct.                  12:

11   Q   It's available to you on the order --       12:

12   A   Well, an icon telling me that something      12:

13  has a high margin is not --               12:

14   Q   As opposed --                     12:

15   A   -- doesn't tell me that. I'm sorry.       12:

16   MR. COLE:  Go ahead. Finish your answer.       12:

17  BY MS. MCCLAIN:                       12:

18   Q   -- as opposed to the percentage, is what     12:

19  you meant, right? It doesn't have the specific     12:

20  percentage?                          12:

21   A   Correct.                        12:

22   Q   But it does tell you that it's a high      12:

23  margin item?                         12:

24   A   Yes.                           12:

25   MR. COLE:  You were fine.                 12:

Runnings, Robert 12-17-07.dep

00144

1    A    I couldn't tell you.  There's weeks and              12:

2 weeks where I don't train anybody.                          12:

3    Q    Then recently you got a new assistant               12:

4 store manager, correct?                                12:

5    A    Correct.                              12:

6    Q    Have you been training that person?                12:

7    A    No.                              12:

8    Q    Do you intend to train that person?                12:

9    A    Yes.  He has not been working with me at            12:

10 the moment.                                12:

11    Q    Because of these hours that you're                12:

12 working?                                12:

13    A    He's working two jobs.  He's still            12:

14 finishing his two weeks at his other job.  So,            12:

15 therefore, our schedules are not coinciding              12:

16 except for briefly.                          12:

17    Q    When your schedules coincide, do you              12:

18 intend to train him?                          12:

19    A    Yes.                              12:

20    Q    And how do you go about doing that?              12:

21    A    Just showing them the different jobs              12:

22 that they are responsible for and teaching them            12:

23 how to do it.                            12:

24    **Q    How do you teach somebody to stock?**          **12:**

25    **A    I take them with me and go stock.**          **12:**

00145

1    **Q    You show them?  You have them with you?    12:**

2    **A    Yes.                              12:**

3    **Q    So there are times when you're stocking    12:**

4    **when you're actually training as well, correct?    12:**

5    **A    Yes.                              12:**

6    Q    Are there times when you're running the    12:

7    cash register that you're actually training as    12:

8    well?                        12:

9    A    No.                        12:

10    Q    Do you, as a rule, run a cash register?    12:

11    A    Yes.                    12:

12    Q    Do you do that from time to time?        12:

13    A    Yes.                    12:

14    Q    Can you estimate for me the percentage    12:

15    of your time you spent on the cash register last    12:

16    week?                    12:

17    A    I don't know.                12:

18    Q    Can you give me a clue?  Ten percent,    12:

19    one percent?                12:

20    A    I don't know.                12:

21    Q    It's not possible?            12:

22    A    Not without all the numbers in front of    12:

23    me.                    12:

24    Q    Would you say last week you were on the    12:

25    cash register more or stocking more, can you draw    12:

00148

1 BY MS. MCCLAIN:                                12:

2   Q   You told me that you have various        12:

3 responsibilities for inputting personnel       12:

4 information, correct?                           12:

5   A   Yes.                                      12:

6   Q   Do you have responsibility for inputting 12:

7 information when an associate leaves the store? 12:

8   A   Yes.                                      12:

9   Q   Does page 50 explain the various reasons 12:

10 that you can input when that occurs?           12:

11   A   I've never seen the right-hand columns   12:

12 before; just the columns on the left.          12:

13   Q   Do you use the columns on the left to    12:

14 input information?                             12:

15   A   Yes.                                      12:

16   Q   So if someone has been terminated for   12:

17 unacceptable work performance, you would use that   12:

18 --                                             12:

19   A   Yes.                                      12:

20   Q   -- explanation?                          12:

21       **How many people have you decided to fire**   **12:**

22 **since you've become store manager at 2939?**      **12:**

23   **A   I don't know.**                        **12:**

24   **Q   Can you give me an estimate?**         **12:**

25   **A   I don't know.**                        **12:**

00149

1   Q   More than ten?                    12:

2   A   Yes.  Probably.                   12:

3   Q   More than 20?                     12:

4   A   I don't know.                     12:

5   Q   So the best you can say with reasonable    12:

6 certainty is more than ten; is that right?      12:

7   A   I'm not even sure about that, honestly.    12:

8   Q   Can you give me an example of someone       12:

9 you've decide to discharge?  What were the       12:

10 underlying circumstances?               12:

11   A   Only one comes to mind.          12:

12   Q   Can you tell me the time frame?     12:

13   A   Close to the beginning of this year.    12:

14   Q   About December of last year?        12:

15   A   I'm not sure.                     12:

16   Q   Or potentially January, February of this   12:

17 year?                                 12:

18   A   I think so.                      12:

19   Q   Who was the individual?          12:

20   A   Jacqueline.                      12:

21   Q   Do you recall Jacqueline's last name?    12:

22   A   Leal, L-E-A-L.                   12:

23   Q   What was Jaqueline's position?      12:

24   A   At the time, I believe freight.     12:

25   Q   She was a freight processor?        12:

00150

1    **A   Yes.                       12:**

2    **Q   Or a freight manager?              12:**

3    **A   A stocker.                  12:**

4    **Q   And what was the reason that you decided      12:**

5    **Jacqueline should be terminated?              12:**

6    **A   Poor work performance.              12:**

7    **Q   How did you evaluate that?          12:**

8    **A   Just by keeping track of what she did,      12:**

9    **carton stocked.  The freight manager keeps a      12:**

10   **record of how much cartons each stocker does, and      12:**

11   **she was working below expectations.          12:**

12   **Q   Did you speak with her about that before      12:**

13   **you terminated?                  12:**

14   **A   Yes.                       12:**

15   **Q   Did you try to work with her to improve      12:**

16   **her performance?                  12:**

17   **A   Yes.                       12:**

18   **Q   How did you do that?              12:**

19   **A   Multiple times talking with her in      12:**

20   **person, so -- I have a question for him regarding      12:**

21   **her.  I don't know if I'm allowed to -- what I'm      12:**

22   **allowed to say here.                  12:**

23   **MR. COLE:  Okay.                  12:**

24   **THE WITNESS:  She's involved in a lawsuit      12:**

25   **against Dollar Tree as well.              12:**

00160

1   Q   Yes.                        12:

2   A   Yes. Absolutely.               12:

3   Q   How do you do that?              12:

4   A   You just teach them.  Thank everybody.      12:

5 Say hi to everybody.                12:

6   Q   So you establish that as how you wanted     12:

7 customers treated in your store; is that right?    12:

8   A   Yes.                        12:

9   **Q   Do you observe the associates to make       12:**

10 **sure that they are following your directions?       12:**

11   **A   Yes.                        12:**

12   Q   You say in this counseling form to       12:

13 Ms. Massey that she clocked out early.  How do      12:

14 you know that?                     12:

15   A   From her time punch.              12:

16   Q   So you went and looked at when she left;    12:

17 is that right?                     12:

18   A   Yes.                        12:

19   Q   As part of your review of this           12:

20 situation, you went and looked at her time punch?     12:

21   A   Yes.                        12:

22   Q   Was that a problem you had with her in     12:

23 the past?                        12:

24   A   I don't remember.                12:

25   Q   Did you sit down with Ms. Massey and       12:

00167

1 night before?                          12:

2    A    For the office stuff, it's just when I        12:

3 first walk into the office.  So everything is        12:

4 hanging on the wall.  So it's just a quick glance      12:

5 to see if it was done or not.                  12:

6    **Q    So you make sure that the audit, the        12:**

7 **till audit has been completed, that the deposit      12:**

8 **form has been completed?              12:**

9    **A    Yes.                      12:**

10   Q    What else?                      12:

11   A    The numbers from the night before.        12:

12   Q    The sales numbers?                  12:

13   A    Yes.  Off the top of my head, that's all        12:

14 I remember.                          12:

15   Q    And that's something you look at every        12:

16 morning?                          12:

17   A    Yes.                          12:

18      MS. MCCLAIN:  May I have this marked next in      12:

19 order, please?                      12:

20      (Exhibit 18 was marked for identification.)      12:

21 BY MS. MCCLAIN:                        12:

22   Q    Is this document in your handwriting,        12:

23 Mr. Runnings?                        12:

24   A    Yes, it is.                      12:

25   Q    Mr. Tellstrom also signed this document?      12:

00186

1    MS. MCCLAIN: May I have this marked next in     01:

2 order, please?                          01:

3    (Exhibit 25 was marked for identification.)     01:

4 BY MS. MCCLAIN:                          01:

5    Q   Is this a corrective action form that     01:

6 you issued in September of 2006?               01:

7    A   Yes.                          01:

8    Q   Did the employee actually receive this     01:

9 form?                               01:

10   A   No.                          01:

11   Q   If an associate hasn't signed the form,     01:

12 that means you decided for some reason not to     01:

13 give it to the associate; is that right?          01:

14   A   Yes.                          01:

15   Q   Do you know why you decided not to give     01:

16 this form to Ms. Burns?                     01:

17   A   No.                          01:

18   Q   Your description of the reason for the     **01:**

19 corrective action says that the employee's had     **01:**

20 four write-ups for over and shorts.  And that     **01:**

21 company policy is to terminate after three write-     **01:**

22 ups.  Is that an accurate reflection of your     **01:**

23 understanding of company policy?               **01:**

24   A   At the time, yes.                    **01:**

25   Q   Has that changed?                    **01:**

00187

1   A   Yes.                              01:

2   Q   What has the change been?              01:

3   A   My understanding now is that it's more       01:

4 to our discretion.                        01:

5   Q   At the time you wrote this, did you       01:

6 think it was to your discretion?            01:

7   A   I don't remember.                  01:

8   Q   Do you know why you decided not to       01:

9 terminate?                              01:

10  A   No.                             01:

11  Q   Do you know why you decided not to give      01:

12 a corrective action?                      01:

13  A   No.                             01:

14  Q   Were those your decisions?             01:

15  A   Probably.                        01:

16  Q   Why do you say "probably"?          01:

17  A   Yes.                       01:

18  MS. MCCLAIN:  May I have this marked next in     01:

19 order, please?                      01:

20  (Exhibit 26 was marked for identification.)     01:

21 BY MS. MCCLAIN:                    01:

22  Q   Is this a corrective action form in your     01:

23 handwriting?                     01:

24  A   Yes.                       01:

25  Q   Did you make the decision to issue this     01:

00188

1  corrective action?                          01:

2    A   I believe Rick did.                    01:

3    Q   How do you know that?                  01:

4    A   Because he's the one who has access to    01:

5  the transaction void report.                 01:

6    Q   Is it correct that you don't have access    01:

7  to any report that shows transaction voids?       01:

8    A   I think I do, yes.                      01:

9    Q   But Mr. Tellstrom happened to notice      01:

10  this one?                                   01:

11   A   Yes.                                    01:

12   Q   Isn't it one of your responsibilities to    01:

13  find out if a transaction void occurs?          01:

14   A   Yes.                                    01:

15   Q   How do you do that?                     01:

16   A   I believe it's on the cashiers           01:

17  statistics.                                 01:

18   Q   Your recollection is that in this        01:

19  situation it was Mr. Tellstrom who noticed that     01:

20  first?                                      01:

21   A   I can't be sure.  No.                    01:

22   Q   Do you have any current recollection of     01:

23  who made the decision to issue this warning?        01:

24   A   Yes.  That was Rick.                     01:

25   Q   But you can't tell me why or what the     01:

00189

1 underlying circumstances were; is that right?        01:

2    A   No.                         01:

3    Q   Did you agree?                   01:

4    A   Yes.                       01:

5    Q   Did Ms. Segmiller engage in another      01:

6 transaction void, to your knowledge?          01:

7    A   No.                        01:

8    MS. MCCLAIN: May I have this marked as next     01:

9 in order, please?                 01:

10    (Exhibit 27 was marked for identification.)    01:

11 BY MS. MCCLAIN:                  01:

12   Q   Is this corrective action in your      01:

13 handwriting, Mr. Runnings?            01:

14   A   Yes.                      01:

15   Q   Is that your signature?           01:

16   A   Yes.                      01:

17   Q   Your signature appears on top of the     01:

18 line saying, "Signature of supervisor completing     01:

19 this form," correct?               01:

20   A   Yes.                      01:

21   Q   Were you Ms. Burton's supervisor at the     01:

22 time you completed this form?            01:

23   A   Yes.                      01:

24   Q   Are you the supervisor of all employees     01:

25 who work in your store?              01:

00209

1 online. Did I hear that correctly?                    02:

2    A   An application?                    02:

3    Q   I mean a performance evaluation.              02:

4    A   Yes.                    02:

5    Q   You don't have paper copies of              02:

6 performance evaluations?                    02:

7    A   Not that I know of.  No.              02:

8    Q   You're not able to print out paper          02:

9 copies of performance evaluations?              02:

10   A   I'm not sure.                    02:

11   Q   In any event, you don't recall your ever      02:

12 completing a paper copy of a performance          02:

13 evaluation; is that right?              02:

14   A   Not that I recall.  No.              02:

15   Q   Do you have an understanding that the        02:

16 way employees in your store get raises is through    02:

17 the performance evaluations being completed?        02:

18   A   No.                    02:

19   Q   Have the employees in your store gotten      02:

20 raises since you've been the store manager?        02:

21   A   Some have, yes.                02:

22   Q   How has that happened?              02:

23   A   I send an e-mail to Rick saying that        02:

24 this person has been here a year, it's time for    02:

25 their raise.  They deserve it.  And then Rick      02:

00210
1 takes care of it from there.                    02:

2    Q    When you fill out enough on the          02:

3 performance evaluation online to clear it, can    02:

4 you tell me, specifically, what you fill out?    02:

5    A    No, I can't.                    02:

6    Q    Is it the employee's name? Can you give    02:

7 me any detail with respect to that?            02:

8    A    You click on their name, and then some    02:

9 sort of weird little box pops up on the side that    02:

10 has a whole bunch of stuff that I don't know what    02:

11 it is. And -- and I don't recall. There's        02:

12 something you can check and then it deletes it.    02:

13    Q    Have employees in your store complained    02:

14 about not getting raises to you?            02:

15    A    Over the last -- since the last minimum    02:

16 wage change, yes.                    02:

17    Q    Since January of this year?            02:

18    A    I can't remember when the last change.    02:

19 I thought it was in June.                02:

20    Q    What has their complaint been?        02:

21    A    The complaint has been that when minimum    02:

22 wage changed, everybody who has been hired since    02:

23 then has been hired at a higher wage than they    02:

24 were, even though they have been with the company    02:

25 longer.                        02:

00213

1 I think.                              02:

2    **Q   You said earlier that you order supplies**      **02:**

3 **for your store; is that right?**              **02:**

4    **A   Yes.**                        **02:**

5    Q   Do you order them as an expense order?        02:

6    A   I'm sorry?                      02:

7    Q   Do you recognize the column that says,        02:

8 "Order Type, expense." Is that how you order        02:

9 supplies?                              02:

10    A   No. It's just under a category, store        02:

11 supplies, on the ordering book.                02:

12    Q   You make the decision entirely as to        02:

13 what to order as supplies; is that right?          02:

14    A   Yes.                            02:

15    Q   Do you have any sort of routine as to        02:

16 how often you order supplies?                02:

17    A   As needed.                      02:

18    Q   So you wouldn't expect to find any sort      02:

19 of regular pattern necessarily as to when you        02:

20 order; is that right?                    02:

21    A   As to when I order?                02:

22    Q   Yes. That is, not every week or every      02:

23 two weeks?                            02:

24    A   It's usually every week, but there are      02:

25 weeks that nothing gets ordered.              02:

00233

1    Do you agree that, A, that is Dollar          03:

2 Tree's policy?                          03:

3    A    Yes.                        03:

4    Q    Do you agree, B, that it is store          03:

5 management's responsibility to monitor compliance      03:

6 for that policy?                        03:

7    A    Yes.                        03:

8    MS. MCCLAIN: May I have this marked next in      03:

9 order, please?                        03:

10    (Exhibit 39 was marked for identification.)      03:

11 BY MS. MCCLAIN:                      03:

12    **Q    Have you seen this policy and procedure      03:**

13 **with respect to editing and approving time          03:**

14 **records before?                    03:**

15    **A    I don't believe so.  No.          03:**

16    **Q    Looking at the information under policy,      03:**

17 **do you agree that it is Dollar Tree's policy that      03:**

18 **hourly associates must record all time worked          03:**

19 **electronically by clocking in and out on the time      03:**

20 **clock?                        03:**

21    **A    Yes.                    03:**

22    **Q    Do you agree that it is Dollar Tree's      03:**

23 **policy that managers must review time sheets on a      03:**

24 **daily basis?                    03:**

25    **A    Yes.                    03:**

00242

1   A   When did he call or when did he stop?          03:

2   Q   When did he stop?  Thank you.               03:

3   A   Probably a few months ago.                 03:

4   **Q   When you receive a shipment of freight,      03:**

5   **do you also get a worksheet which shows what        03:**

6   **freight you're getting?                    03:**

7   **A   Yes.                        03:**

8   **Q   Do you regularly review that worksheet?     03:**

9   **A   Yes.                        03:**

10  **Q   Do you view that as one of your          03:**

11  **responsibilities?                    03:**

12  **A   Yes.                        03:**

13  **Q   Does anyone else do that?            03:**

14  **A   The freight manager.                03:**

15  **Q   Do you both do it usually or do you       03:**

16  **delegate to the freight manager sometimes?        03:**

17  **A   At separate times, we both review it.      03:**

18  **At separate times, we both review it.         03:**

19  **Q   So this is a responsibility that you       03:**

20  **always keep, you don't delegate entirely to the     03:**

21  **freight manager; is that right?              03:**

22  **A   Yes. Yes.                     03:**

23  **Q   Why do you review the order worksheet?     03:**

24  **A   Just to get an idea of the merchandise      03:**

25  **that's coming in.                   03:**

00243

1    Q   Do you give instructions to the freight        03:

2    manager as to how he should handle that            03:

3    merchandise based upon your review of the order     03:

4    worksheet?                              03:

5    A   Some of the merchandise.               03:

6    Q   Do you make a plan as to where some of      03:

7    the merchandise should go?                   03:

8    A   I usually leave that up to the freight       03:

9    manager.                             03:

10   Q   When you say you give instruction as to      03:

11   some of the merchandise, what are you referring     03:

12   to?                                 03:

13   A   If something different is coming in that      03:

14   we don't normally carry, I may leave him a note     03:

15   of where I want it.  Occasionally, an end cap,      03:

16   where I would like an end cap built.  So stuff      03:

17   like that.                            03:

18       Is it possible to get some water?       03:

19   MR. COLE:  Sure.                 03:

20   THE WITNESS:  Thank you.              03:

21       (Pause in proceedings.)          03:

22 BY MS. MCCLAIN:                      03:

23   Q   When you say, "If something different is     03:

24 coming in that we don't normally carry, I may       03:

25 leave a note as to where I want it," does that      03:

---

Runnings, Robert 12-17-07.dep

00244

1  mean that you may leave a note as to where it          03:

2  should be staged or where it should actually be        03:

3  on the floor or both?                    03:

4    A   Where it should be stocked.              03:

5    **Q   You generally develop an employee**          03:

6  **schedule every week?**                    03:

7    **A   Yes.**                    03:

8    Q   Do you do that on Mondays?            03:

9    A   I try to.                    03:

10   Q   Is that part of your office hours on        03:

11 Monday?                    03:

12   A   Sometimes.                    03:

13   Q   When it's not, when do you do it?        03:

14   A   Usually Sunday.  It can happen anytime      03:

15 between Sunday and Wednesday.              03:

16   Q   How do you go about doing the          03:

17 scheduling, can you tell me what your process is?      03:

18   A   You go into the Compass system, and it      03:

19 usually generates a cashiers' schedule for you.        03:

20 You make any adjustments necessary and then you      03:

21 schedule your freight and crew and your        03:

22 management staff yourself.                03:

23   Q   When you say you make any adjustments      03:

24 necessary to the cashiers' schedule, can you give      03:

25 me some examples?                    03:

---

00245

1    A   Yeah.  Sometimes it'll only schedule two        03:

2    cashiers for an entire day, which leaves multiple        03:

3    vacant shifts.  So you have to go in and add        03:

4    shifts.                          03:

5        One of the ongoing problems I've had is        03:

6    it won't schedule me a cashier until 8:30 in the        03:

7    morning, even though I open at 8:00.  So you have        03:

8    to account for all that when you change        03:

9    everything.                      03:

10   Q   So you add a cashier coming in before        03:

11   eight o'clock; is that right?            03:

12   A   Yes.                     03:

13   Q   You modify, then, the cashier scheduling        03:

14   that you get?                   03:

15   A   Yes.                     03:

16   Q   Once you have the schedule prepared, do      03:

17   you post it?                   03:

18   A   Yes.                   03:

19   Q   From that time forward, are there        03:

20   changes in the schedule?              03:

21   A   Sometimes, yes.              03:

22   Q   What would cause a change?          03:

23   A   Somebody calling in sick.          03:

24   Q   Whose responsibility is it to change the      03:

25   schedule?                   03:

00246

1    A   It's usually just written on the hand --     03:

2   on the printed out copy.  And it's whichever        03:

3   manager gets the call.                    03:

4    Q   Do you get consulted from time to time        03:

5   about those issues, so and so is not coming in,        03:

6   what do I do?                    03:

7    A   Yeah.                    03:

8    Q   Is that an example of a call you might        03:

9   get at home?                    03:

10    A   Yes.                    03:

11    Q   Do you ultimately approve switches in        03:

12   the schedule?                    03:

13    A   No.                    03:

14    Q   You allow your assistant managers to do        03:

15   that?                    03:

16    A   Yes.                    03:

17    **Q   Do you try to get some sense of what**        **03:**

18   **your employees' needs are for any given week**        **03:**

19   **before you do the scheduling?**        **03:**

20    **A   Yes.**        **03:**

21    **Q   That is, if somebody has a doctor's**        **03:**

22   **appointment or whatever?**        **03:**

23    **A   Yes.**        **03:**

24    **Q   How do you do that?**        **03:**

25    **A   We keep a stack of index cards in the**        **03:**

---

00247

1  office, and they are allowed to write down days        03:

2  off that they need, and then leave them on my        03:

3  desk for me.                        03:

4      Q   Do you actually communicate to the        03:

5  employees as to whether that's all right or not      03:

6  or do they get that communication when they see        03:

7  the schedule?                      03:

8      A   That's typically the case, when they see      03:

9  the schedule.                      03:

10     Q   So you get these index cards, you work      03:

11  that into your scheduling, and hopefully        03:

12  accommodate as many of those requests as you can?      03:

13     A   Yes.                      03:

14     Q   If you can't accommodate a request, do      03:

15  you talk to the employee about it?              03:

16     A   I can only recall one time that it did      03:

17  not happen.                      03:

18     Q   Generally, you're able to do that?        03:

19     A   Yes.                      03:

20     Q   What was the situation on the one        03:

21  occasion when it didn't happen?            03:

22     A   An employee asked for Halloween off, one      03:

23  of the assistant managers, and I told her no.      03:

24  Because she was the only member of management        03:

25  that didn't have children.              03:

00248

1    Q   Did you tell her that was the reason?        03:

2    A   Yes.                         03:

3    Q   Was that acceptable to her --            03:

4    A   No.                      03:

5    Q   -- to your observation?                03:

6    A   It was not.                 03:

7    Q   Did you stick with that rule or did you      03:

8   change it?                        03:

9    A   This year I asked for volunteers.          03:

10   Q   But that year you said you need to work       03:

11  to that particular person?                 03:

12   A   Yes.  But she did not work.            03:

13   Q   Did you discipline her for that?          03:

14   A   No, I did not.                03:

15   Q   Why not?                  03:

16   A   I'm sorry?                 03:

17   Q   Why not?                   03:

18   A   It was Mike Cossolotto's decision.        03:

19   Q   Why was that?                 03:

20   A   Because he was the district manager at       03:

21  the time.                      03:

22   Q   Why did you consult with Mr. Cossolotto       03:

23  about that?                     03:

24   A   She called him to complain.            03:

25   Q   And he resolved the complaint?            03:

00250

1   Q   You try?                          03:

2   A   I try to.  Yes.                   03:

3   Q   And when you say, "ideally," why isn't      03:

4  that successful sometimes?                   03:

5   A   We have so few hours sometimes that we      03:

6  have to stretch the cashiers so thin that we      03:

7  can't take into regards how busy we are.  It's      03:

8  just a matter of having somebody in the store so      03:

9  that the store can remain open.              03:

10   Q   How many cash registers do you have       03:

11  operating in any given time in your store?       03:

12   A   I'm not following that.            03:

13   Q   How many cash registers do you have open       03:

14  at any given time?                      03:

15   A   With customers in line?  Usually at        03:

16  least one.  So just depends on the business.       03:

17   **Q   Did you hire additional employees for**       **03:**

18  **the holiday season?**                **03:**

19   **A   Yes.**                    **03:**

20   **Q   How many did you hire?**            **03:**

21   **A   I don't know.**                **03:**

22   **Q   Whose decision was it as to how many to**       **03:**

23  **hire?**                         **03:**

24   **A   I was pretty much given free rein.**       **03:**

25   **Q   Is that generally the case that you set**       **03:**

---

00251

1   the number of employees that you have working on          03:

2   a part-time basis?                          03:

3   A   Yes.                          03:

4   Q   Do you agree that it's good to have as        03:

5   many employees as possible working on a part-time     03:

6   basis?                          03:

7   A   No.                          03:

8   Q   What don't you agree with, about that?      03:

9   A   Well, the more employees you have, then      03:

10  the less hours the employees get on an individual    03:

11  basis. So I don't think it's fair to hire          03:

12  somebody and give them four hours a week.          03:

13  Q   So you try to reach a balance between      03:

14  having enough additional people if there are      03:

15  emergencies and giving employees sufficient      03:

16  hours?                          03:

17  A   Yes.                          03:

18  Q   Do all of your part-time employees      03:

19  generally work four and a half hours?          03:

20  A   Yes.                          03:

21  Q   When you go to hire an hourly associate,      03:

22  do you check with anyone?                  03:

23  A   No.                          03:

24  Q   Have there been hourly associates who      03:

25  have been promoted to the assistant manager level    03:

00252

1  while you've been at 2939?                    03:

2    A   Yes.                         03:

3    Q   Has that ever been a decision that you      03:

4  made by yourself?                        03:

5    A   No.                          03:

6    Q   Have you always consulted with the      03:

7  district manager about that?              03:

8    A   Yes.                         03:

9    Q   Have you made recommendations to the     03:

10 district manager as to who you think should be     03:

11 promoted?                         03:

12   A   Yes.                         03:

13   Q   Has your recommendation ever been       03:

14 rejected?                         03:

15   A   I don't know.                    03:

16   Q   Are you -- can you recall a time when a    03:

17 district manager said no?                  03:

18   A   Nothing comes to mind.             03:

19   Q   Is it your job as a store manager to        03:

20 oversee employees' safety?                   03:

21   A   Yes.                      03:

22   Q   Are you responsible for processing         03:

23 workers' compensation claims?                 03:

24   A   For doing the first little bit of          03:

25 paperwork, yes.                      03:

00253

1  Q  For doing the employer report of injury;      03:

2  is that right?                        03:

3  A  Correct.                        03:

4  Q  Is it your responsibility to make sure      03:

5  the employee gets medical care if needed?        03:

6  A  Yes.                        03:

7  Q  Are you ultimately responsibility for      03:

8  the training of all of your store employees?        03:

9  A  No.                        03:

10  Q  Who else is responsible, in your          03:

11  judgment?                        03:

12  A  My freight manager and, actually, my      03:

13  other assistants as well.                03:

14  Q  So you delegate to your assistant store      03:

15  managers some training functions; is that right?      03:

16  A  Yes.                        03:

17  Q  Who normally does the training on the      03:

18  cashiering functions, how to conduct a sales      03:

19  transaction?                        03:

20  A  Usually an assistant.                03:

21  Q  Is that an assistant that you've chosen      03:

22  for that purpose?                    03:

23  A  Yes.                        03:

24  Q  Is that someone you think is            03:

25  particularly skilled at that?                03:

00254

1    A It's whoever happens to be working with        03:

2 that person.                        03:

3    Q  Do you have any of your assistant store       03:

4 managers do that?                    03:

5    A   Not the freight manager.          03:

6    Q  Do you have any of your assistant store      03:

7 managers, aside from your freight manager,       03:

8 trained on stocking?                  03:

9    A  It happens occasionally.            03:

10   Q  Do you have assistant managers, aside       03:

11 from the freight manager, train on building       03:

12 displays?                        03:

13   A  Say that one more time.            03:

14   Q  Yes. Do you have assistant store        03:

15 managers train employees on building displays?       03:

16   A  Occasionally, yes.                03:

17   Q  And can that be any one of your         03:

18 assistant store managers?               03:

19   A  Yes.                        03:

20   Q  Do you agree that you're responsible for      03:

21 understanding company human resource policies?        03:

22   A  To an extent, yes.              03:

23   Q  Why do you qualify that?            03:

24   A  I'm sorry?                   03:

25   Q  Why do you qualify that, why do you say,      03:

00262

1    May I have this marked as next in order,    03:

2 please?                          03:

3    (Exhibit 40 was marked for identification.)    03:

4        (Sotto voce discussion held.)        03:

5 BY MS. MCCLAIN:                  03:

6    Q    Do you recognize this document?        03:

7    A    No, I don't.              03:

8    Q    Is this document in your handwriting?    03:

9    A    No, it's not.              03:

10    Q    Have you ever seen this document before?    03:

11    A    I don't think so, no.          03:

12    Q    Have you ever made a notation, ever,    03:

13 while you've been a store manager at Dollar Tree,    03:

14 as to how much time you spend in any given    03:

15 function?                        03:

16    A    I'm not sure.              03:

17    Q    Have you ever, at the end of the day,    03:

18 said I spent an hour on the cash register, I    03:

19 spent three hours in the office? That's the kind    03:

20 of notation I'm asking about.              03:

21    A    I don't think so, no.          03:

22    Q    You certainly haven't seen any such    03:

23 notes; is that right?              03:

24    A    Yes.                    03:

25    Q    And you have no recollection of having    03:

00264

1 you spend more than 50 percent of your time on          03:

2 management functions, if that is accurate,          03:

3 correct?                          03:

4    A   I believe so.                  03:

5    Q   You have the option of saying yes or no          03:

6 online, correct?                      03:

7    A   Yes.                      03:

8    Q   Looking at the functions listed under,          03:

9 "Principal Duties and Responsibilities," do you          03:

10 agree that it is one of your principal duties and          03:

11 responsibilities to supervise associates?          03:

12    A   Yes.                      03:

13    Q   Do you agree that it is one of your          03:

14 principal duties and responsibilities to oversee          03:

15 daily store activities?                  03:

16    A   Yes.                      03:

17    Q   Do you agree that it is one of your          03:

18 principal duties and responsibilities to ensure          03:

19 customer and associate safety?              03:

20    A   Yes.                      03:

21    Q   Do you agree that it is one of your          03:

22 principal responsibilities to protect all company          03:

23 assets?                          03:

24    A   Yes.                      03:

25    **Q   Do you agree that it is one of your**          **03:**

00265

1  principal responsibilities to maintain proper          03:

2  sales, banking, inventory, accounting,          03:

3  productivity, payroll and time records?          03:

4  A  Yes.          03:

5  Q  Do you agree that it is one of your          03:

6  responsibilities -- when I use the term          03:

7  "responsibilities," I mean duties and          03:

8  responsibilities -- to ensure adequate staffing          03:

9  of the store?          03:

10  A  Yes.          03:

11  Q  Do you agree that it is one of your          03:

12  principal responsibilities to recruit, interview,          03:

13  hire, employ and train sales associates?          03:

14  A  Yes.          03:

15  Q  Do you agree that it is one of your          03:

16  principal duties and responsibilities to schedule          03:

17  and assign work to store personnel?          03:

18  A  Yes.          03:

19  Q  Do you agree that it is one of your          03:

20  principal responsibilities to evaluate, motivate,          03:

21  counsel and develop, discipline and discharge          03:

22  sales associates appropriately?          03:

23  A  Which number are we on?  I'm sorry.          03:

24  Q  I'm on seven, the second sentence.          03:

25  A  Aside from the evaluation, yes.          03:

00267

1 and direction to store personnel?                03:

2   A   Yes.                      03:

3   Q   Do you agree that it is one of your        03:

4 principal responsibilities to communicate company      03:

5 policies to sales associates?              03:

6   A   Yes.                      03:

7   Q   Do you agree that it is one of your        03:

8 primary responsibilities to ensure that         03:

9 associates comply with company policies and       03:

10 procedures?                    03:

11     MR. COLE:  You said "primary" or          03:

12 "principal"?  You changed it.              03:

13     MS. MCCLAIN:  Principal.              03:

14     MR. COLE:  That's fine.  Okay.  Go ahead.      03:

15     THE WITNESS:  Repeat that one time, please.      03:

16 BY MS. MCCLAIN:                  03:

17   **Q   Do you agree that it is one of your        03:**

18 **principal responsibilities to ensure that        03:**

19 **associates comply with company policies and       03:**

20 **procedures?                    03:**

21   **A   Yes.                      03:**

22   Q   Do you agree that it is a principal        03:

23 responsibility of yours to analyze sales?        03:

24   A   Yes.                      03:

25   Q   Do you agree that it's a principal        03:

---

Runnings, Robert 12-17-07.dep

00271

1 extent, but most of the products has an area that      03:

2 it's supposed to be.                    03:

3  **Q   What do you mean by cross merchandising?**      03:

4  **A   Mix departments.  For instance, put**      03:

5 **playing cards in front of the potato chips.**      03:

6  **Q   On the theory that people who play cards**      03:

7 **eat potato chips?**                  03:

8  **A   Yes.**                  03:

9  **Q   Has that theory worked?**            03:

10  **A   Yes.**                  03:

11  **Q   Was that your theory?**            03:

12  **A   No.**                  03:

13  **Q   Whose theory was it?**            03:

14  **A   That was corporate.**            03:

15  **Q   But you have the ability to do that,**      03:

16 **right, to think if I put these two goods together**      03:

17 **on a gondola or a display table, maybe that would**      03:

18 **increase sales?**                  03:

19  **A   Yes.**                  03:

20  **Q   Do you have any example of a winning**      03:

21 **combination that you've come up with?**            03:

22    **MR. COLE:  That's a bad pun.  I'm sorry I**      03:

23 **didn't hear that.**                  03:

24    **THE WITNESS:  Off the top of my head, no, I**      03:

25 **don't.**                  03:

00272

1  BY MS. MCCLAIN:                              03:

2  Q   You think that's happened but you can't      03:

3  give me an example right now?              03:

4  A   Yes.                           03:

5  Q   Do you agree it's one of your principal    03:

6  responsibilities to ensure standards of       03:

7  merchandise presentation?              03:

8  A   Yes.                           03:

9  Q   Would you include in the term        03:

10  merchandise presentation displays and signage?      03:

11  A   Yes.                           03:

12  Q   Have you ever assisted in developing       03:

13  promotions?                        03:

14  A   No.                           03:

15  Q   Do you do a managers' promotion ever?       03:

16  A   Yes.                           03:

17  Q   When is the last time you did one of      03:

18  those?                           03:

19  A   I'm not sure.  It's been months and       03:

20  months.                          03:

21  Q   Do you recall the last one you did?      03:

22  A   No, I don't.                     03:

23  Q   Do you recall why you decided to do       03:

24  one?                           03:

25  A   At the time, it was a corporate        03:

00273

1 directive.                                03:

2  Q  Do a managers' promotion?          03:

3  A  Yes.                               03:

4  Q  Was any guidance given to you as to what    03:

5 could be promoted or was that up to you?        03:

6  A  Anything that was high margin.       03:

7  Q  Covers some territory, doesn't it?   03:

8  A  Yes.                               03:

9  Q  You don't recall what you selected?   03:

10  A  No, I don't.                       03:

11  **Q  Do you agree that it's one of your        03:**

12 **principal responsibilities to control inventory?    03:**

13  **A  Yes.                              03:**

14  **Q  Do you agree that it's one of your        03:**

15 **principal responsibilities to supervise ordering,    03:**

16 **receiving and stocking?                03:**

17  **A  Yes.                              03:**

18  **Q  Do you agree that it's one of your        03:**

19 **principal responsibilities to ensure that goods    03:**

20 **are properly marked and markdowns are properly    03:**

21 **recorded?                           03:**

22  **A  Yes.                             03:**

23  Q  Do you have any role in the pricing of    03:

24 goods?                                 03:

25  A  Some of the goods are two for a dollar.    03:

00274

1 So something comes in that's two for a dollar and          03:

2 it doesn't get priced correctly, then I'll do          03:

3 that.                              03:

4    Q    Have you ever made a recommendation to          03:

5 your district manager that a sale should occur on          03:

6 a particular item; that is, it should be four for          03:

7 a dollar rather than one for a dollar, for          03:

8 example?                          03:

9    A    I don't believe so.  No.          03:

10    Q    Do you know whether or not you have the          03:

11 authority to do that?                  03:

12    A    I don't know.                  03:

13    Q    Do you agree that it is one of your          03:

14 principal responsibilities to ensure the overall          03:

15 cleanliness and appearance of the store?          03:

16    A    Yes.                          03:

17    Q    Do you agree that it's one of your          03:

18 principal responsibilities to ensure the highest          03:

19 level of customer service?                  03:

20    A    Yes.                          03:

21    Q    Do you agree that it's one of your          03:

22 principal responsibilities to handle customer          03:

23 complaints and problems?                  03:

24    A    Yes.                          03:

25    **Q    Do you take responsibility for ensuring**          **03:**

00275

1  that accident reports and damage reports are          03:

2  completed in a timely and accurate manner?          03:

3  A   Yes.                          03:

4  Q   Do you take responsibility for          03:

5  completing management reports in a timely and          03:

6  accurate manner?                          03:

7  A   Yes.                          03:

8  Q   Do you agree that it's one of your          03:

9  principal responsibilities to ensure compliance          03:

10  with applicable laws and regulations insofar as          03:

11  they apply to your store?                    03:

12  A   Yes.                          03:

13  Q   Do you agree that it's one of your          03:

14  principal responsibilities to communicate          03:

15  professionally and effectively with customers,          03:

16  subordinates and supervisors?                03:

17  A   Yes.                    03:

18  Q   And so as I understand it, you received          03:

19  these forms in hard copy from someone?          03:

20  A   Yes.                    03:

21  Q   And that someone said to you, you've          03:

22  missed filling out certifications, please do          03:

23  these --                    03:

24  A   Yes.                    03:

25  Q   -- or words to that effect?          03:

00276

1    Do you remember who you got them from?        03:

2    A   No, I don't.                03:

3    Q   They came in the mail?            03:

4    A   Yes.                03:

5    Q   Did you talk with anybody about these        03:

6 forms?                03:

7    A   I don't believe so.            03:

8    Q   Did you sit down and complete the        03:

9 forms?                03:

10   A   Yes.                03:

11   Q   Did you engage in that completion on        03:

12 December 11th, 2006?                03:

13   A   Yes.                03:

14   Q   Is the handwritten notation on the first    03:

15 page all in your own handwriting?            03:

16   A   Yes.                03:

17   **Q   So you wrote that out?**            **03:**

18   **A   Yes.**                **03:**

19   **Q   Do you view building end caps as a**        **03:**

20 **management responsibility?**                **03:**

21   **A   No.**                **03:**

22   Q   Do you view engaging in creativity with    03:

23 regard to end caps as a management            03:

24 responsibility?  That is, developing a new end    03:

25 cap?                03:

00277

1    **A   Yes.**                           **03:**

2    Q   So if all you're doing is putting          03:

3    something in place in precise position as          03:

4    suggested to you in a picture, you don't think          03:

5    that's a management responsibility; but if you're          03:

6    pulling goods from other parts of the store and          03:

7    you're creating your own wow table, you believe          03:

8    that's a management responsibility?          03:

9    A   No.                           03:

10    Q   What's wrong about that statement?          03:

11    A   If I'm telling somebody how to do it,          03:

12    that's managerial.          03:

13    Q   So you think it's not a managerial          03:

14    function in any way, shape or form to actually          03:

15    physically help build the end cap; is that right?          03:

16    A   Correct.          03:

17    Q   Have you ever told anyone that that's          03:

18    your impression?          03:

19    A   Yes.          03:

20    Q   Who have you told?          03:

21    A   Mr. Cossolotto, Rick.  Other store          03:

22    managers.          03:

23    Q   Have Mr. Cossolotto and Mr. Tellstrom          03:

24    agreed with you?          03:

25    A   I can't recall.          03:

---

00315

1    A    He was unhappy with the company.         04:

2    Q    Did he tell you any more details than       04:

3    that?                        04:

4    A    He may have. I don't remember.          04:

5    Q    Do you know where he is today?          04:

6    A    Los Angeles.              04:

7    Q    Do you know what he's doing in Los       04:

8    Angeles?                    04:

9    A    He's working in retail.            04:

10    Q    Do you know for what company?         04:

11    A    I don't remember.             04:

12    Q    Did he relocate to Los Angeles, to your    04:

13    knowledge?                   04:

14    A    I believe his wife is still here, and      04:

15    he's in Los Angeles.               04:

16    Q    You wrote as of May 27, 2006, that you     04:

17    had spent more than 50 percent of your time       04:

18    performing supervisory duties -- job duties and    04:

19    responsibilities, correct, for that particular    04:

20    week?                    04:

21    A    Yes.                04:

22    Q    Do you know now what you were doing that   04:

23    week?                    04:

24    A    No.                 04:

25    Q    Was this a truthful statement on your     04:

Runnings, Robert 12-17-07.dep

00316

1  part that you spent more than 50 percent of your      04:

2  time on supervisory duties and responsibilities?      04:

3  A  Yes.                          04:

4  Q  At present, can you describe to me the      04:

5  circumstances which allow you, in particular, to      04:

6  spend more than 50 percent of your time on      04:

7  management or supervisory responsibilities?      04:

8  MR. COLE:  Can I get a readback on that,      04:

9  please?                      04:

10      (Record read as follows:      04:

11      Question:  At present, can you      04:

12      describe to me the circumstances      04:

13      which allow you, in particular, to      04:

14      spend more than 50 percent of your      04:

15      time on management or supervisory      04:

16      responsibilities?)      04:

17  BY MS. MCCLAIN:      04:

18  Q  Do you understand the question?      04:

19  A  I think so.  I don't think there are      04:

20  circumstances that make it possible for me to be      04:

21  compliant routinely.      04:

22  Q  Well, but we know there are times when      04:

23  you were compliant, correct?      04:

24  A  Yes.      04:

25  Q  So my question is:  What was special      04:

00317

1  about those times in your judgment or observation     04:

2  that allowed you to do that?                04:

3    A   I couldn't be specific. I don't know.     04:

4    Q   You were always trying to be compliant,     04:

5  correct?                          04:

6    A   Yes.                         04:

7    Q   There are times when you were able to do     04:

8  that, correct?                     04:

9    A   Yes.                         04:

10   Q   But you can't tell me what circumstances     04:

11 combined to allow that to occur?          04:

12   A   I can give vague ideas.            04:

13   Q   What are your ideas in that regard?     04:

14   A   There may be times where we did a lot of     04:

15 hiring, times I may not have been feeling well so     04:

16 I spent more time in the office. I can't be more     04:

17 specific. Possibly a new hire management wise     04:

18 that I had to train.                04:

19   Q   Given that Dollar Tree is telling you     04:

20 again and again to spend a majority of your time     04:

21 in management and supervisory functions, why     04:

22 don't you just do that?              04:

23   A   It's impossible, in my opinion.     04:

24   Q   Why do you say that?            04:

25   A   Because if I spent my time in the     04:

00318

1  office, then the sales floor falls apart.          04:

2  **Q**   Well, your sales floor already fell          04:

3  apart, right?                              04:

4  MR. COLE: Objection. Argumentative.          04:

5  BY MS. MCCLAIN:                        04:

6  **Q**   You think it would fall apart even          04:

7  more?                                    04:

8  **A**   Yes.                                04:

9  **Q**   Did it ever occur to you that it might          04:

10  improve if you spent more time planning and          04:

11  instructing people?                          04:

12  **A**   No.                                04:

13  **Q**   Has anyone ever suggested that to you?          04:

14  **A**   Yes.                                04:

15  **Q**   But you don't buy it?                  04:

16  **A**   No.                                04:

17  **Q**   Why not?                            04:

18  **A**   Because I work in the store, and I know          04:

19  how it is.                                  04:

20  **Q**   You've never tried it?                  04:

21  **A**   I'm sorry?                            04:

22  **Q**   Have you ever tried it? Have you ever          04:

23  tried consciously spending a majority of your          04:

24  time planning and delegating and supervising to          04:

25  see how that worked out?                      04:

00319

1    A   No.                              04:

2    MS. MCCLAIN:  May I have this marked as next      04:

3 in order?                          04:

4    (Exhibit 49 was marked for identification.)      04:

5 BY MS. MCCLAIN:                          04:

6    Q   Is this one of the certifications that      04:

7 you kept?                          04:

8    A   I don't know.                  04:

9    Q   Do you recognize this as a certification      04:

10 you completed in April of 2006?              04:

11    A   Yes.                      04:

12    Q   When you say, "Labor cut by DM again,"      04:

13 what do you mean by that?                  04:

14    A   That means that at this point, Mike      04:

15 would have cut hours which --              04:

16    Q   Cut hours from what?              04:

17    A   -- which resulted in -- from my staff.      04:

18    Q   From hours you had already been given?      04:

19    A   Yes.                      04:

20    Q   So when do you get the projected hours      04:

21 for any given week?                  04:

22    A   I'm sorry?                  04:

23    Q   What day of the week do you get          04:

24 projected hours?                      04:

25    A   Usually the prior Monday to that week.      04:

00363

1    Q    Saying that you think you're being          05:

2    written up too often now and at least it raises a     05:

3    question in your mind as to retaliation?          05:

4    A    I don't know if I've been specific, but       05:

5    I've beat around the bush with Candace.           05:

6    Q    How did you beat around the bush?          05:

7    A    Just by telling her all my stuff.          05:

8    Q    You thought it was unfair?           05:

9    A    Yeah.  She visited my store, and I told       05:

10   her he's been on my case big time since the day      05:

11   my suit was filed.  And she told me she would       05:

12   address it.                    05:

13   Q    Has she addressed it?             05:

14   A    Not to my knowledge.            05:

15   Q    Do you agree or disagree that basic       05:

16   store standards have been lacking in your store?      05:

17   A    I agree.                  05:

18   Q    Do you agree or disagree that markups,       05:

19   markdowns have not been processed in a timely      05:

20   manner?                   05:

21   A    No, I don't.               05:

22   **Q    And are you doing that on a daily basis,     05:**

23   **markups and markdowns?               05:**

24   **A    To the best of our ability.          05:**

25   **Q    Are there some that have not been         05:**

00364

1 **accomplished in that time frame?**                    **05:**

2 **A  Yes.**                    **05:**

3   Q   Do you agree that the door seal log has          05:

4 not been completed since July 4, 2007?          05:

5   A   I disagree.                    05:

6   Q   Do you think that's a totally inaccurate          05:

7 statement or partially?                    05:

8   A   We have two door seal logs.  One is          05:

9 filled out every single day on a correct basis;          05:

10 the other is on an emergency exit, which we do          05:

11 not have to break the seal to check the alarm on          05:

12 the door.                    05:

13   Q   So you don't think you have to fill out          05:

14 a seal log for that one?                    05:

15   A   You're supposed to fill out every time          05:

16 you change the seal.  We haven't changed the seal          05:

17 since July.  You can check the alarm just by          05:

18 bumping the handle on the door.                    05:

19   Q   Have you explained that to                    05:

20 Mr. Tellstrom?                    05:

21   A   It was written in bold letters across          05:

22 the bottom of the log.                    05:

23   Q   Have you explained that to                    05:

24 Mr. Tellstrom?                    05:

25   A   No, I have not.                    05:

00365

1    Q   Do you agree or disagree that Christmas        05:

2   merchandise was still on your risers and not out      05:

3   per the deadline date of 12/9?              05:

4    A   Yes.                        05:

5    Q   Do you agree -- that means you agree,        05:

6   right?                        05:

7    A   Yes.                        05:

8    Q   Do you agree that Christmas pack aways        05:

9   are still in the back room?                05:

10    A   Yes.                        05:

11    Q   Do you agree that the freight flow        05:

12   process has not been to company standards?        05:

13    A   No.                    05:

14    Q   You think your freight flow process has        05:

15   been fine?                    05:

16    A   I think that my stockers exceed the        05:

17   company standards, but they are not provided with      05:

18   enough hours to meet the company expectations.      05:

19    Q   As I read that sentence it means there's      05:

20   freight still in your storeroom that's not on the      05:

21   floor as it should be. Do you read it that way?      05:

22    A   Yes.                    05:

23    Q   Do you agree with that, that there is      05:

24   freight in your stockroom that should be on the      05:

25   floor?                    05:

00369

1 differently?                              05:

2   A   I don't remember.                   05:

3   Q   Did Mr. Tellstrom tell you that he felt   05:

4 differently?                              05:

5   A   Yes.                                05:

6   Q   Did Ms. Hammond tell you she felt   05:

7 differently?                             05:

8   A   Yes.                                05:

9   Q   They didn't ascribe to the let-the-   05:

10 customer-trip-over-the-goods theory, right?   05:

11   A   Correct.                           05:

12   **Q   Had there been times in the last several**   **05:**

13 **months when deposits were not made when the**   **05:**

14 **amount of money reached 4,000?**   **05:**

15   **A   Yes.**   **05:**

16   **Q   And that is a violation of the company**   **05:**

17 **asset protection rule, correct?**   **05:**

18   **A   Yes.**   **05:**

19   Q   And were there times when combined   05:

20 deposits were taken to the bank?   05:

21   A   I'm not sure what that means.   05:

22   Q   Did you ask Mr. Tellstrom what it meant?   05:

23   A   No, I did not.   05:

24   **Q   Do you agree or disagree that register**   05:

25 **audits were not being done consistently?**   05:

00370

1    **A  Yes.**                    **05:**

2    **Q  You agree?**              **05:**

3    **A  Yes.**                    **05:**

4    Q   Do you agree that the bank deposit log        05:

5    was not being filled out by you or your team?       05:

6    A   No.                      05:

7    Q   Did that happen on occasion?            05:

8    A   It has happened, yes.            05:

9    Q   But you wouldn't say it was consistent,      05:

10   correct?                     05:

11   A   Correct.                  05:

12   Q   Do you agree that you do not          05:

13   consistently hold your team accountable for high      05:

14   store standards?                 05:

15   A   No, I don't.              05:

16   Q   Do you agree that the shelves and        05:

17   fixtures have been dirty and in need of cleaning?      05:

18   A   Yes.                    05:

19   Q   Do you agree that your assistant        05:

20   managers do not have a clear expectation of your      05:

21   job responsibilities?              05:

22   A   No.                     05:

23   Q   Mr. Tellstrom has set forth some        05:

24   suggestions, correct?              05:

25   A   Yes.                    05:

00371

1  Q  Those suggestions are, "set aside time          05:

2  for yourself to strategically plan your workload       05:

3  by utilizing your daily planner."                  05:

4      Have you done that?                      05:

5  A  Yes.                        05:

6  Q  And are you continuing to do it?             05:

7  A  Yes.                        05:

8  Q  And these are the to-do list we'll find         05:

9  on your clipboard, correct?                   05:

10  A  Yes.                       05:

11  **Q  And have you taken time to analyze          05:**

12  **reports and tools that are available?             05:**

13  **A  Somewhat. Yes.                 05:**

14  **Q  And you think you could increase your        05:**

15  **commitment to that?                    05:**

16  **A  Possibly.                  05:**

17  Q  Are you going to do that?               05:

18  A  That all focuses on hours.             05:

19  Q  Pardon me?                   05:

20  A  That all focuses on hours, in my           05:

21  opinion.                       05:

22  Q  Why would analyzing an ordering report,      05:

23  for example, focus on hours?               05:

24  A  Well, if Rick calls me up and tells me        05:

25  he expects a certain amount of things done that     05:

00372

1 day, I'm going to go out and do those things          06:

2 rather than sit in the office and analyze            06:

3 paperwork.                              06:

4    Q   But Rick has told you what he wants you       06:

5 to do is sit in the office and analyze paperwork,    06:

6 correct?                          06:

7    A   Correct.                      06:

8    Q   He wants you to tell somebody else to go      06:

9 out there and do the work, correct?              06:

10    A   Sometimes.                    06:

11    Q   So why wouldn't you do it the way          06:

12 Mr. Tellstrom wants it done?                 06:

13    A   Due to --                  06:

14    Q   You're in the office and somebody else     06:

15 on the floor --                      06:

16    MR. COLE:  Counsel.  Counsel.  It's not going   06:

17 to work this way.  Let my client answer the        06:

18 question before you go to the next one, please.     06:

19    MS. MCCLAIN:  I'm sorry.  I wasn't quite done   06:

20 with my question.  Let me start again.          06:

21    MR. COLE:  Go ahead.                06:

22 BY MS. MCCLAIN:                     06:

23    Q   Have you tried to meet Mr. Tellstrom's     06:

24 request that you spend time in the office and you    06:

25 delegate the work on the floor?               06:

00373

1   A   No.                          06:

2   Q   Why not?                     06:

3   A   Because I feel it's impossible.          06:

4   Q   But that's just your feeling, right,     06:

5   because you haven't tried it, you don't know?     06:

6   MR. COLE: Objection. Argumentative.          06:

7   BY MS. MCCLAIN:                   06:

8   Q   Isn't that right? So you haven't tried     06:

9   to see what happens if you plan and analyze and     06:

10  delegate?                       06:

11      MR. COLE: Just focusing on the question.     06:

12  Objection. I think it's overly broad and I think     06:

13  he's testified to the contrary.          06:

14      But you can answer. Go ahead.          06:

15      THE WITNESS: One more time, please?     06:

16      MS. MCCLAIN: Sure.               06:

17  Q   You say it's impossible. You think it's     06:

18  impossible to do it that way, to have you     06:

19  primarily analyzing and planning and delegating.     06:

20  But how do you know that, really, because it     06:

21  doesn't sound like you've tried?          06:

22      MR. COLE: Objection. Misstates testimony.     06:

23  If you understand the question, you can answer     06:

24  though.                         06:

25      THE WITNESS: I believe the expectations that     06:

Runnings, Robert 12-17-07.dep

00374

1 are given to us contradict his expectation of me        06:

2 sitting in the office.                          06:

3 BY MS. MCCLAIN:                          06:

4    Q    But you've never really tried his way;        06:

5 is that right?                          06:

6    MR. COLE: Objection. Vague and ambiguous as        06:

7 --                          06:

8    MS. MCCLAIN: Well, that's the question.        06:

9    Q    Have you ever --                    06:

10    MR. COLE: -- as to the term "his" --        06:

11 objection. Vague and ambiguous as to the scope        06:

12 of the term, "his way."                    06:

13      If you understand the question, you can        06:

14 go ahead and answer.                      06:

15    MS. MCCLAIN: I can ask it more specifically.        06:

16    MR. COLE: Sure.                      06:

17 BY MS. MCCLAIN:                          06:

18    **Q    Have you ever made a concerted effort,**        **06:**

19 **let's say on a weekly basis, to analyze, plan and**        **06:**

20 **delegate as opposed to going out on the floor and**        **06:**

21 **helping stock?**                        **06:**

22    **A    No.**                        **06:**

23    MS. MCCLAIN: Let me take a quick break and        06:

24 we'll finish up.                          06:

25    MR. COLE: Sure.                      06:

---

Runnings, Robert 12-17-07.dep

00377

1 that right?                                06:

2    MR. COLE: Objection. Calls for speculation        06:

3 as to what may be.                          06:

4 BY MS. MCCLAIN:                              06:

5    Q   If you know.                         06:

6    A   I don't.                             06:

7    Q   Do you know whether this phenomenon          06:

8 would apply as well to July 4th or Mother's Day      06:

9 or Valentine's Day?                         06:

10    MR. COLE: If you know.                    06:

11    THE WITNESS: I don't know positively.  No.      06:

12 BY MS. MCCLAIN:                            06:

13   **Q   Have there been times when you directed        06:**

14 **others on building a display?                06:**

15   **A   Yes.                              06:**

16   **Q   And would that be an end cap display?        06:**

17   **A   It could be any display in the store.        06:**

18   **Q   So what are the possibilities?            06:**

19   **A   End caps, aisles, frozen department,        06:**

20 **anything.                               06:**

21   **Q   Do you build gondolas from time to time?      06:**

22   **A   Yes.                              06:**

23   **Q   Do you use -- "you" meaning the store.        06:**

24 **Does the store use pallet displays from time to      06:**

25 **time?                                 06:**

00378

1   A   We have, yes.                    06:

2   Q   Does the store use cut crate displays        06:

3   from time to time?  Does that term make sense to      06:

4   you?  You take the box that the goods come in and      06:

5   you cut it and leave it in the box.              06:

6   A   Tray cut?                        06:

7   Q   What do you call it?                  06:

8   A   Tray cut.                        06:

9   Q   Yes?                          06:

10  A   Yes.                          06:

11  Q   Does store 2939 use tray cut displays        06:

12  from time to time?                      06:

13  A   Yes.                          06:

14  Q   And who decides on all those displays,        06:

15  whether there's a gondola or a tray cut or a        06:

16  pallet display?                        06:

17  A   Myself or my freight manager.            06:

18  Q   Are there times when you've been working      06:

19  side-by-side with your freight manager, for        06:

20  example, in building a wow table; that is, you're      06:

21  both running around the store grabbing candy or      06:

22  glasses?                          06:

23  A   I'm sure it's happened, yes.            06:

24  Q   And that's a table that you're putting        06:

25  together based upon what you think goes together      06:

00379

1  nicely, in colors or goods or whatever?         06:

2    A   Yes.                          06:

3    Q   And would you view that as a creative       06:

4  display?                           06:

5    A   Yes.                          06:

6    Q   If you were working in that fashion,       06:

7  that is not only directing the freight manager     06:

8  but actually going to some part of the store and      06:

9  grabbing a balloon, let's say a green balloon for      06:

10 St. Patrick's Day, would you view that as an         06:

11 exempt function, a non-exempt function or you        06:

12 don't know?                        06:

13     MR. COLE: Objection. Calls for a legal       06:

14 conclusion.                        06:

15     You don't have to guess as to what the       06:

16 law might say about that function.           06:

17 BY MS. MCCLAIN:                   06:

18    Q   What is your view? When you think about      06:

19 whether you're performing 51 percent of your time     06:

20 in management functions, how do you count that        06:

21 work?                           06:

22    A   If I am building a display, then I am       06:

23 doing a non-management function.           06:

24    Q   Even if you are developing ideas for the      06:

25 display and helping grab things to put in the        06:

00380

1 <u>**display, you still view it as a non-management**</u>    <u>**06:**</u>

2 <u>**function; is that right?**</u>    <u>**06:**</u>

3    <u>**A   Yes.**</u>    <u>**06:**</u>

4    <u>**Q   Even if your input is creative as well?**</u>    <u>**06:**</u>

5    <u>**A   Yes.**</u>    <u>**06:**</u>

6    MS. MCCLAIN: Thank you, Mr. Runnings.    06:

7 That's all.    06:

8    THE VIDEOGRAPHER: This concludes the    06:

9 deposition of Robert Runnings. The total number    06:

10 of tapes used today was four. We are now off the    06:

11 record at approximately 6:15 p.m.    06:

12        (Time noted: 6:15 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Preferred Reporters
19229 Sonoma Highway, #112
Sonoma, California 95476-5413

January 3, 2008

To:   Robert Lewis Runnings
      SCOTT COLE & ASSOCIATES
      ATTN:  SCOTT COLE, ESQUIRE
      1970 Broadway, Ninth Floor
      Oakland, California  94612

Re:   Runnings v. Dollar Tree Stores
      Deposition taken on December 17, 2007
      Reported by Linda Vaccarezza, CSR #10201

Dear Mr. Runnings,

     The original transcript of your deposition taken
in the above-entitled action has been prepared and is
available at this office for your reading, correcting
and signing.
     You may wish to discuss this matter with your
attorney to determine if counsel requires that the
original transcript of your deposition be read,
corrected and signed by you before it is sealed.

     Your rights regarding signature of this
deposition are contained in the California Code of
Civil Procedure.

     If you wish to make arrangements to review the
original transcript of your deposition, please contact
this office during office hours, 9:00 to 5:00 Monday
through Friday, to make an appointment to review the
original transcript.

                    Sincerely,

                    Linda Vaccarezza
                    Certified Shorthand Reporter

cc:  All Counsel

383

CONFIDENTIAL

| ID | Store # | Store Mgr Name | Date | Payroll Week | District Mgr Name | Regional Dir Name | Phone Number | Answer | Reason |
|---|---|---|---|---|---|---|---|---|---|
| 142 | 2939 | Rob Runnings | 6/12/2005 | 6/11/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | N | Worked 1 week overnights for inventory prep |
| 688 | 2939 | Robert Runnings | 7/3/2005 | 6/25/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | Y | |
| 912 | 2939 | Robert Runnings | 7/11/2005 | 7/9/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | Y | |
| 1346 | 2939 | Robert Runnings | 7/25/2005 | 7/23/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | Y | |
| 1733 | 2939 | Robert Runnings | 8/15/2005 | 8/13/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | Y | |
| 3426 | 2939 | Robert Runnings | 11/21/2005 | 11/19/2005 | COSSOLOTTO | M. RODRIGUES | 7074590953 | Y | |
| 4607 | 2939 | Robert Runnings | 2/6/2006 | 2/4/2006 | COSSOLOTTO | M. RODRIGUES | 7074590953 | N | Getting ready for visit |
| 4781 | 2939 | Robert Runnings | 2/13/2006 | 2/11/2006 | COSSOLOTTO | M. RODRIGUES | 7074590953 | N | Impossible |
| 5451 | 2939 | Robert Runnings | 3/20/2006 | 3/18/2006 | COSSOLOTTO | M. RODRIGUES | 7074590953 | N | DM cut hours |
| 7281 | 2939 | Robert Runnings | 7/5/2006 | 7/1/2006 | COSSOLOTTO | R. HAMMOND | 7074590953 | Y | |
| 9409 | 2939 | Robert Runnings | 9/28/2006 | 9/23/2006 | COSSOLOTTO | R. HAMMOND | 7074590953 | Y | |
| 9410 | 2939 | Robert Runnings | 9/28/2006 | 9/23/2006 | COSSOLOTTO | R. HAMMOND | 7074590953 | Y | 3rd time for this week |
| 9411 | 2939 | Robert Runnings | 9/28/2006 | 9/23/2006 | COSSOLOTTO | R. HAMMOND | 7074590953 | Y | |
| 9742 | 2939 | Robert Runnings | 10/2/2006 | 8/30/2006 | COSSOLOTTO | R. HAMMOND | 7074590953 | Y | |
| 12685 | 2939 | Robert Runnings | 1/29/2007 | 1/20/2007 | R. TELLSTROM | R. HAMMOND | 7074590953 | N | Not enough hours |
| 13042 | 2939 | Robert Runnings | 2/19/2007 | 2/10/2007 | R. TELLSTROM | R. HAMMOND | 7074590953 | N | stocking |
| 13267 | 2939 | Robert Runnings | 3/4/2007 | 2/24/2007 | R. TELLSTROM | R. HAMMOND | 7074590953 | N | Throwing freight |
| 16365 | 2939 | Robert Runnings | 7/10/2007 | 7/7/2007 | R. TELLSTROM | R. HAMMOND | 7074590953 | Y | Hurt my back, had to sit in office for a day, take it easy all week. |
| 17558 | 2939 | Robert Runnings | 8/25/2007 | 8/25/2007 | R. TELLSTROM | R. HAMMOND | 7074590953 | N | Not compliant due to Freight Manager being out on vacation. I ran freight crew during his days off. |
| 17962 | 2939 | Robert Runnings | 9/17/2007 | 9/8/2007 | R. TELLSTROM | R. HAMMOND | 7074590853 | N | Processing freight. |

R 00431



Δ π EXHIBIT 42
Deponent Kunny
Date 2/17/20
WWW.DEPOBOOK.COM