1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
3  San Francisco, California  94104
   Tel:   (415) 421-3111
4  Fax:   (415) 421-0938

5  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
6
   BETH HIRSCH BERMAN (VA Bar No. 28091)
7  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
8  Dominion Tower, Suite 1700
   999 Waterside Drive
9  Norfolk, Virginia  23510
   Telephone:   (757) 629-0604
10 Facsimile:   (757) 629-0660

11 *Pro Hac Vice* Attorneys for Defendant
   DOLLAR TREE STORES, INC.
12

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 MIGUEL A. CRUZ, and JOHN D. HANSEN,        CASE NO.  C 07 2050 SC
   individually and on behalf of all others
17 similarly situated,

18                    Plaintiffs,

19 v.

20 DOLLAR TREE STORES, INC.,

                       Defendant.
21

22 ROBERT RUNNINGS individually, and on       CASE NO. C 07 04012 SC
   behalf of all others similarly situated,
23                                            **DECLARATION OF CARLOS
                       Plaintiff,             HERNANDEZ IN SUPPORT OF
24                                            DEFENDANT'S MOTION FOR
   v.                                         SUMMARY JUDGMENT**
25
   DOLLAR TREE STORES, INC.,                  **JUDGE:**       Hon. Samuel Conti
26                                            **COMPLAINTS FILED:**     April 11, 2007
                       Defendant.                                      July 6, 2007
27                                            **TRIAL DATES:**   No dates set.

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF        CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                        C 07-04012 SC

1    I, Carlos Hernandez, do hereby declare:

2    1.    I am employed by Dollar Tree Stores, Inc. ("Dollar Tree") in the

3    position of Regional Training Manager, a position I have held since about July 2005. I

4    started with Dollar Tree as a Manager in Training in December 2001, became a Store

5    Manager in January 2002, was promoted to a District Manager position in about August

6    2003, and was again promoted to a Regional Training Manager position in about July

7    2005. Prior to joining Dollar Tree, I spent some twenty-four years working for retail

8    businesses, starting with Albertson's (the grocery chain) where my last position was as a

9    District Manager. I also worked as a Training Manager for Office Max between my

10    Albertson's employment and my start with Dollar Tree.

11    2.    In my first position with Dollar Tree, I performed store manager

12    duties as a Store Manager in two different Dollar Tree stores, one located in Pittsburg,

13    California (Store 1556) and the second in Sacramento, California (Store 1229). As a

14    District Manager, I was responsible for overseeing the operations of several stores in my

15    District, located in the Sacramento, California area. The Store Managers of each store

16    in my District reported to me. I, in turn, reported to a Regional Director who had

17    responsibility for several districts. In my current position, I am responsible for

18    implementing training programs at both the Store Manager and District Manager level. I

19    have provided training to Dollar Tree Store Managers throughout the country, and

20    regularly visit California stores both on my own, and together with Dollar Tree managers,

21    such as the Regional Director, the Zone Vice President and District Managers. My

22    region is Region 9, which consists of some 98 stores in the Central Valley of California

23    and in Nevada. The stores managed by Plaintiffs Cruz, Hansen and Runnings were

24    formerly part of Region 9 (now transferred to Region 23). From about August 2005 to

25    February 2007, the stores in which the Plaintiffs worked were in my Region. Because of

26    the duties I have here described (performing the job, supervising the job, and providing

27    training for the job), I have personal knowledge of the duties performed by Dollar Tree

28

-1-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF                CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                                  C 07-04012 SC

1  Store Managers in California. I submit this declaration to describe the responsibilities of

2  California Store Managers.

3         3.     Since I have been a Regional Training Manager for Dollar Tree in

4  California, I have observed that Dollar Tree has placed increasing emphasis on training

5  Store Managers to manage the store, as opposed to performing hourly tasks that do not

6  have any management components. This emphasis has substantially increased since

7  the fall of 2005. There are overlaps in functions; for example, when a Store Manager is

8  training a stocker by working with that employee. Dollar Tree does not want its Store

9  Managers spending a majority of their time in non-management work; the basic function

10  of a Store Manager is to run the store, which means, among other tasks, planning sales,

11  ordering goods, merchandising goods, controlling inventory, accounting for receipts, and

12  supervising the store personnel. Each Store Manager is responsible for hiring,

13  evaluation, training, and discipline of hourly associates. In the case of Assistant Store

14  Managers, the District Manager often becomes involved in the hiring process. We also

15  ask Store Managers to speak with Human Resources personnel about a termination

16  decision, but the Store Manager has full authority to initiate a termination. The Store

17  Manager is responsible for scheduling employees, taking into account the business of

18  the store, the time of freight deliveries and the number of employees working in the

19  store. The Store Manager and the Assistant Store Managers are the management team

20  at the store. The Store Manager is the highest level of management at the Store. The

21  Store Manager is essentially responsible for operating a retail location, including

22  overseeing the delivery of goods, the merchandising of the goods and the sales function.

23  Many stores in California have annual sales of $1.5 M to $4 M. The number of Assistant

24  Store Managers in each store in my Region ranges from three to four. The number of

25  hourly associates (who perform cashier, stocking, and store recovery duties, and who

26  generally work on a part time basis) ranges from twelve to twenty employees (and

27  increases during the Christmas season). The variety of food products and goods sold by

28  any Dollar Tree store will vary depending upon whether the store sells liquor or frozen

-2-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

1  food items. Stores generally average at any given time between 4500 and 5000 SKU's

2  (each SKU being a separate kind of good for sale). This number varies due to the time

3  of the year and store size.

4          4.     Dollar Tree stores are usually classified by square footage (both

5  gross and that available to the sales floor) and store layout as well as store location.

6  Stores are, for example, referred to as mall or stand-alone stores to designate where

7  they are located.

8          Dollar Tree has the following descriptions for store classifications:

9          SO (Small) applicable to stores of less than 4,700 retail square feet;

10          LO (Large) applicable to 4,700 to 7,899 retail square feet;

11          XO (Super) applicable to 7,900 to 12,579 retail square feet;

12          RT (Race Track) applicable to stores of greater than 12,580 square feet.

13  The store classification affects many aspects of managing a store. It affects what goods

14  the Store Manager may order, the merchandising of the store, the number of personnel

15  to be supervised, and the manner in which tasks in a store are performed. The sales

16  volume of the store, regardless of classification, has a similar effect, as the number of

17  employees, the size and number of orders, merchandising work and other store tasks

18  vary depending upon the sales level.

19          5.     The work of a Store Manager changes depending upon the location,

20  volume, configuration and personnel in a store. Every store has particularized

21  circumstances, ranging from the type of clientele, to the location of the store, to the type

22  of personnel available for hire, to the most popular goods, to the comparable sizes of the

23  selling area and freight storage areas. The type of clientele affects the amount of time

24  devoted to recovery (the work necessary to pick up a store) and to shrink prevention (the

25  work necessary for loss and damage control). The number of customers also affects

26  recovery efforts. Generally, the higher the volume, the more time that is required for

27  recovery. The larger a store, the more allocations the store will have, and the more

28  ordering decisions a Manager will need to make. A Store Manager with a limited storage

-3-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

1     area has different considerations in scheduling stocking crews and in getting

2     merchandise to the shelves than does a Store Manager with a larger back room. The

3     number of end caps (the display at the end of each store row which should attractively

4     market seasonal or other top selling goods) affects how much merchandising work a

5     Store Manager must perform or oversee. Some stores have extended front windows;

6     others have less window space. The front windows may be in different configurations

7     which will affect building window displays. There are many variables between stores; it

8     is the Store Manager's responsibility to understand the particular aspects of his/her store

9     and to manage the Company's directions in accordance with the needs of the particular

10    store. (I use his in the remainder of the declaration to refer to all Store Managers,

11    whether male or female.)

12            6.      When I train Store Managers, I tell them that planning is the key to

13    success in operating the store. I say that 25% to 30% of their time must be devoted to

14    planning the staffing and operations of the store to maximize sales. When I make this

15    presentation, I define planning as hours spent in the office. Dollar Tree asks all Store

16    Managers to develop a Master List for a 6 to 10 day time period. This is a continuing list

17    so that if tasks do not get accomplished within that period, they are placed on the next

18    Master List for completion. The Master List then should be broken down to a daily task

19    list with the Store Manager having the Daily Planner handy throughout the day, for

20    example on a 3 by 5 index card. The Master List and the Daily Planner should be

21    updated every day. This allows the Store Manager to set goals, prioritize tasks, keep

22    track of what has been completed, and to organize delegation of the various tasks.

23    There are a number of store activities that fall within the planning function. For example,

24    the Store Manager needs to review sales trends and popular selling items and needs to

25    plan the placement of orders to be consistent with sales trends. The Store Manager

26    must schedule employees, decide upon how the merchandising will be displayed and

27    oversee all employees who are engaged in the various tasks required of a retail

28    operation. The Store Manager must supervise the placement of goods on shelves, the

-4-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

1    sales function, the store's presentation, the way goods are merchandised, the collection
2    and deposit of cash, customer transactions, employee payroll and time recording, and all
3    personnel actions for store employees. If a Store Manager spends 25% to 30% of his
4    time in planning, and taking into consideration the remaining supervisory functions to be
5    performed, the Store Manager will spend more than 50% of his time on management
6    responsibilities.

7        7.    When I was a District Manager, I trained Store Managers by
8    breaking down every hour of time that they work and asking them whether someone else
9    in the store could be performing certain functions. If that is the case, the Store Manager
10   should delegate so that the Store Manager is performing only the work that most other
11   employees cannot do. Only Store Managers have the primary function of planning and
12   assigning work. Only Store Managers can approve payroll. Store Managers are
13   ultimately responsible for ordering for the store, including ordering food products for
14   those stores which sell refrigerated food. Store Managers are responsible for reviewing
15   store employees' time records to make sure that all work is accurately recorded. Store
16   Managers are responsible for determining the number of employees needed, including
17   deciding upon additional hiring needs for the November/December holiday season.
18   Store Managers are ultimately responsible for accounting for all sales transactions in the
19   store, and should regularly review cashier statistics (contained on a form entitled a
20   Cashier Comparison Report) to insure that cashiers are productive and honest. Store
21   Managers should review such report to make sure that there is nothing unusual about
22   the employee's average transactions and that line item voids are both within Company
23   standards and not otherwise unusual. Store Managers should conduct regular till audits
24   (making sure that the amount of cash in the register corresponds to the transaction
25   accounts). Store Managers are responsible for controlling both internal and external
26   inventory loss in the store, including taking steps to prevent stealing and to record
27   accurately goods that cannot be sold or are being sold as part of a $1.00 grab bag
28   (referred to as a mark up/mark down function). As part of the mark up/mark down

-5-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF                    CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                          C 07-04012 SC

1   function, Store Managers must account for breakage, defective goods, expiration dates

2   and field markdowns (often merchandise placed in a grab bag) through the mark

3   up/mark down function. Store Managers are responsible for store presentation; the store

4   should be clean and recovered, with attractive displays of end caps, impulse items on

5   clip strips, gondola displays, and other forms of merchandise display. This function also

6   includes making sure that stockers keep the store's shelves full. The degree of

7   autonomy at the Store Manager level is an aspect of Dollar Tree's business that I have

8   always enjoyed.

9         8.     One of the major discretionary responsibilities of a Store Manager is

10   in merchandising. The Company assists Store Managers by providing seasonal

11   planning guides indicating when merchandise for a particular holiday should be

12   displayed and providing guidelines for how the store windows and some end caps

13   should look. The Store Manager retains discretion in deciding how many facings (rows

14   of product) he stocks for any particular goods. The Store Manager can expand or shrink

15   the promotional areas provided by the sales planning guides based on what is selling in

16   his store. Even as to those displays that are provided in the planning guides, the Store

17   Manager must apply the guides to the lay-out and size of the particular store. The

18   seasonal planning guide is often no more specific than "set a Wow table with Valentine's

19   Day goods". (A Wow table is a table in the front of a store which displays seasonal or

20   other theme merchandise.) Attached hereto as **Exhibit 1** are true and correct copies of

21   photographs I took of the Valentine's Day displays in three separate stores in 2005. One

22   Store Manager decided to use balloons throughout the store and over aisles. A second

23   Store Manager decided upon a Wow table with cards, bears and picture frames. The

24   third picture in Exhibit 1 shows a shelving display for Valentine's Day in a different store.

25   Attached hereto as **Exhibit 2** is a true and correct copy of a Saint Patrick's Day Wow

26   table. Again, the instruction was a general one to develop a Wow table for that holiday.

27   Attached hereto as **Exhibit 3** is a true and correct copy of the Wow table for the

28   December holiday season for one store. Attached hereto as **Exhibits 4** and **5** are,

-6-

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

1  respectively, Wow tables meeting the general request to create a candle and picture

2  frame display (Exhibit 4) and to create a display for Coke (Exhibit 5). Exhibits 2 through

3  5 are photos I took in various stores in Region 9 in 2004 and 2005.

4          9.      Dollar Tree often creates baskets for various holidays. We provide

5  general direction (such as a basket of bath-related materials) but it is up to the Store

6  Manager to decide what goods will be assembled and how the baskets will be displayed.

7  There are end caps for which no specific instructions are given. For those end caps, for

8  gondolas and for other promotional displays, the Store Manager can be creative in

9  linking products, colors and selling themes. For example, a Store Manager might decide

10  to build a cooking display, bringing together color-coordinated items related to cooking.

11  A Store Manager might decide to have a pallet display (placing goods on a pallet in a

12  particular department). A Store Manager might decide to display goods through a cut

13  box (using the shipment box cut open to display product). Manager promotions are

14  totally up to the Store Manager to create, depending upon what goods the Manager has

15  ordered, what sells to the clientele of the store, and the Manager's creativity. The Store

16  Manager should coordinate the merchandising with his analysis of what is selling in the

17  store and with what he could sell at a higher margin. For example, when reviewing

18  goods to order, the Store Manager might notice that glassware has a high margin.

19  Therefore, he could build a promotional display of glassware, wine bags and textiles to

20  promote the glassware. The Store Manager would need to coordinate ordering of

21  glassware with the promotion.

22          10.     One of the Store Manager's functions is ordering. Orders are

23  placed once or twice a week, depending upon the store's sales volume. Attached hereto

24  as **Exhibit 6** are true and correct copy of excerpts from guidelines Dollar Tree provides

25  to Store Managers for ordering. Dollar Tree utilizes a Store Level Inventory Control

26  system ("SLIC") which allows the Store Manager to see different descriptions of the

27  SKU's ordered or available for order. Goods are ordered through one of three ways: (1)

28  An Advanced Store Replenishment System ("ASR") which automatically re-orders based

-7-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF          CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                          C 07-04012 SC

1   upon a tabulation of what is sold. (2) An allocation system which provides a specified

2   amount to each store. (3) Orders placed by the Store Manager based on his analysis of

3   sales trends and promotional opportunities. We ask Store Managers to order between

4   22 and 25% of the product in their store. The Store Manager has a number of tools to

5   assist in planning the ordering process in such a way that sales are maximized. Those

6   tools are part of a planning book which we ask Store Managers in California to compile,

7   update and use as part of the planning process. It is called a Playbook. Attached hereto

8   and incorporated herein by reference as **Exhibit 7** is the index of a Playbook. The index

9   identifies three documents that are primary ordering tools: (1) The ordering scorecard

10  which lists goods in a particular store by department, with each department then

11  analyzed on a weekly basis for the amount of sales, the percentage of that department's

12  sales to the overall store sales, the margin of sales, and the amount of such sales

13  ordered through ASR, the allocation system and by the manager. (2) A list of the Top

14  200 items sold in the store for a week's period which lists those items by the particular

15  good, rather than by the department, and also provides the SKU number, the number of

16  units of each good sold, and the retail amount of the sale of each item. (3) A Top 10 list

17  on a Company-wide basis of the products sold in a particular period. The Store Manager

18  must analyze all of that information for merchandising and ordering purposes. Every

19  third week is an "open to buy" week where the manager may order non-ASR goods in

20  larger quantities than what the ordering system generally allows. This permits smaller

21  stores to order higher quantities of goods that are strong sellers, and permits Store

22  Managers to develop promotional displays. Another planning tool which is part of the

23  Playbook is the weekly business summary which provides sales data, inventory data,

24  shrink data, SPEH data and mark up/mark down data by store and by district.

25          11.    The Store Manager is ultimately responsible for the evaluation and

26  training of all store employees. The better the Store Manager is at hiring and training,

27  the more the Store Manager will be able to delegate to the Assistant Store Manager

28  level. Assistant Store Managers, even though they have supervisory responsibilities, are

-8-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF          CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                              C 07-04012 SC

1  paid on an hourly basis and treated as non-exempt employees. Only the Store Manager

2  at the store level is classified as an exempt employee. Many of the above functions can

3  be delegated to the Assistant Manager level; but it remains the Store Manager's

4  responsibility to insure that all store-related functions are effectively implemented.

5          12.    Attached as **Exhibit 8** is a true and correct copy of Dollar Tree's

6  Compass policy providing guidelines to a Store Manager concerning the scheduling of

7  employees. It is the Store Manager's responsibility to finalize the schedule and then to

8  revise it as necessary during the week to meet increased sales requirements and

9  employees' time off needs. The system creates a preliminary schedule for cashier

10  hours, but the Store Manager must review the schedule and insert hours to cover both

11  gaps in coverage and anticipated peak sales hours. The Store Manager schedules all

12  stocking and Assistant Store Manager hours. Another duty of a Store Manager is to

13  protect Company assets. Dollar Tree provides the Store Manager with guidelines in how

14  to analyze cashier statistics, how to conduct till audits, how to conduct bag checks of

15  employees, how to monitor the transfer of goods into and out of a store, how to properly

16  record mark ups and mark downs, how to record and control cash and bank deposits,

17  and how to monitor those goods which are delivered directly to the store by a vendor

18  (called DSD). The Store Manager is responsible for the implementation and oversight of

19  all such asset protection functions.

20          13.    As a general matter, each store is given a projected number of

21  employee hours based on anticipated sales (which are in turn based upon an analysis of

22  what the sales were for a similar period in the prior year). California has the highest

23  minimum allocation of any state in the country, with the goal of insuring compliance with

24  meal and break period and exempt requirements. It is up to the Store Manager (with

25  assistance from the District Manager) to constantly monitor his expected hours (called

26  SPEH or Sales Per Employee Hour) to make sure that he is scheduling additional hours

27  if sales increase, and cutting back if sales decrease, while having necessary crews to

28  stock and run the cash registers. When I was a District Manager, responsible for

-9-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

1  overseeing 12 Store Managers, at stores located in the greater Sacramento area, I

2  reviewed my Store Managers' work to make sure that they were spending a majority of

3  their time performing management functions.  If I thought that a manager was spending

4  too much time throwing freight, for example, I would work with the manager to improve

5  his/her planning, delegation and training skills so that others were doing that work.  I

6  have consistently said the following to Store Managers (both when I was a District

7  Manager and in my present training role):  You are a manager; you need to be primarily

8  involved in planning.  We expect you to do functions that no one else can do.

9        14.    Dollar Tree reminds its Store Managers of the need to spend more

10  than 50% of their time in performing management responsibilities by making available a

11  certification form (one format of which is attached as **Exhibit 9**) to record on a weekly

12  basis whether the employee is meeting that test.  During my training of Store Managers,

13  I consistently tell Store Managers to tell the truth on the certifications so that the

14  Company will know where it needs to concentrate to make sure that the Store Manager

15  is spending a majority of time in management functions.

16        15.    Dollar Tree has spent substantial resources in training for Store

17  Managers.  We now have an MIT (Manager in Training) program for all persons hired

18  into a Store Manager position.  There is an eight week training period, done at a store

19  location.  However, on four different occasions during that eight week period, we provide

20  training at a variety of learning centers.  (I often hold training sessions at a learning

21  center located at the Company distribution center in Stockton.)  One such session

22  provides the history and philosophy of Dollar Tree; another provides our no-harassment

23  and non-discrimination training (called Respect in the Work Place); one session focuses

24  on interviewing and hiring; and one session focuses on skills such as planning,

25  communication, execution and follow-up (called Creating a Routine).

26        16.    Attached as **Exhibit 10** are slides from a Power Point presentation

27  which I regularly make in the MIT training program.  The slides in Exhibit 10 provide

28  training for the planning function.  Attached as **Exhibit 11** are further slides from the

-10-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1   same Power Point presentation which provide training on how to delegate.  These slides

2   are consistent with the advice and training we give all Store Managers, whether or not

3   they are in the MIT program.  As can be seen from Exhibits 10 and 11, Dollar Tree

4   emphasizes the importance of the Store Manager's continuously engaging in planning.

5   We advise keeping a master list of tasks to be accomplished.  We often advise Store

6   Managers to use 3 by 5 index cards so that they have ready access to their planning

7   lists.  We discuss the importance of prioritization and delegation.  The presentation

8   depicted in Exhibit 11 stresses the importance of delegation in a number of different

9   ways.  There is a slide discussing excuses for not delegating, and why those excuses

10  are not valid.  There are slides on selecting the right person to whom the task should be

11  delegated and for follow up by the manager.  All of this training is to help insure that the

12  Store Manager does not perform non-management tasks himself.  Attached as

13  **Exhibit 12** is a sample Master List which I use in training materials. Of all the tasks on

14  Exhibit 12, I would expect managers to perform only three themselves ("review ad

15  checklist with team"; "check May pull & hold list for compliance"; and "check items from

16  zero sales report").  I expect that the remaining tasks would be delegated and the

17  performance of the work supervised by the Store Manager.  This is what I tell Store

18  Managers in training with this material.

19          17.    Store Managers' salaries in Region 9 currently range from $40,000

20  to $63,654, with the median salary at $48,500.  In addition to their salary, Store

21  Managers receive incentive bonuses based exclusively on sales-related factors.  Store

22  Managers are eligible to earn a bonus per period (approximately every 4-5 weeks) based

23  on an increase in sales, and more recently (effective period 9 in 2007) based on sales

24  increases including a margin component. Attached hereto as **Exhibits 13** and **14** are

25  descriptions of the Store Management Bonus Plan.  The steps a Store Manager can

26  take to increase sales are:  (1) Make sure the store is fully stocked with as much freight

27  as possible on the sales floor; (2) Pay careful attention to ordering both in terms of

28  assortment and quantity; (3) Make sure that every SKU available to the store is on the

-11-

KAUFF McCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF          CASE NOS. C 07-2050 SC &
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT                                C 07-04012 SC

1   sales floor; (4) Develop attractive merchandising displays; (5) Analyze whether the

2   store's top selling items are on the front end caps; (6) Make sure that tie-ins of high

3   margin goods have been placed near the best selling goods, again in a colorful and

4   attractive display; and (7) Do everything possible to improve customer service, including

5   having meetings with the staff to emphasize how customers should be treated.

6           I have read the attached declaration and do hereby declare, under penalty

7   of perjury under the laws of the United States, that it is true and correct.

8           Executed on January 2, 2008 at Stockton, California.

9

10                                                  CARLOS HERNANDEZ

11

12

13   4819-5830-3234.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-12-

DECLARATION OF CARLOS HERNANDEZ IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC &
C 07-04012 SC

**Exhibit 1**







**Exhibit 2**



**Exhibit 3**



**Exhibit 4**

