**Exhibit 5**



**Exhibit 6**

## Store Orders

### Order Book Codes

There are a few new codes on the Order Book (One code is circled in picture to left).



| Codes | Description |
|-------|-------------|
| N | = New |
| H | = Hot (Selling well) |
| % | = High Margin (Profitable) |
| R | =Replenishment Item |

You may see a combination of these to describe a product. For example, a product can be '**H %**', which means it is selling well and it has a high margin. This is a product you need to make sure you have!

### Ordering Guidelines, Information, and Warnings

#### When to Order

With SLIC you can create and submit an order for processing at anytime up until your order due date. When you submit an order for processing, the merchandise is held for you in the distribution center so you are more likely to get what you order.
If you submit an order for processing after your due date, it will be included on your next delivery.

**Note:** A 'remember to submit order' email will be automatically sent to each store on their order due date *if an order has not been submitted*.

#### Submitting Multiple Orders

When ordering the same SKU on multiple orders, the amounts you order are not added together for a final total. The last amount you enter is what you will get. (*Example of next page.*)



**Order Due Date**
To see your store's order due date, from the main menu of SLIC click on the **Store Order** button.

Your order due date will be shown under the "Current Store Order Information" heading circled on screen above.



CONFIDENTIAL

## Store Orders

For example, let's say your order due date is Tuesday. On Saturday you submit an order for 100 of SKU X, then on Sunday you submit another order for the same SKU in the amount of 25. The last amount you ordered, 25, will be the amount that is processed for your store. **The SKU amounts for the first order are not added to the amounts of the second order if it is the same SKU.** If you added different SKU's to the second order, those SKU's will be added to your total order.

## Ways to View SKU's (Office PC)

There are several different ways for you to view SKU's in SLIC.
- By Department/Sub-Department
- Items on Order
- Continuity Items
- New Items
- Hot Items
- High Margin Items
- Items Not in Store
- Store Supplies
- Top Sellers Not Ordered
- Replenishment Items (Only select stores)
- All

When ordering, select the view that will help you narrow down the merchandise you need to order for your store. You can change views as often as you like, but you must remember to click on the **Save Changes** button before switching to a new view or you will lose any SKU's you have ordered in the current view. For a detailed description of each of these views, refer to the next page of this Quick Start. For tips on how to use some of these views, refer to the next page of this Quick Start.

### On Hand and Days of Supply Columns

Dashes will be displayed in the **On Hand** and **Days of Supply** columns for stores that have not had a SKU level inventory. Once your store has a SKU level inventory these columns will be populated

If your store hasn't had a SKU level inventory, you must use the **On Order** quantity, the **Weekly Average Units** quantity, checklisting, and your product knowledge to order the correct amount of merchandise to keep you in stock between deliveries.



To select a view, click on the drop down arrow, slide down the choices and click on the view you want. If you select the "By Department or "By Department/SubDepartment" choices, other boxes will appear to allow you to select the particular Department and subdepartment you wish to view.

Be sure to click on the **Go** button after making your selections so that SLIC will display the SKU's you are looking for.

## Store Orders

### Descriptions of the Different Ways to View SKU's

| View Names | Description |
|---|---|
| By Department/Sub-Department | Using this view, you can view the SKU's of a specific department and sub-department. This method of viewing SKU's will really narrow down your search. |
| Items On Order | This view will show you all of the SKU's that you have added to your current order. Use this view to verify what you have ordered for your store. |
| Continuity Items | This view will show you all SKU's that are considered to be Continuity Items. Meaning that these items are deemed important to our business and should be in stock 85-99% of the time at the Distribution Center and hopefully in your store. |
| New Items | New Items are defined as items that have never been shipped (invoiced) to a store. This would also include all items that are assigned new SKUs. |
| Hot Items | SLIC looks at a store's last four weeks of shipments and divides by its last four weeks of sales on each SKU. If a SKU is selling at a rate higher than a standard set in the system, the SKU will be identified as 'Hot' and appear in the Hot Items view. |
| High Margin Items | This view will show you SKU's that have high margins and are profitable to sell. |
| Items Not in Store | This view will show you all of the SKU's that are currently not in your store and have not been ordered. *Keep in mind that if your store has not had a SKU level inventory, the information in this view may be incorrect.* |
| Store Supplies | This view will show you all available store supply SKU's. |
| Top Sellers Not Ordered | This view will show you all of the SKU's that are 'top sellers' in your district that have not been ordered. It is a 'best practice' to always select this view before submitting your final order. You may find that you need to add something to your order. |
| Replenishment Items | Some stores are on an automatic replenishment program. Some of the more predictable items in their store will be automatically replenished by SLIC. The store will not be able to order these items, however, they can view which items are being automatically replenished by selecting this view. |
| All | Shows all SKU's in the Order Book. |



## Store Orders

# The SLIC Ordering Process: Best Practices and Procedures

It's time to learn the "best practices" for ordering with SLIC. Read over the policy, procedure, and "best practices" for ordering with the SLIC application below.

## *Purpose*

The purpose of this document is to provide guidelines for ordering merchandise with the SLIC application (Store Level Inventory Control) maximizing both sales and product turns.

## *Policy*

- Stores that have <u>not</u> had a SKU level inventory performed on their store can use the **On Order** quantity and the **Weekly Average Units** (units sold) quantity in SLIC to help them gauge what to order. Stores should consider the minimum amount needed to represent a product appropriately (full displays), and the amounts needed to stay in stock between deliveries based on sales (product turns) of an item.

- Stores that <u>have</u> had a SKU level inventory can use the **On Hand** and **Days of Supply** information in SLIC as well as the **On Order** and **Weekly Average Units** information to help them determine what they should order. These stores should consider the minimum amount needed to represent a product appropriately (full displays), and the amounts needed to stay in stock between deliveries based on sales (product turns) of an item.

- Stores with a twice a week delivery cycle will order for all departments twice a week in the SLIC application and will receive merchandise for all departments twice a week. Stores should keep in mind the following.
    - Order merchandise amounts considering twice a week deliveries. Generally, stores should order approximately half as much as they would for once a week deliveries.
    - Order all SKU's for all departments, but give special attention to high velocity departments (high turns) and your top sellers. Make sure you keep these in stock at all times. A good order will ensure that a store has all available SKU's on-hand. Refer to your *SLIC Quick Start* for instructions on how to determine the top selling SKUs in a particular department.
    - Plan to work all high velocity merchandise to the sale floor first, then work on slower selling areas. It is important to have a plan to work all departments to the sales floor, remembering that you will be receiving all departments on your deliveries.
    - Carefully review seasonal items in SLIC. Keep the full assortment stocked and order your best sellers to maintain your feature displays. The Sales Manager should provide ordering advice for seasonal and promotional areas.

- Stores that only have one delivery each week will continue to order as usual, following the order due dates in SLIC.

CONFIDENTIAL

## Store Orders

- Store Managers should be present for all deliveries from the distribution center. This will help ensure that management is aware of the merchandise in the store and that in coming shipments are handled efficiently.

- Freight Managers should also be present for all deliveries from the distribution center.

- Store orders should be 'confirmed' by 12 noon (Eastern Standard Time/East Coast Time) on the due date shown in the SLIC application. If a store order is submitted after the due date at 12 noon (EST) in SLIC, it will be added to the following delivery.

- Store expense orders should be completed and confirmed in SLIC the day prior to your order due date. If you fail to follow this procedure, you may not receive your supplies until the following delivery.

- Orders can be "confirmed" several times throughout the week. Once you "confirm" an order, the merchandise is held for your store, if available.

- Stores will receive an email the day of their order due date to remind them to complete and 'confirm' their store's order if it hasn't been 'confirmed' already.

- All stores should keep last weeks Order Book until the next one is completed. This will ensure that stores have an Order Book at all times, even if the SLIC application goes down.

- All store orders should be reviewed by the Store Manager before they are 'confirmed' (finalized) in the SLIC application. Look for extremely large quantity ordered (typing errors) or departments that may have been missed. Ensure top selling items have been ordered and that items that are not On-Hand have been ordered.

- One of the Checklist Manager's primary responsibilities is to manage the checklisting and store ordering process, however, the Store Manager is still ultimately responsible for the store's order.

## Process and Details:

### Stores without a SKU Level Inventory Using Handheld Scanners

1. Using a handheld scanner, the Checklist Manager should walk the sales floor to scan and enter amounts for the SKU's he/she believes the store needs. The manager does not have to use the Order Book for this. The Checklist Manager should, however, walk the stockroom to determine what he/she has available before entering amounts.

It is recommended that a scanning pattern be used when ordering items. This will help ensure that each area of the sales floor is scanned and the store order is thorough.

As you scan an item you should refer to the **On Order** quantity and the **Weekly**

## Store Orders

**Average Units** (units sold) quantity to help you make ordering decisions. These numbers are also shown on the Order Book.

### Stores <u>with</u> a SKU Level Inventory Using Handheld Scanners

Stores that have had a SKU Level Inventory will have *On Hand* amounts in SLIC. As these stores scan products they will be able to see **On Hand** quantities on their handheld scanner as well as **Days of Supply, On Order,** and **Weekly Average Units** information to help them determine what they should order. This information will help store management make better decisions about how much to order. The steps in the process are the same for both store types. However, stores with a SKU level inventory can create a pull list of merchandise that needs to be stocked on the sales floor using the handheld scanner when the stockroom is checklisted,. Refer to SLIC Quick Start or Reference Guide for instructions.

### Tips For Step 1 Above:

- If possible, walk the store before it opens. This provides uninterrupted time to complete a walk through.
- Don't forget the stockroom. You may identify merchandise that is in the stockroom that isn't on the sales floor. You can create a Pull List on your handheld scanner to hand out to associates during the day.

2. After the Checklist Manager has scanned what he/she believes the store needs for each department, a copy of the Order Book that includes all departments should be printed. All of the items ordered by the Checklist Manager will show up on the Order Book.

3. The Checklist Manager will hand each Assistant Manager their sections of the Order Book and have them walk their assigned departments. They should take notes on SKU's they believe should be added to the order and on quantities that may have been ordered by the Checklist Manager improperly (may not really need the SKU). The Assistant Managers who help checklist and create the store order should be assigned departments and areas of the store that pertain to their specific management roles, however, other departments or areas may be assigned to ensure the entire store is checklisted. For example, the Sales Manager should be sure to order all seasonal and promotional merchandise for storefront fixtures. The Impulse Manager should order all impulse related items (i.e. batteries, eye glasses etc.)

4. Each Assistant Manager should return his/her work to the Checklist Manager for review. If they suggest ordering less of a product, they should explain why.

5. The Checklist Manager should give the Store Manager the Order Book with the suggested orders. The Store Manager should make the final decision about what is ordered and the amount that is ordered.

6. After the order is initially approved by the Store Manager, the Checklist Manager should use the handheld scanner to scan the Order Book and enter the SKU's

# Store Orders

recommended by the Assistant Managers. Once the order has been entered, the Checklist Manager will notify the Store Manager again for review.

7. The Store Manager and/or Checklist Manager should launch SLIC from the Office PC and click on the **Complete Store Order** button within the Store Orders screen. This will display the store order analysis screen, which shows the dollar amount of the ordered for each department. The Store Manager and/or Checklist Manager should compare the order by department to ensure proper quantities are ordered to replace sales and to maximize sales at the store. The Store Manager and/or Checklist Manager should review Weekly Department Sales in Win/DSS to accomplish this. (Weekly Department Sales information can be found under the *Reports* Tab, F7 in Win/DSS.) The Store Manager and/or Checklist Manager should also review the top 25 items in the district not currently on the order (in SLIC) and add any items needed.

8. Finally, the Store Manager and/or Checklist Manager should click on the **Confirm** button in the SLIC application to finish the store order and send it to the Store Support Center for processing.

   **Note:** If the Store Manager is not present at the store, the Checklist Manager can review and **Confirm** the store order in SLIC. However, the Store Manager is responsible for ensuring that a proper store order is placed and should be involved in the ordering process for each store order.

## Best Practices

- Always verify that all of your outstanding transfers and shipments have been received in SLIC before starting your store order. If you have not received transfers or shipments that have arrived at your store, your *On Hand* and *On Order* numbers will be incorrect. This will affect what you believe you should order.
- Place UPC labels on racks for easy scanning. (ex. Poster board, McGraw Hill Books, Sun Glasses, Reading Glasses, Shasta, Umbrellas, Sandy Lion)
- Once an associate has been assigned to order a department for a month, have him/her switch with someone else to learn another department (cross-train). This will help when certain associates are not scheduled the day of ordering.
- Review the best selling items for your store in SLIC when ordering. Refer to your *SLIC Quick Start* for instructions on how to do this.
- Review Week Department Sales information found in Win/DSS under *Reports* Tab (F7).
- Order all SKU's to ensure you have all SKU's on-hand. Pay close attention to high velocity and top selling items.
- Confirm department orders as they are completed and approved to hold your merchandise ( if available) for delivery in SLIC.
- Work high velocity departments when new deliveries arrive. It is important to work as many departments as possible with each delivery in order to increase product flow and turns.

## Store Orders

- Recycle your Order Book paper by turning over the paper and printing your next Order Book on the opposite side.

### Ordering Without a Handheld Scanner

If the handheld scanner is not working, you must manually enter your order.

1. The Checklist Manager should print the entire Order Book from SLIC.
2. Then, divide it up between the Assistant Managers who work certain departments.
3. Have the managers write the amount next to the SKU's that are needed in the departments they work.
4. The Checklist Manager must manually enter the SKU amounts into the SLIC application. When entering the SKU amounts, select the "All" view. This will put the SKU's on screen in the same order as the Order Book you printed. This will make finding and entering the SKU's amounts much easier.
5. Once the order has been entered, the Store Manager should review the order in SLIC. He/She may print it out for review if necessary.
6. Once the order has been reviewed, the Store Manager or Checklist Manager should click on the **Complete Store Order** button. This will open the Store Order Analysis screen, which shows the store order broken down by department. He/she should review the order to ensure that they have ordered enough merchandise to keep them in stock until the next delivery.
7. Finally, the Store Manager or the Checklist Manager should click on the **Confirm** button to complete the store order and send it the Store Support Center for processing.

   **Note:** If the Store Manager is not present at the store, the Checklist Manager can review and **Confirm** the store order in SLIC. However, the Store Manager is responsible for ensuring that a proper store order is placed and should be involved in the ordering process for each store order.

**Exhibit 7**

# CONTENTS

## HIGHLY CONFIDENTIAL

1. Monthly Planner.................................Tab 1

2. Weekly Business Summary.....................Tab 2

3. SPEH..............................................Tab 3

4. Order Scorecard................................Tab 4

5. Department Sales by SKU by Dollar Sold.....Tab 5

6. Bonus by Store..................................Tab 6

7. Top 200 SKU's...................................Tab 7

8. Top 10 by Department..........................Tab 8

9. Current Memo...................................Tab 9

10. Pull -n- Hold..................................Tab 10

11. Markdowns Year to Date.......................Tab 11

12. RD / DM Notes.................................Tab 12

13. MAX BONUS Memos.............................Tab 13

DTC03771

**Exhibit 8**



Dollar Tree Stores, Inc

# C✪MPASS

# Scheduling
## Best Practices

CONFIDENTIAL



**Maximize**
*Front End Productivity*



**Maximize**
*Back End Productivity*



*Recover to Standards*



*Replenish & Fill*

DTC02433

SKU#853967 (rev 9/0

# Contents



**Maximize**
**Front End**
**Productivity**

Page 4

CONFIDENTIAL



**Maximize**
**Back End**
**Productivity**

Page 6



**Recover to**
**Standards**

Page 8



**Replenish**
**& Fill**

Page 11

© 2006 Dollar Tree Stores, Inc.  No part of this manual may be reproduced in any form by any method without permission of Dollar Tree Stores, Inc, educational purposes included. All rights reserved.

Produced by Corporate Training & Development.

DTC02434

# The Working Example

- Let's assume the store in our example produces $20,000 a week in sales.  This weekly sales example works for a majority of stores.
- For a store with a $100 SPEH, we will use **200 hours plus 50 hours** for the Manager

**Front End**

Compass will  schedule approximately  70 hours (of the 200) for cashiers.  To ensure that COMPASS works effectively for you, follow the COMPASS Best Practices in this guide.

**Back End**

We stock 7 Days a Week to maximize back end productivity.
Off Hour stocking for the majority of stores should begin at 5:00 AM.
The store in our example receives 700 cases of freight.
This equals to 35 hours to stock at the rate of 20 cartons per hour.
The truck must be completed in 2 days.


**Replenish**

We'll replenish and fill the other 5 days at 4 hours per shift.  This equals to 20 hours and it means that we get 400 additional cartons of freight to the sales floor at the rate of 20 cartons stocked per hour.

**Recovery**

We'll maximize peak hour cashier backup.
We'll maximize daily recovery:
- 11 to 3 and 4 to 8 for Monday through Saturday
- 12 to 4 on Sundays
This allows for backup cashier and recovery every day.
These tasks equal 52 hours

CONFIDENTIAL

**Let's add up the hours**

| | |
|---|---|
| Cashiers | 70 hours |
| Backup/Recovery | 52 hours |
| Stocking Truck (2 days) | 35 hours |
| Daily stocking (4h a day x 5) | 20 hours |
| **Sub Total** | **187 hours** |

Total Hours available to achieve a SPEH of $100 is 200 for hourly and 50 for Store Manager = 250

| | | | |
|---|---|---|---|
| SPEH Hours | = | 250 | Includes SM at 50 hours |
| Sub Total | = | 187 | |
| **Balance** | **=** | **73** | These are the remaining hours that are available for other activities in the store. |

DTC02435



# Front End Productivity

*Scheduling Best Practices*

## A Assess Sales Projections

1. Review your current sales trends versus last year.  Use LY as a guide and adjust to trends.
2. Review the forecasted sales estimate for the week in COMPASS schedule example below.
3. COMPASS determines the  % of weekly sales per day.  ASK:  Are you ready for peak periods and holidays when compared to last year?
4. Monitor the forecasted sales daily compared with actual sales.  If sales trends are up or down, how will you adjust the hours?  Partner with your District Manager.



**CONFIDENTIAL** ❷ ❸

Forecasting, Monitoring, and Adjusting sales to trend is critical in making a good & efficient schedule.

## B Maximize Cashier Scheduling



► COMPASS can leave gaps between cashier shifts due to associate availability.
► You must use the Line View to review coverage gaps and adjust shifts to fill those gaps.  Many times Assistant Managers can be assigned to cover gaps. Review pages 42-50 in the COMPASS Quick Start book for Store Managers for assistance with this task if needed.
► Review peak periods for coverage, such as morning shifts, busy times of the day, and during breaks and lunches.
► Anticipate busy times while scheduling in COMPASS.
► Use experienced cashiers for peak times.
► Consider weekend periods as first priority.
► Schedule Cashiers to work impulse items.
► Review coverage by shift summary.
► Hire associates with best availability & flexibility.


*Dollar Tree*

**DTC02436**

**Front End Productivity**

CONFIDENTIAL

*Scheduling Best Practices*



COMPASS schedules cashiers 30 minutes after closing so cashiers can better serve the customer.  Cashiers can:

- ☐ Check out customers
- ☐ Count the till
- ☐ Make deposits with management
- ☐ Clean & recover
- ☐ Fill impulse areas



# Maximize Management Scheduling

- ► For peak periods, management schedules should overlap.
- ► The Freight Manager starts at 5:00 A.M. in most stores.
- ► Store Manager leads restocking crew as needed.
- ► Store Manager scheduled two nights weekly.
- ► Review coverage by shift summary.

**Hire**
~~Available & Flexible~~
**Associates**

*Dollar Tree*

*It's about serving the Customer.*

| **Maximize Your Time!** |
|---|
| Complete this worksheet to see how to maximize management scheduling. |
| Using your store's peak periods, plan when should your store's management schedules will overlap. |
| What day(s) of the week will the Freight Manager work? |
| What day(s) does the Store Manager close? |
| How do you review coverage and how do you share this information with the other managers? |

*Make it a Routine!*

DTC02437



CONFIDENTIAL

*Scheduling Best Practices*

 **Maximize Productivity**

▶ Focus on the needs of the business.
▶ 2 associates are a must during open hours.
▶ 4 hours shifts provide flexibility for the business.
▶ Schedule past normal close of business.
▶ Schedule prior to open as needed.

**4**



# Calculate Stocking Hours Needed

*# of cartons received ÷ cartons stocked per hour (20)*

**= Total stocking hours needed**

**Instructions:** Using the formula above, fill out the yellow portions of the chart below to determine the **Total Stocking Hours** you'll need to include on your next schedule.

|  | Example | Calculate your hours to replenish your store |
|---|---|---|
| Number of cartons you'll receive | 700 cases |  |
| ÷ cartons stocked per hour | 20 | 20 |
| = Total stocking hours | 35 |  |

The store in our example receives 700 cases of freight. This equals to 35 hours to stock at the rate of 20 cartons per hour. **The truck must be completed in 2 days.**

*It's about our Business Needs.*

DTC02438

**Back End Productivity**

CONFIDENTIAL

*Scheduling Best Practices*

 **Measure Productivity Using SPEH**

► Measure productivity for all associates who process freight.
► Set store specific goals and follow up.
► Review store schedule.
► Review and adjust as needed (use mid week results to adjust for trends).



Hire
Available & Flexible
**Associates**

Use
**SPEH**
Projections

 **Measure Stocking Productivity**

► 4 U-boats per associate for each 4 hours shift.
► Plan for removal of cardboard.
► Plan for stockroom maintenance and preparation for truck.
► Set-up staging areas.



DTC02439

**Recover to Standards**

CONFIDENTIAL

*Scheduling Best Practices*



## What is Recovery?

*It's about keeping our store neat, clean, full, and well-organized!*

*Dollar Tree*



**Best Practices**

### Daily Recovery is:

► Keeping our stores neat, clean, full, and well-organized!
► Creating the same fun and exciting shopping experience for our customers at all times.
► Taking pride in the small things we do for our stores.
► Teaching associates to routinely walk down different aisles throughout the day to straighten and pick up loose and items.
► Showing associates how to recover effectively and then holding everyone to the company standards.

### Recovery just doesn't happen.  You make it happen!

► Plan for Daily Recovery and communicate the plan to associates every day.
► Hold all associates to the same store standard: keeping our store neat, clean, full, and well-organized.



### Great recovery practices lead to high store performance and increased sales:



◊ When recovery runs are scheduled and completed properly throughout the day, the closing manager doesn't have to spend evening payroll hours to do the re-shops.  This increases the store's productivity.

◊ When condensing, fronting, and facing is completed properly, off-hour stocking crews can quickly and easily get the freight processed.  When shelves are full, we increase sales and customers are happy.  Stores look neat and organized.

◊ Associates spend less time cleaning up from the night before and have more time to stock product and fill up shelves.  When more cartons are stocked, the stockroom gets emptied more quickly.  Sales increase and shelves look full.

DTC02440

**Recover to Standards**

CONFIDENTIAL

*Scheduling Best Practices*

# B How to Recover the Store

*Keep our store neat, clean, full, and well-organized!*





**Keeping the store NEAT**

- ▶ Front and face product
- ▶ Straighten bins
- ▶ Pull peg areas forward
- ▶ Pick up loose and misplaced items. Walk with a shopping cart & put misplaced items in the cart as you go down each aisle. Replace them in the correct area when you reach the appropriate aisle.

**Keeping the store CLEAN**

- ▶ Dust endcaps, WOW table, display areas, and gondolas
- ▶ Sweep and vacuum floors
- ▶ Remove garbage
- ▶ Check the bathrooms during each Recovery
- ▶ Sweep sidewalk area
- ▶ Clean the front doors with window spray and paper towel

- ▶ Fill all promotional displays and fixtures
- ▶ Condense product on shelves to prepare for stocking crew
- ▶ Re-fill impulse POG and drive item(s) during cashier shift
- ▶ Fill the soda cooler
- ▶ Re-stock bags in register area
- ▶ Re-fill battery racks and helium balloons

- ▶ Clean and organize register areas
- ▶ Straighten window display area
- ▶ Retrieve shopping carts and baskets
- ▶ Return re-shops at end of each cashier shift
- ▶ All markups and markdowns are entered

## What are re-shops?

Loose merchandise in the wrong location. Re-shops commonly occur on the front end, on end-caps, and in the aisles.

DTC02441

**Recover to Standards**

CONFIDENTIAL

*Scheduling Best Practices*

 **Best Times to Recover**

The best times to fully recover the store are early morning, afternoon, early evening hours and after the store closes:

- ▶ 11 – 3 pm  Monday - Saturday
- ▶ 4 – 8 pm  Monday - Saturday
- ▶ 12 – 4 pm (Sunday)
- ▶ After the store closes

## Use time management to get Recovery done throughout the day:



- ▶ Cashiers maintain the front impulse areas and endcaps when not ringing sales.
- ▶ At end of shift, cashiers re-shop loose merchandise.
- ▶ The closing Manager stops any freight processing at 4pm and the team recovers the store.
- ▶ Set the example and hold our associates to the company standards.   A neat, clean, well-organized, and full store is easier is to recover than an empty store.

### Want a great way to condense, face and front product?

Plan Ahead—It's your best trick!  Recover areas of the store that the Stocking Crew will be filling on the next shift.

**Here's how it works using your 3x5's and Daily Planner:**

1. The Freight Manager plans out which areas of the store will be stocked.  He or she tells the opening or closing manager what product will be stocked by the Stocking Crew.
2. The Manager assigns Recovery Areas to the associates performing the recovery.  These Recovery Areas can be sections or departments of the store.
3. Associates recover the assigned area that will be stocked on the next shift.  Associates focus on condensing, facing and fronting.  Fronting product is especially important for product rotation.
4. Higher volume areas that will be stocked more then once a week require frequent recovery focus.  Condense product to create shelf space for filling.





CONFIDENTIAL

*Scheduling Best Practices*

# A Replenish & Fill 7 Days a Week

- ► Stock 7 days a week.
- ► Early 5:00 A.M. re-stocks are most effective.
- ► Re-stock completed prior to store opening.
- ► Schedule using 20 cartons per hour guideline.
- ► Plan ahead by anticipating needs.
- ► Filling for the weekend is critical.





# B Formula for Replenishment Success

**Use the Formula!**



Next week's estimated sales forecast
÷ Average cost per carton ($30)
÷ Cartons stocked per hour/per associate (20)
= Estimated hours dedicated to stocking the truck

| | Our Example | Calculate your hours to replenish your store |
|---|---|---|
| Next week's estimated sales forecast | $30,000 |  |
| ÷ Average cost per carton | $ 30.00 | $ 30.00 |
| ÷ Cartons stocked per hour/per associate | 20 | 20 |
| = Estimated hours dedicated to replenishment | 50 | |

We'll replenish and fill the other 5 days at 4 hours per shift.  This equals to 20 hours and it means that we get 400 additional cartons of freight to the sales floor at the rate of 20 cartons stocked per hour.

*Know when and how to re-stock your store as you schedule replenishment hours.*

DTC02443

 **Replenish & Fill**

CONFIDENTIAL

*Scheduling Best Practices*

# Ⓒ Schedule Replenishment Shifts in COMPASS

- ► Stock 4 U-boats per 4 hour shift.
- ► The average U-boat holds 20-25 cases.
- ► Replenish and fill 7 days a week.
- ► To schedule Replenishment shifts in COMPASS, use the formula below.

**How can I calculate the number of Replenishment shifts I need to schedule in COMPASS?**

Estimated hours dedicated to Replenishment (from last page)
÷ 4 (the number of hours in an average shift)
= Number of Replenishment shifts to schedule in COMPASS



| **COMPASS** Providing Direction for the Company | Our Example | Calculate the number of Replenishment shifts to schedule in COMPASS |
|---|---|---|
| Estimated hours dedicated to Replenishment (from last page) | 50 | |
| ÷ 4 (the number of hours in an average shift) | 4 | 4 |
| = Number of Replenishment shifts to schedule in COMPASS | 12.5 | |

**Hire** *Available & Flexible* **Associates**



**DTC02444**

**Exhibit 9**

# DOLLAR TREE STORES, INC

## PAYROLL CERTIFICATION – DATE DUE 7/3/06

**Position Description & Responsibilities -** Job Title: Store Manager – California Only Department: Field
Division: Operations Reports To (Title): District Manager Date Written: Date Revised: April 19, 2005 Exempt / Non-exempt
Exempt Direct Reports: Store Associates

**Summary of Position (Job Purpose) -** *Major purpose and functions of the position.* Management of a retail variety store. Responsible
for efficient, profitable and safe operations. Recruit, employ, supervise, train and develop store personnel. From an individual
standpoint, the Store Manager must comply with the percentage limitations on the actual work s/he performs as set forth below.

## Principal Duties and Responsibilities

Store Manager is to spend the majority (more than 50%) of his/her actual work time each work week performing the following
duties and responsibilities:

1. Supervision of associates.
2. Oversee daily store activities, including opening and closing of store.
3. Ensure customer and associate safety.
4. Protect all company assets, including store cash, merchandise and equipment.
5. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records.
6. Responsible for adequate staffing of store. Recruit, interview, hire, employ, and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training.
7. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates.
8. Provide leadership and direction to store personnel.
9. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies.
10. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manage sales forecasting, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate.
11. Control inventory. Supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded.
12. Responsible for overall cleanliness and appearance of store.
13. Ensure highest level of customer service. Handle customer complaints and problems.
14. Ensure accident reports and damage reports are completed in timely and accurate manner.
15. Complete management reports in a timely and accurate manner.
16. Ensure compliance with applicable laws and regulations.
17. Communicate professionally and effectively with customers, subordinates and supervisors

Store Manager may not spend more than a total of 35% of his/her actual work time each week receiving product, distributing
and storing product, stocking product and cashiering.

Store Managers in California must comply with the percentage limitations on actual work time as set forth in this job
description and verify compliance each week. If for any reason the store manager has not complied, s/he must immediately
provide an explanation to both Payroll and Human Resources. No salary or wage will be withheld because of non-
compliance.

Y ___ N ___
Explanation:

DEPOSITION
EXHIBIT
29

Signature: