**Exhibit 10**



# DOLLAR TREE

EVERYTHING'S $1

## Plan

■ What difference does it make?

**Where every dollar counts and so do you!**





CONFIDENTIAL
R 1131



**DOLLAR TREE**
E V E R Y T H I N G ' S  $ 1

# Why Should You Plan?

- Improve Management of Payroll Budget
- Meet Deadlines
- Improve Scheduling:
  - Having the right people in the right places at the right times: unloading trucks, cashiering, stocking
- Improve Productivity:
  - Do the task right the first time.
  - Not wasting your resources.
- Increase Your Sense of Accomplishment:
  - You and your associates are successful!
  - Important tasks are done correctly and on time.

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1132





**DOLLAR TREE**

EVERYTHING'S $1

■ Begin with a Master List!

# How to Plan

**Where every dollar counts and so do you!**



CONFIDENTIAL
R 1133



**DOLLAR TREE**
EVERYTHING'S $1

# Master List: What is it?

- A journal of activities and thoughts.

- Gets everything out of your head vs. only tasks that you need to complete.

- Contains notes from conversations, ideas, things to remember, and tasks with deadlines.

- Kept for 7 days at a time.

- Everything is in one place!

Where every dollar counts and so do you!

CONFIDENTIAL
R 1134



**DOLLAR TREE**
E V E R Y T H I N G ' S $1

# Benefits of Master List

- Think faster – not overwhelmed
- Reprioritize more accurately
- Built-in flexibility
- Track accomplishments
- Improved commitment from writing down tasks
- Improve communication and team focus

Where every dollar counts and so do you!

CONFIDENTIAL
R 1135



**DOLLAR TREE**
E V E R Y T H I N G ' S  $1



Working with a Master List

■ Keep List Active

— capture ideas as soon as they pop in your head

■ Review List Daily

— 15 minutes before leave work

— Plan the night before

■ Be Realistic

— Can't get everything done in 1 day

— Learn to use your productivity cycles

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1136



**DOLLAR TREE**
E V E R Y T H I N G ' S  $ 1

**Weekly Review of List**

# Review Master List every week

- ■ Reflect on:
  - — Accomplishments
  - — Changes/improvements to make
  - — Transferring tasks to next week
    - ❖ *"What am I going to do differently next week to complete this task?"*

- ■ Analyze transferred tasks:
  - ❖ *What can be eliminated, reduced, delegated, or batched with other tasks?*

**Where every dollar counts and so do you!**



# DOLLAR TREE

E V E R Y T H I N G ' S $ 1





*Activity — Master List*

# Brain Dump!

"Dump" your mind of as many of the tasks, projects, ideas, and thoughts related to your training store (for the upcoming week) or your training, as you can.    Take **10 minutes!**

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1138



# DOLLAR TREE
### E V E R Y T H I N G ' S $ 1 ®

# Prioritizing Work

## PRIORITIES

**IMPORTANCE**

High ← → Low

| | |
|---|---|
| **A** | **Necessity** |
| Important & Urgent | Not Important but Urgent |
| **B** | **Waste** |
| Important Not Urgent | Not Important or Urgent |
| **Investment** | **D** |

**URGENCY**

High ← → Low

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1139




**DOLLAR TREE**

EVERYTHING'S $1

# Prioritizing Tasks

1. Write down tasks to complete.
2. Write A, B, C, or D in front of each task.
3. Complete A's immediately.
4. The B's can be written into a plan.
5. The C's can be delegated.
6. The D's should be minimized.

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1140



# DOLLAR TREE
E V E R Y T H I N G ' S  $ 1

## Eisenhower Matrix:
## One Word Descriptions

**A's** **Necessity** Tasks that must be completed now.

**B's** **Investment** Actions that pay off big over time.

**C's** Tasks that get you hung up if you confuse urgency for importance.

**D's** **Waste** Tasks that are time stealers and harm productivity.

Where every dollar counts and so do you!

CONFIDENTIAL
R 1141



**DOLLAR TREE**
EVERYTHING $1

# Learning Activity:
# Creating a Plan/Master List

■ You are the new Store Manager of Store 10000.

■ Today is your first day in the store.

■ Here is what you know about your store…

■ You also have a full "in-box" to take care of…

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1142



# DOLLAR TREE

E V E R Y T H I N G ' S $ 1

# Store # 10000

- **Store Size:** 1,000 sq ft store — located micro market
- **Sales:** $35k per week — currently down -1.5%
- **Average Ticket:** $7.79 — currently down -1.3%
- **Customer Count YTD:** +4.4%
- **Assistant Managers:** 2 full-time, 1 part-time- the two full-time Assistants have been with us for 2 years and the part-time Assistant has worked for us 3 months
- **Associates:** 14 part-time associates
- **Turnover:** High
- **Shrink:** -1.83%
- **WOS:** 14 weeks of supply on hand and the stockroom is bricked
- **No Store Manager for 4 weeks**

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1143



# DOLLAR TREE

E V E R Y T H I N G ' S $1

# Learning Activity: Review

- How many tasks did you list on page 21 (A, B, C, D)?

- How did you determine importance and urgency for the tasks?

- What are the benefits of using this sorting process?



**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1144



DOLLAR TREE
E V E R Y T H I N G ' S $1



The Veggie Principle

■ A "Veggie" is a task, activity, or project that must get done, but you have a hard time starting.

■ The Veggie Principle calls for tackling the biggest items first:

— Start with the most difficult task that has the highest payoff.

— Work on the task you like least so you don't have it hanging over your head!

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1145



# DOLLAR TREE
E V E R Y T H I N G ' S $1

## Making a Daily List

- Work off Master List.

- Select tasks for the day.

- Add other tasks from email and store walk.

- Identify two biggest Veggies on list.

- Build other tasks around accomplishing the Veggies.

**Where every dollar counts and so do you!**

CONFIDENTIAL
R 1146



# DOLLAR TREE

E V E R Y T H I N G ' S  $ 1

## Now that you have your Master List, what next?

Use the Daily Planner and 3 x 5 Index Cards....

1. Identify tasks from Master List.
2. Write any sub-tasks to complete.
3. Prioritize the importance of each task (A, B, C, D).
4. Assign tasks to capable associates.
5. Write out 3x5 cards.
6. Follow up and check off tasks.

Where every dollar counts and so do you!

CONFIDENTIAL
R 1147



# DOLLAR TREE
### EVERYTHING'S $1

# Weekly Review of List

- What will you do differently....

Where every dollar counts and so do you!

CONFIDENTIAL
R 1148

**Exhibit 11**



**DOLLAR TREE**
EVERYTHING'S $1

# What is Delegation?

To assign the responsibility for the completion of a task or project to another person.



Where every dollar counts and so do you!

**DOLLAR TREE**
EVERYTHING'S $1

# Why We Don't Delegate

- We can do it faster and better
- It takes too much time
- We're afraid of mistakes
- We don't want to lose control
- It's out of our comfort zone
- We have no one to delegate to

Where every dollar counts and so do you!

37



# % Rule of Delegation

If someone else is able to perform the job/task at ?% of your level, give them the assignment!

Where every dollar counts and so do you!



# % Rule of Delegation

If someone else is able to perform the job/task at ___% of your level, give them the assignment!

Where every dollar counts and so do you!



# DOLLAR TREE®
EVERYTHING'S $1

# Delegation Model

## S  SELECT the Person

## O  OBSERVE Performance

## S  SUPPORT for Success

Where every dollar counts and so do you!





DOLLAR TREE
EVERYTHING'S $1

# Delegation: Select

## To identify the right person...

Where every dollar counts and so do you!

**DOLLAR TREE**

E V E R Y T H I N G ' S  $1

# Delegation: Select

## What to communicate to the delegate:

■ **Why you selected them for the task**

■ **Standards** for quality, quantity, and timeliness

■ Levels of **authority/responsibility**

■ **Review and due times & dates**

Where every dollar counts and so do you!

**DOLLAR TREE**
EVERYTHING'S $1

# Delegation: Observe

## Okay, so you've selected the right person....now what?

Where every dollar counts and so do you!

**DOLLAR TREE**
E V E R Y T H I N G ' S  $ 1

# Delegation: Observe

## Examples of Observation:

■ Casual Questioning

■ Follow-up

■ Deadlines

Where every dollar counts and so do you!



# DOLLAR TREE

E V E R Y T H I N G ' S $1

## Delegation: Observe

## Why observe one associate more than another?



| Observation Level | Development Level | Associate Action |
|---|---|---|
| Very Low | Very High | ◆ Acts independently and reports results |
| Low | High | ◆ Acts as directed and reports results |
| Moderate | Moderate | ◆ Requests approval before talking action |
| High | Low | ◆ Carries out assignments as instructed |
| Very High | Very Low | ◆ Does nothing until told |

**Where every dollar counts and so do you!**

# DOLLAR TREE
EVERYTHING'S $1

# Delegation:
# Give Feedback

Where every dollar counts and so do you!



**DOLLAR TREE**
EVERYTHING'S $1

# Delegation: Support

- Timely feedback – positive and/or constructive
- Required resources and tools
- Helping them learn from their successes and mistakes

Where every dollar counts and so do you!



**DOLLAR TREE**
E V E R Y T H I N G ' S   $ 1

# Delegation Summary

- Delegation is not about "dropping work" on a random associate.

- It's a critical management tool you can use to increase productivity.

- Delegation helps develop your team.

- Select – Observe – Support for successful delegation!

Where every dollar counts and so do you!

**Exhibit 12**

CONFIDENTIAL    CONFIDENTIAL

## Sample Master List

| PAGE | DATE | |
|---|---|---|
| 1 | MAY 6-12 | MASTER LIST |
| | | |

SET UP AD EVENT SIGNAGE

ARMOR ALL CAR CARE
BUCKET HATS

HOLD TAB MERCH IN BACK ROOM UNTIL 5/20

REVIEW AD CHECKLIST w/ TEAM

BUILD MOTHER'S DAY BALLOON BOUQUETS
— TUES. THRU SAT.

BEARS, MUGS ORDERED
LAST WEEK FOR WEIGHTS

SET UP BALLOON BOUQUET DISPLAY
— SPEED TABLE - SET UP CONSULTANT TABLE THURS.

✓SET GRID H w/ MOTHERS DAY POLY/PORCELAIN

PUSH FLORAL TO FLOOR BY 5/11

✓SET GRADUATION DISPLAY
—PARTY, FRAMES, PHOTO, RIBBONS, BALLOONS

PUSH LUAU TO FRONT ENDCAP FOR 5/20 AD

✓CHECK MAY PULL & HOLD LIST FOR COMPLIANCE

TUES 5/8

CHECK ITEMS FROM ZERO SALES REPORT

SHOULD BE WED 5/9

REPLY TO EMAIL WHEN STEM ROSES DELIVERED

✓COMPLETE CYCLE COUNT ON 5/8

SET UP 3/$1 PEPSI IN DRINKS AISLE

11

R 00949

**Exhibit 13**

**Dollar Tree Stores, Inc.**
**Store Management Bonus Plan**



| | |
|---|---|
| **Purpose:** | To recognize and reward superior performance. |
| **Payout Frequency:** | The bonus is normally paid on a per period basis although, at times, the periods can shift or be combined depending on the shift in holidays. |
| **Eligibility Criteria:** | Store managers will be eligible for the bonus beginning the 1st of the fiscal period following their assignment/promotion. To remain eligible, the associate must have continued full time active employment at the time the bonus is paid. |
| | Assistant store managers will be eligible for the bonus beginning the 1st of the fiscal period following 4 consecutive periods in the assistant manager position. To remain eligible, the associate must be actively employed at the time the bonus is paid. |
| | The 4 period waiting period is waived for associates transferring from a position with an existing Dollar Tree Bonus Plan. |
| Transfers and Changes in Title | Store managers and assistant managers who transfer during the period will be eligible for the bonus at the title and store where they started the period. |
| FMLA or Workers Comp Status | Store managers and assistant managers must be actively employed at the beginning of the period to receive a bonus payout. |
| **Plan Description:** | Store managers and assistant managers will earn a percentage of sales if they exceed the stores established threshold for a fiscal period. |

|  | Payout for Managers | Payout for Asst Managers |
|---|---|---|
| **Threshold** | .20% of sales | .10% of sales |
| **Target** | .40% of sales | .15% of sales |
| **Maximum** | .50% of sales | .15% of sales |

\\chesva07\lynnc\My Documents\Bonus Calculations and Info\Plan Documentation\New Documentation\Approved\Store Manager Program Revised\Store Manager and Asst Bonus Revised Plan FY06.doc  2/5/2007

1

DTC00597

CONFIDENTIAL

| | |
|---|---|
| New or Relocated Stores: | Store managers and assistant managers working in a new or relocated store, provided he or she meets all the eligibility requirements, will be paid a bonus at the target level for the first partial period and first full period the store is opened or reopened.  For example, if a store opens in period 3, store managers who have been in a store manager position for the full fiscal period will receive a bonus for both periods 3 and 4, even if the store does not achieve its target budget.  Starting period 5, the bonus will be calculated comparing actual sales to budget. |
| Bonus Payout: | Bonuses will be paid the last Friday of the following fiscal period.  For instance, the bonus for period 10 will be paid the last Friday of fiscal period 11. |
| **Examples:** | |
| **Example A** | Example:  Store A  (Comp Store) <br><br> Period 4 Sales, 2006:  176,464.77 <br><br> Period 4 Threshold :  159,740.00 <br> Period 4 Target:  162,935 <br> Period 4 Maximum:  167,727 <br><br> Manager Bonus: $176,464.77 X .5% = $882.32 <br> Assistant Manager Bonus: $176,464.77 X .15% = $264.70 |
| **Example B** | Example: Store B – New Store opened in period 3 <br><br> Period 4 Sales, 2006:  176,464.77 <br><br> Store missed Period 4 Threshold of $200,000.00 <br><br> Manager automatically receives bonus at target as long as he/she meets the other eligibility requirements. <br><br> Manager Bonus: $176,464.77 X .4% = $705.86 <br> Assistant Manager Bonus:  $176,464,.77 X .15% = $264.70 |
| **Additional Notes:** | The management of Dollar Tree Stores, Inc has the exclusive vested authority and right to determine changes, adjust, discontinue, or regulate the provisions of this bonus plan. By participating in this Plan all associates agree to abide by the guidelines of said plan. It is further agreed that if an associate is terminated for cause, said associate forfeits all rights associated with this plan. |

DTC00598

**Exhibit 14**

CONFIDENTIAL

**Dollar Tree Stores, Inc.**
**Store Management Bonus Plan**
**Effective Period 9, FY07**

EXHIBIT 65
Deponent
Date _____ Rptr _____
WWW.DEPOBOOK.COM

| | |
|---|---|
| **Purpose:** | To recognize and reward superior performance in achieving profitable growth by focusing on both sales and margin. |
| **Payout Frequency:** | The bonus is normally paid on a per period basis although, at times, the periods can shift or be combined depending on the shift in holidays. |
| **Eligibility Criteria:** | Store managers will be eligible for the bonus beginning the 1st of the fiscal period following their assignment/promotion as store manager. To remain eligible, the associate must have continued full time active employment at the time the bonus is paid. |
| Transfers and Changes in Title | Store managers who transfer or change job positions during the period will be eligible for the bonus at the title and store where they started the period. |
| FMLA or Workers Comp Status | Store managers must be actively employed at the beginning of the period to receive a bonus payout. |
| **Plan Description:** | Store managers have the potential of earning two types of bonuses, a sales bonus and a scan margin bonus. Both bonuses have three levels of achievement: threshold, target and maximum. To be paid under the sales bonus, the store must exceed the dollar amount established for the threshold, target and maximum by at least one dollar. To be paid under the margin bonus, the store must achieve at least the threshold level of sales before qualifying for the margin payout.<br><br>The levels established for the threshold, target and maximum for both the sales and margin bonuses will be assigned to each store and be available prior to the start of each fiscal period on the "bonus tracker" to be available to each store. |

| | Sales Payout for Managers | | Scan Margin Payout for Managers | |
|---|---|---|---|---|
| | Goal | Payout | Goal | Payout |
| **Threshold** | 1% increase over comp or budget * | .15% of sales | .3% increase over previous years margin | .05% of sales |
| **Target** | 2% increase over comp or budget * | .35% of sales | .5% increase over previous years margin | .10% of sales |
| **Maximum** | 5% increase over comp or budget * | .45% of sales | 1.0% increase over previous years margin | .15% of sales |

* see relocated, expanded and new store

DTC05239

CONFIDENTIAL

<table>
<tr>
<td></td>
<td>Scan margin represents the margin for all departments and skus that are scanned though the register system. Price point dump key usage is not included in scan margin.

- **New Freezer stores** - will participate in the bonus program based on an adjustment for both sales and margin. Freezer stores comp sales will be adjusted 8% and the current year scan margin will be adjusted for freezer/cooler scanned sales. Freezer stores will be considered comp on the 13th month and will then participate in the comp sales and margin goals.

- **Cannibalized stores** — stores designated as cannibalized will receive a sales adjustment of up to 10% of comp for the sales only. Stores will participate in scan margin.

Maximum per period payout for each store manager is .60% of sales.</td>
</tr>
<tr>
<td>Relocated, Expanded or New Stores:</td>
<td>Store managers working in a relocated, expanded or new store, provided he or she meets all eligibility requirements, will be paid a sales bonus at the target level for the first partial period and first full period the store is opened or reopened. For the remainder of the noncomp period, relocated, expanded and new stores are eligible for the sales bonus portion of the bonus only and are not eligible for the scan margin payout. The sales bonus threshold, target and maximum will be based on the stores assigned budget. After 15 months, the store will cycle to comp sales.

For example, if a store opens in period 3, store managers who have been in a store manager position for the full fiscal period will receive a sales bonus for both periods 3 and 4 at the sales target level, whether the store achieves or exceeds its target budget. Starting period 5, the bonus will be calculated comparing actual sales to budgeted sales. No margin bonus will be calculated until the store becomes comp.</td>
</tr>
<tr>
<td>**Bonus Payout:**</td>
<td>Bonuses will be paid the last Friday of the following fiscal period. For instance, the bonus for period 10 will be paid the last Friday of fiscal period 11.</td>
</tr>
</table>

DTC05240

CONFIDENTIAL

| | |
|---|---|
| **Examples:** | |
| **Example A** | **Store A  (Comp Store)** |

Period 4, 2007 Sales: $160,807

| Period 4 Sales Threshold: | $158,513 | .15% payout |
|---|---|---|
| Period 4 Sales Target: | $160,083 | .35% payout |
| Period 4 Sales Maximum: | $164,791 | .45% payout |

Period 4, 2007 Scan margin: 1.2%
Last year actual 48.6, this year actual 49.8

| Period 4 Scan Margin Threshold: | 0.30% | .05% payout |
|---|---|---|
| Period 4 Scan Margin Target: | 0.50% | .10% payout |
| Period 4 Scan Margin Maximum: | 1.00% | .15% payout |

| | Sales | % Payout | $ Payout |
|---|---|---|---|
| Sales Bonus | $160,807 | 0.35% | $   562.82 |
| Margin Bonus | $160,807 | 0.15% | $   241.21 |
| | | 0.50% | $   804.03 |

**Example B**   **Store B  (Noncomp Store – open 6 periods)**
Based on budget

Period 4, 2007 Sales: $160,807

| Period 4 Sales Threshold: | $158,513 | .15% payout |
|---|---|---|
| Period 4 Sales Target: | $160,083 | .35% payout |
| Period 4 Sales Maximum: | $164,791 | .45% payout |

| | Sales | % Payout | $ Payout |
|---|---|---|---|
| Sales Bonus | $160,807 | 0.35% | $   562.82 |

**Additional Notes:**   The management of Dollar Tree Stores, Inc has the exclusive vested authority and right to determine changes, adjust, discontinue, or regulate the provisions of this bonus plan. By participating in this Plan all associates agree to abide by the guidelines of said plan. It is further agreed that if an associate is terminated for cause, said associate forfeits all rights associated with this plan.

DTC05241