MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700
999 Waterside Drive
Norfolk, Virginia 23510
Telephone:  (757) 629-0604
Facsimile:   (757) 629-0660

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.  C 07 2050 SC |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  C 07 04012 SC<br><br>**DECLARATION OF CHARLOTTA JACOBSEN-ALLEN**<br><br>JUDGE:  Hon. Samuel Conti<br>COMPLAINT FILED:  April 11, 2007; July 6, 2007<br>TRIAL DATE:  No date set. |

-1-

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CHARLOTTA JACOBSEN-ALLEN    CASE NOS. C 07-2050 SC AND C 07-04012 SC

I, Charlotta Jacobson-Allen, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am employed by Williams Mullen, P.C. as a Paralegal.

3. Ms. Brady provided me with a "Payment Detail Listing" (also referred to as a PR260 report) for Robert Runnings. The Payment Detail Listing identifies any hours for which Mr. Runnings received compensation, the amount of compensation along with any bonuses he received during any given week.

4. Ms. Brady provided me with "Compass" schedules available during Runnings' tenure with Dollar Tree as a Store Manager.

5. Ms. Brady provided me with spreadsheets ("Wage and Hour Spreadsheets") which identify the employees who worked in Runnings' store, the hours each employee worked and the wages each earned for any given week.

6. Exhibit 42 to Runnings' Deposition lists Robert Runnings' certification responses indicating whether or not he spent more than 50% of the previous week working on exempt functions.

7. I reviewed Mr. Runnings' certification responses as demonstrated on Exhibit 42 in conjunction with the Wage and Hour Reports from Ms. Brady. According to Exhibit 42, Mr. Runnings stated he could not certify that he spent more than 50% of his work week performing exempt functions because he did not have "enough hours" during the week ending January 20, 2007. According to the Wage and Hour Reports, Mr. Runnings' employees worked 318 payroll hours. On June 25, 2005, Mr. Runnings certified he did spend more than 50% of his work week performing exempt functions while his employees worked 299 payroll hours. I also compared the sales for those two

-2-
DECLARATION OF CHARLOTTA JACOBSON-ALLEN    CASE NOS: C 07 2050 SC AND C 07 04012 SC

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

periods. The sales for the week-ending June 25, 2005 were almost 13% higher than those for week-ending January 20, 2007.

8. Patricia Doss, an Employee Relations Manager for Dollar Tree Management, Inc. ("DTM"), provided me with a report showing whether or not California Store Managers spent more than 50% of the previous week working on exempt functions. This report showed the responses by week, the number of stores that responded, percentage of Store Managers responding and whether their response was yes or no. I compared the number of "yes" responses to the total number of responses made. The results of this comparison are attached as Exhibit A hereto.

9. I reviewed the Wage and Hour Spreadsheets. At any given time, Mr. Runnings supervised anywhere between eight and 40 hourly employees including Assistant Store Managers. The total number of hours worked by his employees ranged from a low of 151 to a high of 1,055.

10. Based on the PR260s, Mr. Runnings base earnings went from $45,500 in 2004 to $49,200 in 2007.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed in Norfolk, Virginia this 19th day of January, 2008.

*Charlotta Jacobson-Allen*
Charlotta Jacobson-Allen

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-
C:\Documents and
DECLARATION OF CHARLOTTA JACOBSON-ALLEN     CASE NOS: C 07 2050 SC AND C 07 04012 SC

**Exhibit A**

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | PAYROLLWEEK | YES% | NO% | Percentage Yes vs. Complete |
|---|---|---|---|---|---|---|---|
| 200 | 6/4/2005 | 200 | 100% | 6/4/2005 | 88.17% | 11.83% | 88.17% |
| 200 | 6/11/2005 | 200 | 100% | 6/11/2005 | 91.19% | 8.81% | 91.19% |
| 201 | 6/18/2005 | 201 | 100% | 6/18/2005 | 85.29% | 14.71% | 85.29% |
| 201 | 6/25/2005 | 201 | 100% | 6/25/2008 | 90.14% | 9.86% | 90.14% |
| 201 | 7/2/2005 | 201 | 100% | 7/2/2005 | 86.96% | 13.04% | 86.96% |
| 202 | 7/9/2005 | 201 | 100% | 7/9/2005 | 87.34% | 12.66% | 86.91% |
| 202 | 7/16/2005 | 201 | 100% | 7/16/2005 | 88.46% | 11.54% | 88.02% |
| 202 | 7/23/2005 | 201 | 100% | 7/23/2005 | 84.75% | 15.25% | 84.33% |
| 202 | 7/30/2005 | 201 | 100% | 7/30/2005 | 92.45% | 7.55% | 92.00% |
| 202 | 8/6/2005 | 202 | 100% | 8/6/2005 | 90.24% | 9.76% | 90.24% |
| 202 | 8/13/2005 | 202 | 100% | 8/13/2005 | 98.11% | 1.89% | 98.11% |
| 202 | 8/20/2005 | 200 | 99% | 8/20/2005 | 91.84% | 8.16% | 90.93% |
| 202 | 8/27/2005 | 202 | 100% | 8/27/2005 | 84.91% | 15.09% | 84.91% |
| 202 | 9/2/2005 | 202 | 100% | 9/3/2005 | 88.46% | 11.54% | 88.46% |
| 203 | 9/17/2005 | 203 | 100% | 9/17/2005 | 85.98% | 14.02% | 85.98% |
| 206 | 10/1/2005 | 206 | 100% | 10/1/2005 | 88.24% | 11.76% | 88.24% |
| 209 | 10/8/2005 | 209 | 100% | 10/8/2005 | 82.35% | 17.65% | 82.35% |
| 209 | 10/15/2005 | 209 | 100% | 10/15/2005 | 90.91% | 9.09% | 90.91% |
| 209 | 10/22/2005 | 209 | 100% | 10/22/2005 | 86.11% | 13.89% | 86.11% |
| 209 | 10/29/2005 | 209 | 100% | 10/29/2005 | 88.37% | 11.63% | 88.37% |
| 209 | 11/5/2005 | 209 | 100% | 11/5/2005 | 90.63% | 9.38% | 90.63% |
| 210 | 11/12/2005 | 203 | 97% | 11/12/2005 | 75.00% | 25.00% | 72.50% |
| 210 | 11/19/2005 | 210 | 100% | 11/19/2005 | 75.76% | 24.24% | 75.76% |
| 210 | 11/26/2005 | 205 | 98% | 11/26/2005 | 88.46% | 11.54% | 86.36% |
| 210 | 12/3/2005 | 200 | 95% | 12/3/2005 | 87.88% | 12.12% | 83.69% |
| 210 | 12/10/2005 | 204 | 97% | 12/10/2005 | 87.10% | 12.90% | 84.61% |
| 210 | 12/24/2005 | 200 | 95% | 12/24/2005 | 65.22% | 34.78% | 62.11% |
| 210 | 1/2/2006 | 210 | 100% | 12/31/2005 | 90.00% | 10.00% | 90.00% |
| 210 | 1/9/2006 | 210 | 100% | 1/7/2006 | 93.55% | 6.45% | 93.55% |
| 210 | 1/16/2006 | 208 | 99% | 1/14/2006 | 85.71% | 14.29% | 84.90% |
| 210 | 1/23/2006 | 200 | 95% | 1/21/2006 | 90.48% | 9.52% | 86.17% |
| 210 | 1/30/2006 | 210 | 100% | 1/28/2006 | 93.94% | 6.06% | 93.94% |
| 210 | 2/6/2006 | 210 | 100% | 2/4/2006 | 89.47% | 10.53% | 89.47% |
| 210 | 2/13/2006 | 210 | 100% | 2/11/2006 | 91.67% | 8.33% | 91.67% |
| 210 | 2/20/2006 | 210 | 100% | 2/18/2006 | 92.86% | 7.14% | 92.86% |
| 210 | 2/27/2006 | 210 | 100% | 2/25/2006 | 89.13% | 10.87% | 89.13% |

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | PAYROLLWEEK | YES% | NO% | Percentage Yes vs. Complete |
|---|---|---|---|---|---|---|---|
| 210 | 3/6/2006 | 210 | 100% | 3/4/2006 | 75.56% | 24.44% | 75.56% |
| 212 | 3/13/2006 | 200 | 94% | 3/11/2006 | 80.95% | 19.05% | 76.37% |
| 213 | 3/20/2006 | 195 | 92% | 3/18/2006 | 81.97% | 18.03% | 75.04% |
| 213 | 3/27/2006 | 200 | 94% | 3/25/2006 | 79.31% | 20.69% | 74.47% |
| 214 | 4/3/2006 | 213 | 100% | 4/1/2006 | 86.54% | 13.46% | 86.13% |
| 214 | 4/10/2006 | 210 | 98% | 4/8/2006 | 79.66% | 20.34% | 78.17% |
| 214 | 4/17/2006 | 210 | 98% | 4/15/2006 | 79.03% | 20.97% | 77.56% |
| 214 | 4/24/2006 | 198 | 93% | 4/22/2006 | 69.39% | 30.61% | 64.20% |
| 214 | 5/1/2006 | 200 | 93% | 4/29/2006 | 84.09% | 15.91% | 78.59% |
| 214 | 5/8/2009 | 201 | 94% | 5/6/2006 | 87.04% | 12.96% | 81.75% |
| 214 | 5/15/2006 | 198 | 93% | 5/13/2006 | 85.71% | 14.29% | 79.31% |
| 214 | 5/22/2006 | 200 | 93% | 5/20/2006 | 82.86% | 17.14% | 77.44% |
| 214 | 5/29/2006 | 210 | 98% | 5/27/2006 | 74.36% | 25.64% | 72.97% |
| 214 | 6/5/2006 | 189 | 88% | 6/10/2006 | 87.88% | 12.12% | 77.61% |
| 214 | 6/19/2006 | 210 | 98% | 6/24/2006 | 84.38% | 15.63% | 82.80% |
| 214 | 6/26/2006 | 206 | 96% | 7/1/2006 | 83.78% | 16.22% | 80.65% |
| 214 | 7/3/2006 | 209 | 98% | 7/8/2006 | 82.35% | 17.65% | 80.43% |
| 214 | 7/10/2006 | 211 | 99% | 7/15/2006 | 88.37% | 11.63% | 87.13% |
| 214 | 7/17/2006 | 206 | 96% | 7/22/2006 | 81.20% | 18.80% | 78.16% |
| 214 | 7/24/2006 | 200 | 93% | 7/29/2006 | 87.88% | 12.12% | 82.13% |
| 214 | 7/31/2006 | 214 | 100% | 8/5/2006 | 89.23% | 10.77% | 89.23% |
| 214 | 8/7/2006 | 199 | 93% | 8/12/2006 | 77.05% | 22.95% | 71.65% |
| 214 | 8/14/2006 | 206 | 96% | 8/19/2006 | 87.14% | 12.86% | 83.89% |
| 214 | 8/21/2006 | 211 | 99% | 8/26/2006 | 89.47% | 10.53% | 88.22% |
| 214 | 8/28/2006 | 207 | 97% | 9/2/2006 | 84.44% | 15.56% | 81.68% |
| 214 | 9/4/2006 | 212 | 98% | 9/9/2006 | 81.82% | 18.18% | 79.93% |
| 217 | 9/11/2006 | 206 | 95% | 9/16/2006 | 86.27% | 13.73% | 81.90% |
| 217 | 9/18/2006 | 210 | 96% | 9/23/2006 | 83.98% | 16.02% | 80.53% |
| 219 | 9/25/2006 | 214 | 97% | 9/30/2006 | 86.58% | 13.42% | 84.22% |
| 220 | 10/2/2006 | 200 | 90% | 10/7/2006 | 88.57% | 11.43% | 79.44% |
| 223 | 10/9/2006 | 200 | 89% | 10/14/2006 | 77.27% | 22.73% | 68.69% |
| 225 | 10/16/2006 | 220 | 98% | 10/21/2006 | 80.00% | 20.00% | 78.22% |
| 225 | 10/23/2006 | 220 | 98% | 10/28/2006 | 86.15% | 13.85% | 84.24% |
| 225 | 10/30/2006 | 221 | 98% | 11/4/2006 | 86.05% | 13.95% | 84.52% |
| 225 | 11/6/2006 | 222 | 99% | 11/11/2006 | 83.02% | 16.98% | 81.91% |
| 225 | 11/13/2006 | 224 | 100% | 11/18/2006 | 84.62% | 15.38% | 84.24% |

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | PAYROLLWEEK | YES% | NO% | Percentage Yes vs. Complete |
|---|---|---|---|---|---|---|---|
| 225 | 11/20/2006 | 225 | 100% | 11/25/2006 | 83.75% | 16.25% | 83.75% |
| 225 | 11/27/2006 | 220 | 98% | 12/2/2006 | 83.33% | 16.67% | 81.48% |
| 225 | 12/4/2006 | 220 | 98% | 12/9/2006 | 81.54% | 18.46% | 79.73% |
| 225 | 12/11/2006 | 202 | 90% | 12/16/2006 | 83.72% | 16.28% | 75.16% |
| 225 | 12/18/2006 | 219 | 97% | 12/23/2006 | 85.71% | 14.29% | 83.43% |
| 225 | 12/26/2006 | 205 | 91% | 12/30/2006 | 78.57% | 21.43% | 71.59% |
| 225 | 1/1/2007 | 200 | 89% | 1/6/2007 | 81.82% | 18.18% | 72.73% |
| 225 | 1/8/2007 | 198 | 88% | 1/13/2007 | 78.45% | 21.55% | 69.03% |
| 225 | 1/15/2007 | 220 | 98% | 1/20/2007 | 77.87% | 22.13% | 76.14% |
| 225 | 1/22/2007 | 177 | 79% | 1/27/2007 | 78.10% | 21.90% | 61.43% |
| 225 | 1/29/2007 | 160 | 71% | 2/3/2007 | 81.03% | 18.97% | 57.62% |
| 225 | 2/6/2007 | 154 | 68% | 2/10/2007 | 82.58% | 17.42% | 56.52% |
| 225 | 2/13/2007 | 162 | 70% | 2/17/2007 | 79.37% | 20.63% | 55.90% |
| 230 | 2/20/2007 | 155 | 67% | 2/24/2007 | 79.53% | 20.47% | 53.59% |
| 230 | 2/27/2007 | 152 | 66% | 3/3/2007 | 78.63% | 21.37% | 51.96% |
| 230 | 3/6/2007 | 165 | 72% | 3/10/2007 | 81.48% | 18.52% | 58.45% |
| 230 | 3/13/2007 | 184 | 80% | 3/17/2007 | 77.78% | 22.22% | 62.22% |
| 230 | 3/20/2007 | 184 | 80% | 3/24/2007 | 82.01% | 17.99% | 65.61% |
| 230 | 3/27/2007 | 183 | 80% | 3/31/2007 | 79.23% | 20.77% | 63.04% |
| 230 | 4/3/2007 | 198 | 86% | 4/7/2007 | 81.20% | 18.80% | 69.91% |
| 230 | 4/10/2007 | 208 | 90% | 4/14/2007 | 81.20% | 18.80% | 73.44% |
| 230 | 4/17/2007 | 227 | 99% | 4/21/2007 | 80.00% | 20.00% | 78.96% |
| 230 | 4/24/2007 | 192 | 83% | 4/28/2007 | 79.56% | 20.44% | 66.42% |
| 230 | 5/1/2007 | 194 | 84% | 5/5/2007 | 80.15% | 19.85% | 67.60% |
| 230 | 5/7/2007 | 186 | 81% | 5/12/2007 | 82.19% | 17.81% | 66.47% |
| 230 | 5/14/2007 | 182 | 79% | 5/19/2007 | 76.22% | 23.78% | 60.32% |
| 230 | 5/21/2007 | 187 | 81% | 5/26/2007 | 82.14% | 17.86% | 66.79% |
| 230 | 5/28/2007 | 184 | 80% | 6/2/2007 | 84.72% | 15.28% | 67.78% |
| 230 | 6/4/2007 | 179 | 78% | 6/9/2007 | 82.78% | 17.22% | 64.43% |
| 230 | 6/11/2007 | 174 | 76% | 6/16/2007 | 81.51% | 18.49% | 61.66% |
| 230 | 6/18/2007 | 183 | 80% | 6/23/2007 | 85.31% | 14.69% | 67.88% |
| 230 | 6/25/2007 | 178 | 77% | 6/30/2007 | 80.89% | 19.11% | 62.60% |
| 230 | 7/2/2007 | 180 | 78% | 7/7/2007 | 83.66% | 16.34% | 65.47% |
| 230 | 7/9/2007 | 188 | 82% | 7/14/2007 | 83.75% | 16.25% | 68.46% |
| 237 | 7/16/2007 | 184 | 78% | 7/21/2007 | 83.97% | 16.03% | 65.20% |
| 237 | 7/23/2007 | 179 | 76% | 7/28/2007 | 83.65% | 16.35% | 63.18% |

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | PAYROLLWEEK | YES% | NO% | Percentage Yes vs. Complete |
|---|---|---|---|---|---|---|---|
| 237 | 7/30/2007 | 184 | 78% | 8/4/2007 | 79.29% | 20.71% | 61.56% |
| 237 | 8/9/2007 | 184 | 78% | 8/11/2007 | 77.89% | 22.11% | 60.47% |