MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Tel:   (415) 421-3111
Fax:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700
999 Waterside Drive
Norfolk, Virginia 23510
Telephone:   (757) 629-0604
Facsimile:   (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>        Defendant. | CASE NO. C 07 2050 SC |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>        Defendant. | CASE NO. C 07 04012 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT [RUNNINGS]**<br><br>**JUDGE:** Hon. Samuel Conti<br>**COMPLAINTS FILED:** April 11, 2007<br>      July 6, 2007<br>**TRIAL DATES:** No dates set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT [RUNNINGS]

CASE NOS. C 07-2050 SC & C 07-04012 SC

1  The Motion for Summary Judgment filed by Defendant Dollar Tree Stores, Inc. ("Dollar Tree") as to Plaintiff Robert Runnings ("Runnings") came on regularly for hearing on _____, 2008 at ___:___ __.m. before this Court in Courtroom 1, the Honorable Samuel Conti presiding. Maureen McClain, Kauff, McClain & McGuire LLP, appeared as attorney for Dollar Tree, and Scott Edward Cole, appeared as attorney for Runnings.

After considering the moving and opposition papers, evidence and arguments of the parties, and all other matters presented to the Court, the Court finds that there is no genuine issue as to any material fact and that Dollar Tree is entitled to summary judgment as a matter of law. Each of Runnings' causes of action against Dollar Tree has no merit and thus, each is summarily adjudicated in favor of Dollar Tree as set forth below:

1. Runnings' First Cause of Action seeks relief for unfair competition and unfair business practices. This claim is derived from Runnings' erroneous assertion that he is a non-exempt employee and can survive only if Runnings were able to prove that Dollar Tree had violated the California Labor Code or Wage Order as alleged in the Complaint. However, all those alleged violations are premised on the assumption that Runnings was a non-exempt employee. Since Runnings is properly classified as an exempt employee, he cannot establish any such violations and therefore has no basis on which to pursue this claim. Accordingly, the First Cause of Action should be adjudicated in Dollar Tree's favor.

2. In his Second Cause of Action, Runnings alleges he was improperly denied overtime compensation; improperly denied compensation for missed meal and rest periods; and is entitled to waiting time penalties. Since Runnings is an exempt employee, he is not entitled to overtime compensation or meal and rest breaks. Waiting time penalties are available only to those who failed to receive all wages due them upon termination of employment and since Runnings still works for Dollar Tree and has had no breaks in service for Dollar Tree, as a matter of law, waiting penalties are not available to

-1-

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S
MOTION FOR SUMMARY JUDGMENT [RUNNINGS]

CASE NOS. C 07-2050 SC &
C 07-04012 SC

him. Therefore, the Second Cause of Action should be adjudicated in favor of Dollar Tree.

3. The Third Cause of Action, Dollar Tree's alleged failure to provide meal and rest breaks, is premised exclusively upon Runnings' allegations that he is a non-exempt employee. Since Runnings is an exempt employee, this Cause of Action should be adjudicated in Dollar Tree's favor.

4. The Fourth Cause of Action alleges that Dollar Tree improperly failed to provide Runnings with accurate wage statements. Since Runnings is an exempt employee, the law does not require that Dollar Tree provide him with an itemized wage statement. Accordingly, Runnings' claims under the Fourth Cause of Action should be denied.

**IT IS HEREBY ORDERED THAT** Dollar Tree's Motion for Summary Judgment is GRANTED, and that judgment be entered on Runnings' complaint in favor of Dollar Tree.

DATED: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

[PROPOSED] ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT [RUNNINGS]

CASE NOS. C 07-2050 SC &
C 07-04012 SC