MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Tel:   (415) 421-3111
Fax:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700
999 Waterside Drive
Norfolk, Virginia 23510
Telephone:   (757) 629-0604
Facsimile:   (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>　　　　　Defendant. | CASE NO. C 07 2050 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>　　　　　Defendant. | CASE NO. C 07 04012 SC<br><br>**JUDGE:** Hon. Samuel Conti<br>**COMPLAINTS FILED:** April 11, 2007<br>　　　　　　　　　　　July 6, 2007<br>**TRIAL DATES:** No dates set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC
&
C 07-04012 SC

Having received and reviewed the Administrative Motion filed by Defendant Dollar Tree Stores, Inc., the Court hereby finds good cause to establish a briefing schedule with respect to the two summary judgment motions Dollar Tree has filed.

**THEREFORE IT IS HEREBY ORDERED THAT** Dollar Tree's Administrative Motion to Establish Briefing Schedule Regarding Defendant's Motions for Summary Judgment is GRANTED. Plaintiffs shall file Opposition Briefs on _____, 2008 and Defendant shall file its Reply Briefs 14 days thereafter.

DATED: _____

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

4839-4648-3970.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

CASE NOS. C 07-2050 SC & C 07-04012 SC