1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. # 220972)
2  Carrie Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:  www.scalaw.com

6  Attorneys for Representative Plaintiff Robert
   Runnings and the Plaintiff class
7
   Don Edgar, Esq. (S.B. #139324)
8  Jeremy Fietz, Esq. (S.B. #200396)
   **THE EDGAR LAW FIRM**
9  408 College Avenue
   Santa Rosa, California 95401
10 Telephone: (707) 545-3200
   Facsimile: (707) 587- 3040
11
   Attorneys for Representative Plaintiffs John Hansen
12 and Miguel Cruz and the Plaintiff Class

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>                    Defendant.<br>_____<br>ROBERT RUNNINGS, et al.,<br><br>                    Plaintiff,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>                    Defendant.<br>_____ | **Case No.: C-07-02050 SC**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CARRIE S. LIN, ESQ. IN SUPPORT OF ROBERT RUNNINGS AND JOHN D. HANSEN'S NON-OPPOSITION AND REQUEST FOR HEARING ON DEFENDANT'S MOTION FOR RELIEF**<br><br>**Case No.: C-07-4012 SC** (*Consolidated Action*)<br><br>**CLASS ACTION**<br><br>Trial Dates:  No dates set<br>Date:          *TBD*<br>Time:         *TBD*<br>Judge:        Hon. Samuel Conti<br>Courtroom: 1, 17th Floor |

- 1 -
Declaration of Carrie S. Lin, Esq.

1.  I am an attorney-at-law, licensed to practice in the Northern District Court, and am an associate at the law offices of Scott Cole & Associates, APC, attorneys-of-record for Plaintiff Robert Runnings and the Plaintiff Class in the above-entitled proceeding. I make these statements based on personal knowledge, and would so testify if called as a witness and have personal knowledge of the following.

2.  Attached hereto as *Exhibit A* is true is a correct copy of Plaintiffs' Special Interrogatories (Set One), served on Defendant Dollar Tree on December 13, 2007.

3.  Attached hereto as *Exhibit B* is a true and correct copy of Plaintiffs' Requests for Production (Set One), served on Defendant Dollar Tree on December 13, 2007.

4.  Attached hereto as *Exhibit C* is a true and correct copy of an email sent to Alex Hernaez, Counsel for Defendant Dollar Tree, granting his request for an extension of time to respond to Plaintiffs' discovery.

5.  Attached hereto as *Exhibit D* is a true and correct copy of Defendant's Responses to Plaintiffs' Special Interrogatories.

6.  Attached hereto as *Exhibit E* is a true and correct copy of the *Declaration of Charlotta Jacobsen-Allen* and Exhibits thereto, filed in Support of Defendant's Motions for Summary Judgement. (*See also*, Runnings Dckt. No.41, Cruz/Hansen Dckt. No. 50.)

7.  Plaintiffs have not had the opportunity to Notice FRCP Rule 30(b)(6) depositions and have not had the opportunity to compel further responses from Defendant regarding Plaintiff's various discovery requests.

8.  On February 13, 2008, at approximately 4:30 p.m., I participated in a teleconference call with Scott Cole, Jeremy Fietz, and Alex Hernaez, Counsel for Dollar Tree. At that time, both Mr. Cole and Mr. Fietz expressed reservations about committing to a briefing schedule for several reasons, the principal reason being the lack of discovery in place. Mr. Cole proposed a teleconference with the Court. Shortly thereafter, Mr. Hernaez stated that he would rather file a Motion, and hung up the phone.

1    I declare, under penalty of perjury under the laws of the State of California and the United
2    States that the foregoing is true and correct, is based completely on personal knowledge and, if
3    called as a witness, I could and would competently testify thereto.

5    Executed on this 14th day of February, 2008, at Oakland, California.

7            /s/Carrie S. Lin
        Carrie S. Lin, Esq.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800