1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. # 220972)
2  Carrie Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:  www.scalaw.com

6  Attorneys for Representative Plaintiff Robert
   Runnings and the Plaintiff class
7
   Don Edgar, Esq. (S.B. #139324)
8  Jeremy Fietz, Esq. (S.B. #200396)
   **THE EDGAR LAW FIRM**
9  408 College Avenue
   Santa Rosa, California 95401
10 Telephone: (707) 545-3200
   Facsimile:  (707) 587- 3040
11
   Attorneys for Representative Plaintiffs John Hansen
12 and Miguel Cruz and the Plaintiff Class

13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated, | **Case No.: C-07-02050 SC** |
| 18 | **CLASS ACTION** |
| 19  Plaintiffs, vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR HEARING ON DEFENDANT'S MOTION FOR RELIEF** |
| 20  DOLLAR TREE STORES, INC. | |
| 21  Defendant. | |
| 22  ROBERT RUNNINGS, et al., | **Case No.: C-07-4012 SC** (*Consolidated Action*) |
| 23  Plaintiff, vs. | **CLASS ACTION** |
| 24  DOLLAR TREE STORES, INC. | Trial Dates: No dates set<br>Date: *TBD* |
| 25  Defendant. | Time: *TBD*<br>Judge: Hon. Samuel Conti<br>Courtroom: 1, 17th Floor |

1 **IT IS HEREBY ORDERED** that:

2    Defendant's Motion for Miscellaneous Relief be heard on _____, 2008 at ____ am/pm.

3

4 **IT IS SO ORDERED.**

5

6 Dated: _____, 2008

7
                                        _____
                                        Hon. Samuel Conti
8                                       United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800