UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>  Defendant.<br>_____<br><br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br>  Plaintiffs,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>  Defendant.<br>_____ | Case Nos. 07-2050 SC<br>          07-4012 SC<br><br>ORDER SETTING<br>BRIEFING SCHEDULE FOR<br>DEFENDANT'S MOTIONS<br><u>FOR SUMMARY JUDGMENT</u> |

   The Defendant Dollar Tree Stores filed Motions for Summary Judgment against the plaintiffs Miguel Cruz and John Hansen, in case number 07-2050, and against Robert Runnings, case number 07-4012, on January 19, 2008.  <u>See</u> <u>Cruz</u> Docket No. 48, <u>Runnings</u> Docket No. 36.  As there was some confusion between the parties regarding the briefing schedule for the Summary Judgment Motions, the Court hereby sets the following schedule:

   Plaintiffs' Oppositions are due no later than 12:00 p.m. on Friday, February 29, 2008.  Defendant's Replies must be submitted by 12:00 p.m. on Friday, March 14, 2008.  A hearing on this matter

1  is set for Friday, March 21, 2008, at 10:00 a.m. in courtroom #1
2  on the 17th floor.

4       IT IS SO ORDERED.

6       Dated: February 15, 2008
7                                          UNITED STATES DISTRICT JUDGE