1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:    www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class
7

8                      UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 ROBERT RUNNINGS, individually, and )   Case No.: C-07-4012 SC
   on behalf of all others similarly situated, )
12                                           )   **CLASS ACTION**
              Plaintiffs,                    )
13 vs.                                       )   **DECLARATION OF CARRIE S. LIN, ESQ.
                                             )   IN SUPPORT OF OPPOSITION TO
14 DOLLAR TREE STORES, INC.                  )   DEFENDANT'S MOTION FOR SUMMARY
                                             )   JUDGMENT**
15            Defendant.                     )
                                             )   Date:       March 21, 2008
16                                           )   Time:       10:00 a.m.
                                             )   Judge:      Hon. Samuel Conti
17                                           )   Courtroom:  1, 17th Floor
   _____)
18                                           )
   MIGUEL A. CRUZ and JOHN D.                )   Case No.: C-07-02050 SC (*Consolidated Action*)
19 HANSEN, individually, and on behalf       )
   of all others similarly situated,         )   **CLASS ACTION**
20                                           )
              Plaintiffs,                    )
21 vs.                                       )
                                             )
22 DOLLAR TREE STORES, INC.                  )
                                             )
23            Defendant.                     )
                                             )
24 _____)

25

26

27

28

I, CARRIE S. LIN, declare:

1. I am an attorney-at-law, licensed to practice in the Northern District Court, and am an associate at the law offices of Scott Cole & Associates, APC, attorneys-of-record for plaintiff Robert Runnings and the Plaintiff Class in the above-entitled proceeding. I make these statements based on personal knowledge, and would so testify if called as a witness and have personal knowledge of the following.

2. Attached hereto as Exhibit "A" is a true and correct copy of this Court's November 16, 2007 Minute Order. *See also*, Dckt No. 44.

3. Attached hereto as Exhibit "B" are true and correct copies of plaintiff Robert Runnings' ("Plaintiff") Special Interrogatories and Requests for Production of Documents, which were served on December 13, 2007.

4. Attached hereto as Exhibit "C" is a true and correct copy of Defendant's counsel's January 10, 2008 email requesting an extension of time to serve responses to the foregoing discovery requests.

5. Attached hereto as Exhibit "D" is a true and correct copy of Defendant's January 29, 2008 discovery responses.

6. I repeatedly attempted to meet and confer regarding deficiencies in Defendant's discovery responses. These efforts failed to resolve the disputes.

7. On February 18, 2008 and February 25, 2008, Dollar Tree supplemented certain of its discovery responses relating to the individual representative plaintiffs.

8. Attached hereto as Exhibit "E" is a true and correct copy of this Court's February 15, 2008 Order setting a briefing schedule for the instant Motion. *See also*, Dckt. No. 48.

9. Attached hereto as Exhibit "F" is a true and correct copy of excerpts from the transcript of the December 17, 2007 Deposition of Robert Runnings.

10. Attached hereto as Exhibit "G" is a true and correct copy of excerpts from the transcript of the October 12, 2007 Deposition of Miguel A. Cruz.

11. Attached hereto as Exhibit "H" is a true and correct copy of excerpts from the transcript of the October 11, 2007 Deposition of John D. Hansen.

12. Attached hereto as Exhibit "I" is a true and correct copy of excerpts from the transcript of the November 13, 2007 Deposition of Richard A. Tellstrom.

I declare under penalty of perjury, under the laws of the State of California and of the United States, that the foregoing is true and correct, is based completely on personal knowledge and if called as a witness I could and would competently testify thereto.

Executed on this 29th day of February 2008, at Oakland, California.

/s/Carrie S. Lin
Carrie S. Lin, Esq.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800