# EXHIBIT H

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

MIGUEL A. CRUZ, and John
D. Hansen, individually
and on bahalf of all
others similarly
situated,



                    Plaintiffs,
                                    Case No.   C07-02050 SC

        vs.

DOLLAR TREE STORES, INC.,

                    Defendant.


          DEPOSITION OF JOHN D. HANSEN



    DATE:          THURSDAY, OCTOBER 11, 2007

    TIME:          10:05 a.m.


    LOCATION:      Kauff, McClain & McGuire
                   One Post Street, Suite 2600
                   San Francisco, California


              PREFERRED REPORTERS
          Certified Shorthand Reporters
             201 E. Watmaugh Road
            Sonoma, California 95476
               707-938-9227



    REPORTED BY:  Wendy L. Van Meerbeke, CSR #3676

                                                            1

| | | |
|---|---|---|
| 1 | that was the most stressful and low time in my | 10:18:50 |
| 2 | life.  I felt I needed to get out. | 10:18:53 |
| 3 | Q.  This was a telephone conversation with | 10:18:55 |
| 4 | Ms. Hammond? | 10:18:57 |
| 5 | A.  Yes.  Uh-huh. | 10:18:58 |
| 6 | Q.  Was anyone else involved in that telephone | 10:18:59 |
| 7 | conversation aside from the two of you? | 10:19:02 |
| 8 | A.  Not as far as I know. | 10:19:03 |
| 9 | Q.  Ms. Hammond placed the call to you? | 10:19:04 |
| 10 | A.  Yes. | 10:19:06 |
| 11 | Q.  Were you at store 1868 when you took the | 10:19:07 |
| 12 | call? | 10:19:09 |
| 13 | A.  Yes.  Uh-huh. | 10:19:09 |
| 14 | Q.  What were the reasons for your view that | 10:19:14 |
| 15 | you wished to leave Dollar Tree in March of 2007? | 10:19:19 |
| 16 | A.  At the time, I -- I had two assistants. | 10:19:24 |
| 17 | One of them didn't speak English.  He was our | 10:19:29 |
| 18 | freight manager.  So I was covering the store a | 10:19:35 |
| 19 | lot. | 10:19:40 |
| 20 | Every time I needed to get a day off, | 10:19:42 |
| 21 | somebody would call in sick.  And it seemed to go | 10:19:45 |
| 22 | on for weeks.  I wasn't allowed to hire an | 10:19:48 |
| 23 | assistant myself.  I needed to have Rick Tellstrom | 10:19:52 |
| 24 | interview that assistant.  In the past, I had | 10:19:59 |
| 25 | brought some people to him.  He didn't take | 10:20:04 |

17

| | | |
|---|---|---|
| 1 | initiative to interview these people.  He moved on | 10:20:08 |
| 2 | to other things. | 10:20:16 |
| 3 | And every single day, I felt like he | 10:20:17 |
| 4 | was -- I mean, there was direct threats of my job, | 10:20:21 |
| 5 | and it felt like every day he was threatening my | 10:20:26 |
| 6 | job.  And I just was a miserable, nervous wreck at | 10:20:29 |
| 7 | the time. | 10:20:36 |
| 8 | Q.  The freight manager was Mr. Baeza; is that | 10:20:36 |
| 9 | right? | 10:20:39 |
| 10 | A.  Yes.  Correct. | 10:20:39 |
| 11 | Q.  Did you hire Mr. Baeza, B-a-e-z-a? | 10:20:41 |
| 12 | A.  No.  He had been working for the company | 10:20:47 |
| 13 | for about close to five years, I think, at the | 10:20:51 |
| 14 | time.  At the time, I needed a freight manager.  He | 10:20:57 |
| 15 | communicated well with the people.  He seemed to | 10:21:00 |
| 16 | know most of what he was doing.  At the time, I had | 10:21:06 |
| 17 | three other assistants other than him, so it made | 10:21:08 |
| 18 | sense to hire him as the freight manager to foresee | 10:21:11 |
| 19 | the problems of the future. | 10:21:18 |
| 20 | Q.  Are you telling me, Mr. Hansen, that you | 10:21:19 |
| 21 | were responsible for promoting him to freight | 10:21:21 |
| 22 | manager? | 10:21:23 |
| 23 | A.  Correct.  Yeah.  I called Mike | 10:21:23 |
| 24 | Cassollotto.  And he was the district manager at | 10:21:31 |
| 25 | the time.  I felt that he was the best candidate at | 10:21:34 |

Preferred Reporters
1-866-372-3376

1      A.  I don't believe so.  I believe I had heard        10:24:42

2  it before.                                                10:24:44

3      Q.  Did you hear that before she ceased              10:24:44

4  working for Dollar Tree?                                  10:24:46

5      A.  Um, I don't think she ever officially went       10:24:53

6  by the name.  I just heard the name from Mike, like      10:24:55

7  her relatives and things like that.                      10:24:59

8      Q.  So if I understand your answer, you heard        10:25:03

9  the name Baas at a time when she was still working       10:25:05

10  for Dollar Tree; is that right?                          10:25:07

11      A.  You know, to be honest, it's really -- I         10:25:12

12  can't recall.                                            10:25:17

13      Q.  So one of your problems in March of 2007         10:25:17

14  was that you had lost some assistant store              10:25:20

15  managers; is that right?                                 10:25:24

16      A.  Right.  I -- Kassondra for quite a while         10:25:25

17  had been acceptable, and I felt it was time to move     10:25:36

18  on from her.  And then shortly after -- what's her      10:25:39

19  name?  Kelly Lofquist was my assistant at the time,     10:25:45

20  who I had promoted.                                      10:25:50

21          I just felt like there was -- it was time       10:25:53

22  for her to go, too.  And I didn't -- at the time, I     10:25:56

23  was going to accept a certain amount of                 10:26:00

24  responsibility to cover the store until we found        10:26:03

25  somebody else.  It just became such a long time,        10:26:06

22

1    you know, before that happened, that -- so that's    10:26:12

2    how I ended up with the two.    10:26:19

3        Q.   It was your decision to discharge    10:26:22

4    Ms. Baas; correct?    10:26:25

5        A.   Yes.  Well, of course, I had counseling    10:26:26

6    from -- what was her name?  Candace Camp and Rick.    10:26:33

7        Q.   Ms. Camp was and is a regional human    10:26:38

8    resource person; correct?    10:26:43

9        A.   Yes.    10:26:44

10       Q.   Was it your practice, when you were    10:26:45

11   discharging an employee at your store, to consult    10:26:48

12   with Ms. Camp?    10:26:51

13       A.   Yes.    10:26:54

14       Q.   Is it correct that that consultation    10:26:57

15   consisted of you telling Ms. Camp what the    10:26:59

16   performance problems were and Ms. Camp saying, "I    10:27:01

17   think your decision to terminate is appropriate"?    10:27:04

18       A.   Correct.    10:27:06

19       Q.   Did Ms. Camp ever come down to the store    10:27:08

20   and do an independent investigation with respect to    10:27:11

21   your reasonings?    10:27:13

22       A.   No.  I don't believe she has ever been to    10:27:17

23   the store.    10:27:20

24       Q.   So she has never been to the store for any    10:27:20

25   reason; is that right?    10:27:23

23

```
 1        A.  That's correct.                        10:27:24

 2        Q.  Did Mr. Tellstrom ever come to the store    10:27:25

 3   and conduct an independent investigation of your    10:27:28

 4   reasons concerning Ms. Baas?                     10:27:32

 5        A.  Um, not necessarily concerning those.  He   10:27:35

 6   would come in and check conditions at the store.    10:27:37

 7        Q.  Is it correct you were keeping him       10:27:39

 8   apprised of personnel issues that you were having   10:27:42

 9   with Ms. Baas?                                   10:27:43

10        A.  Uh-huh.                                 10:27:44

11        Q.  Is that right?                          10:27:44

12        A.  Correct.                                10:27:45

13        Q.  We could have a little jar in which you     10:27:46

14   put a penny every time you do that.              10:27:49

15        A.  I have a feeling you have to keep       10:27:52

16   reminding me, I know.  It's such a habit.        10:27:53

17        Q.  You would have avoided this problem of not  10:28:03

18   having any assistant managers had you delayed the   10:28:06

19   terminations of Ms. Baas and Ms. Lofquist; is that  10:28:08

20   right?                                           10:28:12

21        A.  Yes.                                    10:28:12

22        Q.  But you felt that it was important to get    10:28:13

23   different people in those positions?             10:28:16

24        A.  Yes.  I felt it had been delayed long   10:28:17

25   enough.                                          10:28:21
```

| | | |
|---|---|---|
| 1 | Q.  So 2262 is physically larger? | 10:45:46 |
| 2 | A.  Uh-huh. | 10:45:49 |
| 3 | Q.  Is that right? | 10:45:50 |
| 4 | A.  Correct. | 10:45:50 |
| 5 | Q.  Substantially physically larger? | 10:45:51 |
| 6 | A.  Yes.  It's probably three times the size | 10:45:53 |
| 7 | or -- I wouldn't say maybe that much, but, yeah, it | 10:45:55 |
| 8 | feels like it is. | 10:45:59 |
| 9 | Q.  Dollar Tree categorizes its retail | 10:46:00 |
| 10 | locations in a variety of categories.  What was the | 10:46:04 |
| 11 | category for 1868? | 10:46:09 |
| 12 | A.  Um, you know, it depended on -- it was | 10:46:11 |
| 13 | either categoried (sic) as a small store or a large | 10:46:15 |
| 14 | store.  Because I always went into the back and | 10:46:20 |
| 15 | categorized it as a large store because we always | 10:46:23 |
| 16 | did so much volume, so I tried to make my sets | 10:46:27 |
| 17 | according to what they recommended. | 10:46:29 |
| 18 | Q.  So you decided to call your store the | 10:46:31 |
| 19 | large store? | 10:46:34 |
| 20 | A.  Yeah. | 10:46:34 |
| 21 | Q.  Did anyone ever tell you you couldn't do | 10:46:34 |
| 22 | that? | 10:46:36 |
| 23 | A.  Um, Rick was actually very back and forth | 10:46:37 |
| 24 | on it. | 10:46:40 |
| 25 | Q.  So you were stuck with a large store? | 10:46:42 |

39

```
 1        A.   Yeah.  I would say to do a large display      10:46:46

 2   and he'd say, "No, no.  That's for a large store.       10:46:49

 3   You're a small store."                                  10:46:52

 4        Another time if I didn't have one done             10:46:53

 5   that was supposed to be for a large store, he'd be      10:46:56

 6   upset about that.  I'm not sure where we stood on       10:46:58

 7   that.                                                   10:47:04

 8        Q.   I gather Mr. Tellstrom is not one of your     10:47:04

 9   favorite people; is that right?                         10:47:06

10        A.   Um, up until the last month, he was           10:47:07

11   probably the worst human being in my life, yes, at      10:47:09

12   the time.                                               10:47:14

13        Q.   You felt he wasn't supportive of you?         10:47:14

14        A.   Never, never.                                 10:47:16

15        Q.   You felt he didn't give you enough            10:47:17

16   assistance in getting people on board; is that          10:47:18

17   right?                                                  10:47:22

18        A.   Correct.                                      10:47:22

19        Q.   And that then affected your ability to        10:47:22

20   manage the store; correct?                              10:47:24

21        A.   Correct.  That, and the way he treated me     10:47:25

22   was -- I didn't feel -- I felt like -- I worked for     10:47:29

23   him at 2262.  I was an assistant under him.  And I      10:47:34

24   went above his head to get the job -- to get 1868.      10:47:38

25   I didn't ask him because he wasn't training me at       10:47:42
```

40

1    something like that.                                10:54:53

2        Q.  At 1868, you had up to four assistant      10:54:55

3    managers; is that right?                           10:55:01

4        A.  Yeah.                                       10:55:02

5        Q.  How many associates did you have?  What     10:55:02

6    was the range?                                      10:55:05

7        A.  I probably had 12, 13, I would say,         10:55:06

8    depending on the time, depending on the season, of 10:55:19

9    course.                                             10:55:22

10       Q.  Was it your decision as to how many         10:55:22

11   associates you should have?                         10:55:25

12       A.  Um, yeah, as far as regular paid            10:55:25

13   associates.  Yes.  That was me to staff the store.  10:55:29

14       Q.  Was it your decision as to how many         10:55:35

15   assistant managers you should have?                 10:55:36

16       A.  No.                                         10:55:38

17       Q.  Did you consult with your district manager  10:55:38

18   with respect to that position?                      10:55:41

19       A.  Um, yes.  I would have -- everything had    10:55:42

20   to go through him.                                  10:55:46

21       Q.  When you say, "everything," what do you     10:55:47

22   mean?                                               10:55:49

23       A.  Any hiring of the assistant managers had    10:55:49

24   to go through him.                                  10:55:54

25       Q.  Did you ever hire an assistant manager      10:55:55

47

| | | |
|---|---|---|
| 1 | detailed the way I want it, and hopefully they can | 11:01:51 |
| 2 | follow the details. | 11:01:56 |
| 3 | Q.   What are you drawing out? | 11:01:57 |
| 4 | A.   Um, I put on a piece of paper -- I'll put, | 11:01:59 |
| 5 | you know, in this section this is the way I want it | 11:02:05 |
| 6 | to look.  Our store doesn't exactly follow the map | 11:02:07 |
| 7 | because it's just constructed differently than what | 11:02:10 |
| 8 | the map shows.  So I have to actually say in this | 11:02:13 |
| 9 | section goes this, in this section goes this, in | 11:02:17 |
| 10 | this section goes this, and make sure they put it | 11:02:20 |
| 11 | in the right place, because that way when the next | 11:02:22 |
| 12 | set comes in, it flows and things like that. | 11:02:24 |
| 13 | Q.   So Dollar Tree merchandising people give | 11:02:27 |
| 14 | you a recommended map for various seasonal | 11:02:32 |
| 15 | displays; is that right? | 11:02:35 |
| 16 | A.   Correct. | 11:02:35 |
| 17 | Q.   But in 2262, the store doesn't configure | 11:02:36 |
| 18 | with that map, so you draw your own? | 11:02:40 |
| 19 | A.   Correct.  Yes. | 11:02:42 |
| 20 | Q.   And was that the case in 1868 as well? | 11:02:44 |
| 21 | A.   Yeah.  Just the classification.  Like I | 11:02:46 |
| 22 | said before, there's maps of a small store, a large | 11:02:53 |
| 23 | store and a race track store.  The qualifying for | 11:02:56 |
| 24 | 1868 we could never figure out, so I always went by | 11:02:58 |
| 25 | the large map. | 11:03:03 |

53

| | | |
|---|---|---|
| 1 | I felt that the attitude I brought to the | 11:08:26 |
| 2 | place changed the aura of the whole store.  I felt | 11:08:29 |
| 3 | I had a very positive attitude.  I felt that was | 11:08:32 |
| 4 | the reason I was so successful. | 11:08:36 |
| 5 | Q.  As I understood your answer, one of the | 11:08:41 |
| 6 | things you did was make sure you kept track of the | 11:08:43 |
| 7 | customer volume and flow and made sure you directed | 11:08:45 |
| 8 | cashiers to the cash registers if you needed more | 11:08:49 |
| 9 | cashiering; is that right? | 11:08:54 |
| 10 | A.  Um, yeah.  I tried -- during the busiest | 11:08:56 |
| 11 | times, I tried to have an appropriate amount of | 11:08:58 |
| 12 | cashiers, but that wasn't always possible. | 11:09:00 |
| 13 | Q.  So we're talking about two different | 11:09:04 |
| 14 | things; aren't we?  We're talking about your | 11:09:05 |
| 15 | scheduling to start with, and then we're talking | 11:09:07 |
| 16 | about just observing what's going on in your store | 11:09:10 |
| 17 | and making sure people are at a place to cashier? | 11:09:12 |
| 18 | A.  Right.  Uh-huh. | 11:09:15 |
| 19 | Q.  And how did you do the scheduling?  Did | 11:09:16 |
| 20 | you actually review what your store's busiest hours | 11:09:19 |
| 21 | were? | 11:09:22 |
| 22 | A.  Um, Compass was supposed to be able to do | 11:09:22 |
| 23 | that.  I didn't feel like it was working the way it | 11:09:26 |
| 24 | should have.  Mostly, it just seemed to be, um, | 11:09:29 |
| 25 | filling a hole where a hole needed to be filled, | 11:09:33 |

58

| | | |
|---|---|---|
| 1 | and I could do that myself. | 11:09:35 |
| 2 | Um, it's -- it was supposed to show you | 11:09:37 |
| 3 | where the busiest time was and things like that, | 11:09:40 |
| 4 | um, and put your best cashier in at that time.  To | 11:09:43 |
| 5 | me, it just didn't seem to work that way.  Um -- | 11:09:45 |
| 6 | Q.  How did you schedule then not using | 11:09:49 |
| 7 | Compass or around Compass? | 11:09:52 |
| 8 | A.  I mostly scheduled to make sure that on | 11:09:55 |
| 9 | the -- you know, on the weekends, there was one | 11:09:57 |
| 10 | extra cashier during the busiest time, and then the | 11:09:59 |
| 11 | rest of the time, I tried to schedule my employees | 11:10:02 |
| 12 | to where there was an overlap where they were | 11:10:05 |
| 13 | supposed to have lunch and where they were supposed | 11:10:08 |
| 14 | to have, um, a change in the guard, so to speak. | 11:10:10 |
| 15 | Um, and that was the only way -- because I | 11:10:14 |
| 16 | had to have them pretty much back to back, the | 11:10:18 |
| 17 | cashiers, that was the only way I really saw the | 11:10:20 |
| 18 | best way.  And it worked pretty well. | 11:10:24 |
| 19 | Q.  Can you describe to me how you physically | 11:10:26 |
| 20 | did that?  Did you sit down Monday with a list of | 11:10:28 |
| 21 | all of your employees? | 11:10:32 |
| 22 | A.  Actually, once I had a set thing, I just | 11:10:33 |
| 23 | went with it. | 11:10:36 |
| 24 | Q.  How did you do the set thing? | 11:10:36 |
| 25 | A.  I just pretty much figured out how much | 11:10:38 |

59

```
 1              I never wanted to have to do that to        11:15:15
 2    anybody.                                              11:15:17
 3         Q.  I gather that the theory of SPEH made        11:15:20
 4    sense to you; you just felt the sales projections     11:15:26
 5    were just too high; is that right?                    11:15:28
 6         A.  Yes.  Very much so.  I felt you should       11:15:30
 7    have been rewarded for having higher sales with       11:15:33
 8    more hours and not punished.  I remember hitting 15   11:15:36
 9    percent in increase one time and I had to cut         11:15:39
10    hours.  And I felt like that was just -- it wasn't    11:15:42
11    like a seasonal thing.  It was just our store was     11:15:45
12    doing extremely well.  And I didn't feel like that    11:15:47
13    was rewarding.  Let's put it that way.                11:15:50
14              THE VIDEOGRAPHER:  The time is              11:16:07
15    approximately 11:16 a.m.  We are now off the          11:16:10
16    record.                                               11:16:13
17              (Recess taken.)                             11:16:14
18              THE VIDEOGRAPHER:  The time is              11:30:51
19    approximately 11:30 a.m.  We are back on the          11:30:52
20    record.                                               11:30:56
21              MS. McCLAIN:                                11:30:58
22         Q.  You said that your relationship with         11:30:59
23    Tellstrom was better now.  Did I hear that            11:31:01
24    correctly?                                            11:31:03
25         A.  Um, in the last month I'd say, yeah,         11:31:04
```

                                                                            64

1    I believe I'm going to have, and this is what I'm          11:40:51

2    going to go with.  And that's -- that's how I made         11:40:53

3    the schedule.                                              11:40:56

4        Q.  Isn't it correct that when the sales fall          11:40:57

5    below projections, the district manager will say to        11:41:01

6    you, "We're going to need to cut hours"?  Is that          11:41:06

7    right?                                                     11:41:11

8        A.  Correct.  Well, yeah, I guess so.  Uh-huh.         11:41:11

9        Q.  And you're expected as a manager to be             11:41:13

10   watching how the projections are comparing to the         11:41:16

11   actual sales during the course of a week; correct?        11:41:21

12       A.  Correct.                                           11:41:23

13       Q.  You're expected to then adjust employee            11:41:23

14   schedules and hours in accordance with actual             11:41:29

15   sales; correct?                                            11:41:31

16       A.  Well, every day, I would, you know, do the         11:41:31

17   sales and do the -- and find out where I'm at.  I'd        11:41:37

18   like to always be ahead a little bit.  So that was         11:41:41

19   the other reason that -- because, usually your busy        11:41:44

20   day is Saturday.  If you want to add on some hours,        11:41:47

21   that's the best time to do it because you can add          11:41:49

22   on a stocker or this or that.                              11:41:52

23       I always try to be ahead before I get to               11:41:55

24   the end of the week.  And then, you know, depending        11:41:57

25   on what happened -- but a lot of times, regardless         11:42:00

73

| | | |
|---|---|---|
| 1 | of what happened at my store, I would still get a | 11:42:02 |
| 2 | call because something would happen at a different | 11:42:05 |
| 3 | store and we would need to cut hours. | 11:42:08 |
| 4 | Q.  But no one ever told you how to cut those | 11:42:12 |
| 5 | hours; did they?  That was up to you? | 11:42:14 |
| 6 | A.  I was told to cut stocking sometimes. | 11:42:18 |
| 7 | Yeah. | 11:42:20 |
| 8 | Q.  But usually, it was just a general, "We | 11:42:21 |
| 9 | need to get hours in line with sales"; correct? | 11:42:24 |
| 10 | A.  It just said, "Cut immediately." | 11:42:26 |
| 11 | Q.  That was up to you? | 11:42:29 |
| 12 | A.  It was supposed to be up to me.  Like I | 11:42:30 |
| 13 | said, I had pretty much planned on that, I guess. | 11:42:32 |
| 14 | Q.  And there are a number of ways as a store | 11:42:40 |
| 15 | manager; correct?  You can tell somebody not to | 11:42:44 |
| 16 | come in? | 11:42:46 |
| 17 | A.  Uh-huh. | 11:42:47 |
| 18 | Q.  You can tell people to go home early; | 11:42:47 |
| 19 | right?  You cannot schedule someone for that | 11:42:50 |
| 20 | particular week; right?  There are lots of | 11:42:52 |
| 21 | different ways to do that? | 11:42:54 |
| 22 | A.  Mostly, unfortunately the way it was, | 11:42:55 |
| 23 | things were pretty bang, bang, bang.  If you ever | 11:43:02 |
| 24 | had to cut somebody, there's only one person that | 11:43:05 |
| 25 | could have taken that position, and that was the | 11:43:08 |

74

1        MS. McCLAIN:                                    11:45:42

2        Q.  Is this one of your schedules, Mr. Hansen?   11:45:42

3        A.  It has my name on it.                        11:45:46

4        Q.  This is right after you became the store     11:45:47

5   manager; is that right?                              11:45:50

6        A.  Um, I think I had just entered -- well, it   11:45:51

7   has me in there as the store manager.  Yeah.  It     11:45:55

8   must have been my first schedule.                    11:46:00

9        Q.  This is a schedule that you actually         11:46:01

10  prepared in this computer program called Compass;    11:46:04

11  is that right?                                        11:46:07

12       A.  Correct.                                     11:46:08

13       Q.  You prepared these scheduled hours?  Do      11:46:10

14  you actually type them in?                            11:46:13

15       A.  Um, somewhat.  Compass does make the         11:46:14

16  cashiers' schedule by itself.                         11:46:23

17       Q.  You make the stocking schedule and the       11:46:25

18  assistant manager's schedule; is that right?          11:46:27

19       A.  Uh-huh.  Correct.                            11:46:29

20       Q.  Looking at August 1, it looks to me like     11:46:33

21  there was a managers meeting; is that correct?        11:46:38

22       A.  Let's see.  Yes.                             11:46:41

23       Q.  And is that a meeting that you scheduled?    11:46:43

24       A.  Um, yes.                                     11:46:48

25       Q.  Did you hold managers meetings regularly     11:46:50

```
 1        Q.   When you see that, do you change one of      01:42:29

 2   the schedules?                                         01:42:33

 3        A.   Yes.  I'll adjust somebody's schedule to     01:42:33

 4   fill the gap or -- or add a cashier down here and      01:42:35

 5   bump what I can.  I usually have to add a little        01:42:39

 6   bit of cashiering to try to fill the gaps, so to       01:42:41

 7   speak.                                                 01:42:45

 8        Q.   Is it correct then that the Compass          01:42:45

 9   scheduling of cashiers is subject to your change?      01:42:48

10   You can alter it?                                      01:42:52

11        A.   Yeah.  They -- they ask that you don't,      01:42:53

12   but I don't see any way that you could not change      01:42:56

13   it.                                                    01:42:58

14        Q.   Who asked that you don't do it?              01:43:02

15        A.   Well, Rick would always say, "Just leave     01:43:03

16   what is there."  After -- I think he has changed       01:43:06

17   his mind after showing him several times that it       01:43:09

18   just wouldn't work.                                    01:43:11

19        Q.   In any event, Rick says to you, "Leave it    01:43:12

20   as it is," and you don't agree with it so you make     01:43:16

21   changes; is that right?                                01:43:19

22        A.   Yeah.  Correct.                              01:43:21

23        Q.   Is it your pattern to spend a good part of   01:43:21

24   Monday in the office doing these kinds of              01:43:28

25   activities?                                            01:43:31
```

| | | |
|---|---|---|
| 1 | you have access to in your car, at your home or | 02:01:05 |
| 2 | wherever? | 02:01:09 |
| 3 | A. Yeah. I don't keep these in my | 02:01:10 |
| 4 | personal -- I leave them at the store. | 02:01:14 |
| 5 | Q. Have you ever been threatened with | 02:01:15 |
| 6 | discipline if you didn't meet the SPEH number? | 02:01:20 |
| 7 | A. Oh, yeah. | 02:01:24 |
| 8 | Q. On how many occasions? | 02:01:25 |
| 9 | A. Um, it was constant. | 02:01:32 |
| 10 | Q. This is Mr. Tellstrom? | 02:01:35 |
| 11 | A. Yeah. | 02:01:36 |
| 12 | Q. What did he say? | 02:01:37 |
| 13 | A. Um, I don't really recall. I just | 02:01:40 |
| 14 | remember it always being, um, you know, "You need | 02:01:45 |
| 15 | to hit your" -- I mean, Rick micromanaged quite a | 02:01:51 |
| 16 | bit, I mean, calls all the time. And he would | 02:01:55 |
| 17 | cover the same things all the time. And, you know, | 02:01:59 |
| 18 | "How's your hours? How's this? You're going to | 02:02:03 |
| 19 | get written up." | 02:02:12 |
| 20 | Q. Were you ever written up for not meeting | 02:02:13 |
| 21 | SPEH? | 02:02:15 |
| 22 | A. I think later on I finally was. | 02:02:15 |
| 23 | Q. Are you sure about that? | 02:02:17 |
| 24 | A. Yeah. I do remember signing one, but it | 02:02:18 |
| 25 | was more recently. | 02:02:22 |

146

1    Q.   When you were at 2262?                          02:02:23

2    A.   No.   I was at 1868.                            02:02:26

3    Q.   And was not meeting hours one of the list       02:02:27

4  of items or was it the only item?                      02:02:31

5    A.   I believe that was the only item on that        02:02:34

6  write-up.   Yeah.                                       02:02:36

7    Q.   So the only discipline you recall having        02:02:38

8  with respect to not meeting payroll hours was one      02:02:40

9  write-up, is that right, and verbal discussions        02:02:47

10  with Mr. Tellstrom?                                    02:02:50

11    A.   Uh-huh.                                         02:02:51

12    Q.   You say he micromanaged.   How often did he    02:02:52

13  call you?                                              02:02:56

14    A.   Pretty much every day, it seemed like.         02:02:56

15    Q.   Once a day?                                     02:02:58

16    A.   Uh-huh.   At least.                             02:02:59

17    Q.   Is he still following that pattern now         02:03:02

18  that you're at 2262?                                   02:03:05

19    A.   Um, it doesn't feel like it.   Maybe it's      02:03:07

20  because his tone has changed quite a bit.   It        02:03:12

21  doesn't feel like he's calling me every day.   I      02:03:15

22  still get calls from him quite frequently.            02:03:18

23    Q.   Do you still think he's in micromanagement     02:03:21

24  mode?                                                  02:03:25

25    A.   Um, a little bit, but very little compared     02:03:26

147

1    to what he was.  Um, he doesn't drill me like he          02:03:31

2    used to.                                                   02:03:34

3          Q.  When Mr. Tellstrom called you, would he         02:03:42

4    call you on the store telephone, on the cell?  What        02:03:45

5    was his normal pattern?                                    02:03:48

6          A.  Um, no, he would call me -- well, he would       02:03:49

7    call me on the store phone.  There was a lot of            02:03:52

8    times on my day off where I could get calls from           02:03:55

9    him on my cell phone saying I had to go in and do          02:03:57

10   something with payroll or something, so --                 02:04:00

11         Q.  When he called you at the store, would you       02:04:06

12   go into the office to take the phone call?                 02:04:10

13         A.  Usually, because he would be asking me           02:04:12

14   questions about numbers and things like that.              02:04:15

15         Q.  Would you generally handle those phone           02:04:17

16   calls on a private basis?  It was only you in the          02:04:19

17   office?                                                    02:04:23

18         A.  Yeah, usually, because I didn't want             02:04:24

19   everybody else to hear what I was going to say.            02:04:26

20         Q.  Can you estimate for me the amount of time       02:04:28

21   you spent talking to Mr. Tellstrom on a daily              02:04:34

22   basis?                                                     02:04:36

23         A.  I'd say at the most a half an hour.              02:04:41

24         Q.  A half an hour a day?                            02:04:43

25         A.  At the absolute most.  You know, some            02:04:45

1    presence -- I felt more work would have been done    02:13:45

2    by everybody else, and I was that extra added work    02:13:49

3    that could -- made sure that everything got done.    02:13:52

4    And it was also done in a manner to -- the way I    02:13:56

5    wanted it so --    02:14:01

6        Q.  Were you illustrating that to the stocking    02:14:02

7    crew?  Were you, in essence, training them when you    02:14:04

8    did that?    02:14:07

9        A.  Um, no, I think it was more of, you know,    02:14:07

10    they knew what they needed to do.  Most of them had    02:14:18

11    been trained to that point.    02:14:24

12        Q.  You said, "And it was then done in a    02:14:24

13    manner in the way I wanted it."  How did you    02:14:28

14    illustrate that?    02:14:34

15        A.  Just that, let's say, occasionally they    02:14:35

16    would put things in the wrong place like, you know,    02:14:38

17    the Dollar Tree has their ways of doing things.    02:14:42

18    There's not supposed to be something in this    02:14:46

19    basket.  There's supposed to be -- things are    02:14:48

20    supposed to be pegged, things like that.  It's just    02:14:50

21    certain things that Dollar Tree likes to have the    02:14:54

22    way they like to have things.    02:14:57

23        So, you know, people get lazy    02:14:58

24    occasionally, so I just wanted to make sure they    02:15:03

25    were doing it correctly, not to say that my freight    02:15:05

156

| | | |
|---|---|---|
| 1 | A.  Um, it was mostly in the computer, um, | 02:58:56 |
| 2 | evaluating the -- you can put in your evaluation in | 02:59:00 |
| 3 | there.  So I just kept it in the computer. | 02:59:03 |
| 4 | Q.  How did you decide starting hourly rates | 02:59:05 |
| 5 | for associates? | 02:59:10 |
| 6 | A.  Um, most everybody got the same.  It was | 02:59:11 |
| 7 | pretty standard. | 02:59:20 |
| 8 | Q.  Did you have any ability to vary from that | 02:59:21 |
| 9 | standard?  Did you ever do that? | 02:59:25 |
| 10 | A.  No, not really.  I would -- there was | 02:59:26 |
| 11 | maybe a few cents here and there that I could do | 02:59:30 |
| 12 | more.  Most of the time I gave everybody the exact | 02:59:35 |
| 13 | same amount, the highest that I could at the time. | 02:59:38 |
| 14 | It was only 7.35 when I first started, and then | 02:59:41 |
| 15 | when minimum wage went up, it was at 8 and I | 02:59:44 |
| 16 | couldn't do any higher -- no, not 8.  It was 7.50. | 02:59:47 |
| 17 | I think I can do 7.75 now.  I haven't hired many | 02:59:52 |
| 18 | people recently. | 02:59:56 |
| 19 | Q.  Assistant managers had more of a pay | 02:59:57 |
| 20 | range; is that right? | 03:00:04 |
| 21 | A.  That was completely up to Rick. | 03:00:05 |
| 22 | Q.  The district manager would make the | 03:00:06 |
| 23 | decision with respect to the salary on an | 03:00:08 |
| 24 | assistant -- | 03:00:12 |
| 25 | A.  Correct. | 03:00:13 |

186

1          THE REPORTER:  I'm sorry.  Could you -- I

2    didn't hear the question.

3          MS. McCLAIN:                              03:00:14

4      Q.  Was that the case with respect to        03:00:14

5    Ms. Lofquist?  Did the district manager make the   03:00:21

6    decision as to her hiring salary or did you?   03:00:25

7    Hiring wage.                                    03:00:30

8      A.  Yes.  Mike Cassollotto, um, made that    03:00:30

9    decision.                                       03:00:34

10     Q.  Did you make any recommendations?        03:00:35

11     A.  I don't recall.                           03:00:37

12     Q.  You don't recall one way or the other; is   03:00:38

13   that right?                                      03:00:42

14     A.  No.  Correct.                             03:00:42

15     Q.  When you performed employee evaluations,   03:00:43

16   did those evaluations result in an associate    03:00:48

17   getting a pay raise?                            03:00:52

18     A.  Um, it wasn't up to me.  It was -- I'd put   03:00:53

19   in the evaluation, that I believed they deserved   03:00:58

20   one, and then I would send that to Rick.  I would   03:01:03

21   e-mail Rick, letting him know that that's what I   03:01:06

22   wanted to have happen.                          03:01:09

23     Q.  These were evaluations you completed      03:01:09

24   online; is that right?                          03:01:11

25     A.  Uh-huh.  Yeah.                            03:01:12

187

1    Q.   You said, "Pretty much everything was up    03:03:23

2    to me as to where it should go."  You really    03:03:30

3    decided where the stock went; is that right?    03:03:34

4    A.   That, and the planner book. Yes.    03:03:38

5    Q.   That you would have gotten through the

6    planner book; correct?

7    A.   Yes.    03:03:45

8    Q.   You said you made recommendations with    03:03:45

9    respect to pay raises in e-mail form to    03:03:47

10   Mr. Tellstrom?    03:03:51

11   A.   Uh-huh.    03:03:51

12   Q.   Did he accept your recommendations, as a    03:03:52

13   rule?    03:03:57

14   A.   They just kind of went -- never heard back    03:03:57

15   from him.    03:04:00

16   Q.   You don't know?    03:04:01

17   A.   Um, it was -- one time it took, I think,    03:04:01

18   three or four months before he even -- it seemed    03:04:05

19   like he even wanted to address them, so --    03:04:09

20   Q.   After he got around to it, did he accept    03:04:12

21   your recommendations?    03:04:14

22   A.   Um, he was trying to be, I guess, thorough    03:04:15

23   about whether or not these people really needed to    03:04:21

24   get raises or deserved it.  Some -- some of them    03:04:23

25   got them.  Some of them didn't.    03:04:28

Preferred Reporters
1-866-372-3376

| | | |
|---|---|---|
| 1 | Q. He asked you more questions about -- | 03:04:31 |
| 2 | A. He didn't ask me. He would call HR, I | 03:04:32 |
| 3 | guess, and see whether they were qualified for it | 03:04:36 |
| 4 | or whatever. | 03:04:38 |
| 5 | Q. So sometimes he accepted your | 03:04:38 |
| 6 | recommendations? Sometimes he didn't; is that | 03:04:40 |
| 7 | right? | 03:04:43 |
| 8 | A. Uh-huh. | 03:04:43 |
| 9 | Q. And we'd have to look at each situation to | 03:04:43 |
| 10 | know what that was? | 03:04:48 |
| 11 | A. Yeah. | 03:04:49 |
| 12 | Q. And do you have those e-mails that you | 03:04:49 |
| 13 | sent to him? | 03:04:53 |
| 14 | A. No. I had nothing -- I couldn't -- if I | 03:04:54 |
| 15 | sent an e-mail, I'd have to print every single one | 03:04:57 |
| 16 | out. It -- it would be sent and disappear from my | 03:05:03 |
| 17 | system. I would never have a sent e-mail. I'd | 03:05:07 |
| 18 | never have any record of what I sent. | 03:05:11 |
| 19 | Q. It was your habit not to print them out; | 03:05:12 |
| 20 | is that right? | 03:05:15 |
| 21 | A. Unfortunately, no. | 03:05:15 |
| 22 | Q. Unfortunately, no, you didn't print them | 03:05:17 |
| 23 | out? | 03:05:20 |
| 24 | A. No. | 03:05:21 |
| 25 | Q. Let's talk now some about your function of | 03:05:24 |

191

1    flexibility anywhere.   Nobody could be moved around    04:08:41

2    because all the shifts were already covered.    04:08:45

3        Q.   How many cash registers did you normally    04:08:49

4    have operating at 1868?    04:08:51

5        A.   Two.    04:08:53

6        Q.   Were there times when you only had one    04:08:55

7    open?    04:08:57

8        A.   Most of the time it was only one until the    04:08:57

9    next one needed to be open.    04:08:59

10       Q.   So one to two?    04:09:01

11       A.   One to two.   Uh-huh.    04:09:03

12       Q.   With regard to accounting, it was really    04:09:12

13   your responsibility to know all the facts and    04:09:15

14   figures about that store; right?    04:09:18

15       A.   Sure.    04:09:20

16       Q.   The sales, the number of employee hours,    04:09:20

17   the deposits, everything that went into that    04:09:24

18   business; is that right?    04:09:28

19       A.   Uh-huh.   As much as I could see, you know.    04:09:29

20   As much information as they allowed me to look at.    04:09:36

21       Q.   What information were you missing; do you    04:09:38

22   know?    04:09:41

23       A.   I just never saw -- before, I never saw a    04:09:41

24   margin.   I never saw how much anything cost.   I    04:09:43

25   never saw how much even a piece of paper cost that    04:09:46

243

| | | |
|---|---|---|
| 1 | I would use in the office.  You know what I'm | 04:09:49 |
| 2 | saying?  Our stuff -- I didn't see any profit and | 04:09:51 |
| 3 | loss whatsoever. | 04:09:55 |
| 4 | Q.  So you were happy to have the margin | 04:09:55 |
| 5 | information? | 04:09:57 |
| 6 | A.  Yeah.  It just makes me feel like I'm a | 04:09:58 |
| 7 | little more involved, you know. | 04:10:01 |
| 8 | Q.  It makes you evaluate your product mix | 04:10:04 |
| 9 | better; is that right? | 04:10:07 |
| 10 | A.  Correct. | 04:10:08 |
| 11 | Q.  And makes you make some decisions as to -- | 04:10:08 |
| 12 | allows you to make some decisions as to what | 04:10:14 |
| 13 | product to really focus on? | 04:10:17 |
| 14 | A.  Right. | 04:10:18 |
| 15 | Q.  Productivity.  I think we saw in your | 04:10:19 |
| 16 | description of your responsibilities in your resume | 04:10:27 |
| 17 | that you considered encouraging employees and | 04:10:28 |
| 18 | improving employee morale to be a primary function | 04:10:36 |
| 19 | of yours; is that right? | 04:10:38 |
| 20 | A.  Absolutely. | 04:10:39 |
| 21 | Q.  Payroll and time records.  It was | 04:10:41 |
| 22 | absolutely your final responsibility, was it not, | 04:10:44 |
| 23 | to approve time records? | 04:10:47 |
| 24 | A.  To -- are you saying -- | 04:10:51 |
| 25 | Q.  To look at all of the punches in the store | 04:10:56 |

244

| | | |
|---|---|---|
| 1 | having responsibility for leadership as well? | 04:12:55 |
| 2 | A.   Absolutely. | 04:12:58 |
| 3 | Q.   This was not a function that was required | 04:12:59 |
| 4 | of hourly associates; is that right? | 04:13:04 |
| 5 | A.   Correct. | 04:13:07 |
| 6 | Q.   Communicate company policies to sales | 04:13:07 |
| 7 | associates.   Was that a responsibility that you | 04:13:14 |
| 8 | had? | 04:13:16 |
| 9 | A.   Um, that, and making sure that they had | 04:13:16 |
| 10 | the documentation of each of them.   Yeah. | 04:13:23 |
| 11 | Q.   You were responsible for getting the | 04:13:25 |
| 12 | sign-offs on anything that needed to be | 04:13:29 |
| 13 | communicated to hourly employees? | 04:13:30 |
| 14 | A.   Sure.   Uh-huh. | 04:13:32 |
| 15 | Q.   And we certainly talked about your overall | 04:13:34 |
| 16 | responsibility to make sure that associates | 04:13:38 |
| 17 | complied with company policy? | 04:13:40 |
| 18 | A.   Yes. | 04:13:42 |
| 19 | Q.   Number ten.   Did you do all of that? | 04:13:48 |
| 20 | A.   Like I said, I never saw an expense | 04:13:51 |
| 21 | report, so no.   Profit -- I never saw anything like | 04:13:56 |
| 22 | that.   Review reports, analyze -- analyze | 04:14:02 |
| 23 | competition. | 04:14:08 |
| 24 | Q.   Did you wander around to your competition | 04:14:09 |
| 25 | to see what they were doing from time to time? | 04:14:12 |

247

1    A.  Well, I just assumed as far as I could go    04:18:56

2    with it.    04:18:58

3    Q.  You called Candace?    04:18:59

4    A.  I did call Candace about it.  Um, Rick    04:19:00

5    needed to follow through with the disciplinary    04:19:03

6    action of Kassondra, but it never happened.    04:19:06

7    Q.  As I understood your testimony, you    04:19:08

8    essentially were responsible for initiating the    04:19:11

9    termination; is that right?    04:19:15

10    A.  Um, yes.    04:19:16

11    Q.  Did you call the customer by telephone?    04:19:19

12    A.  Yeah, I believe I did.  Yes.    04:19:23

13    Q.  Other than talking to the customer about    04:19:25

14    it and apologizing, is there anything else you did    04:19:27

15    to resolve that complaint?    04:19:30

16    A.  Um, that was all I could do.  Uh-huh.    04:19:31

17    Q.  You didn't offer them a bunch of cups?    04:19:34

18    A.  No.    04:19:39

19    MR. FIETZ:  Plates.  They didn't have the    04:19:40

20    plates.    04:19:42

21    THE WITNESS:  I told them, "Everything is    04:19:42

22    a dollar.  Go for it."  No.    04:19:44

23    MS. McCLAIN:    04:19:47

24    Q.  I thought it was the cups that were left.    04:19:47

25    Is that right?  Did I have that wrong?    04:19:49

| | | |
|---|---|---|
| 1 | A. Um, I didn't really understand it as any | 04:52:45 |
| 2 | policy. I just -- | 04:52:47 |
| 3 | Q. You thought it was wrong? | 04:52:52 |
| 4 | A. I thought it was wrong. I didn't want to | 04:52:53 |
| 5 | do it any longer. If I did it, it was because I | 04:52:55 |
| 6 | felt an enormous amount of pressure to not have | 04:52:58 |
| 7 | any. | 04:53:07 |
| 8 | Q. Who was the employee in question? | 04:53:07 |
| 9 | A. I actually don't recall who exactly it may | 04:53:09 |
| 10 | have been. | 04:53:14 |
| 11 | Q. So you felt that the overtime was | 04:53:14 |
| 12 | scrutinized and felt pressure not to have | 04:53:18 |
| 13 | associates working; correct? | 04:53:23 |
| 14 | A. Correct. | 04:53:25 |
| 15 | Q. Because overtime is discouraged for hourly | 04:53:26 |
| 16 | employees; correct? | 04:53:31 |
| 17 | A. Correct. | 04:53:32 |
| 18 | Q. And that makes sense to you; doesn't it? | 04:53:33 |
| 19 | A. Yes. | 04:53:35 |
| 20 | Q. One can have just a productive hour of | 04:53:35 |
| 21 | straight time if you schedule people on straight | 04:53:39 |
| 22 | time correctly; correct? | 04:53:41 |
| 23 | A. Correct. | 04:53:42 |
| 24 | Q. The person who was putting pressure on you | 04:53:44 |
| 25 | with respect to not having overtime is | 04:53:51 |

271

| | | |
|---|---|---|
| 1 | Mr. Tellstrom? | 04:53:53 |
| 2 | A.  Yes.  Like I said, my job was being | 04:53:59 |
| 3 | threatened all the time. | 04:54:02 |
| 4 | Q.  Was it anyone other than Mr. Tellstrom? | 04:54:03 |
| 5 | A.  No. | 04:54:07 |
| 6 | Q.  Was the pressure with respect to overtime | 04:54:07 |
| 7 | any different than what you viewed to be | 04:54:09 |
| 8 | Mr. Tellstrom's kind of overall micromanagement of | 04:54:11 |
| 9 | you and the pressure?  Does that make sense? | 04:54:15 |
| 10 | MR. FIETZ:  The question is vague. | 04:54:19 |
| 11 | MS. McCLAIN: | 04:54:20 |
| 12 | Q.  Throughout the day, you've told us that | 04:54:21 |
| 13 | Mr. Tellstrom was on you about payroll hours and he | 04:54:22 |
| 14 | was on you about the store not being cleaned.  He | 04:54:26 |
| 15 | was on you about personnel decisions or whatever. | 04:54:29 |
| 16 | A.  Yeah. | 04:54:33 |
| 17 | Q.  That he was kind of generally on your | 04:54:33 |
| 18 | case. | 04:54:35 |
| 19 | A.  Uh-huh. | 04:54:35 |
| 20 | Q.  Is it right that the overtime issue was | 04:54:36 |
| 21 | just one on that list -- another one on that list? | 04:54:38 |
| 22 | A.  I don't recall if it was specific or if it | 04:54:43 |
| 23 | wasn't.  It was -- pretty soon, everything -- when | 04:54:46 |
| 24 | you're being badgered that much, pretty soon | 04:54:51 |
| 25 | everything becomes a blah -- a blur. | 04:54:56 |

272

1          CERTIFICATION OF DEPOSITION OFFICER

2          I, WENDY L. VAN MEERBEKE, duly authorized to

3      administer oaths pursuant to Section 2093(b) of the

4      California Code of Civil Procedure, do hereby

5      certify that the witness in the foregoing

6      deposition was duly sworn by me to testify to the

7      truth in the within entitled cause; that said

8      deposition was taken at the time and place set

9      forth; that the testimony of said witness was

10     reported by me, a Certified Shorthand Reporter and

11     a disinterested person, and was thereafter

12     transcribed by computer under my direction into

13     booklet form; that the witness was given an

14     opportunity to read and correct said deposition and

15     to subscribe to the same.

16         I further certify that I am not of counsel or

17     attorney for either or any of the parties in the

18     foregoing deposition and caption named, nor in any

19     way interested in the outcome of the cause named in

20     said caption.

21         Dated the 1st day of November, 2007.

22

23         WENDY L. VAN MEERBEKE, CSR 3676

24

25

290

# EXHIBIT I

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6   KASSONDRA BAAS and KELLY      )
    LOFQUIST, individually       )
    and on behalf of all         )
7   others similarly situated,   )   No. C 07-03108 JSW (ENE)
                                  )
8           Plaintiffs,          )
                                  )
9       vs.                      )
                                  )
10  DOLLAR TREE STORES, INC.,     )
                                  )
11          Defendants.          )
    _____)

12

13

14          DEPOSITION OF RICHARD A. TELLSTROM

15              Held at the Offices of

16            Verbatim Reporting Service

17        141 Stony Circle, Santa Rosa, California

18       Tuesday, November 13, 2007, 9:45 a.m.

19

20

21

22

23

24

25

1        Q.    -- is that right?

2              As a district manager, do you travel from

3    store to store?

4        A.    Yes.

09:59:11    5        Q.    Do you have any sort of set routine or --

6        A.    No.

7        Q.    -- do you vary that?

8        A.    It varies.  Try to get on a set routine, but

9    something always comes up where we're doing

09:59:22   10    something different.

11        Q.    What would come up that would require your

12    attention?

13        A.    Give an example, I was at 2168 on a -- I

14    don't remember what day it was.  I got a phone call

09:59:32   15    from my boss, Roz, that there was an issue at

16    Lakeport, had the landlord call and say that the

17    store was in shambles, stuff on the floor, sales

18    aren't there; so I had to go take a look at it.

19              So, in other words, I didn't get to visit

09:59:50   20    that store like I was planning to do and picked up

21    and left immediately.

22        Q.    That varied what your plans for the day had

23    been?

24        A.    Correct.

.59:58   25        Q.    Can you estimate for us how much time you

**Verbatim**  ■

1    Q.  When you say "RD," you're talking about

2  your --

3    A.  Roselyn --

4    Q.  -- regional director?

10:15:59  5    A.  Right.  Roselyn Hammond.

6    Q.  How does the store manager, to your

7  observation, use that budget to plan the store's

8  work?

9      MR. FIETZ:  Objection.  Foundation.

10:16:16  10  BY MS. MCCLAIN:

11    Q.  Have you observed -- have you done that

12  yourself as a store manager?

13    A.  Yes.

14    Q.  Have you observed other store managers doing

10:16:22  15  it?

16    A.  Yes.

17    Q.  How -- how does that work?

18    A.  Compass writes our schedules for the

19  cashiers.  So they go in and plug in what their

10:16:31  20  assistants' hours are going to be and their freight

21  crew hours are, and it gives them specific -- based

22  on the forecasted sales for that store, gives them

23  what -- what number they need to hit.  Excuse me.

24    Q.  Is that an ongoing evaluation process?

:16:47  25    A.  Yes.  Every week.

1    Q.   Whose job is it to make sure that they're

2  held accountable for their responsibilities?

3    A.   Store manager.

4    Q.   Turning to 5, you have written about

10:19:42  5  excessive store shrink and poor asset protection

6  policy and procedures compliance.  What does that

7  reference?

8    A.   Several times on the visits with John,

9  we'd -- we'd go in the bathrooms and there would be

10:19:53 10  stuff that wasn't store use, stuff throughout the

11  store and using that hasn't been store use, such as

12  cleaning -- cleaning supplies, paper towels.  That's

13  just shrink.

14       And then there would be -- asset protection

10:20:10 15  would be incorrect deposit logs being not filled out

16  by the assistants.  Also, audits not being done.

17  Just the general controls of asset protection.

18    Q.   You said that there were goods that were not

19  store used?  Did I hear you correctly?

10:20:34 20    A.   Yeah.  They went in several times in the

21  bathroom and there would be toothbrushes and hair

22  combs, and cologne, stuff that -- evidently that the

23  stockers would be using and not paid for.

24    Q.   So these are goods from the store that

:20:51 25  weren't properly accounted for?

**Verbatim** ■

02/29/2008  10:48    7075783848    EDGAR LAW FIRM    PAGE  01/01

1     A.    Correct.

2     Q.    You said you found that audits were not being

3   done by Mr. Hansen?

4     A.    Yeah.  Register audits.  Not him in

5   particular, just in the store.  The store has to do

6   10 a week, and I suggested to him several times that

7   whoever the opening manager was would be accountable

8   for one and the closing manager would be one.

9     Q.    You found that they were not --

10   A.    They were still not being done.  He wasn't

11  holding his people accountable.

12    Q.    What does it mean to do a register audit?

13    A.    Grabbing the money counter, take it out to

14  the check stand, hitting an X reading on whatever

15  cashier you wanted to do an audit, verifying

16  whatever it said on the top of tape, how much sales

17  is in that till.  If it was above three or four

18  bucks, it could have been a -- somebody that was

19  underringing, stealing from the company.

20    Q.    The item No. 7 on Exhibit 1 refers to

21  significantly deficient overall storm -- store

22  merchandising presentation standards.  And can you

23  explain that to us.

24    A.    Several times -- we have a planner that tells

25  you what to put up, certain dates and guidelines

1  project that was going on, that it took more hours

2  than we needed to help out the district.

3      Q.   Is it ever your expectation, Mr. Tellstrom,

4  that the store manager stop being a store manager

14:02:07 5  and be a cashier or a stocker or to make payroll

6  hours?

7      A.   No.   It's his job to run the building, not to

8  be a cashier.   If you want to be a cashier, we could

9  have hired him for cashier, or stocker.

14:02:23 10     Q.   Do you expect that there are enough hours

11  allocated for the store manager to perform his job

12  of management?

13         MR. FIETZ:   Object to foundation.

14         THE WITNESS:   Yes.   With Compass writing and

14:02:33 15  helping and being job specific, it's -- yes.

16  BY MS. MCCLAIN:

17     Q.   You say do you know where your sales are

18  now -- are at now.   Excuse me.   Why is that an

19  important inquiry mid week?

14:02:51 20     A.   Yeah.   Sure.   I don't know what day the 11th

21  is.   It could have been a Wednesday or a Thursday or

22  Friday, and going into the weekend, that's where we

23  have -- typically have stock crews so we can be

24  weekend ready.   And if they -- you know, if they

03:06 25  don't have stock crews, then they're not going to

1    hit their sales, and they're not going to hit their

2    SPEH.

3                (Whereupon, the document referred to

4                was marked Defendants' Exhibit 19 for

5                identification by the Reporter, a

6                copy of which is attached hereto.)

7    BY MS. MCCLAIN:

8        Q.   Is this exhibit an e-mail that you sent to

9    store managers in your district in mid January of

14:03:49 10   2007?

11       A.   Yes.

12       Q.   There's a reference to January 2007,

13   operation clean sweep checklist.

14       A.   Uh-huh.

14:04:07 15   Q.   What does that refer to?

16       A.   It was a checklist sent out to all the stores

17   from corporate.  January is kind of a fall cleaning

18   kind of a deal.  Start the new year off right.

19   Broke down sections that were supposed to be done

14:04:20 20   and guidelines to get there and what -- how to break

21   it up in the sections of the store to get it done

22   and deadline dates that should be done with, you

23   know, the break room, the check stands should be

24   cleaned.

.04:42 25    Q.   There's a reference to store orders, 40

1  back, please, to times when you went to visit him,

2  what did you see he was doing?

3      A.  With John, I seem to find him up front or in

4  the office.  A few times on the sales floor.  Few

14:25:06  5  times in the back room.  You know.  Basically, same

6  thing.  I think with John, I -- he would probably be

7  more in the office.  He was -- he was always

8  tired --

9      Q.  How do you know that?

14:25:22 10      A.  Oh, he had outside interests, baseball and

11  stuff with his kids, that kept him busy.

12      Q.  Did he tell you he was tired?

13      A.  Oh, yeah.  He'd be sitting in the chair, I'd

14  be there one morning, early, and he'd -- he'd doze

14:25:36 15  off, and I'd say, "Hey, what's the matter?"

16          "Oh, I'm just tired.  Been, you know, burning

17  both ends of the bridge."

18          And, you know, his assistants would tell me

19  that he'd be sleeping in the office or in the back

14:25:46 20  room on several occasions.  I'd see him with the

21  planner on the floor and trying to figure out what

22  he's going to do next and how to move it.  You know.

23      Q.  I'd like you to ask -- to answer the same

24  question with respect to Mr. Runnings.  Can you tell

,26:05 25  us what you have observed him doing when you have

## Verbatim ■

1    arrived at the store.

2        A.    Depends on the time of the day.  Most of the

3    time, if it's in the morning, he's in his office.

4    Sometimes he might be out throwing frozen.  I've

14:26:20  5    caught him unloading trucks, cashiering, a little

6    bit of training cashiering.

7        Q.    When you say you've caught him throwing

8    trucks, what do you mean by that?

9        A.    Unloading the trucks.

14:26:32 10        Q.    Why do you use the term "caught"?

11        A.    Just working.

12        Q.    Have you had the kind of conversation you

13    told us about when you told him to stop throwing

14    freight and start doing other things, have you had

14:26:46 15    that conversation with him on more than one

16    occasion?

17        A.    Yes.

18        Q.    And what has been the essence of those

19    conversations with him?

14:26:56 20        A.    How's the work going to get done.  I'm faster

21    at it.  You know, kind of an attitude where he's the

22    only one that's going to get everything done to make

23    a difference instead of using through his people.

24        Q.    Have you tried to disabuse him of that

1:27:24 25    attitude?

**Verbatim** ■

1    A.   Oh, yeah.

2    Q.   Have you been successful?

3    A.   Not really.  No.  He's -- change is hard with

4  him.  And going through so many assistants, it's

14:27:39  5  made it harder for him because he's got to keep

6  retraining and reteaching people that keep going

7  through his store.

8    Q.   How does turnover affect a store manager's

9  job responsibility?

14:27:55  10    A.   Oh, turnover is the productivity definitely

11  goes down, morale goes down, you got to spend a lot

12  more teaching and training to get everybody up to

13  speed to be more productive to get things done.

14  It's -- it's frustrating for a store manager to keep

14:28:14  15  going through assistants.

16    Q.   Have you worked with the store managers in

17  your district to try to reduce turnover?

18    A.   Getting better at it.  Sure.

19    Q.   What have you done toward that end?

14:28:27  20    A.   Let them pick and choose who they're going to

21  bring on board after I've, you know, screened them

22  and checked to make sure that that's the candidate

23  we want.  Is it a short-term thing on a long-term

24  fix, or are they the right candidate.

28:41  25    I'll give an example.  I brought Marty on

### Verbatim ∎

1   you're doing great?

2       A.   Kind of a -- kind of a rah-rah thing, saying

3   hey, you know what, this is where you're at.   To

4   help them out, figure out where they were if they

16:39:43  5   couldn't figure it out themselves.

6       Q.   A rah-rah for the people doing great, but not

7   for the people you're telling to cut?

8       A.   No.   No.   To let them know that they need to

9   cut.   To communicate with them the directions they

26:39:53 10   needed to go the rest of the week.   And some of

11   them -- you know, 1845, he already had a plan.   Most

12   of the store managers -- I know Felice would have a

13   plan to make sure that she would hit her numbers.

14      Q.   Felice is the manager of the Bennett Valley

16:40:06 15   store?

16      A.   Yes.

17      Q.   What number is that?

18      A.   2168.   You want the names of them all?   We

19   can go down from the top.

16:40:20 20      Q.   No.   We'll -- I'll go over that with you in a

21   minute.   But thank you.

22      A.   Okay.

23      Q.   Through a few of the e-mails we've gone

24   through today, there have been mentions of meeting

40:36 25   SPEH, needing to potentially cut hours to meet

1  written communications to your store managers?

2      A.    Possibly once -- once a week.  Possibly.

3      Q.    Okay.  That's your best estimate?

4      A.    If that.

16:42:29  5      Q.    Can you give me any estimate as to how often

6  you would receive written communications from your

7  boss, the regional manager, whoever it happened to

8  be at the time, concerning the need to hit payroll?

9  Again, we've seen at least one, possibly two that

16:42:48  10  you may have received --

11      A.    Verbally --

12      Q.    -- concerning that?

13      A.    Verbally, conference call every week.

14      Q.    And how often would you receive written

16:42:58  15  communications in that regard?

16      A.    You know, I'm not sure on that.

17      Q.    Do you have an estimate?

18      A.    No.

19      Q.    You weren't surprised to receive e-mails from

16:43:10  20  your regional manager concerning the need to hit

21  payroll?

22      A.    No.  It was an expectation.

23      Q.    How often would you have conference calls?

24  Once a week?

43:23  25      A.    Yes.

1          Q.    Is that --

2          A.    Once or twice.

3          Q.    Has that been the same since you became the

4     district manager?

16:43:31  5     A.    Yeah.    Probably pretty close to every Monday.

6     Monday or Friday we'd have a conference call.

7          Q.    And did you have one yesterday?

8          A.    I'm trying to think.    Yes.    Yes.    Yes.    From

9     1:00 to 2:30.

16:43:54  10    Q.    Who is it that called you?

11         A.    Well, we call him on the conference -- all

12    the DMs call in on a conference call number, and Roz

13    and Candice and Jennifer and anybody else that they

14    have on the itinerary is on it.

16:44:08  15    Q.    Who leads the meeting?

16         A.    Roselyn.

17         Q.    So this would be all the district managers --

18         A.    For her.

19         Q.    For her.

16:44:19  20    A.    Six of them.

21         Q.    And do you go over the same material every

22    week, or is there different stuff that you go over?

23         A.    Different stuff.

24         Q.    What is it you went over yesterday?

44:31  25       A.    Oh, sales, payroll, merchandise bulletin, HR

### Verbatim ■

1    which hours are calculated based upon estimated

2    sales in a similar way to SPEH, but they don't

3    fluctuate from week to week; is that fair?

4        A.   Correct.

16:50:58  5        Q.   And how is it that those straight hours or

6    strict hours are calculated; do you know?

7        A.   Well, I've got a MISPH worksheet that breaks

8    down all 12 stores, what the forecasted sales are

9    for the month.  What I do is take a look and see

16:51:16 10   what they have, give an estimate for that month and

11   give them a ballpark figure instead of going highs

12   and lows.  And some stores might fluctuate 20 or 30

13   hours in a week, which, No. 1, they'd have to hire

14   more people; No. 2, they probably couldn't give

16:51:32 15   enough of the hours away.

16       Q.   So if I understand it, then, over time, you

17   expect that there are probably an approximate number

18   of hours being assigned, it's simply done on a more

19   long-term basis as opposed to a week-to-week basis?

16:51:51 20       A.   Correct.  It's still a weekly basis, but

21   it's -- it can be a weekly or it could be monthly.

22   What I would -- this month here, we're in the --

23   this is the third -- third week.  The first week it

24   was SPEH, that didn't work.  So I've gone down to

1:52:08 25   hours the next two weeks.  And then the third

1    A.   Correct.

2    Q.   In fact, it was color-coded to indicate

3  there's a missing punch here, action must be taken?

4    A.   Correct.

17:08:02    5    Q.   Other than supplying missing punches, were

6  there ever any other occasions that you would supply

7  punches to the Compass system?

8    A.   Not that I recall.  Just, you know, normal

9  punch in and punch out.

17:08:12   10    Q.   Missing punches?

11    A.   Correct.

12    Q.   So there was no occasion that you had as a

13  store manager in which you changed an employee punch

14  from something the employee had input themselves to

17:08:24   15  something different?

16    A.   Not that I can recall.

17    Q.   Do you have any understanding one way or the

18  other whether any of the assistant managers working

19  under you, while you were a store manager, made any

17:08:48   20  changes at all to employee punches that had been

21  input by the employee?

22    A.   Not to my knowledge.

23    Q.   Would you approve of that?

24    A.   Of course not.

08:58   25    Q.   Why not?

## Verbatim ■

1    correct?

2        A.    Sure.

3        Q.    And those occasions might have occurred

4    because lineups were getting long?

17:21:06  5        A.    Correct.  Yes.

6        Q.    Have you ever threatened Mr. Hansen with the

7    loss of his job?

8        A.    No.

9        Q.    For any reason?

17:21:38  10        A.    No.

11        Q.    You've never said, "John, if you don't

12    straighten up, we're going to let you go"?

13        A.    No.

14        Q.    Never?

17:21:43  15        A.    No.

16        Q.    So if he said that you regularly told him

17    that he could lose his job, that's not accurate?

18        A.    That's not accurate at all.  No.

19        Q.    If other people testified that they

17:22:04  20    personally observed you reprimanding John in terms

21    of saying that he's going to be fired if he doesn't

22    do something, they would also be inaccurate?

23        A.    Yes.

24        MS. MCCLAIN:  Objection.  Lack of foundation.

22:15  25        THE WITNESS:  Yes.

1    STATE OF CALIFORNIA )
                          )
2    County of Sonoma  . )

3

4        I, BRENDA L. MARSHALL, holding CSR License

5    No. 6939, a Certified Shorthand Reporter, licensed

6    by the State of California, hereby certify that,

7    pursuant to Notice to take the foregoing deposition,

8    said witness was by me duly sworn to tell the truth,

9    the whole truth and nothing but the truth in the

10   within-entitled cause; that the testimony of the

11   said witness was recorded by me by stenotype, and

12   that said deposition was, under my direction

13   thereafter, reduced to computer transcript and, when

14   completed, was available to said witness for

15   signature before any Notary Public.

16       I further certify that I am not of counsel or

17   attorney for either of the parties to said

18   deposition, nor in any way interested in the outcome

19   of the cause named in the caption.

20       IN WITNESS WHEREOF, I have hereunto set my

21   hand this 27th day of November, 2007.

22

23

24   BRENDA L. MARSHALL
     Certified Shorthand Reporter
25   California License 6939

**Verbatim**

A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

307