Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>　　　　　Defendant. | **Case No.: C-07-0412 SC**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　March 21, 2008<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Samuel Conti<br>Courtroom:　1, 17th Floor |
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.<br><br>　　　　　Defendant. | **Case No.: C-07-02050 SC** (*Consolidated Action*)<br><br>**CLASS ACTION** |

This matter, having come before this Court on _____, 2008 with Scott Cole & Associates, APC, appearing as counsel for plaintiff Robert Runnings and Kauff McClain & McGuire, LLP, appearing as counsel for defendant Dollar Tree Stores, Inc., on proof being made to the satisfaction of the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
HONORABLE SAMUEL CONTI
United States District Judge