1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone: (415) 421-3111
5  Facsimile: (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7

   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  Dominion Tower, Suite 1700
   999 Waterside Drive
10 Norfolk, VA 23510
   Telephone: (757) 629-0604
11 Facsimile: (757) 629-0660

12 *Pro Hac Vice* Attorneys For Defendant
   DOLLAR TREE STORES, INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 MIGUEL A. CRUZ, and JOHN D. HANSEN,     CASE NO. C 07 2050 SC
   individually and on behalf of all others  CASE NO. C 07 04012 SC
17 similarly situated,
                                            **DECLARATION OF MARK ADAMS
18              Plaintiffs,                  IN SUPPORT OF DOLLAR TREE
                                            STORES, INC.'S REPLY ON
19 v.                                       SUMMARY JUDGMENT AS TO
                                            ROBERT RUNNINGS**
20 DOLLAR TREE STORES, INC.,
                                            DATE:   March 21, 2008
21              Defendant.                  TIME:   10:00 a.m.
                                            DEPT:   Ctrm. 1, 17th Floor
22                                          JUDGE:  Hon. Samuel Conti
23

24 ROBERT RUNNINGS individually, and on    COMPLAINTS FILED:    April 11, 2007
   behalf of all others similarly situated,                     July 6, 2007
25              Plaintiff,                  TRIAL DATES:   No dates set.
26 v.

27 DOLLAR TREE STORES, INC.,

28              Defendant.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR TREE STORES,    CASE NO. C 07 2050 SC
INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS         CASE NO. C 07 04012 SC

1

I, Mark Adams declare that:

2

3    1.    I am over the age of eighteen and have personal knowledge of the facts

4    stated in this declaration and, if called as a witness, would be competent to testify

5    thereto.

6    2.    I am the Vice President of Allocation, Replenishment and Order Processing

7    for Dollar Tree Stores, Inc. ("Dollar Tree") and have held that position since May of 2005.

8    As part of my responsibilities in connection with that position, I oversee the fulfillment

9    process of all Dollar Tree store orders, and the process by which store merchandise is

10   allocated, and replenished.  Prior to assuming that position, I was employed by Toys R

11   Us, Inc. as a Senior Director of Planning and Allocation performing similar duties for the

12   Toys R Us and Babies R Us retail chains.

13   3.    As a rule, stores that carry refrigerated/frozen food, receive 90% of their

14   merchandise from a Dollar Tree distribution center.  They receive the remainder of their

15   merchandise directly from outside vendors.

16   4.    Dollar Tree stores obtain merchandise for their stores from the distribution

17   centers several different ways.  One is by corporate allocation.  That is, the corporate

18   office decides how much of a given product a store will receive.  Allocation is used to

19   determine how much seasonal, special events and promotional merchandise will be sent

20   to each Dollar Tree store.  This merchandise may not be ordered by the store.

21   Allocation is also used to distribute merchandise that is new to Dollar Tree, is a one time

22   buy for the company or, if bought previously, is not an every day in stock item.  The store

23   managers do not have a choice as to what and how much allocated merchandise is

24   initially sent to their stores. However, if this type of allocated merchandise sells well and

25   the company has more of the item available in its distribution centers, store managers

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR
TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS
TO ROBERT RUNNINGS

CASE NOS:  C 07 2050 SC AND C 07 04012 SC

1  can order additional quantities.  Approximately, 50 percent of the merchandise received

2  by Dollar Tree's stores from the distribution centers is subject to allocation.

3          5.      a.   Dollar Tree also uses an automatic replenishment system to provide

4  products to its stores from its distribution centers.  Items that are expected to be in the

5  stores for sale everyday are automatically replenished when the inventory on-hand falls

6  below a certain quantity. However, store managers are responsible for maintaining the

7  integrity of each item that is subject to automatic replenishment.  That is, the store

8  manager is supposed to check regularly the inventory count as shown versus what the

9  store appears actually to have on hand.  The order book (which is available to each

10 store on-line and is updated daily) shows the inventory, by item, that the store can order.

11 This information is available for all orderable merchandise in each store's order book,

12 including that which is supplied by automatic replenishment.  If the store manager

13 believes the inventory quantity shown is incorrect, then the store manager can and

14 should request a "cycle count." A store manager has the discretion to request up to 100

15 skus (stock keeping units) to cycle count per day.  A cycle count involves the physical

16 counting of the quantity on hand of a given item to determine the true quantity.  If the

17 on-hand quantity is different from that shown in the system, the number in the system

18 will be corrected and the quantity of product that is automatically shipped may be

19 adjusted in the future, as appropriate under the circumstances.

20          b.      Store managers can also cause the company to adjust the quantity

21 of an item that is automatically replenished if they believe they are receiving either too

22 many or too few of the item. They can call the ASR hotline or they can send an email to

23 communicate their concerns to my department.  We then engage in a dialog with the

24 store manager to determine what the appropriate solution will be and make adjustments

25

26

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR          CASE NOS:  C 07 2050 SC AND C 07 04012 SC
TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS
TO ROBERT RUNNINGS

accordingly.    Currently approximately 30% of the merchandise received from Dollar Tree's distribution centers is subject to automatic replenishment.

6.    a.    Stores also receive merchandise by ordering it.  Dollar Tree stores are expected to order approximately 20% of the merchandise that they receive from the distribution centers.  While most merchandise that Dollar Tree sells is generally available to all Dollar Tree stores, every store's order book is a little bit different.   These differences are determined by multiple factors including, store size, its sales history, customer demographics and the items received by the distribution center that services it. For example, a store that is in a Hispanic neighborhood may be able to order certain grocery items that may not be available to another store.  The larger the store's footprint the larger the assortment (i.e. more skus) available to the store.

b.    Store 2939 is a racetrack store which is Dollar Tree's largest format store and therefore has the greatest variety of merchandise available to order.  At any one time, a racetrack store manager has on average 500 different items available to order.   These are in addition to the items the store will receive by allocation and automatic replenishment as described in paragraphs 3 and 4 above.  The items that are available to be ordered change on a daily basis.  Some items may remain available for ordering for only 2 days while others remain available for 30 days.

c.    Store managers have the ability to input orders on a daily basis to take advantage of new sales opportunities.  In order to place an order, an individual has to use a password.  Passwords are available at the store level only because it is the store manager's responsibility to place orders. District Managers do not have passwords for ordering.   Instead, they have passwords for inquiries into Store Manager orders.

-4-

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR
TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS
TO ROBERT RUNNINGS

CASE NOS:  C 07 2050 SC AND C 07 04012 SC

Placing orders is a critical component of a store manager's job. The failure to place an order is considered a risk to the business.

7.    Not all Dollar Tree stores sell frozen and refrigerated foods, but those that do are responsible for ordering 100% of their day to day needs. On average, frozen and refrigerated foods, which are delivered directly from vendors, make up about another 6% of all goods received by the store. Store 2939 sells refrigerated and frozen foods, has a separate order book and places orders for this food separately from its other merchandise orders. This order book also changes on a daily basis. While certain key assortments of food are usually available, other food items that may be ordered vary each week.

8.    Dollar Tree's stores also receive products by direct store delivery ("DSD"). These are items that are delivered directly to the stores by vendors such as Coca-Cola, Frito-Lay, Little Debbie, etc. The store managers do not place orders ahead of time but should direct the vendors as to how many of a given item they want when the vendor arrives at the store. Store managers have the discretion and are expected to vary the quantity in the assortment to match the sales needs of the store. Store 2939 receives items by DSD.

9.    In conducting its business, my department maintains records of merchandise ordered for each of Dollar Tree's stores. Among other information contained in those records is information showing the quantity of merchandise ordered for each store by allocation, the quantity ordered by automatic replenishment and the quantity ordered by store order and the date each order is released to the distribution center for shipping to the store. From these records, it is possible to determine the percentage of merchandise that the store ordered. I have reviewed a report prepared

-5-

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR
TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS
TO ROBERT RUNNINGS

CASE NOS:  C 07 2050 SC AND C 07 04012 SC

1  from these records with the Bates numbers R1237-1239 on the pages and the first page

2  has a label that says Exhibit 10, with the deponent identified as Runnings and a

3  deposition date of 12/17/07. The report shows all non-refrigerated/frozen food and non-

4  DSD orders from the period from November 15, 2004 through November 19, 2007 for

5  store 2939. The store manager's orders for the year 2007 for the most part declined so

6  that the percentage of merchandise ordered by the store from the distribution center (as

7  compared to all merchandise received by the store from the distribution center) dropped

8  to the teens and single digits. That is well below the average Dollar Tree store. Without

9  including refrigerated/frozen foods and DSD orders, store 2939 should have been

10  ordering approximately 20% of the merchandise it received from the Dollar Tree

11  distribution center. Another 10% of the merchandise it received should have come from

12  store orders for refrigerated/frozen food and DSD deliveries.

13

14       I have read the attached declaration and do hereby declare that it is true and

15  correct.

16       Executed on March 13 , 2008 in Chesapeake, Virginia.

17

18                                                    _____
                                                        Mark Adams
19

20

21

22

23

24

25

26

27  1253513v2

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

C:\Documents and

DECLARATION OF MARK ADAMS IN SUPPORT OF DOLLAR
TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS
TO ROBERT RUNNINGS

CASE NOS: C 07 2050 SC AND C 07 04012 SC