1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  Dominion Tower, Suite 1700
   999 Waterside Drive
10 Norfolk, VA 23510
   Telephone:  (757) 629-0604
11 Facsimile:   (757) 629-0660

12 *Pro Hac Vice* Attorneys For Defendant
   DOLLAR TREE STORES, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 | MIGUEL A. CRUZ, and JOHN D. HANSEN, | CASE NO. C 07 2050 SC
17 | individually and on behalf of all others | CASE NO. C 07 04012 SC
   | similarly situated, |
18 |        Plaintiffs, | **DECLARATION OF PATRICIA DOSS IN SUPPORT OF DOLLAR TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS**
19 | v. |
20 | DOLLAR TREE STORES, INC., |
21 |        Defendant. | DATE:  March 21, 2008
                        TIME:  10:00 a.m.
22                      DEPT:  Ctrm. 1, 17th Floor
                        JUDGE: Hon. Samuel Conti
23

24 | ROBERT RUNNINGS individually, and on | COMPLAINTS FILED:  April 11, 2007
   | behalf of all others similarly situated, |                    July 6, 2007
25 |        Plaintiff, | TRIAL DATES:  No dates set.
26 | v. |
27 | DOLLAR TREE STORES, INC., |
28 |        Defendant. |

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF PATRICIA DOSS IN SUPPORT OF DOLLAR TREE STORES,      CASE NO. C 07 2050 SC
INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS              CASE NO. C 07 04012 SC

I, Patricia Doss, declare that:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am a Human Resources Manager for Dollar Tree Management, Inc. ("DTM"), a wholly owned subsidiary of Dollar Tree Stores, Inc. ("DTS"). (DTM and DTS shall be collectively referred to as "Dollar Tree.") DTS has several wholly owned subsidiaries, including DTM, which operate from the same location as DTS' corporate office and exist for the sole purpose of providing support for the operations of DTS and its other wholly owned subsidiaries and affiliates. As a Human Resources Manager, my responsibilities include working with employees in Dollar Tree's stores and I have access to Dollar Tree's human resources records.

3. In June, 2005, Dollar Tree began to have its Store Managers in California complete a certification form on a weekly basis. The form requires each Store Manager to state whether or not s/he spent more than 50% of the previous week working on exempt functions. Along with that form is a document that identifies a non-exhaustive list of types of duties that are exempt. The certification is to be completed on-line. Responses are maintained in Dollar Tree's system in the ordinary course of conducting its business except that, due to a computer glitch that was not immediately recognized, there were periods of time where someone responded but their answer was not captured.

4. As part of my duties, I would periodically check to see that the certifications had

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

C:\Documents and
DECLARATION OF PATRICIA DOSS IN SUPPORT OF DOLLAR TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS

CASE NOS: C 07 2050 SC AND C 07 04012 SC

been completed and what they said. On several occasions, I sent hard copy (paper) certifications to Store Managers who had weeks where they had not completed them and asked that they complete and return them to me.

5. From the data that Dollar Tree maintains, I created a report of all responses. The report shows the responses by week, the number of open stores in California for each week, the number of stores that responded, the percentage of Store Managers responding, the number of stores that did not complete a certification and the percentage of Store Managers who did not respond. Also on that report under a column entitled "notes," I identified the weeks that data was missing due to computer glitches, indicated when district managers were contacted about incomplete certifications, identified when I sent out paper forms to be completed to stores that were missing certifications and made notes about why certain stores did not provide certifications. I updated that report approximately once a month. A copy of that report is attached hereto as Exhibit A. I provided a copy of that report to counsel for Dollar Tree.

6. From the data maintained by Dollar Tree, I also created a report, attached hereto as Exhibit B, that identifies the percentage of yes responses and no responses received for each week. I provided a copy of that report to counsel for Dollar Tree also.

7. As I mention in paragraph 3 above, there were some computer system problems that prevented Dollar Tree from capturing all on-line certification responses. After the problem was discovered and it was determined that the missing data could not be captured, I reviewed the alert attached hereto as Exhibit C before it

-3-

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

C:\Documents and

DECLARATION OF PATRICIA DOSS IN SUPPORT OF DOLLAR TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS

CASE NOS: C 07 2050 SC AND C 07 04012 SC

was sent to Dollar Tree's stores in California in late September, 2007. As explained in Exhibit C, just the missing certifications were available to complete. Certifications that had been captured were not available to complete again. I read the declaration Robert Runnings provided in opposition to Dollar Tree's motion for summary judgment and Exhibit J to that declaration. Exhibit J contains my email response to Mr. Runnings, dated 9/26/07. The alert I refer to in that email is Exhibit C to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chesapeake, Virginia this 10th day of March, 2008.

*/s/ Patricia Doss*
Patricia Doss

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF PATRICIA DOSS IN SUPPORT OF DOLLAR TREE STORES, INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS

-4-

CASE NOS: C 07 2050 SC AND C 07 04012 SC

# EXHIBIT A

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | INCOMPLETE | PERCENT | Notes |
|---|---|---|---|---|---|---|
| 200 | 6/4/2005 | 200 | 100% | 0 | 0% | |
| 200 | 6/11/2005 | 200 | 100% | 0 | 0% | |
| 201 | 6/18/2005 | 201 | 100% | 0 | 0% | |
| 201 | 6/25/2005 | 201 | 100% | 0 | 0% | |
| | | | | | | |
| 201 | 7/2/2005 | 201 | 100% | 0 | 0% | |
| 202 | 7/9/2005 | 201 | 100% | 0 | 0% | |
| 202 | 7/16/2005 | 201 | 100% | 0 | 0% | |
| 202 | 7/23/2005 | 201 | 100% | 0 | 0% | |
| 202 | 7/30/2005 | 201 | 100% | 0 | 0% | |
| | | | | | | |
| 202 | 8/6/2005 | 202 | 100% | 0 | 0% | |
| 202 | 8/13/2005 | 202 | 100% | 0 | 0% | |
| 202 | 8/20/2005 | 200 | 99% | 2 | 1% | |
| 202 | 8/27/2005 | 202 | 100% | 0 | 0% | |
| | | | | | | |
| 202 | 9/2/2005 | 202 | 100% | 0 | 0% | |
| 202 | 9/10/2005 | 202 | 100% | 0 | 0% | |
| 203 | 9/17/2005 | 203 | 100% | 0 | 0% | |
| 203 | 9/24/2005 | 203 | 100% | 0 | 0% | |
| | | | | | | |
| 206 | 10/1/2005 | 206 | 100% | 0 | 0% | |
| 209 | 10/8/2005 | 209 | 100% | 0 | 0% | |
| 209 | 10/15/2005 | 209 | 100% | 0 | 0% | |
| 209 | 10/22/2005 | 209 | 100% | 0 | 0% | |
| 209 | 10/29/2005 | 209 | 100% | 0 | 0% | |
| | | | | | | |
| 209 | 11/5/2005 | 209 | 100% | 0 | 0% | |
| 210 | 11/12/2005 | 203 | 97% | 7 | 3% | |
| 210 | 11/19/2005 | 210 | 100% | 0 | 0% | |
| 210 | 11/26/2005 | 205 | 98% | 5 | 2% | |
| | | | | | | |
| 210 | 12/3/2005 | 200 | 95% | 10 | 5% | |
| 210 | 12/10/2005 | 204 | 97% | 6 | 3% | |
| 210 | 12/17/2005 | 208 | 99% | 2 | 1% | |
| 210 | 12/24/2005 | 200 | 95% | 10 | 5% | |
| | | | | | | |
| 210 | 1/2/2006 | 210 | 100% | 0 | 0% | |
| 210 | 1/9/2006 | 210 | 100% | 0 | 0% | |
| 210 | 1/16/2006 | 208 | 99% | 2 | 1% | |
| 210 | 1/23/2006 | 200 | 95% | 5 | 2% | |
| 210 | 1/30/2006 | 210 | 100% | 0 | 0% | |

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | INCOMPLETE | PERCENT | Notes |
|---|---|---|---|---|---|---|
| 210 | 2/6/2006 | 210 | 100% | 0 | 0% | |
| 210 | 2/13/2006 | 210 | 100% | 0 | 0% | |
| 210 | 2/20/2006 | 210 | 100% | 0 | 0% | |
| 210 | 2/27/2006 | 210 | 100% | 0 | 0% | |
| | | | | | | |
| 210 | 3/6/2006 | 210 | 100% | 0 | 0% | |
| 212 | 3/13/2006 | 200 | 94% | 12 | 6% | Six Bay Area Stores |
| 213 | 3/20/2006 | 195 | 92% | 18 | 8% | Six Bay Area Stores |
| 213 | 3/27/2006 | 200 | 94% | 13 | 6% | NOTICE TO DM'S 3/29 |
| 214 | 4/3/2006 | 213 | 100% | 1 | 0% | Notice to DM's 4/5 |
| 214 | 4/10/2006 | 210 | 98% | 4 | 2% | Notice to DM's 4/11 |
| 214 | 4/17/2006 | 210 | 98% | 4 | 2% | Notice to DM's 4/20 |
| 214 | 4/24/2006 | 198 | 93% | 16 | 7% | Notice to DM's 4/26 |
| 214 | 5/1/2006 | 200 | 93% | 14 | 7% | Notice to DM's 5/4 |
| 214 | 5/8/2009 | 201 | 94% | 13 | 6% | Notice to DM's 5/11 |
| 214 | 5/15/2006 | 198 | 93% | 16 | 7% | Notice to DM's 5/17 |
| 214 | 5/22/2006 | 200 | 93% | 14 | 7% | Notice to DM's 5/24 |
| 214 | 5/29/2006 | 210 | 98% | 4 | 2% | Notice to DM's 5/31 |
| 214 | 6/5/2006 | 189 | 88% | 25 | 12% | Notice to DM's 6/8 |
| 214 | 6/12/2006 | IS PROBLEM | NO CERTS | | | |
| 214 | 6/19/2006 | 210 | 98% | 4 | 2% | RETURN MAIL |
| 214 | 6/26/2006 | 206 | 96% | 8 | 4% | RETURN MAIL |
| 214 | 7/3/2006 | 209 | 98% | 5 | 2% | RETURN MAIL |
| 214 | 7/10/2006 | 211 | 99% | 3 | 1% | RETURN MAIL |
| 214 | 7/17/2006 | 206 | 96% | 8 | 4% | RETURN MAIL |
| 214 | 7/24/2006 | 200 | 93% | 14 | 7% | RETURN MAIL |
| 214 | 7/31/2006 | 214 | 100% | 0 | 0% | RETURN MAIL |
| 214 | 8/7/2006 | 199 | 93% | 15 | 7% | RETURN MAIL |
| 214 | 8/14/2006 | 206 | 96% | 8 | 4% | RETURN MAIL |
| 214 | 8/21/2006 | 211 | 99% | 3 | 1% | RETURN MAIL |
| 214 | 8/28/2006 | 207 | 97% | 7 | 3% | RETURN MAIL |
| 217 | 9/4/2006 | 212 | 98% | 5 | 2% | RETURN MAIL |
| 217 | 9/11/2006 | 206 | 95% | 9 | 4% | RETURN MAIL |
| 219 | 9/18/2006 | 210 | 96% | 9 | 4% | Problems with download |
| 220 | 9/25/2006 | 214 | 97% | 6 | 3% | RETURN MAIL |
| 223 | 10/2/2006 | 200 | 90% | 23 | 10% | Problems with download |
| 225 | 10/9/2006 | 200 | 89% | 25 | 11% | Problems with download |
| 225 | 10/16/2006 | 220 | 98% | 5 | 2% | RETURN MAIL |
| 225 | 10/23/2006 | 220 | 98% | 5 | 2% | RETURN MAIL |
| 225 | 10/30/2006 | 221 | 98% | 4 | 2% | RETURN MAIL |
| 225 | 11/6/2006 | 222 | 99% | 3 | 1% | RETURN MAIL |
| 225 | 11/13/2006 | 224 | 100% | 1 | 0% | RETURN MAIL |
| 225 | 11/20/2006 | 225 | 100% | 0 | 0% | RETURN MAIL |

CALIFORNIA JOB CERTIFCATION SUMMARY REPORT

| STORES | PAYROLL W/E DATE | COMPLETED | PERCENT | INCOMPLETE | PERCENT | Notes |
|---|---|---|---|---|---|---|
| 225 | 11/27/2006 | 220 | 98% | 5 | 2% | RETURN MAIL |
| 225 | 12/4/2006 | 220 | 98% | 5 | 2% | RETURN MAIL |
| 225 | 12/11/2006 | 202 | 90% | 23 | 10% | RETURN MAIL |
| 225 | 12/18/2006 | 219 | 97% | 6 | 3% | RETURN MAIL |
| 225 | 12/26/2006 | 205 | 91% | 20 | 9% | RETURN MAIL |
| 225 | 1/1/2007 | 200 | 89% | 25 | 11% | Problems with download |
| 225 | 1/8/2007 | 198 | 88% | 27 | 12% | Problems with download |
| 225 | 1/15/2007 | 220 | 98% | 5 | 2% | |
| 225 | 1/22/2007 | 177 | 79% | 48 | 21% | |
| 225 | 1/29/2007 | 160 | 71% | 65 | 29% | |
| 225 | 2/6/2007 | 154 | 68% | 71 | 32% | |
| 230 | 2/13/2007 | 162 | 70% | 68 | 30% | |
| 230 | 2/20/2007 | 155 | 67% | 80 | 35% | |
| 230 | 2/27/2007 | 152 | 66% | 75 | 33% | |
| 230 | 3/6/2007 | 165 | 72% | 65 | 28% | PROBLEMS WITH DATA |
| 230 | 3/13/2007 | 184 | 80% | 46 | 20% | PROBLEMS WITH DATA |
| 230 | 3/20/2007 | 184 | 80% | 46 | 20% | PROBLEMS WITH DATA |
| 230 | 3/27/2007 | 183 | 80% | 47 | 20% | PROBLEMS WITH DATA |
| 230 | 4/3/2007 | 198 | 86% | 32 | 14% | PROBLEMS WITH DATA |
| 230 | 4/10/2007 | 208 | 90% | 22 | 10% | PROBLEMS WITH DATA |
| 230 | 4/17/2007 | 227 | 99% | 3 | 1% | PROBLEMS WITH DATA |
| 230 | 4/24/2007 | 192 | 83% | 38 | 17% | PROBLEMS WITH DATA |
| 230 | 5/1/2007 | 194 | 84% | 36 | 16% | CHANGED |
| 230 | 5/7/2007 | 186 | 81% | 44 | 19% | |
| 230 | 5/14/2007 | 182 | 79% | 48 | 21% | |
| 230 | 5/21/2007 | 187 | 81% | 43 | 19% | |
| 230 | 5/28/2007 | 184 | 80% | 46 | 20% | |
| 230 | 6/4/2007 | 179 | 78% | 51 | 22% | |
| 230 | 6/11/2007 | 174 | 76% | 56 | 24% | Incountered issue |
| 230 | 6/18/2007 | 183 | 80% | 47 | 20% | |
| 230 | 6/25/2007 | 178 | 77% | 52 | 23% | |
| 230 | 7/2/2007 | 180 | 78% | 50 | 22% | |
| 230 | 7/9/2007 | 188 | 82% | 42 | 18% | |
| 237 | 7/16/2007 | 184 | 78% | 53 | 22% | |
| 237 | 7/23/2007 | 179 | 76% | 58 | 24% | |
| 237 | 7/30/2007 | 184 | 78% | 53 | 22% | |
| 237 | 8/9/2007 | 184 | 78% | 53 | 22% | |

# EXHIBIT B

Case 3:07-cv-04012-SC   Document 60   Filed 03/14/2008   Page 9 of 14

PERCENTAGE OF YES AND NO RESPONSES FOR CALIFORNIA JOB CERTIFICATION

| PAYROLLWEEK | YES% | NO% |
|---|---|---|
| 6/4/2005 | 88.17% | 11.83% |
| 6/11/2005 | 91.19% | 8.81% |
| 6/18/2005 | 85.29% | 14.71% |
| 6/25/2008 | 90.14% | 9.86% |
| 7/2/2005 | 86.96% | 13.04% |
| 7/9/2005 | 87.34% | 12.66% |
| 7/16/2005 | 88.46% | 11.54% |
| 7/23/2005 | 84.75% | 15.25% |
| 7/30/2005 | 92.45% | 7.55% |
| 8/6/2005 | 90.24% | 9.76% |
| 8/13/2005 | 98.11% | 1.89% |
| 8/20/2005 | 91.84% | 8.16% |
| 8/27/2005 | 84.91% | 15.09% |
| 9/3/2005 | 88.46% | 11.54% |
| 9/17/2005 | 85.98% | 14.02% |
| 10/1/2005 | 88.24% | 11.76% |
| 10/8/2005 | 82.35% | 17.65% |
| 10/15/2005 | 90.91% | 9.09% |
| 10/22/2005 | 86.11% | 13.89% |
| 10/29/2005 | 88.37% | 11.63% |
| 11/5/2005 | 90.63% | 9.38% |
| 11/12/2005 | 75.00% | 25.00% |
| 11/19/2005 | 75.76% | 24.24% |
| 11/26/2005 | 88.46% | 11.54% |
| 12/3/2005 | 87.88% | 12.12% |
| 12/10/2005 | 87.10% | 12.90% |
| 12/24/2005 | 65.22% | 34.78% |
| 12/31/2005 | 90.00% | 10.00% |
| 1/7/2006 | 93.55% | 6.45% |
| 1/14/2006 | 85.71% | 14.29% |
| 1/21/2006 | 90.48% | 9.52% |
| 1/28/2006 | 93.94% | 6.06% |
| 2/4/2006 | 89.47% | 10.53% |
| 2/11/2006 | 91.67% | 8.33% |
| 2/18/2006 | 92.86% | 7.14% |
| 2/25/2006 | 89.13% | 10.87% |
| 3/4/2006 | 75.56% | 24.44% |
| 3/11/2006 | 80.95% | 19.05% |
| 3/18/2006 | 81.97% | 18.03% |
| 3/25/2006 | 79.31% | 20.69% |
| 4/1/2006 | 86.54% | 13.46% |
| 4/8/2006 | 79.66% | 20.34% |
| 4/15/2006 | 79.03% | 20.97% |
| 4/22/2006 | 69.39% | 30.61% |
| 4/29/2006 | 84.09% | 15.91% |
| 5/6/2006 | 87.04% | 12.96% |
| 5/13/2006 | 85.71% | 14.29% |
| 5/20/2006 | 82.86% | 17.14% |
| 5/27/2006 | 74.36% | 25.64% |
| 6/10/2006 | 87.88% | 12.12% |
| 6/17/2006 | 78.79% | 21.21% |

PERCENTAGE OF YES AND NO RESPONSES FOR CALIFORNIA JOB CERTIFICATION

| PAYROLLWEEK | YES% | NO% |
| --- | --- | --- |
| 6/24/2006 | 84.38% | 15.63% |
| 7/1/2006 | 83.78% | 16.22% |
| 7/8/2006 | 82.35% | 17.65% |
| 7/15/2006 | 88.37% | 11.63% |
| 7/22/2006 | 81.20% | 18.80% |
| 7/29/2006 | 87.88% | 12.12% |
| 8/5/2006 | 89.23% | 10.77% |
| 8/12/2006 | 77.05% | 22.95% |
| 8/19/2006 | 87.14% | 12.86% |
| 8/26/2006 | 89.47% | 10.53% |
| 9/2/2006 | 84.44% | 15.56% |
| 9/9/2006 | 81.82% | 18.18% |
| 9/16/2006 | 86.27% | 13.73% |
| 9/23/2006 | 83.98% | 16.02% |
| 9/30/2006 | 86.58% | 13.42% |
| 10/7/2006 | 88.57% | 11.43% |
| 10/14/2006 | 77.27% | 22.73% |
| 10/21/2006 | 80.00% | 20.00% |
| 10/28/2006 | 86.15% | 13.85% |
| 11/4/2006 | 86.05% | 13.95% |
| 11/11/2006 | 83.02% | 16.98% |
| 11/18/2006 | 84.62% | 15.38% |
| 11/25/2006 | 83.75% | 16.25% |
| 12/2/2006 | 83.33% | 16.67% |
| 12/9/2006 | 81.54% | 18.46% |
| 12/16/2006 | 83.72% | 16.28% |
| 12/23/2006 | 85.71% | 14.29% |
| 12/30/2006 | 78.57% | 21.43% |
| 1/6/2007 | 81.82% | 18.18% |
| 1/13/2007 | 78.45% | 21.55% |
| 1/20/2007 | 77.87% | 22.13% |
| 1/27/2007 | 78.10% | 21.90% |
| 2/3/2007 | 81.03% | 18.97% |
| 2/10/2007 | 82.58% | 17.42% |
| 2/17/2007 | 79.37% | 20.63% |
| 2/24/2007 | 79.53% | 20.47% |
| 3/3/2007 | 78.63% | 21.37% |
| 3/10/2007 | 81.48% | 18.52% |
| 3/17/2007 | 77.78% | 22.22% |
| 3/24/2007 | 82.01% | 17.99% |
| 3/31/2007 | 79.23% | 20.77% |
| 4/7/2007 | 81.20% | 18.80% |
| **4/14/2007** | 81.20% | 18.80% |
| 4/21/2007 | 80.00% | 20.00% |
| 4/28/2007 | 79.56% | 20.44% |
| 5/5/2007 | 80.15% | 19.85% |
| 5/12/2007 | 82.19% | 17.81% |
| **5/19/2007** | 76.22% | 23.78% |
| 5/26/2007 | 82.14% | 17.86% |
| 6/2/2007 | 84.72% | 15.28% |
| 6/9/2007 | 82.78% | 17.22% |

PERCENTAGE OF YES AND NO RESPONSES FOR CALIFORNIA JOB CERTIFICATION

| PAYROLLWEEK | YES% | NO% |
|---|---|---|
| 6/16/2007 | 81.51% | 18.49% |
| 6/23/2007 | 85.31% | 14.69% |
| 6/30/2007 | 80.89% | 19.11% |
| 7/7/2007 | 83.66% | 16.34% |
| 7/14/2007 | 83.75% | 16.25% |
| 7/21/2007 | 83.97% | 16.03% |
| 7/28/2007 | 83.65% | 16.35% |
| 8/4/2007 | 79.29% | 20.71% |
| 8/11/2007 | 77.89% | 22.11% |
| 8/18/2007 | 79.70% | 20.30% |
| 8/25/2007 | 79.38% | 20.62% |
| 9/1/2007 | 81.12% | 18.88% |
| 9/8/2007 | 73.82% | 26.18% |
| 9/15/2007 | 79.27% | 20.73% |
| 9/22/2007 | 77.89% | 22.11% |
| 9/29/2007 | 82.54% | 17.46% |
| 10/6/2007 | 85.11% | 14.89% |
| 10/13/2007 | 81.32% | 18.68% |
| 10/20/2007 | 80.56% | 19.44% |
| 10/27/2007 | 83.24% | 16.76% |
| 1/3/2007 | 85.96% | 14.04% |
| 11/10/2007 | 86.44% | 13.56% |
| 11/17/2007 | 85.31% | 14.69% |
| 11/24/2007 | 87.50% | 12.50% |
| 12/1/2007 | 86.23% | 13.77% |
| 12/8/2007 | 86.90% | 13.10% |
| 12/15/2007 | 85.53% | 14.47% |
| 12/22/2007 | 87.74% | 12.26% |
| 12/29/2007 | 83.89% | 16.11% |
| 1/5/2008 | 84.03% | 15.97% |

# EXHIBIT C

**Document Title:**   Payroll Certifications for 2007

| Who | What (Level 1 Category) | Where (Site Location) |
|---|---|---|
| ✓ State | ☐ Back Office | ✓ Breaking News |
| ☐ Region | ☐ Front End | ☐ Help Desk Corner |
| ☐ Accepts Credit Cards | ✓ **Miscellaneous** | ☐ Top Problems |
| ☐ Register Type | | ☐ Where's the Problem |

| Level 2 Category | **Miscellaneous** |
|---|---|

**Expiration Date:**   10/05/07  23:59 pm

## Payroll Certifications for 2007

Our records indicate we are missing some Payroll Certifications for this year. Some certifications may have been lost due to a system problem while some were not completed. In any event, whether by computer difficulty or inaction there are some Payroll Certificates that require your attention.

All missing Payroll Certifications for 2007 are now available for you within the system. Please mark the appropriate response Y for yes did perform the duties, or N for no did not perform the duties, and indicate the reason for the N response. If you were not the manager in the store on any of the dates indicated please mark N and explain that you were not the manager at the time the certification was originally due.

We apologize for the inconvenience and appreciate your assistance.