1   MAUREEN E. McCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   ALEX HERNAEZ (State Bar No. 201441)
    Email: hernaez@kmm.com
3   KAUFF McCLAIN & McGUIRE LLP
    One Post Street, Suite 2600
4   San Francisco, California 94104
    Telephone:   (415) 421-3111
5   Facsimile:   (415) 421-0938

6   Attorneys for Defendant
    DOLLAR TREE STORES, INC.
7
    BETH HIRSCH BERMAN (VA Bar No. 28091)
8   Email: bberman@williamsmullen.com
    WILLIAMS MULLEN
9   Dominion Tower, Suite 1700
    999 Waterside Drive
10  Norfolk, VA 23510
    Telephone:   (757) 629-0604
11  Facsimile:   (757) 629-0660

12  *Pro Hac Vice* Attorneys For Defendant
    DOLLAR TREE STORES, INC.
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16  MIGUEL A. CRUZ, and JOHN D. HANSEN,        CASE NO.  C 07 2050 SC
17  individually and on behalf of all others   CASE NO. C 07 04012 SC
    similarly situated,
18                                              **DECLARATION OF ALEX
                        Plaintiffs,             HERNAEZ IN SUPPORT OF
19                                              DOLLAR TREE STORES, INC.'S
    v.                                          REPLY ON SUMMARY
20                                              JUDGMENT AS TO ROBERT
    DOLLAR TREE STORES, INC.,                   RUNNINGS**
21                      Defendant.
                                                **DATE:**   March 21, 2008
22                                              **TIME:**   10:00 a.m.
                                                **DEPT:**   Ctrm. 1, 17th Floor
23                                              **JUDGE:**  Hon. Samuel Conti

24  ROBERT RUNNINGS individually, and on        **COMPLAINTS FILED:**    April 11, 2007
    behalf of all others similarly situated,                              July 6, 2007
25                      Plaintiff,              **TRIAL DATES:**    No dates set.

26  v.

27  DOLLAR TREE STORES, INC.,
                        Defendant.
28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1        I, Alex Hernaez, declare:

2        1.      I am a partner with the firm of Kauff, McClain & McGuire, LLP,

3   attorneys of record for Defendant Dollar Tree Stores, Inc. in the above-captioned matter.

4        2.      I have personal knowledge of the facts stated in this declaration

5   and, if called as a witness, would be competent to testify thereto.

6        3.      On February 11, 2008, the parties held a conference call to discuss

7   a briefing scheduling for the instant summary judgment motions and to discuss certain

8   discovery disputes.  Mr. Fietz and his co-counsel Ms. Lin participated on behalf of

9   Plaintiffs.

10        4.      During the conference call, Dollar Tree agreed to supplement

11  certain information and Plaintiffs' agreed to reformulate certain questions.

12        5.      On February 18, 2008, Dollar Tree served supplemental discovery

13  responses on Plaintiffs.  On February 25, 2008, Dollar Tree served a second set of

14  supplemental discovery responses on Plaintiffs.

15        6.      Also on February 25, 2008, I made a follow-up inquiry as to the

16  status of the reformulated discovery requests.  See Exhibit A (email exchange between

17  counsel).  Ms. Lin did not respond to my email.

18        7.      Accordingly, on February 28, 2008, I sent another follow up email

19  asking Ms. Lin: "Are you going to send us the amended discovery requests?"  Again, Ms.

20  Lin did not respond.  However, Mr. Fietz responded by saying: "Yes, of course.  We are

21  a little tied up with deadlines as you know.  Feel free to send us your supplements so far

22  though."

23        8.      As of today, Plaintiffs have not served the reformulated discovery

24  requests.

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF ALEX HERNAEZ IN SUPPORT OF DOLLAR TREE STORES,        CASE NO. C 07 2050 SC
INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS               CASE NO. C 07 04012 SC

1    I declare, under penalty of perjury under the laws of the United States of

2  America, that the foregoing is true and correct.

3  DATED:     March 14, 2008

4

5                                                  / S /
                                            ALEX HERNAEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

DECLARATION OF ALEX HERNAEZ IN SUPPORT OF DOLLAR TREE STORES,          CASE NO. C 07 2050 SC
INC.'S REPLY ON SUMMARY JUDGMENT AS TO ROBERT RUNNINGS               CASE NO. C 07 4012 SC

# EXHIBIT A

## Hernaez, Alex

**From:**     Jeremy Fietz [jeremy@classattorneys.com]
**Sent:**     Thursday, February 28, 2008 9:00 PM
**To:**       Hernaez, Alex; Carrie S. Lin
**Subject:** RE: Runnings

Yes, of course. We are a little tied up with deadlines as you know. Feel free to send us your supplements so far though.

> -----Original Message-----
> **From:** Hernaez, Alex [mailto:hernaez@kmm.com]
> **Sent:** Thursday, February 28, 2008 2:56 PM
> **To:** Carrie S. Lin; jeremy@classattorneys.com
> **Subject:** RE: Runnings
>
> Are you going to send us the amended discovery requests?

**From:** Hernaez, Alex
**Sent:** Monday, February 25, 2008 9:24 PM
**To:** 'Carrie S. Lin'; jeremy@classattorneys.com
**Subject:** RE: Runnings

My notes indicate that there were some questions you would amend and some we would supplement. It seems most efficient for me to prepare one amended pleading encompassing both?

**From:** Carrie S. Lin [mailto:clin@scalaw.com]
**Sent:** Monday, February 25, 2008 9:19 PM
**To:** Hernaez, Alex; jeremy@classattorneys.com
**Subject:** Runnings

You need us to resend you the discovery before you can supplement? I thought we discussed what we were asking for – at length – on the phone a couple of weeks ago.

Carrie S. Lin, Esq.
Scott Cole & Associates, APC
Attorneys and Counselors
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

*************************************************************************************
Please Note:
The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored. Thank you.
*************************************************************************************

3/13/2008

Please visit our website at: http://www.scalaw.com for more information about Scott Cole & Associates, APC.

---

**From:** Hernaez, Alex [mailto:hernaez@kmm.com]
**Sent:** Monday, February 25, 2008 9:10 PM
**To:** Carrie S. Lin; jeremy@classattorneys.com
**Subject:** Runnings

Hello all.   I think we are waiting for you to resend certain discovery questions so we can supplement.  Is that going to happen soon?

Alex Hernaez
Kauff McClain & McGuire LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 955-1408
Mobile: (415) 902-5628
Fax: (415) 421-0938

www.kmm.com

This e-mail is intended only for the addressee and contains information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited.  If you have received this e-mail in error, please delete it and notify me immediately.

3/13/2008