| | |
|---|---|
| 1 | SCOTT EDWARD COLE (State Bar No. 160744) |
| | Email: www.scalaw.com |
| 2 | SCOTT COLE & ASSOCIATES, APC |
| | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California  94612 |
| | Tel:    (510) 891-9800 |
| 4 | Fax:   (510) 891-7030 |
| | Attorneys for Plaintiff |
| 5 | ROBERT RUNNINGS |
| 6 | JEREMY R. FIETZ (State Bar No. 200396) |
| | Email: jeremy@classattorneys.com |
| 7 | EDGAR LAW FIRM |
| | 408 College Avenue |
| 8 | Santa Rosa, California   95401 |
| | Tel:    (707) 545-3200 |
| 9 | Fax:   (707) 578-3040 |
| | Attorneys for Plaintiffs |
| 10 | MIGUEL A. CRUZ and JOHN D. HANSEN |
| 11 | |
| | ALEXANDER HERNAEZ (State Bar No. 201441) |
| 12 | Email: hernaez@kmm.com |
| | KAUFF MCCLAIN & MCGUIRE LLP |
| 13 | One Post Street, Suite 2600 |
| | San Francisco, California   94104 |
| 14 | Tel:    (415) 421-3111 |
| | Fax:   (415) 421-0938 |
| 15 | Attorneys for Defendant |
| | DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　　　Defendant. | CASE NO. C 07 2050 SC (ENE) and<br>CASE NO. C 07 04012 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING CASES FROM ENE OR EXTENDING DEADLINE TO HOLD AN ENE SESSION** |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　　　Defendant. | **JUDGE:**　　Hon. Samuel Conti<br>**COMPLAINTS FILED:** April 11, 2007<br>　　　　　　　　July 6, 2007<br>**TRIAL DATES:**　No dates set. |

1  The parties hereby request an extension of the deadline to hold the ENE
2  session and a corresponding continuation of the pre-session telephone conference as
3  the Court is currently considering the Motions for Summary Judgment filed by the
4  defendant against Plaintiffs John Hansen and Robert Runnings. As the ruling upon such
5  motions is likely to have significant impact upon the parties' view of their respective
6  cases, it is difficult for the parties to prepare for an ENE session without the benefit of
7  such ruling.
8  As a result the parties do not believe a session at this time will be
9  productive.
10 The parties therefore jointly request that these cases be removed from the
11 ENE program, and that the possibility of ADR be addressed in the future when these
12 cases are more fully developed. In the alternative the parties request that the deadline
13 to hold the ENE session be extended to September 1, 2008, and that the pre-session
14 telephone conference set for April 14, 2008 be correspondingly postponed.
15 **It is so stipulated.**

- 2 -

1  DATED: April 7, 2008                KAUFF MCCLAIN & MCGUIRE LLP

2

3                                       By: _____
                                              ALEXANDER HERNAEZ
4                                       Attorneys for Defendant
                                        DOLLAR TREE STORES, INC.
5
   DATED: April 7, 2008                SCOTT COLE & ASSOCIATES, APC
6

7

8                                       By: _____
                                              CARRIE S. LIN

9                                       Attorneys for Plaintiff
                                        ROBERT RUNNINGS
10
   DATED: April 7, 2008                EDGAR LAW FIRM
11

12

13                                      By: _____
                                              JEREMY R. FIETZ

14                                      Attorneys for Plaintiffs
                                        MIGUEL A. CRUZ and JOHN D HANSEN
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that

3 These cases be removed from the ENE program, and that the possibility of ADR be
4 addressed in the future when these cases are more fully developed.
5 or
6 [The deadline to hold the ENE session be extended to September 1, 2008, and that the
7 pre-session telephone conference set for April 14, 2008 be correspondingly postponed.]

9 DATED: _____, 2008        _____
10                                                                    Samuel Conti, United States District
                                                                              Court Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER REMOVING CASES FROM ENE OR          CASE NO. C 07 2050 SC (ENE)
EXTENDING DEADLINE TO HOLD AN ENE SESSION                                              CASE NO. C 07 4012 SC