1  SCOTT EDWARD COLE (State Bar No. 160744)
   Email: www.scalaw.com
2  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
3  Oakland, California  94612
   Tel:   (510) 891-9800
4  Fax:   (510) 891-7030
   Attorneys for Plaintiff
5  ROBERT RUNNINGS

6  JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
7  EDGAR LAW FIRM
   408 College Avenue
8  Santa Rosa, California  95401
   Tel:   (707) 545-3200
9  Fax:   (707) 578-3040
   Attorneys for Plaintiffs
10 MIGUEL A. CRUZ and JOHN D. HANSEN

11

   ALEXANDER HERNAEZ (State Bar No. 201441)
12 Email: hernaez@kmm.com
   KAUFF MCCLAIN & MCGUIRE LLP
13 One Post Street, Suite 2600
   San Francisco, California  94104
14 Tel:   (415) 421-3111
   Fax:   (415) 421-0938
15 Attorneys for Defendant
   DOLLAR TREE STORES, INC.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>     Defendant. | CASE NO. C 07 2050 SC (ENE) and CASE NO. C 07 04012 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING CASES FROM ENE OR EXTENDING DEADLINE TO HOLD AN ENE SESSION** |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>     Defendant. | **JUDGE:**  Hon. Samuel Conti<br>**COMPLAINTS FILED:** April 11, 2007<br>July 6, 2007<br>**TRIAL DATES:**  No dates set. |

1  The parties hereby request an extension of the deadline to hold the ENE
2  session and a corresponding continuation of the pre-session telephone conference as
3  the Court is currently considering the Motions for Summary Judgment filed by the
4  defendant against Plaintiffs John Hansen and Robert Runnings. As the ruling upon such
5  motions is likely to have significant impact upon the parties' view of their respective
6  cases, it is difficult for the parties to prepare for an ENE session without the benefit of
7  such ruling.
8  As a result the parties do not believe a session at this time will be
9  productive.
10  The parties therefore jointly request that these cases be removed from the
11  ENE program, and that the possibility of ADR be addressed in the future when these
12  cases are more fully developed. In the alternative the parties request that the deadline
13  to hold the ENE session be extended to September 1, 2008, and that the pre-session
14  telephone conference set for April 14, 2008 be correspondingly postponed.
15  **It is so stipulated.**

16
17  DATED:   April 7, 2008            KAUFF MCCLAIN & MCGUIRE LLP
18
19                                    By:   /s/Alexander Hernaez
                                            ALEXANDER HERNAEZ
20                                          Attorneys for Defendant
                                            DOLLAR TREE STORES, INC.
21  DATED:   April 7, 2008            SCOTT COLE & ASSOCIATES, APC
22
23                                    By:   /s/Carrie S. Lin
                                            CARRIE S. LIN
24                                          Attorneys for Plaintiff
                                            ROBERT RUNNINGS
25
26
27
28

- 2 -

1 | DATED: April 7, 2008        EDGAR LAW FIRM

By:    /s/ Jeremy R. Fietz
       Jeremy R. Fietz
       Attorneys for Plaintiffs MIGUEL A. CRUZ and JOHN D. HANSEN

- 3 -

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that

3 These cases be removed from the ENE program, and that the possibility of ADR be
4 addressed in the future when these cases are more fully developed.
5 or
6 [The deadline to hold the ENE session be extended to September 1, 2008, and that the
7 pre-session telephone conference set for April 14, 2008 be correspondingly postponed.]

9 DATED:       _____, 2008         _____
10                                            Samuel Conti, United States District
                                              Court Judge

- 4 -