1  SCOTT EDWARD COLE (State Bar No. 160744)
   Email: www.scalaw.com
2  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Tel:  (510) 891-9800
4  Fax:  (510) 891-7030
   Attorneys for Plaintiff
5  ROBERT RUNNINGS

6  JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
7  EDGAR LAW FIRM
   408 College Avenue
8  Santa Rosa, California  95401
   Tel:  (707) 545-3200
9  Fax:  (707) 578-3040
   Attorneys for Plaintiffs
10 MIGUEL A. CRUZ and JOHN D. HANSEN

11

   ALEXANDER HERNAEZ (State Bar No. 201441)
12 Email: hernaez@kmm.com
   KAUFF MCCLAIN & MCGUIRE LLP
13 One Post Street, Suite 2600
   San Francisco, California 94104
14 Tel:  (415) 421-3111
   Fax:  (415) 421-0938
15 Attorneys for Defendant
   DOLLAR TREE STORES, INC.
16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 MIGUEL A. CRUZ, and JOHN D. HANSEN,          CASE NO. C 07 2050 SC (ENE) and
   individually and on behalf of all others    CASE NO. C 07 04012 SC
   similarly situated,
20                                              STIPULATION AND [PROPOSED]
                     Plaintiffs,                ORDER REMOVING CASES FROM
21 v.                                           ENE OR EXTENDING DEADLINE
                                                TO HOLD AN ENE SESSION
22 DOLLAR TREE STORES, INC.,
                     Defendant.
23

24 ROBERT RUNNINGS individually, and on         JUDGE:            Hon. Samuel Conti
   behalf of all others similarly situated,    COMPLAINTS FILED: April 11, 2007
25                                                                July 6, 2007
                     Plaintiff,                 TRIAL DATES:      No dates set.
26 v.

27 DOLLAR TREE STORES, INC.,
                     Defendant.
28

1       The parties hereby request an extension of the deadline to hold the ENE session and a corresponding continuation of the pre-session telephone conference as the Court is currently considering the Motions for Summary Judgment filed by the defendant against Plaintiffs John Hansen and Robert Runnings. As the ruling upon such motions is likely to have significant impact upon the parties' view of their respective cases, it is difficult for the parties to prepare for an ENE session without the benefit of such ruling.

      As a result the parties do not believe a session at this time will be productive.

      The parties therefore jointly request that these cases be removed from the ENE program, and that the possibility of ADR be addressed in the future when these cases are more fully developed. In the alternative the parties request that the deadline to hold the ENE session be extended to September 1, 2008, and that the pre-session telephone conference set for April 14, 2008 be correspondingly postponed.

**It is so stipulated.**

DATED: April 7, 2008      KAUFF MCCLAIN & MCGUIRE LLP

By: /s/Alexander Hernaez
ALEXANDER HERNAEZ
Attorneys for Defendant
DOLLAR TREE STORES, INC.

DATED: April 7, 2008      SCOTT COLE & ASSOCIATES, APC

By: /s/Carrie S. Lin
CARRIE S. LIN
Attorneys for Plaintiff
ROBERT RUNNINGS

| | | |
|---|---|---|
| 1 | DATED: April 7, 2008 | EDGAR LAW FIRM |

By:  /s/ Jeremy R. Fietz
Jeremy R. Fietz
Attorneys for Plaintiffs MIGUEL A. CRUZ and JOHN D. HANSEN

- 3 -

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that

2

3  These cases be removed from the ENE program, and that the possibility of ADR be

4  addressed in the future when these cases are more fully developed.

5  or

6  [The deadline to hold the ENE session be extended to September 1, 2008, and that the

7  pre-session telephone conference set for April 14, 2008 be correspondingly postponed.]

8

9  DATED: 4/8/08 , 2008

10  Samuel Conti, United States District Court Judge