**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MIGUEL CRUZ, et al,**

       Plaintiff(s),                          No. **C-07-2050 SC**

  v.

**DOLLAR TREE STORES, INC.,**

       Defendant(s),              /

**ROBERT RUNNINGS,**                      **No. C-07-4012 SC**

       Plaintiff(s),

  v.                                               **Clerks Notice**

**DOLLAR TREE STORES, INC.,AL, et al.**

       Defendant(s),              /

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 1, 2008** before the Honorable Samuel Conti. The conference has been reset for **December 5, 2008 at 10:00 a.m.** The parties are directed to file there motions prior to the next Case Management Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 30, 2008                                      FOR THE COURT,
                                                           Richard W. Wieking, Clerk
                                                           By:   T. De Martini
                                                                Courtroom Deputy