1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  web: www.scalaw.com

6  Attorneys for Representative Plaintiff Robert Runnings
   and the Plaintiff Class

7

8              **UNITED STATES DISTRICT COURT**

9     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  MIGUEL A. CRUZ and JOHN D.              )  **Case No.: C-07-02050 SC** (*Consolidated Action*)
    HANSEN, individually, and on behalf     )
12  of all others similarly situated,       )  **CLASS ACTION**
                                            )
13                      Plaintiffs,         )
                                            )
14  vs.                                     )
                                            )
15  DOLLAR TREE STORES, INC.                )
                                            )
16                      Defendant.          )
    _____        )
17                                          )  **Case No.: C-07-4012 SC** (*Consolidated Action*)
    ROBERT RUNNINGS, individually,          )
18  and on behalf of all others similarly   )  **CLASS ACTION**
    situated,                               )
19                                          )  **[PROPOSED] ORDER GRANTING**
                        Plaintiffs,         )  **PLAINTIFFS' MOTION TO COMPEL**
20  vs.                                     )
                                            )
21  DOLLAR TREE STORES, INC.                )  Date:       October 10, 2008
                                            )  Time:       10:00 a.m.
22                      Defendant.          )  Judge:      Hon. Samuel Conti
                                            )  Courtroom:  1
23  _____        )

24

25

26

27

28

[Proposed] Order Granting Plaintiffs' Motion to Compel Resp. to Plaintiffs' Special Interrogatory No. 1

1        This matter having come before this Court on _____, with Scott Cole & Associates, APC

2    appearing as counsel for Plaintiff herein, and Kauff, McClain & McGuire, LLP appearing as counsel

3    for defendant Dollar Tree Stores, Inc., on proof being made to the satisfaction of the Court and good

4    cause appearing therefor,

5

6    **IT IS HEREBY ORDERED** that:

7        Plaintiffs' motion be, and hereby is, **GRANTED**, and that defendant Dollar Tree Stores, Inc.,

8    by and through its counsel, further respond to Plaintiffs' Special Interrogatory No. 1 within

9    _____days of the date of this Order.

10

11    Dated: _____, 2008    _____

12        Hon. Samuel Conti
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800