IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRUZ, et al., | Case No. C-07-2050-SC |
|  | C-07-4012-SC |
| Plaintiff, |  |
|  | CONSOLIDATED |
| v. |  |
| DOLLAR TREE STORES, INC., | **ORDER OF REFERENCE TO** |
|  | **A MAGISTRATE JUDGE** |
| Defendant. |  |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that <u>Plaintiff's Motion to Compel</u> and all further discovery matters are referred to a Magistrate Judge to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of the hearing by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: September 8, 2008

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE