UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ | No. 07-02050 (JCS) |
|     Plaintiff(s), | |
|   v. | |
| DOLLAR TREE STORES INC. | |
|     Defendant(s). | |
| ROBERT RUNNINGS, et al. | No. 07-4012 SC (JCS) |
|     Plaintiff(s), | **ORDER GRANTING IN PART AND DENYING MOTION TO COMPEL RESPONSES TO PLAINTIFFS' SPECIAL INTERROGATORY NO. 1** |
|   v. | |
| DOLLAR TREE STORES, INC. | |
|     Defendant(s). | |

A hearing on Plaintiff's Motion to Compel Responses To Plaintiff's Special Interrogatory No. 1 was held on October 10, 2008 at 9:30 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave., San Francisco, California. All parties appeared through counsel. For the reasons stated on the record, and good cause appearing, the Motion is GRANTED IN PART AND DENIED IN PART as follow

    1.    Defendant shall provide to plaintiffs the contact information requested, other than home phone telephone numbers, for 100 of the punitive class members in this case. The information shall be Confidential under the protective order in this case

Order Granting Pl Mot Compel.wpd

2. Within 10 days the parties shall meet and confer and agree on the procedure for selecting the 100 putative class members, and the date on which the contact information shall be provided.

IT IS SO ORDERED.

Dated: October 10, 2008

JOSEPH C. SPERO
United States Magistrate Judge

Order Granting Pl Mot Compel.wpd