**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ, and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>      Defendant.<br>_____<br>ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.,<br><br>      Defendant.<br>_____ | Case Nos. 07-2050 SC<br>          07-4012 SC<br><br>ORDER OVERRULING PLAINTIFF ROBERT RUNNINGS' OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL RESPONSES TO PLAINTIFFS' SPECIAL <u>INTERROGATORY NO. 1</u> |

**I.** **<u>INTRODUCTION</u>**

This matter comes before the Court on Plaintiff Robert Runnings' Objections to the Magistrate Judge's Order Granting in Part and Denying in Part Motion to Compel Responses to Plaintiffs'

Special Interrogatory No. 1 ("Objections"). Docket No. 84. For the following reasons, Plaintiff's Objections are OVERRULED.

## II. DISCUSSION

In these consolidated cases, Plaintiffs allege they were improperly classified as exempt managers and denied wages for overtime. On October 10, 2008, a hearing was held before the Honorable Magistrate Judge Joseph Spero regarding a motion to compel a response to Plaintiffs' Special Interrogatory No. 1. See Docket No. 78. Special Interrogatory No. 1 states: "Identify each and every class member." Bissen Decl., Docket No. 85, Ex. D at 2. Judge Spero issued an Order Granting in Part and Denying in Part Motion to Compel Responses to Plaintiffs' Special Interrogatory No. 1, which stated: "Defendant shall provide to plaintiffs the contact information requested, other than home telephone numbers, for 100 of the putative class members in this case." Docket No. 79. In the Objections filed with this Court, Plaintiffs assert that Judge Spero erred in excluding the home telephone numbers of the putative class members from the contact information Defendant is required to produce.

Pursuant to Federal Rule of Civil Procedure 72(a), when a party objects to a non-dispositive matter decided by a magistrate judge, the "district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).
///
///

2

1  After reading and considering Plaintiff's Objections and the
2  applicable caselaw, the Court finds that Judge Spero's Order was
3  neither clearly erroneous nor contrary to law.  Plaintiff's
4  Objections are therefore OVERRULED.

7       IT IS SO ORDERED.

9       Dated: November 3, 2008      
10                                   UNITED STATES DISTRICT JUDGE

3