MAUREEN E. MCCLAIN, Bar No. 062050
ANNAMARY E. GANNON, Bar No. 92175
KRISTA STEVENSON JOHNSON, Bar No. 185241
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:       mmcclain@littler.com
Email:       agannon@littler.com
Email:       kjohnson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN, VA Bar No. 28091
WILLIAMS MULLEN
A Professional Corporation
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA  23510
Telephone:   757.629.0604
Facsimile:   757.629.0660
Email:       bberman@williamsmullen.com

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case Nos.  **C 07 2050 SC** and **C 07 04012 SC**<br><br>**DECLARATION OF DAVID MCDEARMON IN SUPPORT OF DOLLAR TREE STORES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Date:     May 1, 2009<br>Time:     10:00 a.m.<br>Dept.:    Crtrm. 1, 17th Floor<br>Judge:    Hon. Samuel Conti<br><br>Trial Date:   No Dates Set<br>Complaints Filed:  April 11, 2007<br>                              July 6, 2007 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

DECL. OF DAVID MCDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION

CASE NOS. C 07 2050 SC
and C 07 04012 SC

I, DAVID McDEARMON, declare:

1.    I have personal knowledge of the facts set forth below.  If called upon as a witness, I would testify competently thereto.

2.    I am employed by Dollar Tree Stores, Inc. ("DTS") a wholly-owned subsidiary of Dollar Tree, Inc. ("DT") (referred to as "Dollar Tree" or the "Company") at its corporate office located at 500 Volvo Parkway, Chesapeake, Virginia, as its Director of Human Resources, Field Operations.  I have held a position in Human Resources at Dollar Tree for over fourteen years.  My responsibilities have included contributing to the development of a job description for California Store Managers as well as assisting in communicating to such Store Managers the Company's expectations concerning how their duties should be performed.  Since about April 2005, Dollar Tree has used the job description and a related certification process, which I describe in this Declaration, to communicate its requirement that California Store Managers spend a majority of their work time every week in performing managerial and supervisory responsibilities.

3.    In early 2005, Dollar Tree settled lawsuits pending in the California Superior Court for Orange County which alleged that certain store level classifications in California were misclassified as non-exempt.  I will refer to these cases under the name of the lead case, *Williams v. Dollar Tree Stores, Inc.*, Case No. 01CC0329, a term which should be read as encompassing all related cases involved in the settlement. The classifications challenged in the *Williams* lawsuit were Store Manager, Assistant Store Managers (referred to as First Associate and Second Associate) and Managers in Training.  Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the Joint Stipulation of Class Settlement in the *Williams* litigation.   The introductory language to the Stipulation (page 1, lines 6-11) contains a non-admissions clause.  The Class Period (from July 11, 1997 through December 11, 2004) is set forth at page 4, lines 2-3.  The job classifications covered by the class definition are set forth at page 4, lines 3-11.  The Order and Judgment Granting Final Approval of the *Williams* settlement was entered on July 14, 2005 by the Orange County Superior Court.  Seven to eight Store Managers opted out of the *Williams* settlement.

4.    Dollar Tree has made several changes in its treatment of store personnel in California.  All Assistant Store Manager and Store Manager in Training classifications have been

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

| DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S OPPOS. TO MOTION FOR CLASS CERTIFICATION | 1. | CASE NOS. C 07 2050 SC and C 07 04012 SC |

1   treated as non-exempt entitling individuals in such classifications to overtime. The California Store

2   Manager job description was revised to emphasize Dollar Tree's requirement that such Store

3   Managers spend a majority of their time at work on supervisory and managerial functions.

4   Generally, Dollar Tree entrusts each Store Manager with responsibility for managing one store (and

5   some who function as Area Managers have responsibility for overseeing more than one store). A

6   true and correct copy of the job description used only in California on and after April 19, 2005 is

7   attached as **Exhibit B**.

8             5.      In May 2005, I, together with other Dollar Tree management based at the

9   corporate headquarters in Chesapeake, Virginia, traveled to California to meet with Store Managers

10  working in California stores. Two such meetings were held in May 2005, one in Northern California

11  and one in Southern California. All available California Store Managers employed at that time

12  attended one of those meetings. At the meetings, I, together with other corporate-based personnel,

13  distributed the new job description form and discussed a certification process that would shortly be

14  implemented which required each California Store Manager on a weekly basis to certify via

15  computer that he/she had spent a majority of their work week on exempt tasks, or if they had not, to

16  briefly explain why they had not. Attached hereto as **Exhibit C** is a true and correct copy of the

17  certification language in hard copy form. (In the past, if we had a computer issue or if a Store

18  Manager did not complete the certifications, we would ask them to do so by distributing Exhibit C.

19  Store Managers can now certify to past weeks electronically without the need for Exhibit C.)

20  Exhibit C is a certification form completed by Plaintiff John Hansen (then the Store Manager of

21  Store 1868 in Rohnert Park, California for the week ending 7/3/2006). Attached hereto as **Exhibit D**

22  is a true and correct copy of the screen shots that a Store Manager uses each week to input his/her

23  certification. The certification form describes the job duties that Dollar Tree expects and requires

24  California Store Managers to perform. It is therefore a regular reminder of such requirements and a

25  documentation of whether such requirements are fulfilled. During the roll-out of the certification

26  process, Dollar Tree corporate managers emphasized that the certifications were to be completed on

27  a timely and truthful basis. I (and others) emphasized during the Store Manager meetings in 2005

28  that there would be <u>no</u> adverse consequence if a Store Manager answered no to the certification

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION          2.          CASE NOS. C 07 2050 SC
                                                               and C 07 04012 SC

question. And, in fact, Store Managers who remain employed with Dollar Tree today have answered no. A part of the certification process is asking each Store Manager to explain a no response when he/she completes the certification. This is not a time consuming task. Most Store Managers provide just a few words in explaining a no response, such as "inventory", "store clean up", "store being reset", "no hours", "first week at this location", "freight", "short an assistant", "no shows", "not making sales cut hours", "broken store" (to cite just a few examples).

6.    Beginning in the summer of 2007 and on an intermittent basis thereafter, the Company has engaged in follow-up contact with those who answered no. Attached hereto as **Exhibit E** is a true and correct copy of a log of follow-up calls I conducted in August, September and October 2007, and in January and February 2008, at times together with Regional Human Resources Managers Reed Baldaras or Candace Camp. Attached hereto as **Exhibit F** is a true and correct copy of a log of follow up calls kept by both Kathryn Johnson Abel and me for calls made in June and July 2008. Ms. Abel, employed in Chesapeake, Virginia in the position of Associate Relations Representative, has made such calls at my direction and subject to my review. As can be seen from a review of answers given to us by the Store Managers who had provided a no answer to the certification question, the reasons given for such answer often relate to staffing or payroll issues which are particular to the store at the time of the answer. See, for example, the following responses.

| Date | Store Manager | Store # | Reason(s) Provided | Proposed Solution |
|---|---|---|---|---|
| 8/3/2007 | Connie Visscher | 1201 | Being loaned to other stores to fix or prep things; tight payroll hours; backup cashiering | Can commit to a majority of managerial work once stays in her own store |
| 8/7/07 | Bernadette Suffle | 1246 | Payroll hours tight; also short staffed for a time at the Asst Mgr level | Can commit to a majority of managerial work as long as her staffing stays intact |
| 9/10/07 | Estella Sandoval | 1207 | Transitioning store from summer merchandising; cash register work | Should be able to certify yes once hours and sales rise and transition season is over |
| 10/23/07 | Maria Orozco | 1234 | Lost her Freight Assistant Manager | Just hired/trained replacement |
| 10/25/07 | Rick Gonzalez | 3186 | Tight payroll hours; SM out on medical | Things have improved |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION

3.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

| Date | Store Manager | Store # | Reason(s) Provided | Proposed Solution |
|---|---|---|---|---|
| | | | leave; crew needed more training | |
| 10/30/07 | Karen Cohen | 2325 | Some misunderstanding as to the definition of exempt managerial work; thought she had to work 65% managerial office work | Discuss that floor work can be managerial |
| 1/31/08 | Gene Korte | 1205 | Took over a broken store; high SPEH goal; called to help other stores a few times | Store is finally running properly and anticipates being able to do the majority exempt work |
| 2/12/2008 | Richard Hoyt | 1229 | Tight payroll | Higher minimum payroll hours set; confident of being able to work exempt class most weeks |
| 6/27/2008 | Robert Willey | 2486 | SPEH goal extremely high/difficult; was being loaned to other stores | As long as sales stay strong, should be able to work exempt class work |
| 7/11/08 | Jason Millstone | 2262 | Inherited a mess; large racetrack store with 7000 pieces in the backroom | Once he gets past inventory, he should be able to only manage |

7.      Attached as **Exhibit G** are true and correct copies of e-mails Ms. Abel sent to District Managers in October 2008 asking them to follow up with Store Managers in their districts who had provided no answers on several occasions. The District Managers were asked to look into each situation and take necessary action to ensure that such managers met the Company's expectation that they performed exempt work a majority of their work time.

8.      The documents attached hereto as Exhibits E, F and G regarding follow-up on certification answers are maintained in the regular course of business by my department as records of Dollar Tree's certification process and of our attempts to ensure that California Store Managers understand the Company's expectations and take steps to fulfill the expectation that they perform exempt work for a majority of their time each work week. We try to ensure that any issue which the Store Manager thinks is causing him/her to work in non-exempt tasks is temporary and is being corrected.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION                    4.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

9.     In the past two years (2007 and 2008), California Store Managers' salaries and bonuses have been in the following ranges:

| Year | Salary Range | Bonus Range |
|------|--------------|-------------|
| 2007 | $33,207.20 - $77,500 | $49.68 - $23,593.10 |
| 2008 | $37,370 – 71,440.80 | $132.67 - $23,649.02 |

The Human Resources department has access to the computer program in which salary and bonus data for Store Managers is maintained. Such information is maintained in the regular course of Dollar Tree's operations. The above chart was compiled from the Company's regularly maintained records under my direction. During the above period, Store Managers were compensated on a salaried basis together with a bonus potential based on the sales performance of the store. Before October 2007, the sales bonus formula was based solely on improvement in sales volume. Starting in October 2007, a component was added to reflect improvement in the margin of goods sold. In both cases, the aim of the sales bonus is to focus the Store Manager on those managerial skills (the training and direction of store employees to be competent and customer friendly, the merchandising of the store, the ordering and store placement of high margin goods, ensuring the neatness and cleanliness of the store, for example) which improve sales. Dollar Tree generally does not advertise its stores; the Company depends upon word of mouth from satisfied shoppers, which is directly related to how well the store is managed, in the Company's view. Additionally, certain Store Managers (based upon the store that they are managing) are eligible to receive a bonus related to the reduction of shrink in their stores. During fiscal year 2008, the approximate sales volume of stores in California ranged from a low of $640,000 to a high of $4.9M. The approximate range in store sale volume in California in fiscal year 2007 was from a low of $720,000 to a high of $5M. Dollar Tree maintains, as part of its proprietary and highly confidential business information data concerning the sales volume of all California stores. These ranges have been extracted from regularly maintained business records of Dollar Tree in order to present the information in a format that is not linked to any particular store, but does provide a picture of the degree of variance that exists in sales volume among stores in California.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION

5.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

10.     Dollar Tree has several basic job classifications used in the field for staffing and overseeing Dollar Tree Stores. The basic job, often staffed on a part-time basis, is a Sales Associate. Sales Associates engage in cashiering, freight receipt, stocking and recovery (the process of picking up by cleaning the store and restoring merchandise to shelves). The next store position is that of an Assistant Store Manager; generally, Assistant Managers tend to specialize in freight and merchandising, front end work and operations. The Store Manager is the highest level employee in the store. All store employees are subject to the direction and supervision of the Store Manager. Associates and Assistant Store Managers are classified as non-exempt and as such are eligible to be paid overtime. The Store Manager reports to a District Manager who generally has responsibility for some 8 to 15 stores. The District Manager reports to a Regional Director who has responsibility for some 6 to 9 districts. (There are also training positions for the District Manager and Regional Director jobs called Area Managers and Market Managers. Individuals in such positions are responsible for a limited number of stores or districts working with a District Manager or Regional Director. An Area Manager also works as a Store Manager.) Regional Directors report to a Zone Vice President. There are also employees in field staff positions in human resources, asset protection and training who provide support services to the stores. The below chart reflects the current number of stores, districts and regions in California. Regarding the Zone Vice President, the individual in that position has responsibilities for a geographic area which includes, but is not limited to, California.

| Stores: 273 | Districts: 30 | Regions: 4 | Zone VP: 1 |

11.     In addition, in my role as Director of Human Resources, Field Operations, my responsibilities include compiling, reviewing and maintaining personnel information related to Dollar Tree employees, including Store Managers. The Human Resources department in which I work maintains that information as part of the business records of Dollar Tree, and relies upon the information in the course of performing operational responsibilities for Dollar Tree. The information is regularly updated so that we have an accurate account of all Dollar Tree employees.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION

6.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

12.     I provided the information set forth in the columns headed *Store Manager Eligible for Shrink Bonus*; *Average # of Store Associates in September 2008* and *Average # of Assistant Managers in September 2008* on the chart attached as Exhibit A to the Declaration of Charlotta Jacobson-Allen accompanying Dollar Tree's Opposition to Plaintiffs' Motion for Class Certification.  On the chart attached as Exhibit B to the Jacobson-Allen Declaration, I provided the information relating to the number, background, employment histories, and supervisory responsibilities of Dollar Tree's current Store Managers in California.  The information set forth is an accurate account that has been retrieved from records regularly maintained and used in the course of Dollar Tree's ongoing business operations.

Executed in Chesapeake, Virginia on April 8, 2009.  I have read this Declaration and hereby declare, under penalty of perjury under the laws of the United States of America, that it is true and correct.

DAVID McDEARMON

Firmwide:89364656.1 061603.1004

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2893
415 433.1940

DECL. OF DAVID McDEARMON ISO DOLLAR TREE'S
OPPOS. TO MOTION FOR CLASS CERTIFICATION

7.

CASE NOS. C 07 2050 SC
and C 07 04012 SC