# EXHIBIT B

# ❋ DOLLAR TREE STORES, INC.®

## Position Description & Responsibilities

CONFIDENTIAL

| Job Title: Store Manager – California Only | Department: Field | Division: Operations |
|---|---|---|
| Reports To (Title): District Manager | Date Written: | Date Revised: April 19, 2005 |
| Exempt / Non-exempt<br>• **Exempt** | Direct Reports: Store Associates | |

### Summary of Position (Job Purpose) - *Major purpose and functions of the position.*

Management of a retail variety store. Responsible for efficient, profitable and safe operations. Recruit, employ, supervise, train and develop store personnel. From an individual standpoint, the Store Manager must comply with the percentage limitations on the actual work s/he performs as set forth below.

### Principal Duties and Responsibilities

Store Manager is to spend the majority (more than 50%) of his/her actual work time each work week performing the following duties and responsibilities:

1. Supervision of associates.
2. Oversee daily store activities, including opening and closing of store.
3. Ensure customer and associate safety.
4. Protect all company assets, including store cash, merchandise and equipment.
5. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records.
6. Responsible for adequate staffing of store. Recruit, interview, hire, employ, and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training.
7. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates.
8. Provide leadership and direction to store personnel.
9. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies.
10. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manage sales forecasting, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate.
11. Control inventory. Supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded.
12. Responsible for overall cleanliness and appearance of store.
13. Ensure highest level of customer service. Handle customer complaints and problems.
14. Ensure accident reports and damage reports are completed in timely and accurate manner.
15. Complete management reports in a timely and accurate manner.
16. Ensure compliance with applicable laws and regulations.
17. Communicate professionally and effectively with customers, subordinates and supervisors

Store Manager may not spend more than a total of 35% of his/her actual work time each week receiving product, distributing and storing product, stocking product and cashiering.

Store Managers in California must comply with the percentage limitations on actual work time as set forth in this job description and verify compliance each week. If for any reason the store manager has not complied, s/he must immediately provide an explanation to both Payroll and Human Resources. No salary or wage will be withheld because of non-compliance.

DTC00387

CONFIDENTIAL

# 🌲 DOLLAR TREE STORES, INC.®

**Minimum Requirements/Qualifications** - *Summary of knowledge, experience and education required.*

- Must possess prior retail and management experience;
- Background in dealing with hard lines / variety merchandise;
- Strong communication, interpersonal, and written skills;
- Ability to work in a high-energy team environment.
- Must be proficient in financial and inventory management
- Must relate positively with employees, customers and company management.

DTC00388

# EXHIBIT C

1868

# DOLLAR TREE STORES, INC

## PAYROLL CERTIFICATION – DATE DUE  7/3/06

**Position Description & Responsibilities** - Job Title: Store Manager – California Only **Department:** Field **Division:** Operations **Reports To (Title):** District Manager **Date Written: Date Revised:** April 19, 2005 **Exempt / Non-exempt Exempt Direct Reports:** Store Associates

**Summary of Position (Job Purpose)** - *Major purpose and functions of the position.* Management of a retail variety store. Responsible for efficient, profitable and safe operations. Recruit, employ, supervise, train and develop store personnel. From an individual standpoint, the Store Manager must comply with the percentage limitations on the actual work s/he performs as set forth below.

**Principal Duties and Responsibilities**
Store Manager is to spend the majority (more than 50%) of his/her actual work time each work week performing the following duties and responsibilities:
    1. Supervision of associates.
    2. Oversee daily store activities, including opening and closing of store.
    3. Ensure customer and associate safety.
    4. Protect all company assets, including store cash, merchandise and equipment.
    5. Maintain proper sales, banking, inventory, accounting, productivity, payroll and time records.
    6. Responsible for adequate staffing of store. Recruit, interview, hire, employ, and train sales associates. Train associates to properly use all equipment and technology as well as provide thorough merchandise display training.
    7. Schedule and assign work to store personnel. Evaluate, motivate, counsel, develop, discipline and discharge sales associates appropriately. Maintain production reports to evaluate job performance of sales associates.
    8. Provide leadership and direction to store personnel.
    9. Communicate company policies to sales associates. Ensure associates comply with company policies and procedures, including safety guidelines and human resources policies.
    10. Analyze sales, expenses and profit, review reports, analyze competition, determine customer preferences, manage sales forecasting, meet sales and profit objectives and goals, determine product mix, determine most effective placement of product and ensure standards of merchandise presentation, displays and signage to maximize sales. Assist in developing promotions and advertisements as appropriate.
    11. Control inventory. Supervise ordering, receiving, stocking and pricing of goods. Ensure goods are properly marked and mark downs are properly recorded.
    12. Responsible for overall cleanliness and appearance of store.
    13. Ensure highest level of customer service. Handle customer complaints and problems.
    14. Ensure accident reports and damage reports are completed in timely and accurate manner.
    15. Complete management reports in a timely and accurate manner.
    16. Ensure compliance with applicable laws and regulations.
    17. Communicate professionally and effectively with customers, subordinates and supervisors

Store Manager may not spend more than a total of 35% of his/her actual work time each week receiving product, distributing and storing product, stocking product and cashiering.

Store Managers in California must comply with the percentage limitations on actual work time as set forth in this job description and verify compliance each week. If for any reason the store manager has not complied, s/he must immediately provide an explanation to both Payroll and Human Resources. No salary or wage will be withheld because of non-compliance.

Y ✓    N ___
Explanation:
_____
_____
_____
_____

Signature: _____

**DTC00030**

# EXHIBIT D

Issue 20  Two Pages                                                June 3, 2005



# "What's New?"

## Store Managers

New!



**Store Manager Certification of Duties Signoff**



## How to Sign Off

1. Access *Dollar Tree Central*. A new link called "Store Manager Certification" is listed there.
2. Click on the "Store Manager Certification" link. The screen below will appear.



**3**

3. Click on *Certification of Job Duties*. The following screen will appear.

*What's New*                         CONFIDENTIAL                    © *Dollar Tree Stores, Inc.*

R005707



Logout frank ▲

## CERTIFICATION OF JOB DUTIES

- Job Description
- Task List

### STORE MANAGERS IN CALIFORNIA

I hereby certify that the time records I am submitting for week ending 01/01/2006 are accurate, to the best of my knowledge, and that I, as Store Manager, spent more than 50% of my actual work time during this payroll period on the principal, supervisory job duties and responsibilities listed on the company's **job description for Store Manager,** a copy of which I have reviewed and agree accurately describes my job duties and responsibilities.

I understand that if, for any reason, I have not complied with any of the requirements set forth herein, I cannot make this Certification and I must immediately give an explanation. In addition, I must contact the Human Resources Department and give an explanation.

I further understand that no salary or wage will be withheld because of non-compliance.

**4**

**5**

⊙ Yes        ○ No        **6**

Reason:        **7**

|                    | *1000          | 01/01/2005 |
| Store Manager Name | Store Number   | Date       |

[ Submit ]  [ Reset ]        **9**

**8**        **10**

**11**

## Certification Confirmation Page

Your certification was successfully submitted. You may safely close this window or **return to the task list.**

Version 1.0 ™ - Copyright (p) 2005 - Dollar Tree Stores, Inc.

---

4. The current date will automatically appear.

5 Click on the <u>job description for Store Manager</u> link to review it.

6. After reading the certification, click in the circle before either **Yes** or **No** to indicate your understanding.

7. If you select no, please type in the reason(s) why.

8. Please type in your first and last name.

9. To reset the form and start over, you may click the **Reset Button.**

10. To send the completed form to the Store Support Center, click the **Submit** button.

11. A confirmation screen will appear. Click the "X" in the upper right corner to close the window.

---

### Important

Store Managers must complete the "Store Manager Certification of Duties" form each week when payroll is approved.

Please post reminders to yourself to ensure you complete this form.