# EXHIBIT E

CA "No" Certification Calls - FY2007 - David McDearmon Leads Calls

| SM Name | Store # | Region | Date | Field Rep on Call | Description of why (No) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Lisa Fitts | 1239 | 8 | 8/7/2007 | Just David M | Tight payroll hours. Low volume stores tend to draw from the higher volume stores to allow them coverage. Hence, when people call off or take time off the big stores, like here are stretched. Having to run her 15,000 store on as little as 250 hours a week. Staffing is under control, although limited hours makes it tough to schedule people adequately. Also safety and asset protection is a concern due to the very thin scheduling at times...said we need to look at this side of the tight scheduling. | Their Commitment She feels she can normally work managerial class work, except for managerial/exempt style work. And also if sales fall off and payroll hours are sliced. |
| Josephine Hurd | 2287 | 13 | 8/10/2007 | Reed B | She was short an Asst Mgr for a while, fully staffed now for over 2 mths. Payroll hours sometimes too limited. Also if stockers call off or no-show, she has to do freight work. | Has no problem committing to being able to do majority managerial/exempt style work on most all weeks going forward, as long as her staff remains intact. |
| Sean Doherty | 1968 | 13 | 8/10/2007 | Reed B | Heavy freight with limited payroll hours. He was loaned out to other stores on numerous occasions to help prep for visits, inventories, etc. Some issues with less than productive Asst Mgrs and hourl associates. In new store he is at, no staffing issues. Lesser volume store. | Feels much more comfortable committing to working a majority of managerial/exempt class work now that he is in store 1968...due to a better staff. |
| Danny Herrera | 1855 | 13 | 8/10/2007 | Reed B | He is far too busy with stocking & cashiering operations, due to limited payroll hours. Often just him & his Freight ASM in store. Not enough time to work with ASMs or associates on training, nor to order product and do other needed managerial duties. | Danny has mentioned wanting to step back to an hourly Asst Mgr position. He is a bit burned out and seems lost. He has no solution for his inability to get a handle on the managerial functions of the job. (Reed and DM to follow-up.) |

CONFIDENTIAL

R2926

CA "No" Certification Calls - FY2007 - David McDearmon Leads Calls

| SM Name | Store # | Region | Date | Field Rep on Call | Description of why (No) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Jose Navarro | 3194 | 13 | 8/3/2007 | Reed B | High Vol store sales, has to open store and cover cashiering in AM a lot. Spends heavy % of time on stocking & unloading trucks with only 1 assoc. If sales are up, payroll pressure is eased, managing is then easier. Truck size affects work. Staff vacations, time off needs also a big affect. | Jose stated that he is committed to trying and improve task mgmt to allow for majority managerial style work vs is non-exempt type. |
| Connie Vascher | 1201 | 8 | 8/3/2007 | Candace C | She is being loaned to other stores a lot to prep for inventories, etc. Used as labor when there. Payroll hours are tight, unless sales rise. Compass efficiency, numbers used for scheduling is simply not in line with true needs. She feels we need to have a base # of stocking hours, period. Also has to cover as backup cashier slot. | Connie stated she feels she can commit to being a majority managerial, exempt style of work type SM once she can stay in her own store...no more loaning her to other stores to fix or prep things. |
| Sean Guilfoyle | 2922 | 9 | 8/6/2007 | Just David M | Payroll hours – difficult to make a workable schedule. 224 hours limiting in his DM on trying to schedule a race track store. Mgr has to spend far too much time on registers and throwing freight. Truck size and avg case size affects hours needed on freight. Sean mentioned SM's must spend more time hiring stronger calibre Associates who are more productive workers. | Sean committed to working with payroll hours better which should lead to him being more of a manager vs. freight pusher. |
| Bernadette Suffle | 1246 | 9 | 8/7/2007 | Just David M | Payroll hours tight to limited. Also was short staffed at the Asst Mgr level for a while, now back up to full staff. | She feels as long as her staffing stays intact, that she can commit to working the majority of her time in managerial class work going forward. |

CONFIDENTIAL

CA "No" Certification Calls - FY2007 - David McDearmon Leads Calls

| SM Name | Store # | Region | Date | Field Rep on Call | Description of why (No) was marked | Their Commitment |
|---------|---------|--------|------|-------------------|------------------------------------|------------------|
| Bkira Green | 2041 | 9 | 8/13/2007 | Candace C. | She spends a heavy amount of time stocking, filling store. SPEH goal is tough to hit if she does not throw freight. A couple times ASM transfers have caused her to have less than fully productive ASM team, but not often. She feels she can write a good schedule. DM approves all schedules after she writes them. She stated she puts "no" on her certification about half the work weeks. | She would need more payroll hours in order to be able to mark "yes" most weeks on her certifications. I encouraged her to let her DM know when she is in extreme jeopardy of not being able to work the majority managerial type work. I reiterated that she must take the lead in calling out for help if she is struggling with staffing or payroll hours. (Candace mentioned to me they are about to step Bkira back to an MIT for added training due to her not succeeding fully). |

CONFIDENTIAL

R2927

| SM Name | Store # | Region | Date | Field Rep on Call | Description of why (No) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Estella Sandoval | 1207 | 9 | 9/10/2007 | Candace C | Having to schedule herself on register, and transitioning store from summer merch. Makes difficult. DM is helpful but payroll hours have been cut recently. 20 hours cut per wk. | She committed that once hours and sales rise and crunch of this transition season are over, she should be able to get back to certifying "yes" on managerial class work. |
| David Trowbridge | 1209 | 9 | 9/10/2007 | Candace C | main cause is having to personally do stocking & cashiering due to payroll hours cut. Cannot make spent target otherwise. Was also called away to help Inv. Prep at another store last wk. Then payroll hours were cut by 25 on Wed for rest of week. He had to scramble and cover hours himself. | If payroll hour cuts are eliminated, he could commit to certifying "yes" on the managerial classification. |
| Neomi Salazar | 1232 | 9 | 9/10/2007 | Candace C | Does not have a Freight Flow Mgr...vacant since March. Also running on extremely tight payroll, which have been reduced recently. | If she could have a full staff of Asst Mgrs, she could certify "yes" on her managerial classification. |
| Claudia Garcia | 1245 | 9 | 9/10/2007 | Candace C | Having to do too much cashiering & stocking, especially due to summer merch transition. Payroll hours have been cut. She is having to work 6 day workweeks to stay on top of the work. | If she had 200 weekly payroll hours, she could certify herself as "yes" on the managerial classification. |
| Conrad Mayhew | 1574 | 9 | 9/10/2007 | Candace C | Tight hours, small sized store w/small backroom and a trailer to manage. About to also lose his Freight Mgr. Will be sharing a new Freight Mgr with another store. | Said if payroll hours and or sales rise, he should be able to certify "yes" on his managerial classifications. |
| Carol Waggoner | 2236 | 9 | 9/10/2007 | Candace C | Runs a small store, low payroll hours. She is often on the register. She is fully staffed with Asst Mgrs, although one as brand new. Very light payroll and SPEH. | She was not able to commit to putting a "yes" on her certification unless payroll hours ease up a lot. |
| Robert Williey | 2486 | 9 | 9/10/2007 | Candace C | Payroll hours have been cut dramatically. He ends up on the register. Fully staffed with ASMs however they are pretty new. | Once sales and payroll rise after this fall, he should have no problem certifying "yes" to his managerial type work classification. |

CONFIDENTIAL

Richard Hoyt

1229

9

9/11/2007 Candace C

High vol. store, doing 50k to 60k sales a   He couldn't commit to being
wk. Has to spend majority of time on       able to do a majority
non-managerial work, cashiering and         managerial work unless more
stocking.  SPEH and payroll is too tight.   payroll is provided.
Payroll has recently been tightened.  He
is fully staffed w/ASMs.

**CONFIDENTIAL**

**R2929**

| SM Name | Store # | Region | Date | Field Rep on Call | Description of why (No) was marked |
|---|---|---|---|---|---|
| Maria Orozco | 1234 | 9 | 10/23/2007 | Candace C | Lost her Freight MGR ASM. Had to cover for several wks. Just hired/trained replacement. |
| April Lugo | 2093 | 9 | 10/23/2007 | Candace C | She was short her Freight ASM who was/is out on FMLA leave. That is the main cause of putting "no" on her certifications. She put "no" down due mainly to the big seasonal conversions during Sept with all the incoming freight. |
| Estella Sadoval | 1207 | 9 | 10/23/2007 | Candace C | |
| Jan Huber | 1211 | 9 | 10/23/2007 | Candace C | Felt the payroll hours were too limited during Sept. |
| Tammy Flores | 1227 | 9 | 10/25/2007 | David alone | store was being expanded, also an ASM was on injured, light duty. |
| Rick Gonzalez | 3186 | 13 | 10/25/2007 | David alone | Tight payroll hours. Was also out on med leave one wk. Also, crew needed training to be more productive...things have improved. Rob White is very helpful. |
| James Ellis | 3275 | 23 | 10/26/2007 | Candace C | Has been "loaned" to other stores for help since he is the DST. Was short 2 ASMs part of Sept. Now staffed fully. Long commute causes him to stay in store long hours once there, 6 days/wk. Allocations are super heavy right now. |

CONFIDENTIAL

R2930

| Name | | | | | Notes |
|---|---|---|---|---|---|
| Karen Cohen | 2325 | 13 | 10/30/2007 | Reed B | Some misunderstanding as to the definition of exempt managerial work. Also is down one ASM. She thought she had to work 65% managerial office work. We discuss that floor work can also be exempt/managerial. |
| Vanessa Blanco | 2958 | 13 | 10/30/2007 | Reed B | Feels she is limited on hours at 220 per wk. Fully staffed on ASMs. She had little understanding of what defines exempt class work. She said she did majority of stocking. |
| Debbie Wiebe | 1255 | 13 | 10/31/2007 | Reed B | Was loaned to another store to prep for inventory. Also was short an ASM for a while. |
| Noel Ojeda | 2759 | 13 | 10/31/2007 | Reed B | Feels he does 70% plus non-exempt work. Had extreme difficulty understanding what is exempt class work. He honestly thought that due to his staff being fully trained and he delegating so thoroughly to them, that he now was not doing exempt class work. |

CONFIDENTIAL

R2931

CA "No" Certification Calls - FY2008 - D. McDermon leads call

| SM Name | Store # | Region | Date | Field Rep on call | Description of why (NO) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Connie Visscher | 1201 | 9 | 1/31/2008 | Candace C | Hours were cut drastically after X-mas. Heavy freight pushing throughout Nov, Dec and Jan. She did not understand that taking 2 days off should not automatically be classed as nonexempt time. Was loaned to other stores several times for freight and Inv. prep. | Feels confident she can be back on track now with freight, etc and should be able to mark "yes" most times on the exempt certification question. |
| Gene Korte | 1205 | 9 | 1/31/2008 | Candace C | Took over a broken store...been working to clean it up over 4th qtr. Extremely high SPEH goal. Was called to help out in other stores a few times for freight pushing and inv prep. Ex. At recent MIT training class, they spent half day in training mtg, then worked at Mack Rd store throwing freight...not training. Said new Mgrs tend to be thrown in broken stores often. | Feels 1205 is finally running properly and anticipates being able to do the majority exempt class work...assuming no unforeseen situations occur. |
| Tom Martinez | 1206 | 9 | 1/31/2008 | Candace C | Loaned out to other stores, several times over last 3 to 4 weeks to fix stores, throw freight. Also short 1 Asst Mgr. | Feels confident he will be able to mark "yes" on the exempt certification question now that they are through the tough season. |
| David Trowbridge | 1209 | 9 | 1/31/2008 | Candace C | A couple of times had to go help clean up other stores for various reasons. SPEH goal is extremely aggressive and causes him to have to cut hours midweek, often times. He has to act as back up cashier most weekdays. A relative small store with minimum payroll hours. | If sales were solid, which they have not been, then he could put "yes" on the exempt certification, however he does not foresee that happening most weeks. David had a suggestion to make contact with local high school ROP programs. He uses them as free labor to do recovery, etc...felt it could be much more productive if we took more advantage of this. |

CONFIDENTIAL

CA "No" Certification Calls - FY2008 - D. McDermon leads call

| Name | Number | | Date | Comments | Notes |
|---|---|---|---|---|---|
| Gina Spredling | 1267 | 13 | 2/1/2008 Reed B | A very large Sqft store at 20,000sqft yet low sales....the toughest type store to run. Runs on 220 hours a week, SPEH of 120. Ends up throwing freight way too much as the Store Mgr. She struggle to keep up. She too uses the school ROP programs for additional free labor. | She had trouble committing to changing her designation to exempt most weeks. I challenged her to really think about whether she is not managing people while she is doing other perceived manual duties. |
| Tall Mendoza | 1954 | 13 | 2/1/2008 Reed B | Small store doing high volume. SPEH of 114. Payroll hrs of 180 to 210 a wk. Has been down one Asst Mgr since Oct. Trying to hire Asst Mgr now. | Feels confident he can do the majority exempt work going forward. I explained that working on the floor did not automatically mean nonexempt work...it seemed to be a new concept to him. (He had a good attitude) |
| John Kaplan | 2039 | 13 | 2/4/2008 Reed B | He was down 1 ASM for 2 months. Has to be on registers a lot and stocking as well. | Can more easily now work exempt class work since ASMs are fully staffed and up to speed. |
| Sue Valadez | 2121 | 13 | 2/4/2008 Reed B | Normally puts "No" down on Certs. Feels like a glorified stock clerk or cashier. Sales are trending down and payroll is often cut each wk. Runs on 215 to 220 hours a wk. Feels ASMs are good but sometimes lose productivity if she does not stay on them as to work. | She does not have an answer as to how to move her work to a majority exempt class. She said the DM is helpful but she simply cannot put down that she is working a majority of her time as exempt. |
| Oscar Molina | 2474 | 13 | 2/4/2008 Reed B | ASMs are fully staffed although one is fairly new. Good crew. Feels payroll hours is main cause of him not working exempt class work. Mentioned feeling pressure from DM on payroll targets, etc. | Feels the only way he can reclass himself as exempt would be to have an additional PT ASM to spread coverage out. |
| Noel Ojeda | 2759 | 13 | 2/4/2008 Reed B | Freight focus is very heavy. 60 to 70% of time is pushing freight. A high volume, 40k a week store. 28,000 sqft box. SPEH goal is 130 to 135 (high). Runs on 300 plus payroll hours normally. | Struggled with answering how he could class himself as exempt. Feels Managerial duties only really retire about 30 to 40% of work week to complete....(not complaining... he just seems to deem the job as non-managerial natured. |

CONFIDENTIAL

R2933

CA "No" Certification Calls - FY2008 - D. McDearmon leads call

| Name | Number | | Date | Caller | Notes | Notes |
|---|---|---|---|---|---|---|
| Richard Hoyt | 1229 | 9 | 2/12/2008 | Candace C | Tight payroll has been the main cause for him putting "no" on his cert. Recently though, SPEH and payroll pressures have been eased. His new minimum has been set higher at 480 hrs. | With the new payroll hours allotment, he is confident of being able to work exempt class work most all wks. |
| Noemi Salazar | 1231 | 9 | 2/12/2008 | Candace C | Took over a broken store in Oct 2007. Was short a Freight ASM as well thru 4th Qtr. Had to work excessive hours. Payroll hours have increased and improved recently. She is getting hours based on store sq footage vs just sales. | She is confident she will be able to work exempt class work most weeks going forward with new payroll hour guidelines. |
| Joe Thomas | 1232 | 9 | 2/12/2008 | Candace C | Had 5 Sr. mgmt visits over Xmas season...always having to prep store and work extra hours. Put in store in Oct 07...store was broken then. Now he is fully staffed and store is looking good. Said morale is great now. | He is still a bit uncertain he will always be able to work exempt class work. He was unsure of the exact definition of "exempt." He was a fairly recent promotion from hourly Asst Mgr, 5yr. |
| Gabriel Pesina | 1484 | 9 | 2/12/2008 | Candace C | Was short 1 ASM during X-mas. Now fully staffed. Payroll constraints have eased due to increased sales. Store hours is very limiting. He is in a small store. SPEH pressure is tough. | Feels confident that he now can normally certify that he is able to work exempt work. |
| Conrad Mayhew | 1574 | 9 | 2/12/2008 | Candace C | And sales are pretty flat. He suggested considering changing the store opening time from 8 AM to 9 AM due to almost no sales occuring before 9. That would reduce the number of total non exempt hours since he normally covers register duty during those light times. | Was pleasant but was unsure that he could commit to working exempt class work the majority of weeks unless payroll hours ease up. |
| Sally DelCastillo | 1976 | 9 | 2/12/2008 | Candace C | Backroom was severely bricked up during X-mas season. She had one ASM who was in the wrong role and was not being productive....that has been corrected now. | She feels that by shifting her ASMs and getting a fully productive Freight Mgr she is now able to work mostly exempt class work. |

CONFIDENTIAL

R2934

# EXHIBIT F

| SM Name | Store # | Region | Date | Field Rep on call | Description of why (NO) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Robert Willey | 2486 | 9 | 6/27/2008 | Kathryn Abel | Stated that SPEH goal is extremely high/difficult. If sales slip at all, hours get reduced yet the work does not. He no longer is being "loaned" to other stores as much. ASMs are staffed properly. Sales have been up, hence he has not been putting "no" on his more recent certifications. | As long as sales stay strong, he is confident in being able to work exempt class work. |
| Shawn Cassidy | 1389 | | 6/27/2008 | Kathryn Abel | Called, not in store | |
| Tom Allen | 1215 | | 6/27/2008 | Kathryn Abel | Called, Tom out on Worker's Comp. | |

CONFIDENTIAL

R2936

| SM Name | Store # | Region | Date | Field Rep on call | Description of why (NO) was marked | Their Commitment |
|---|---|---|---|---|---|---|
| Richard Hoyt | 1215 | 9 | 7/9/2008 | Kathryn Abel | He is temporarily assigned as the SM for store 1215 while the permanent Mgr is on W/C. He said due to Asst Mgr staffing being inline and sales being positive, the SPEH is unreasonably high at 116. Also store had been short an Asst Mgr until recently. Sales are also just now comping positive as of this week. | He feels comfortable that store 1215 will be well set going forward since the permanent Mgr of 1215 is returning. Richard will be getting transferred to another store shortly though. |
| Gina Spradling | 1267 | 13 | 7/9/2008 | D. McDearmon | She said although sales are strong, due to the tough market, unsafe area, etc, she finds it hard to run her store on the hours given and still put herself in as working exempt class work. SPEH goal is 110 to 115 weekly. A high shrink store, with a Greeter using 10 of her payroll hours. | Gina struggles with knowing how to get a handle on the exempt issue. She see's little way of honestly putting down that she works exempt class work. I challenged her to openly discuss the topic with her DM, Scot Hernandez and to solicit him for ideas on how to shift her work to exempt class. (Scott is a solid DM) |
| Cindy Fukuhara | 1871 | 13 | 7/9/2008 | D. McDearmon | For a while, things improved, but recently, payroll hours have again been cut. Cut 50 hours approx. She feels she is almost always on the register or stocking freight. She does not see anyway of changing things without more payroll hours.  She has discussed the issues with her DM David Peachy | She was not able to commit to putting yes to exempt class work due to the tight payroll. She is running at 200 hours per wk now. She see's no answer to the exempt issue for her situation. |
| Shawn Cassidy | 1389 | | 7/9/2008 | Kathryn Abel | Called, not in store.  EE unsure if scheduled today | |
| Noemi Salazar | 1231 | | 7/9/08 | D. McDearmon | Not in store today | |

CONFIDENTIAL

R2937

| | | | | | Will not put Yes, just being truthful. Nature of the business. |
|---|---|---|---|---|---|
| Daniel Espinoza | 1262 | 7/11/2008 | Kathryn Abel | [illegible] | |
| Amanda Cocker | | | | | |
| | | | | Running on 180-185 hours. Usually only 2 people in the store. Has to throw freight, cashier or recovery. Utilizes Asst Mgrs but it has to be a team effort. | |
| | | | | | |
| Sukhvir Sidhu | 1740 | 7/9/2008 | D. McDearmon | Marked N for Vacation only | |
| Mike Cossolotto | 1845 | 7/11/08 | Kathryn Abel | Not in store today. Not in store today, will return Monday | |
| Carol Waggoner | 2236 | 7/11/2008 | Kathryn Abel | Will be in later this afternoon | |

CONFIDENTIAL

R2938

CONFIDENTIAL

| Name | | | Number | Date | | Notes | Comments |
|---|---|---|---|---|---|---|---|
| Jason Millstone | | | 2262 | 7/11/2008 | Kathryn Abel | Inherited a mess. Been in store since January. Large race track store, 1400 sq ft. with over 7000 pieces in backroom alone. Working hard to not throw freight everyday but no choice. Store fully staffed. Corp should look at scheduling hours, system not great. Inventory Aug. 8th | Once he gets past inventory, he should be able to only manage and no longer throw freight. |
| Ralph Badders | | | 2271 | 7/11/2008 | Kathryn Abel | Per Stephanie, Ralph no longer works at Dollar Tree | N/A |
| Oscar Molina | | | 2474 | 7/11/2008 | Kathryn Abel | When dialed Store Number, got a fax machine | |
| Noel Ojeda | | | 2759 | 7/11/2008 | Kathryn Abel | No Lonnie, Noel is no longer here | |
| Sean Guilfoyle | | | 2922 | 7/11/2008 | Kathryn Abel | No longer at 2922, xfr to 1212. 2922 was a racetrack store operating on 200 hours. Only 1 cashier and 1 manager so he was constantly throwing freight and recovery. Two other stores within 1.5 miles so slow sales. Also, elements shop and trash store so majority of time spent recovering | In new store, 1212, certifications have not been done in over a year so he is just trying to get caught up but because no manager left, marking no. Has been at new store for 3 weeks |
| Gilbert Pena | | | 2961 | 7/11/2008 | Kathryn Abel | Hours cut to 184 for 4 weeks ago causing him to not have a cashier until 2 everyday. In the store, it was him on register and 1 asst mgr that was freight mgr too until cashier came in at 2:15. Gary Mainello (?) came into store 2 weeks ago and he told him what was going on and he gave store 20 more hours for 4 weeks. Ends next week | Sales are really bad right now and the store is not covering payroll. After next week, expects hours to be cut again. |

| Name | Number | Date | Contact | Notes | Follow-up |
|---|---|---|---|---|---|
| Pat Woolweaver | 2980 | 7/11/2008 | Kathryn Abel | Pat has transferred to store 2216. Per Jerry, new SM, he does not complete certification. Had issues at Rite-Aid. Knows what he signed up for 3 years ago. I discussed turnover issue Pat referenced. | According to Jerry, Employees told him that Pat did nothing. He said when he got there Monday, store was in real bad shape, no recovery plan. He leads his people majority of the day. No more staffing issues. Sales up 20% yesterday! |
| Jose Navarro | 3194 | 7/11/2008 | Kathryn Abel | Sometimes has to be opening cashier. Can't do all the things he wants to do. It is a smaller store, so not a lot of hours. Keeps busy, runs on 206 hours. 2 Asst Managers. Sales are up YTD 21% vs PY | |
| Gary Connell | 3480 | 7/11/2008 | Kathryn Abel | Per Temp Manager, Gary shattered his heel and will be out until ? | |
| Tom Nelson | 3494 | 7/11/2008 | Kathryn Abel | For a while, felt ineffective. Found himself short on hours so was back up cashier or stocker. Met with new RD and bounced a few ideas off. Implemented them. Racetrack and a half store that is hard to manage under 300 hours. | Put new ideas in place and has been able to spend time training his staff and do a lot more. A lot of improvement over the last month and a half |
| Eugene Korte | 1205 | 7/11/2008 | Kathryn Abel | Store was undergoing Resets which are now complete. Worried he would get in trouble for marking no....explained to him absolutely not. Just making sure nothing was "broken" | Everything is back to normal and he is back to Yes |
| Tom Martinez | 1206 | 7/11/2008 | Kathryn Abel | Busy signal | |
| David Trowbridge | 1209 | 7/11/2008 | Kathryn Abel | | |
| Michael Regusci | 1219 | 7/11/2008 | Kathryn Abel | Has been helping prepare for inventory. Helping Woodland Store prepare for inventory for a day or so next week | Should go back to normal after that. |

CONFIDENTIAL

R29940

**EXHIBIT G**

REDACTED

| Kathryn Abel/HUM/DLTR | | |
|---|---|---|
| 10/28/2008 12:12 PM | **To** | District Manager 09H |
| | **cc** | |
| | **Subject** | |
| Certifications | | |

Good morning Matt,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have one SM in your district that has continually shown on the reports as certifying that he does not believe he is working exempt level work. His name and the reports he has pulled on are as follows:

2

**CONFIDENTIAL**

R005841

Sean Guilfoyle - July, August, September and October

Could you please look into this to ensure that he remains doing exempt level work for the necessary timeframe as required in California? If you have any questions or if I can be of any assistance, please feel free to reach out to me. Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

CONFIDENTIAL                    R005842

REDACTED

Kathryn
Abel/HUM/DLTR

10/28/2008 11:52
AM

To
District Manager 09I

cc

Subject
Certifications

Good morning Brad,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have two SM's in your district that have continually shown on that report as certifying that they are not working exempt level work. They are David Trowbridge and Daniel Espinoza. David has been on the reports for July, August, Sept

2

CONFIDENTIAL

R005843

and Oct. Daniel has been on June, August and September. Could you please look into this to ensure that they remain in the exempt status? If you have any questions or if I can be of any assistance, please feel free to reach out to me.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**

R005844

REDACTED

Kathryn
Abel/HUM/DLTR

|  |  |
|---|---|
|  | To |
| 10/28/2008 12:15 PM | District Manager 23A |
|  | cc |

Subject
Certifications

Good morning Rick,

As you know we pull the certifications that Store Managers submit regarding their exemption status.  I have four SM's in your district that have continually shown on the reports as certifying that they do not believe they are

CONFIDENTIAL

R005845

working exempt level work. Their name and the reports they have pulled on are as follows:

Mike Cossolotto - June, August, September Elaine Edwards - September, October Jason Millstone - June, August, September Gary Connell - June, July, October

Could you please look into this to ensure that they remain doing exempt level work for the necessary timeframe as required in California? If you have any questions or if I can be of any assistance, please feel free to reach out to me. Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

CONFIDENTIAL                    R005846

REDACTED

Kathryn
Abel/HUM/DLTR

10/28/2008 12:25
PM

To
District Manager 13B

cc

Subject
Certifications

Good morning Scott,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have three SM's in your district that have continually shown on the reports as certifying that they do not believe they are working exempt level work. Their name and the reports they have pulled on are as follows:

2
**CONFIDENTIAL**

R005847

Gina Spradling - June, July, August, September and October Sheila Devalle - August and September Elaine Hamman - August, September, October

Could you please look into this to ensure that they remain doing exempt level work for the necessary timeframe as required in California? If you have any questions or if I can be of any assistance, please feel free to reach out to me. Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**

R005848

REDACTED

Kathryn
Abel/HUM/DLTR

                                    To
10/28/2008 12:12        District Manager 09H
PM                                  cc

                              Subject
            Certifications

Good morning Matt,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have one
SM in your district that has continually shown on the reports as certifying that he does not believe he is working
exempt level work. His name and the reports he has pulled on are as follows:

**CONFIDENTIAL**                                              R005849

Sean Guilfoyle - July, August, September and October

Could you please look into this to ensure that he remains doing exempt level work for the necessary timeframe as required in California?  If you have any questions or if I can be of any assistance, please feel free to reach out to me.  Your help with this is greatly appreciated.


Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

CONFIDENTIAL                    R005850

REDACTED

Kathryn
Abel/HUM/DLTR

                              To
10/28/2008 12:05      District Manager 22C
PM                            cc

                      Subject
       Certifications

Good morning Larry,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have one SM in your district that has continually shown on the reports as certifying that he does not believe he is working exempt level work. His name and the reports he has pulled on are as follows:

CONFIDENTIAL                                          R005851

Pat Woolweaver - June, September, October

Could you please look into this to ensure that Pat remains doing exempt level work for the necessary timeframe as required in California?  If you have any questions or if I can be of any assistance, please feel free to reach out to me.  Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**                                    R005852

REDACTED

Kathryn
Abel/HUM/DLTR

To

10/28/2008 12:01          District Manager 13E
PM                                    cc

Subject

Certifications

Good morning David,

As you know we pull the certifications that Store Managers submit regarding their exemption status. I have one SM in your district that has continually shown on the reports as certifying that he does not believe he is working exempt level work. His name and the reports he has pulled on are as follows:

2
**CONFIDENTIAL**                                              R005853

Oscar Molina - June, August, September, October

Could you please look into this to ensure that he remains doing exempt level work for the necessary timeframe as required in California?  If you have any questions or if I can be of any assistance, please feel free to reach out to me.  Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**                                        R005854

REDACTED

Kathryn
Abel/HUM/DLTR

                                    To
10/28/2008 12:07        District Manager 23C
PM                                  cc

                               Subject
            Certifications

Good morning Marita,

As you know we pull the certifications that Store Managers submit regarding their exemption status.  I have two SM's in your district that have continually shown on the reports as certifying that they do not believe they are working exempt level work.  Their name and the reports they have pulled on are as follows:

2
**CONFIDENTIAL**

R005855

Noemi Salazar - June, August, September, October Angela Hayes - August, September, October

Could you please look into this to ensure that they remain doing exempt level work for the necessary timeframe as required in California?  If you have any questions or if I can be of any assistance, please feel free to reach out to me.  Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**

R005856

REDACTED

Kathryn
Abel/HUM/DLTR

10/28/2008 11:58
AM

To
District Manager 09G

cc

Subject
Certifications

Good morning David,

As you know we pull the certifications that Store Managers submit regarding their exemption status.  I have five
SM's in your district that have continually shown on the reports as certifying that they do not believe they are
working exempt level work.  Their name and the reports they have pulled on are as follows:

2

CONFIDENTIAL

R005857

Connie Visscher - June, July, August, September, October Richard Hoyt - June, July August, September Ann Musk - September, October Carol Waggoner - June, August, September Tom Rainey - August, September, October

Could you please look into this to ensure that they remain doing exempt level work for the necessary timeframe as required in California? If you have any questions or if I can be of any assistance, please feel free to reach out to me. Your help with this is greatly appreciated.

Thanks,

Kathryn Johnson, PHR
Associate Relations Representative
Dollar Tree Inc.
(757) 321-5246

**CONFIDENTIAL**

R005858

REDACTED

Thanks,
Joe Ocasio
Zone Sales Director
Dollar Tree Stores, Inc.
Voicemail: 22058
Email: jocasio@dollartree.com

 Store layout Maps
It guides the Mgr how we want to set up and merchandise there store.
(See attached file: 1588-Jacksonville, FL. full plan.pdf)

1

CONFIDENTIAL                                    R005859