| | |
|---|---|
| 1 | MAUREEN E. McCLAIN, Bar No. 062050 |
|  | ANNAMARY E. GANNON, Bar No. 92175 |
| 2 | KRISTA STEVENSON JOHNSON, Bar No. 185241 |
|  | LITTLER MENDELSON |
| 3 | A Professional Corporation |
|  | 650 California Street, 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
|  | Telephone:    415.433.1940 |
| 5 | Facsimile:     415.399.8490 |
|  | Email:           mmcclain@littler.com |
| 6 | Email:           agannon@littler.com |
|  | Email:           kjohnson@littler.com |
| 7 | |
|  | Attorneys for Defendant |
| 8 | DOLLAR TREE STORES, INC. |
| 9 | BETH HIRSCH BERMAN, VA Bar No. 28091 |
|  | WILLIAMS MULLEN |
| 10 | A Professional Corporation |
|  | 999 Waterside Drive |
| 11 | 1700 Dominion Tower |
|  | Norfolk, VA  23510 |
| 12 | Telephone:    757.629.0604 |
|  | Facsimile:     757.629.0660 |
| 13 | Email:           bberman@williamsmullen.com |
| 14 | *Pro Hac Vice* Attorneys for Defendant |
|  | DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case Nos.  C 07 2050 SC and C 07 04012 SC<br><br>**DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF DOLLAR TREE STORES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Date:         May 1, 2009<br>Time:        10:00 a.m.<br>Dept.:        Crtrm. 1, 17th Floor<br>Judge:       Hon. Samuel Conti<br><br>Trial Date:   No Dates Set<br>Complaints Filed:   April 11, 2007<br>                                    July 6, 2007 |

I, ROSSANA S. ELTANAL, declare:

1. I have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am an attorney duly licensed to practice before all the courts of the State of California. I am currently an associate in the firm of Littler Mendelson, counsel for Defendant Dollar Tree Stores, Inc. ("Dollar Tree") in the above-entitled action. I was previously an associate with the firm of Kauff McClain & McGuire, LLP, which was counsel for Dollar Tree before substitution of Littler Mendelson on January 2, 2009.

3. On February 13, 2009, our office took the deposition of Alan Black in this matter. Attached hereto as **Exhibit A** are true and correct copies of relevant excerpts from Black's deposition and exhibits.

4. On October 12, and November 2, 2007, our office took the deposition of plaintiff Miguel Cruz in this matter. Attached as **Exhibit B** are true and correct copies of relevant excerpts from Cruz's deposition.

5. On December 12, 2008, our office attended the deposition of James Dunaway in this matter. Attached as **Exhibit C** are true and correct copies of relevant excerpts from Dunaway's deposition.

6. On April 14, 2008, our office took the deposition of former Dollar Tree Store Manager Diane Fierro in her lawsuit filed against Dollar Tree in the Santa Clara County Superior Court, Case No. 108CV103712. Attached hereto as **Exhibit D** are true and correct copies of relevant excerpts from Fierro's deposition.

7. On October 11 and November 1, 2007, our office took the deposition of plaintiff John Hansen in this matter. Attached hereto as **Exhibit E** are true and correct copies of relevant excerpts from Hansen's deposition.

8. On November 8, 2008, counsel for Dollar Tree attended the deposition of David E. Hensley. Attached hereto as **Exhibit F** are true and correct copies of relevant excerpts from Hensley's deposition.

DECL. OF ROSSANA S. ELTANAL ISO DOLLAR TREE'S OPPOS. TO MOTION FOR CLASS CERTIFICATION   1.   CASE NOS. C 07 2050 SC and C 07 04012 SC

9. On February 5, 2009, our office attended the deposition of Carlos Hernandez in this matter. Attached hereto as **Exhibit G** are true and correct copies of relevant excerpts from Hernandez's deposition and exhibits.

10. On February 17, 2009, our office attended the deposition of Stephen Kauhn in this matter. Attached hereto as **Exhibit H** are true and correct copies of relevant excerpts from Kauhn's deposition and exhibits.

11. On February 13, 2009, our office attended the deposition of Randy Maldonado in this matter. I noted corrections to Mr. Maldonado's deposition testimony in a letter to Sarnoff Court Reporters & Legal Technologies on March 17, 2009. Attached hereto as **Exhibit I** are true and correct copies of relevant excerpts from Maldonado's deposition, exhibits and the March 17, 2009 letter.

12. On February 19, 2009, our office attended the deposition of Elvira Montes in this matter. I noted corrections to Ms. Montes' deposition testimony in a letter to Sarnoff Court Reporters & Legal Technologies on March 17, 2009. Attached hereto as **Exhibit J** are true and correct copies of relevant excerpts from Montes' deposition and the March 17, 2009 letter.

13. On December 17, 2007, our office took the deposition of plaintiff Robert Runnings in this matter. Attached hereto as **Exhibit K** are true and correct copies of relevant excerpts from Runnings' deposition.

Executed in San Francisco, California on April 10, 2009. I have read this Declaration and hereby declare, under penalty of perjury under the laws of the United States of America, that it is true and correct.

/s/ Rossana S. Eltanal
ROSSANA S. ELTANAL

Firmwide:88457722.2 061603.1004