MAUREEN E. McCLAIN, Bar No. 062050
ANNAMARY E. GANNON, Bar No. 92175
KRISTA STEVENSON JOHNSON, Bar No. 185241
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490
Email:          mmcclain@littler.com
Email:          agannon@littler.com
Email:          kjohnson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN, VA Bar No. 28091
WILLIAMS MULLEN
A Professional Corporation
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA  23510
Telephone:     757.629.0604
Facsimile:     757.629.0660
Email:          bberman@williamsmullen.com

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case Nos.  C 07 2050 SC and C 07 04012 SC**<br><br>**COMPENDIUM OF DOCUMENTS FILED BY DEFENDANT DOLLAR TREE STORES, INC.'S IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ROBERT RUNNINGS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Date:       May 1, 2009<br>Time:       10:00 a.m.<br>Dept.:      Crtrm. 1, 17th Floor<br>Judge:     Hon. Samuel Conti<br><br>Trial Date:    No Dates Set<br>Complaints Filed:  April 11, 2007<br>                            July 6, 2007 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415 433 1940

COMPENDIUM OF DOCS FILED BY DOLLAR TREE IN
OPPOS. TO MOTION FOR CLASS CERTIFICATION

CASE NOS. **C 07 2050 SC**
and **C 07 04012 SC**

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Following is a list of documents filed by defendant Dollar Tree Stores, Inc.'s in Opposition to plaintiffs' Motion for Class Certification, including evidence in support:

I.  **OPPOSITION PAPERS**

A.  **DEFENDANT DOLLAR TREE STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

B.  **DECLARATION OF CHARLOTTA JACOBSON-ALLEN** *(filed under seal)*

1.  STORE COMPARISON CHART (Exhibit A)

2.  STORE MANAGER DIFFERENCES CHART (Exhibit B)

3.  DECLARATIONS IN SUPPORT OF EXHIBITS A AND B (Exhibit C-G)

C.  **DECLARATION OF CANDACE CAMP**

D.  **DECLARATION OF KRISTY CURR**

E.  **DECLARATION OF PATRICIA E. DOSS**

F.  **DECLARATION OF ROSSANA S. ELTANAL**

1.  DEPOSITION OF ALAN BLACK (Exhibit A)

2.  DEPOSITION OF MIGUEL CRUZ (Exhibit B)

3.  DEPOSITION OF JAMES DUNAWAY (Exhibit C)

4.  DEPOSITION OF DIANA FIERRO (Exhibit D)

5.  DEPOSITION OF JOHN HANSEN (Exhibit E)

6.  DEPOSITION OF DAVID E. HENSLEY (Exhibit F)

7.  DEPOSITION OF CARLOS HERNANDEZ (Exhibit G)

8.  DEPOSITION OF STEPHEN KAUHN (Exhibit H)

9.  DEPOSITION OF RANDY MALDONADO (Exhibit I)

10. DEPOSITION OF ELVIRA MONTES(Exhibit J)

11. DEPOSITION OF ROBERT RUNNINGS (Exhibit K)

G.  **DECLARATION OF MAUREEN MCCLAIN**

H.  **DECLARATION OF DAVID MCDEARMON**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

COMPENDIUM OF DOCS FILED BY DOLLAR TREE IN OPPOS. TO MOTION FOR CLASS CERTIFICATION

1.

CASE NOS. **C 07 2050 SC** and **C 07 04012 SC**

1   I. **DECLARATION OF STEVEN PEARSON**

2   J. **DECLARATION OF PAM WOLPA**

3   K. **SUMMARY OF STORE MANAGER DEPOSITION TESTIMONY**

4   L. **STORE MANAGER DECLARATIONS AND SUMMARY** (*filed under seal*)

5      1. DECLARATION OF KARINA ARREOLA (Exhibit 1)

6      2. DECLARATION OF DALE ASHLEY (Exhibit 2)

7      3. DECLARATION OF ROBERT BOWMAN (Exhibit 3)

8      4. DECLARATION OF DAMIEN JOHN BUJWID (Exhibit 4)

9      5. DECLARATION OF MELINDA BURLINGAME (Exhibit 5)

10      6. DECLARATION OF KIMBERLY CASTELLANOS (Exhibit 6)

11      7. DECLARATION OF FELICE CLEMENT (Exhibit 7)

12      8. DECLARATION OF STEVE CUTHBERT (Exhibit 8)

13      9. DECLARATION OF MICHAEL DEUBERT (Exhibit 9)

14      10. DECLARATION OF ELAINE EDWARDS (Exhibit 10)

15      11. DECLARATION OF LORI LYNN EMERSON (Exhibit 11)

16      12. DECLARATION OF LISA DIANE FITTS (Exhibit 12)

17      13. DECLARATION OF EVELYN HANSON (Exhibit 13)

18      14. DECLARATION OF MARIA JUAREZ (Exhibit 14)

19      15. DECLARATION OF SETH MANUEL (Exhibit 15)

20      16. DECLARATION OF JESUS MARTINEZ (Exhibit 16)

21      17. DECLARATION OF JIM MICELI (Exhibit 17)

22      18. DECLARATION OF DAVID NIEBURGER (Exhibit 18)

23      19. DECLARATION OF KATHLEEN PHILLIPS (Exhibit 19)

24      20. DECLARATION OF DEBORAH WIEBE (Exhibit 20)

25   M. **EVIDENTIARY OBJECTIONS**

26   N. **REQUEST FOR JUDICIAL NOTICE**

27   O. **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

28

P.  [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

Q.  [PROPOSED] ORDER GRANTING DEFENDANT'S EVIDENTIARY OBJECTIONS

II.  **ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

A.  **DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL**

B.  **[PROPOSED] ORDER GRANTING DEFENDANT DOLLAR TREE STORES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Dated: April 10, 2009

_____/s/ Rossana S. Eltanal_____
ROSSANA SY ELTANAL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC.

Firmwide:89218173.1 061603.1004

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

COMPENDIUM OF DOCS FILED BY DOLLAR TREE
IN OPPOS. TO MOTION FOR CLASS CERTIFICATION      3.

CASE NOS. **C 07 2050 SC**
and **C 07 04012 SC**