MAUREEN E. McCLAIN, Bar No. 062050
MATTHEW P. VANDALL Bar No. 196962
KRISTA STEVENSON JOHNSON, Bar No. 185241
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:   mmcclain@littler.com
Email:   mvandall@littler.com
Email:   kjohnson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN, VA Bar No. 28091
WILLIAMS MULLEN
A Professional Corporation
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA  23510
Telephone:   (757) 629-0604
Facsimile:   (757) 629-0660
Email:   bberman@williamsmullen.com

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case Nos. C 07 2050 SC and C 07 04012 SC**<br><br>**DECLARATION OF KRISTA STEVENSON JOHNSON IN SUPPORT OF DOLLAR TREE STORES, INC.'S MOTION TO DECERTIFY THE CLASS**<br><br>Hearing:        July 23, 2010<br>Time:           10:00 a.m.<br>Dept.:          1, 17th Floor<br>Judge:         Hon. Samuel Conti<br><br>Trial Date:         March 7, 2011<br>Complaints Filed:  April 11, 2007<br>                   July 6, 2007 |
| ROBERT RUNNINGS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | |

I, KRISTA STEVENSON JOHNSON, declare:

1. I have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto. I am an attorney duly licensed to practice before all the courts of the State of California. I am a shareholder in the firm of Littler Mendelson, counsel for Defendant Dollar Tree Stores, Inc. ("Defendant") in the above-entitled action.

2. The instant action was filed by Robert Runnings on July 6, 2007 in Alameda County Superior Court. On the basis of the Class Action Fairness Act of 2005, Dollar Tree removed the case to federal district court on August 7, 2007. Following Dollar Tree's request for reassignment to a district court judge, the matter was assigned to the Honorable Phyllis J. Hamilton. This matter was consolidated with the above-captioned Cruz/Hansen complaint before the Honorable Samuel Conti on August 31, 2007.

3. On May 26, 2009, the Court issued its Order Granting Plaintiffs' Amended Motion For Class Certification which certified a class consisting of all persons who are/were employed by Defendant in California as store managers since December 12, 2004. On July 2, 2009, the Court amended such order to include the May 26, 2009 end point for the Class Period.

4. There are two related single plaintiff cases currently pending in the California Superior Court in Santa Cruz and Santa Clara Counties: (1) Randy Smith v. Dollar Tree Stores, Inc., et al., Case No. CIS-CV-160473 (Santa Cruz); and (2) Diane Fierro v. Dollar Tree Stores, Inc., et al., Case No. 108CV103712 (Santa Clara). Plaintiff Smith opted out of the Class and his overtime lawsuit is scheduled for a 7-10 day trial to commence on August 30, 2010. Plaintiff Fierro's state court action is stayed pending resolution of this case and/or the issuance of a decertification order.

5. Before May 2009, Defendant took the depositions of the named Plaintiffs and four additional Class Members. Since May, 2009, Defendant has taken 58 more Class Member depositions in this case and in the single plaintiff exemption cases of *Fierro v. Dollar Tree* and *Smith v. Dollar Tree.*

6. Relevant excerpts of all deposition testimony, including the Class Member depositions, and the deposition of Plaintiff's expert David Lewin, Ph.D. and Defendant's expert

Robert Crandall, are attached to this declaration in alphabetical order by last name, and numbered as set forth below.

    7.    On May 21, 2010, our office attended the deposition of Robert Armstrong in this matter. Attached hereto as **Exhibit 1** are true and correct copies of relevant excerpts from Armstrong's deposition.

    8.    On May 25, 2010, our office attended the deposition of Paul Avila in this matter. Attached hereto as **Exhibit 2** are true and correct copies of relevant excerpts from Avila's deposition.

    9.    On May 28, 2010, our office attended the deposition of Raymond Ayala in this matter. Attached hereto as **Exhibit 3** are true and correct copies of relevant excerpts from Ayala's deposition.

    10.    On April 6, 2010, our office attended the deposition of Chester Lee Banks in this matter. Attached hereto as **Exhibit 4** are true and correct copies of relevant excerpts from Banks' deposition.

    11.    On February 13, 2009, our office took the deposition of Alan Black in this matter. Attached hereto as **Exhibit 5** are true and correct copies of relevant excerpts from Black's deposition.

    12.    On September 25, 2009, our office took the deposition of Eloisa Buitron in this matter. Attached hereto as **Exhibit 6** are true and correct copies of relevant excerpts.

    13.    On March 31, 2010, our office attended the deposition of Kyle Chapman in this matter. Attached hereto as **Exhibit 7** are true and correct copies of relevant excerpts from Chapman's deposition.

    14.    On November 3, 2009, our office attended the deposition of Patricia Chin in this matter. Attached hereto as **Exhibit 8** are true and correct copies of relevant excerpts from Chin's deposition.

    15.    On April 6, 2010, our office attended the deposition of Raquel Corona in this matter. Attached hereto as **Exhibit 9** are true and correct copies of relevant excerpts from Corona's deposition.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

2.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

16. On April 29, 2010, our office attended the deposition of David Cross in this matter. Attached hereto as **Exhibit 10** are true and correct copies of relevant excerpts from Cross' deposition.

17. On October 12, 2007, and November 2, 2007, our office took the deposition of plaintiff Miguel Cruz in this matter. Attached hereto as **Exhibit 11** are true and correct copies of relevant excerpts from Cruz's deposition and exhibits.

18. On March 22, 2010, our office attended the deposition of Michael Deubert in this matter. Attached hereto as **Exhibit 12** are true and correct copies of relevant excerpts from Deubert's deposition.

19. On April 5, 2010, and May 3, 2010, our office attended the deposition of Scott Diehl in this matter. Attached hereto as **Exhibit 13** are true and correct copies of relevant excerpts from Diehl's deposition.

20. On May 27, 2010, our office attended the deposition of Sherry Doubleday in this matter. Attached hereto as **Exhibit 14** are true and correct copies of relevant excerpts from Doubleday's deposition.

21. On June 24, 2009, our office took the deposition of Nancy Dougherty in this matter. Attached hereto as **Exhibit 15** are true and correct copies of relevant excerpts from Dougherty's deposition.

22. On December 12, 2008, our office attended the deposition of James Dunaway in this matter. Attached hereto as **Exhibit 16** are true and correct copies of relevant excerpts from Dunaway's deposition.

23. On April 5, 2010, our office attended the deposition of Diana Durston in this matter. Attached hereto as **Exhibit 17** are true and correct copies of relevant excerpts from Durston's deposition.

24. On April 20, 2010, our office attended the deposition of Rosemary Faria in this matter. Attached hereto as **Exhibit 18** are true and correct copies of relevant excerpts from Faria's deposition.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

3.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

25. On April 14, 2008, our office took the deposition of Diana Fierro in this matter. Attached hereto as **Exhibit 19** are true and correct copies of relevant excerpts from Fierro's deposition and exhibits.

26. On May 19, 2010, our office attended the deposition of Mireya Gomez in this matter. Attached hereto as **Exhibit 20** are true and correct copies of relevant excerpts from Gomez's deposition.

27. On April 7, 2010, our office attended the deposition of Rick Gonzalez in this matter. Attached hereto as **Exhibit 21** are true and correct copies of relevant excerpts from Gonzalez's deposition.

28. On May 26, 2010, our office attended the deposition of Mark Gore in this matter. Attached hereto as **Exhibit 22** are true and correct copies of relevant excerpts from Gore's deposition.

29. On May 20, 2010, our office attended the deposition of Debra Hall in this matter. Attached hereto as **Exhibit 23** are true and correct copies of relevant excerpts from Hall's deposition.

30. On April 1, 2010, our office attended the deposition of Elaine Hamman in this matter. Attached hereto as **Exhibit 24** are true and correct copies of relevant excerpts from Hamman's deposition.

31. On October 11, 2007, our office took the deposition of plaintiff John Hansen in this matter. Attached hereto as **Exhibit 25** are true and correct copies of relevant excerpts from Hansen's deposition and exhibits.

32. On May 14, 2010, our office attended the deposition of Jerry Hawley in this matter. Attached hereto as **Exhibit 26** are true and correct copies of relevant excerpts from Hawley's deposition.

33. On April 13, 2010, our office attended the deposition of Paul Hayes in this matter. Attached hereto as **Exhibit 27** are true and correct copies of relevant excerpts from Hayes' deposition.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

4.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

34. On May 26, 2010, our office attended the deposition of Lionel Hebert in this matter. Attached hereto as **Exhibit 28** are true and correct copies of relevant excerpts from Hebert's deposition.

35. On November 8, 2008, our office attended the deposition of David E. Hensley in this matter. Attached hereto as **Exhibit 29** are true and correct copies of relevant excerpts from Hensley's deposition.

36. On February 5, 2009, our office attended the deposition of Carlos Hernandez in this matter. Attached hereto as **Exhibit 30** are true and correct copies of relevant excerpts from Hernandez's deposition.

37. On April 8, 2010, our office attended the deposition of Bob Hodge in this matter. Attached hereto as **Exhibit 31** are true and correct copies of relevant excerpts from Hodge's deposition.

38. On October 8, 2009, our office attended the deposition of Sharon Holland in this matter. Attached hereto as **Exhibit 32** are true and correct copies of relevant excerpts from Holland's deposition.

39. On April 23, 2010, our office attended the deposition of Richard Hoyt in this matter. Attached hereto as **Exhibit 33** are true and correct copies of relevant excerpts from Hoyt's deposition.

40. On October 5, 2009, our office took the deposition of Tami Huntsman in this matter. Attached hereto as **Exhibit 34** are true and correct copies of relevant excerpts from Huntsman's deposition.

41. On June 1, 2010, our office attended the deposition of Christopher James in this matter. Attached hereto as **Exhibit 35** are true and correct copies of relevant excerpts from James' deposition.

42. On February 17, 2009, our office took the deposition of Stephan Kauhn in this matter. Attached hereto as **Exhibit 36** are true and correct copies of relevant excerpts from Kauhn's deposition.

43. On June 2, 2010, our office attended the deposition of David Lewin, Ph.D., in this matter. Attached hereto as **Exhibit 37** are true and correct copies of relevant excerpts from Lewin's deposition.

44. On May 21, 2010, our office attended the deposition of April Lugo in this matter. Attached hereto as **Exhibit 38** are true and correct copies of relevant excerpts from Lugo's deposition.

45. On February 13, 2009, our office took the deposition of Randy Maldonado in this matter. Attached hereto as **Exhibit 39** are true and correct copies of relevant excerpts from Maldonado's deposition and exhibits.

46. On May 13, 2010, our office attended the deposition of Thomas Martinez in this matter. Attached hereto as **Exhibit 40** are true and correct copies of relevant excerpts from Martinez's deposition.

47. On March 29, 2010, our office attended the deposition of Conrad Mayhew in this matter. Attached hereto as **Exhibit 41** are true and correct copies of relevant excerpts from Mayhew's deposition.

48. On March 24, 2010, our office attended the deposition of Charles Messer in this matter. Attached hereto as **Exhibit 42** are true and correct copies of relevant excerpts from Messer's deposition.

49. On February 19, 2009, our office took the deposition of Elvira Montes in this matter. Attached hereto as **Exhibit 43** are true and correct copies of relevant excerpts from Montes' deposition.

50. On June 25, 2009, our office took the deposition of Jose Moreno in this matter. Attached hereto as **Exhibit 44** are true and correct copies of relevant excerpts from Moreno's deposition.

51. On April 22, 2010, our office attended the deposition of Darryl Moore in this matter. Attached hereto as **Exhibit 45** are true and correct copies of relevant excerpts from Moore's deposition.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

6.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

52. On May 4, 2010, our office attended the deposition of Ann Musk in this matter. Attached hereto as **Exhibit 46** are true and correct copies of relevant excerpts from Musk's deposition.

53. On April 13, 2010, our office attended the deposition of Jose Navarro in this matter. Attached hereto as **Exhibit 47** are true and correct copies of relevant excerpts from Navarro's deposition.

54. On December 17, 2009, our office attended the deposition of Karen Sue Patrick in this matter. Attached hereto as **Exhibit 48** are true and correct copies of relevant excerpts from Patrick's deposition.

55. On April 21, 2010, our office attended the deposition of Monica Penunuri in this matter. Attached hereto as **Exhibit 49** are true and correct copies of relevant excerpts from Penunuri's deposition.

56. On March 30, 2010, our office attended the deposition of Arnoldo Pineda in this matter. Attached hereto as **Exhibit 50** are true and correct copies of relevant excerpts from Pinedo's deposition.

57. On March 31, 2010, and May 12, 2010, our office attended the deposition of Marvin Reyes in this matter. Attached hereto as **Exhibit 51** are true and correct copies of relevant excerpts from Reyes' deposition.

58. On December 12, 1007, our office took the deposition of plaintiff Robert Runnings in this matter. Attached hereto as **Exhibit 52** are true and correct copies of relevant excerpts from Runnings' deposition and exhibits.

59. On May 3, 2010, our office attended the deposition of Westley Sanders in this matter. Attached hereto as **Exhibit 53** are true and correct copies of relevant excerpts from Sanders' deposition.

60. On April 22, 2010, our office attended the deposition of Tom Sarefield in this matter. Attached hereto as **Exhibit 54** are true and correct copies of relevant excerpts from Sarefield's deposition.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

7.

CASE NOS. C 07 2050 SC
and C 07 04012 SC

61. On October 6, 2009, our office took the deposition of Chris Topher Schneider in this matter. Attached hereto as **Exhibit 55** are true and correct copies of relevant excerpts from Schneider's deposition.

62. On June 16, 2009, our office took the deposition of David Alan Toto in this matter. Attached hereto as **Exhibit 56** are true and correct copies of relevant excerpts from Toto's deposition.

63. On May 25, 2010, our office attended the deposition of Benedicto Trinidad III in this matter. Attached hereto as **Exhibit 57** are true and correct copies of relevant excerpts from Trinidad's deposition.

64. On April 14, 2010, our office attended the deposition of Miriam Valli in this matter. Attached hereto as **Exhibit 58** are true and correct copies of relevant excerpts from Valli's deposition.

65. On May 25, 2010, our office attended the deposition of Michael Walton in this matter. Attached hereto as **Exhibit 59** are true and correct copies of relevant excerpts from Walton's deposition.

66. On May 20, 2010, our office attended the deposition of Jason Whitton in this matter. Attached hereto as **Exhibit 60** are true and correct copies of relevant excerpts from Whitton's deposition.

Executed in San Francisco, California on June 18, 2010. I have read this Declaration and hereby declare, under penalty of perjury under the laws of the United States of America, that it is true and correct.

  _/s/ Krista Stevenson Johnson_
  KRISTA STEVENSON JOHNSON

Firmwide:95860104.1 061603.1004

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KRISTA STEVENSON JOHNSON ISO
DEFT'S MOTION TO DECERTIFY THE CLASS

8.

CASE NOS. C 07 2050 SC
and C 07 04012 SC