1   MAUREEN E. McCLAIN, Bar No. 062050
    MATTHEW P. VANDALL Bar No. 196962
2   KRISTA STEVENSON JOHNSON, Bar No. 185241
    LITTLER MENDELSON
3   A Professional Corporation
    650 California Street, 20th Floor
4   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
5   Facsimile:    415.399.8490
    Email:        mmcclain@littler.com
6   Email:        mvandall@littler.com
    Email:        kjohnson@littler.com
7
    Attorneys for Defendant
8   DOLLAR TREE STORES, INC.

9   BETH HIRSCH BERMAN, VA Bar No. 28091
    WILLIAMS MULLEN
10  A Professional Corporation
    999 Waterside Drive
11  1700 Dominion Tower
    Norfolk, VA  23510
12  Telephone:    (757) 629-0604
    Facsimile:    (757) 629-0660
13  Email:        bberman@williamsmullen.com

14  *Pro Hac Vice* Attorneys for Defendant
    DOLLAR TREE STORES, INC.

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18  MIGUEL A. CRUZ and JOHN D.          Case Nos. C 07 2050 SC and C 07 04012 SC
    HANSEN, individually and on behalf of all
    others similarly situated,           **DECLARATION OF PAM WOLPA IN**
19                                        **SUPPORT OF DOLLAR TREE STORES,**
                                          **INC.'S MOTION TO DECERTIFY THE**
20              Plaintiffs,               **CLASS**

21        v.                             Hearing:      July 23, 2010
                                         Time:         10:00 a.m.
22  DOLLAR TREE STORES, INC.,            Dept.:        1, 17th Floor
                                         Judge:        Hon. Samuel Conti
23              Defendant.
                                         Trial Date:        March 7, 2011
24  ROBERT RUNNINGS individually, and on  Complaints Filed:  April 11, 2007
    behalf of all others similarly situated,                 July 6, 2007
25
                Plaintiff,
26
          v.
27
    DOLLAR TREE STORES, INC.,
28
                Defendant.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF PAM WOLPA ISO DEFT'S MOTION          CASE NOS. C 07 2050 SC
TO DECERTIFY THE CLASS                        C 07 04012 SC

1   I, PAM WOLPA, declare:

2       1.    I have personal knowledge of the facts set forth below.  If I were called as a witness, I

3   could competently testify thereto.

4       2.    I am a paralegal in the firm of Littler Mendelson, counsel for Defendant Dollar Tree

5   Stores, Inc. ("Dollar Tree") in the above-entitled action.

6       3.    On February 1, 2009, I traveled to the Dollar Tree Store No. 1259 located at 2445

7   International Blvd., Oakland, California.  At this store, I took photographs of the "WOW" table and

8   balloon displays.  Attached as **Exhibit A** are true and correct copies of photographs I took of the

9   WOW table and balloon display at Store No. 1259.

10       4.    On February 5, 2009, I traveled to the following Dollar Tree stores:  Store No. 1226,

11   located at 2318 Monument Blvd., Pleasant Hill, California; Store No. 2824 at 3517 Clayton Road,

12   Concord, California; Store No. 1536 at 5400 Ygnacio Valley Road, Concord, California; Store No.

13   3454 at 2440 Shattuck Avenue, Berkeley, California; and Store No. 3058 at 11555 San Pablo

14   Avenue, El Cerrito, California.  At each of these stores, I took photographs of the "WOW" tables

15   and balloon displays.

16       5.    Attached as **Exhibit B** are true and correct copies of photographs I took of the WOW

17   table and balloon display at Store No. 1226.

18       6.    Attached as **Exhibit C** are true and correct copies of photographs I took of the WOW

19   table and balloon display at Store No. 2824.

20       7.    Attached as **Exhibit D** are true and correct copies of photographs I took of the WOW

21   table and balloon display at Store No. 1536.

22       8.    Attached as **Exhibit E** are true and correct copies of photographs I took of the WOW

23   table and balloon display at Store No. 3454.

24       9.    Attached as **Exhibit F** are true and correct copies of photographs I took of the WOW

25   table, balloon display as well as a black and white end cap at Store No. 3058.

26       10.    On February 8, 2009 I traveled to the Dollar Tree Store No. 1485 located at 3870

27   Broad Street, San Luis Obispo, California.  I took photographs of the WOW table and balloon

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DECL. OF PAM WOLPA ISO DEFT'S MOTION
TO DECERTIFY THE CLASS

1.

CASE NOS. C 07 2050 SC
C 07 04012 SC

1    displays at this store as well.  Attached as **Exhibit G** are true and correct copies of photographs I

2    took of the WOW table and balloon display at Store No. 1485.

3       Executed in San Francisco, California on June 14 , 2010.  I have read this Declaration and

4    hereby declare, under penalty of perjury under the laws of the United States of America, that it is

5    true and correct.

6

7

8                                      PAM WOLPA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28