Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
email: scole@scalaw.com
email: mdesario@scalaw.com
web: www.scalaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case No. C-07-2050 SC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |
| ROBERT RUNNINGS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | **Case No.: C-07-4012 SC** (*Consolidated Action*)<br><br>**Date:** May 4, 2012<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1, 17th Floor<br>**Judge:** The Hon. Samuel Conti |

1  Upon consideration of plaintiffs Miguel Cruz, John Hansen, and Robert Runnings'
2  ("Plaintiffs") Administrative Motion to File Materials under Seal and supporting documents, the
3  Court finds that the parties, Plaintiffs and defendant Dollar Tree Stores, Inc., possess overriding
4  confidentiality interests that overcome the right of public access to the information and that there is
5  good cause for granting Plaintiffs' request to file under seal: (1) Plaintiffs' Memorandum of Points
6  and Authorities in Opposition to Defendant's Motion to Enforce Protective Order and for Sanctions;
7  (2) Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendant's Motion to
8  Enforce Protective Order and for Sanctions; and (3) the Declaration of Molly A. DeSario, Esq. in
9  Support of Plaintiffs' Opposition to Defendant's Motion to Enforce Protective Order and for
10 Sanctions.

11 **IT IS THEREFORE ORDERED THAT** Plaintiff's Administrative Motion to File
12 Materials under Seal is **GRANTED**.

13 The Clerk is directed to place the redacted versions of the above referenced documents into
14 the public file pursuant to Local Rule 79-5(c)(5).

16 **IT IS SO ORDERED.**

18 Dated: May 16, 2012        By: _____
19                                The Honorable Samuel Conti
                                   United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800