Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
email: scole@scalaw.com
email: mdesario@scalaw.com
web:     www.scalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. CRUZ and JOHN D. HANSEN, individually,<br><br>             Plaintiffs,<br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>             Defendant. | **Case No. C-07-2050 SC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |
| ROBERT RUNNINGS, individually,<br><br>             Plaintiff,<br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>             Defendant. | **Case No.: C-07-4012 SC** *(Consolidated Action)*<br><br><br>**Date:**         **May 4, 2012**<br>**Time:**         **10:00 a.m.**<br>**Courtroom:** **1, 17th Floor**<br>**Judge:**       **The Hon. Samuel Conti** |

Upon consideration of plaintiffs Miguel Cruz, John Hansen, and Robert Runnings' ("Plaintiffs") Administrative Motion to File Materials under Seal and supporting documents, the Court finds that the parties, Plaintiffs and defendant Dollar Tree Stores, Inc., possess overriding confidentiality interests that overcome the right of public access to the information and that there is good cause for granting Plaintiffs' request to file under seal: (1) Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Enforce Protective Order and for Sanctions; (2) Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendant's Motion to Enforce Protective Order and for Sanctions; and (3) the Declaration of Molly A. DeSario, Esq. in Support of Plaintiffs' Opposition to Defendant's Motion to Enforce Protective Order and for Sanctions.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Administrative Motion to File Materials under Seal is **GRANTED**.

The Clerk is directed to place the redacted versions of the above referenced documents into the public file pursuant to Local Rule 79-5(c)(5).

**IT IS SO ORDERED.**

Dated: May 16, 2012   By: _____
                          The Honorable Samuel Conti
                          United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800